Bret M. Hanna (USB #6885)
Kathleen E. McDonald (USB #10187)
JONES WALDO HOLBROOK & McDONOUGH PC
170 South Main Street, Suite 1500
Salt Lake City, Utah 84101
Telephone: (801) 521-3200
Facsimile: (801) 328-0537
*Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| SHANNON CAVANAUGH and BRAD CAVANAUGH,<br><br>Plaintiff,<br><br>v.<br><br>WOODS CROSS CITY, a Utah municipal corporation; DANIEL DAVIS, an individual,<br><br>Defendant. | **PLAINTIFFS' RULE 26(a)(2) EXPERT DISCLOSURES**<br><br>Case No. 1:08cv00032<br><br>District Judge Tena Campbell<br><br>Magistrate Judge David Nuffer |

Plaintiffs, through their counsel of record, Jones Waldo Holbrook & McDonough PC, hereby submit their expert testimony disclosure pursuant to Rule 26(a)(2), Federal Rules of Civil Procedure.

1.   Dr. Erin Bigler, Ph.D.
     P.O. Box 1968
     Provo, Utah 84603-1968

     Dr. Bigler will testify regarding the brain injury that Shannon Cavanaugh suffered as a direct result of Defendants' action.

     Dr. Bigler's report, curriculum vitae, and history of testimony are attached as Exhibit A.  Dr. Bigler's rates are a $3850 retainer and $275 per hour for trial, deposition, arbitration and mediation testimony.

2.  Helen Woodard, M.A.
    Reentry Rehabilitation Services, Inc.
    1435 Reed Street
    Lakewood, Colorado 80214

    Ms. Woodard will testify regarding Ms. Cavanaugh's vocational rehabilitation, life care plan and life care expenses.

    Ms. Woodard's report, curriculum vitae, and testimony list are attached as Exhibit B.  Ms. Woodard's rates are $200 per hour for reports and her staff time is charged at $156 per hour.  Ms. Woodard charges $1200 for deposition or trial testimony for three hours and $ 300 per hour for additional time.  However, if two hours are set aside, she charges $900.  If one hour is set aside, she charges $600.

3.  Dr. Ian Shepherd, MsD.
    4424 Century Drive
    Murray, Utah 84123

    Dr. Shepherd will testify regarding proper Taser deployment procedure and training.

    Dr. Shepherd's report, fees, curriculum vitae and testimony list are attached as Exhibit C.

4.  David Lundberg
    PO Box 900944
    Sandy, Utah 84090

    Mr. Lundberg will testify regarding proper police conduct.

    Mr. Lundberg's report, fee schedule and curriculum vitae are attached as Exhibit D.  Mr. Lundberg testified in case number 054800027 in the Utah Eighth Judicial District in 2005.

5.  Richard Hoffman, CPA/ABV
    Lone Peak Valuation Group
    170 S. Main St. Ste 1075
    Salt Lake City, Utah 84101

    Mr. Hoffman will testify concerning Ms. Cavanaugh's economic losses.

    Mr. Hoffman's curriculum vitae, testimony list, rate schedule and report are attached as Exhibit E.

DATED this 30th day of March, 2009.

JONES WALDO HOLBROOK & McDONOUGH PC


By:/s/ Kathleen McDonald
 Bret M. Hanna
 Kathleen E. McDonald
 Attorneys for Plaintiffs

CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on the 30th day of March, 2009, I caused a true and correct copy of the foregoing Plaintiff's Rule 26 (a)(2) Expert Disclosures by email, upon the following:

      Peter Stirba
      Blake Hamilton
      STRIBA & ASSOCIATES
      215 S. State #1150
      Salt Lake City, UT 84111
      Peter@stirbaassoc.com
      Bhamilton@stirbalaw.com

                                  /s/Kathleen McDonald