# EXHIBIT A

 **Intermountain**
Utah Valley Regional
Medical Center

Neurorehabilitation Unit
1034 North 500 West
Provo, Utah 84605
(801) 373-7850

# NEUROPSYCHOLOGICAL CONSULTATION REPORT

**THIS REPORT IS A CONFIDENTIAL DOCUMENT FOR USE ONLY BY MENTAL HEALTH AND MEDICAL PROFESSIONALS WHO HAVE PERMISSION TO VIEW IT.**

It may contain information that could be harmful to the patient or related parties. The report, raw data, or the information contained herein are protected by HIPAA, copyright and trade secret laws and should not be released to the patient except by a mental health or medical professional qualified in the interpretation of the neuropsychological/psychological materials and the understanding of such laws. Release of this information cannot be made without the express written consent of the patient/guardian. **Request for a general release of medical records is not sufficient.** Test data included in this report should be considered outdated after six months.

| | |
|---|---|
| **Name:** | Shannon Kay Cavanaugh |
| **Date of birth:** | July 23, 1982 |
| **Date of testing:** | November 11, 2008 |
| **Age at testing:** | 26 yrs 4/12 mo |
| **Address:** | 1401 South, 1450 West / Woods Cross, UT 84087 |
| **Years of education:** | 12 |
| **Date of injury:** | December 8, 2006 |
| **Time since injury:** | 1 yrs 11/12 mo |
| **Medication:** | "Topamax, Imitrax" |

## PRESENTING PROBLEM:

The patient is seen today for neuropsychological evaluation to assess current level of functioning subsequent to injuries sustained in a fall that occurred on December 9, 2006 wherein she sustained a moderate traumatic brain injury (TBI). Medical reports indicate an incident in which she was tasered and subsequently fell and struck her head on the ground. The patient was transported to the University of Utah Medical Center where she was intubated for airway maintenance and treated for an intracerebral and epidural hemotoma. Current reported symptoms include: persistent daily headaches, reduced concentration and motivation, memory difficulty, irregular bowels and "some depression that goes in phases".

## BACKGROUND HISTORY:

Extensive records are available on this patient including: Initial CT head scans from University of Utah Emergency Department on the day of injury demonstrating: a right temporal epidural hematoma, approximately 1 cm; right sylvian fissure subarachnoid hemorrhage; left intraparenchymal hermorrhage; left temporal contusion; diffuse cerebral edema, with sulcal effacement; and a small focus of pneumocephalus, with a right-sided skull based fracture.

Neuropsychological Consultation Report
Re: Cavanaugh, Shannon Kay
November 11, 2008

Because of persistent symptoms, including headache, a repeat scan on December 14, 2006, indicated an increase in size of the right temporal epidural hematoma as well as midline shift and the decision was made to neurosurgically evacuate via a right craniotomy. Post-surgical MRI performed on December 15, 2006, demonstrated decrease mass effect post-epidural removal with stable left frontal and temporal lobe hemorrhages. Post-injury psychiatric records report the following diagnoses: depression NOS; alcohol dependence and eating disorder NOS. Medical history is also significant for an arm fracture (age 7), but with no reported head injury and childhood speech articulation difficulty, which resolved with maturation. The patient indicates no knowledge of being diagnosed or treated for learning disability as a child and she graduated from public high school, with a high C/low B GPA. Maternal and paternal family medical histories are reportedly nonsignificant. Additional history is documented in the Neurobehavioral History Questionnaire which was completed by the patient. With regards to headaches they will occasionally reach a "10". She did not report significant headache at the beginning of the assessment, but does indicate that her head pain on a typical day rates about a "2", which is what she rated it today.

## BEHAVIORAL OBSERVATIONS/MENTAL STATUS EXAMINATION:

*Appearance, Movement, and Behavior* – This patient was casually groomed and casually dressed. Her motor exam appeared to be within normal limits. She also reported mild head pain after the lunch break and moderate body pain at the end of this assessment.

*Orientation and Autobiographical Memory* – Patient was oriented in all four spheres. Autobiographical memory appeared to be within normal limits. The patient was able to recall "leaving the house before" the accident and "two to three days later" when her breathing tube was removed.

*Speech* – Speech was intelligible 100% of the time. She demonstrated appropriate conversation skills and appropriate speech rate and volume.

*Thought Content and Process* – No apparent disturbances in content or thought processes were noted on mental status examination or during the assessment.

*Affect / Mood* – Depressed mood with restricted affect.

*Insight / Judgment* – There was no evidence of impairment during the assessment.

*Validity* – Patient was cooperative and appeared fully engaged throughout the entire assessment. She did not display any impairment on measures of suboptimal performance, consistently exhibiting what appeared to be full effort throughout testing. This assessment is considered to be a valid reflection of her current neurobehavioral status.

## TESTS ADMINISTERED:
See attached data sheet.

Neuropsychological Consultation Report
Re: Cavanaugh, Shannon Kay
November 11, 2008

**TEST RESULTS:**
See attached data sheet for specific scores.

INTELLECTUAL FUNCTIONING:

**Wechsler Abbreviated Scale of Intelligence**

|  | Standard Score | Percentile |
|---|---|---|
| Verbal IQ | 89 | 23 |
| Performance IQ | 100 | 50 |
| Full Scale IQ | 94 | 34 |

Results of intellectual assessment indicate level of functioning to be generally within the average range, with relatively higher performance seen for Performance IQ. Given the history of significant TBI it may be appropriate to compare current academic and cognitive function to pre-injury public school records.

ACADEMIC FUNCTIONING:

**Wide Range Achievement Test - 4th Edition**

|  | Standard Score | Percentile | Grade Equivalent |
|---|---|---|---|
| Word Reading | 90 | 25 | 10.2 |
| Sentence Comprehension | 89 | 23 | 10.4 |
| Spelling | 90 | 25 | 9.6 |
| Math Computation | 93 | 32 | 8.7 |

Basic academic skill level in this patient is in the low average to average range.

PERSONALITY/EMOTIONAL FUNCTIONING:

Psychometric assessment of personality and emotional functioning as measured by the BDI, BAI, SCL-90-R and PAI identify current depression symptoms. On the Post-Traumatic Stress Diagnostic Scale, the patient meets full criteria for Post-Traumatic Stress Disorder.

NEUROPSYCHOLOGIC FUNCTIONING:

The patient is right-side dominant. Basic motor, somatosensory and olfactory functions were within normal limits. Language function was also found to be intact as was basic visual-spatial function. However, the initial trial on the California Verbal Learning Test and the Working Memory index on the Wechsler Memory Scale were low, which are often indicators in the TBI patient for impaired attention/concentration. Likewise, executive functioning displayed variability.

Neuropsychological Consultation Report
Re: Cavanaugh, Shannon Kay
November 11, 2008

**IMPRESSION:**

By history this patient sustained a moderate TBI with positive neuroimaging findings indicative of structural brain damage. The current neuropsychological evaluation documents neuropsychiatric and cognitive sequelae consistent with this history of moderate TBI.


Alex Cramond, M.A.
Neuropsychology Intern

James L. Snyder, Ph.D.
Clinical Director Neuropsychology/
Rehabilitation Psychology

Erin D. Bigler, Ph.D., ABPP/CN
Supervising Clinical Neuropsychologist

Neuropsychological Consultation Report
Re: Cavanaugh, Shannon Kay
November 11, 2008

# DATA SHEET

## Demographic Information

| | | | |
|---|---|---|---|
| Name: | Shannon Kay Cavanaugh | Yrs of Education: | 12 |
| Date of Birth: | July 23, 1982 | Date of injury: | December 8, 2006 |
| Gender: | Female | Time since injury: | 1 yrs 11/12 mo |
| Ethnicity: | Caucasian | Previously Assessed: | November 11, 2008 |
| Date of Testing: | November 11, 2008 | Time Since Assessed: | 0/12 mo |
| Age at Testing: | 26 yrs 4/12 mo | Medication: | Topamax, Imitrax |
| Address: | 1401 South, 1450 West / Woods Cross, UT 84087 | Referral Source: | Attorney |
| Test Administrator: | Alex Cramond, M.A. | Presenting Problem: | TBI |

## Halstead-Reitan Battery

| Subtest/Index | Raw | | Subtest/Index | Raw |
|---|---|---|---|---|
| **Lateral Dominance Exam** | | | **Finger Tapping Test** | |
| Dominant Hand | right | | HR FTT - Dom | 49 |
| Writing name -rt (sec) | 7 | | HR FTT - Nondom | 50 |
| writing name -lt (sec) | 14 | | **Trail Making Test** | |
| Dominant eye | right | | Version | adult |
| Dominant leg | right | | HR - Trail A (sec) | 21 |
| **Grip Strength** | | | HR - Trail A (err) | 0 |
| H-R GS - Dominant | 23.0 | | HR - Trail B (sec) | 64 |
| H-R GS - Nondominant | 22.3 | | HR - Trail B (err) | 2 |

| R-K Sensory-Perceptual Exam. | | | | | | | | R-K Sensory-Perceptual Exam.   (cntd) | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Tactile | Errors | | | | | | | Tactile Finger Rec. | | - Errors | | | | | |
| RH-LH: | R: | 0 | L: | 0 | bR: | 0 | bL: | 0 | R: | F1: 0 | F2: 0 | F3: 0 | F4: 0 | F5: 0 |
| RH-LF: | R: | 0 | L: | 0 | bR: | 0 | bL: | 0 | L: | F1: 0 | F2: 0 | F3: 0 | F4: 0 | F5: 0 |
| LH-RF: | R: | 0 | L: | 0 | bR: | 0 | bL: | 0 | Finger Tip # Write | | - Errors | | | | |
| Auditory | Errors | | | | | | | R: | F1: 0 | F2: 1 | F3: 1 | F4: 1 | F5: 0 |
| RE-LE: | R: | 1 | L: | 0 | bR: | 0 | bL: | 0 | L: | F1: 0 | F2: 0 | F3: 1 | F4: 0 | F5: 0 |
| Visual | Errors | | | | | | | | | | | | | |
| Above: | R: | 0 | L: | 0 | bR: | 0 | bL: | 0 | **R-I Aphasia Screening Test** | | | | | | |
| At: | R: | 0 | L: | 0 | bR: | 0 | bL: | 0 | Errors: | | | | | | |
| Below: | R: | 0 | L: | 0 | bR: | 0 | bL: | 0 | -- | | | | | | |
| Visual Fields | full | | | | | | | | | | | | | |

## Pocket Smell Test

| Measure/Subtest | Raw |
|---|---|
| Pocket Smell Test (/3) | 2 |

Neuropsychological Consultation Report
Re: Cavanaugh, Shannon Kay
November 11, 2008

### Validity Measures

| Measure/Subtest | Raw | | Measure/Subtest | Raw |
|---|---|---|---|---|
| **Test of Memory Malingering** | | | **Rey - 15 Item Test** | |
| Trail 1 | 50 | | # correct | 15 |
| Trial 2 | 50 | | | |
| Delayed | - | | | |

### Wechsler Abbreviated Scale of Intelligence - WASI

| Subtest/Index | Raw | Scaled | Subtest/Index | Raw | Scaled |
|---|---|---|---|---|---|
| WASI-vocabulary | 47 | 40 | WASI-Verbal Scale | 86 | 89 |
| WASI-similarities | 33 | 46 | WASI-Performance Scale | 101 | 100 |
| WASI-block design | 50 | 54 | WASI-Full Scale | 187 | 94 |
| WASI-matrix reasoning | 24 | 47 | | | |

### Wechsler Memory Scale, Third Edition - WMS-III (with optional subtests)

| Subtest/Index | Raw | Scaled | Subtest/Index | Raw | Scaled |
|---|---|---|---|---|---|
| WMS-III - Information Orientation | 14 | 67 (%ile) | WMS-III - Letter Number Sequencing | 9 | 8 |
| WMS-III - Logical Memory 1 | 38 | 10 | WMS-III - Digit Span | 17 | 10 |
| WMS-III - LM1 1st recall | 21 | 9 | WMS-III - (Longest Digits Forward) | 7 | .24 (Z) |
| WMS-III - LM1 learning slope | 6 | 10 | WMS-III - (Longest Digits Backward) | 4 | -.64 (Z) |
| WMS-III - LM1 - theme | 15 | 8 | WMS-III - Spatial Span | 15 | 8 |
| WMS-III - Logical Memory 2 | 23 | 10 | WMS-III - Spatial Span - forward | 10 | 11 |
| WMS-III - LM2 % retention | 85 | 10 | WMS-III - Spatial Span - backward | 5 | 6 |
| WMS-III - LM2 - theme | 9 | 7 | WMS-III - Faces 1 | 41 | 11 |
| WMS-III - Verbal Paired Associates 1 | 21 | 10 | WMS-III - Faces 2 | 37 | 9 |
| WMS-III - VPA1 1st recall | 0 | 6 | WMS-III - Faces 2 - % retention | 90 | 4 |
| WMS-III - VPA learning slope | 8 | 17 | WMS-III - Family Pictures 1 | 45 | 9 |
| WMS-III - Verbal Paired Associates 2 | 8 | 13 | WMS-III - Family Pictures 2 | 49 | 10 |
| WMS-III - VPA2 % retention | 100 | 12 | **WMS-III - Auditory Immediate** | 20 | 99 |
| WMS-III - Auditory Recognition Delayed | 49 | 9 | **WMS-III - Visual Immediate** | 20 | 100 |
| WMS-III-APC - single trial learning | 15 | 14 (%ile) | **WMS-III - Immediate Memory** | 40 | 100 |
| WMS-III-APC - learning slope | 27 | 92 (%ile) | **WMS-III - Auditory Delayed** | 23 | 108 |
| WMS-III-APC - retention | 22 | 63 (%ile) | **WMS-III - Visual Delayed** | 19 | 97 |
| WMS-III-APC - retrieval | -3 | 16 (%ile) | **WMS-III - Aud Rec Delayed** | 9 | 95 |
| | | | **WMS-III - General Memory** | 51 | 101 |
| | | | **WMS-III - Working Memory** | 16 | 88 |

Neuropsychological Consultation Report
Re: Cavanaugh, Shannon Kay
November 11, 2008

| California Verbal Learning Test, Second Edition (CVLT-II), Standard Form | | | | | | |
|---|---|---|---|---|---|---|
| Subtest/Index | Raw | Scaled | Subtest/Index | Raw | Scaled |
| CVLT Trial 1 | 7 | -0.5 | CVLT learning slope | 2 | 0.0 |
| CVLT Trial 2 | 10 | 0.0 | CVLT recall consistency | 89 | 1.0 |
| CVLT Trial 3 | 13 | 0.5 | CVLT b v 1 | -14 | 0.0 |
| CVLT Trial 4 | 14 | 0.5 | CVLT short delay free v 5 | -15 | 0.0 |
| CVLT Trial 5 | 13 | -0.5 | CVLT long delay free v 5 | -8 | 0.5 |
| CVLT Total 1-5 | 57 | 53 (T) | CVLT long v short delay free | 9 | 0.5 |
| CVLT Trial b | 6 | -0.5 | CVLT total repetitions | 11 | 1.0 |
| CVLT Short Free | 11 | -0.5 | CVLT total intrusions | 9 | 1.5 |
| CVLT Short Cued | 11 | -1.0 | CVLT recognition hits | 4 | 2.0 |
| CVLT Long Free | 12 | 0.0 | CVLT recognition false positives | 0 | -0.5 |
| CVLT Long Cued | 12 | -0.5 | CVLT recognition discrimination | 4 | -0.5 |
| CVLT Semantic Clustering | -1 | -1.5 | CVLT forced choice %accuracy | 0 | (%ile) |
| CVLT Serial Clustering fd | 2 | 1.0 | CVLT free recall v forced | 0 | (%ile) |
| %primacy | 26 | -0.5 | CVLT recognition v forced | 0 | (%ile) |
| %middle | 44 | -0.5 | | | |
| %recency | 30 | 1.0 | | | |

| Boston Naming Test | |
|---|---|
| Subtest/Index | Raw |
| Boston Naming Test | 52 |

| Hooper Visual Organization Test | | |
|---|---|---|
| Subtest/Index | Raw | Scaled |
| Hooper | 25.5 | 51 (T) |

| Rey Complex Figure Test and Recognition Trial - Myers Version | | |
|---|---|---|
| Subtest/Index | Raw | T/%ile |
| Rey - Copy | 30 | 1 (%ile) |
| Rey - Delayed Recall | 11 | -3. (Z) |
| Rey - Recognition Total | 10 | .3 (Z) |

| Wide Range Achievement Test, 4th Edition - WRAT-4 | | | | | | | |
|---|---|---|---|---|---|---|---|
| Subtest/Index | Raw | Scaled | Gd Eq | Subtest/Index | Raw | Scaled | Gd Eq |
| Word Reading | 55 | 90 | 10.2 | Math Computation | 41 | 93 | 8.7 |
| Sentence Comprehension | 42 | 89 | 10.4 | Reading Composite | 179 | 88 | -- |
| Spelling | 38 | 90 | 9.6 | | | | |

Neuropsychological Consultation Report
Re: Cavanaugh, Shannon Kay
November 11, 2008

### Delis-Kaplan Executive Functioning System (D-KEFS) - Standard Form

| Subtest/Index | Raw | Scaled | Subtest/Index | Raw | Scaled |
|---|---|---|---|---|---|
| **D-KEFS-Verbal Fluency** | | | **D-KEFS Color-Word Interference Test** | | |
| D-KEFS-VF - letter f | 12 | | 1. Uncorrected errors | 0 | |
| D-KEFS-VF - letter a | 12 | | 1. Corrected errors | 0 | |
| D-KEFS-VF - letter s | 19 | | DKEFS CWIT- color naming (sec) | 22 | 13 |
| D-KEFS-VF - letter-mean | 14.3 | | 2. Uncorrected errors | 2 | |
| D-KEFS-VF - letter-total | 43 | 12 | 2. Corrected errors | 0 | |
| D-KEFS-VF - Category | 42 | 1 | DKEFS CWIT- word reading (sec) | 21 | 11 |
| D-KEFS-VF - Switching responses | 14 | 11 | 3. Uncorrected errors | 1 | |
| D-KEFS-VF - Switching accuracy | 13 | 11 | 3. Corrected errors | 1 | |
| D-KEFS-VF - letter v category | 11 | 11 | DKEFS CWIT- inhibition (sec) | 51 | 10 |
| D-KEFS-VF - switching v category | 10 | 19 | 4. Uncorrected errors | 1 | |
| **D-KEFS-Twenty Questions Test** | | | 4. Corrected errors | 0 | |
| D-KEFS-20Q, abstraction | 24 | 9 | DKEFS CWIT- inhibition/switch (sec) | 49 | 12 |
| D-KEFS-20Q, total questions | 23 | 12 | DKEFS CWIT- inhibition all errors | 2 | 9 |
| D-KEFS-20Q, achievement | 18 | 14 | DKEFS CWIT- inhibition/switch all errors | 1 | 11 |
| **D-KEFS-Word Context Test** | | | Combined name + read | 24 | 12 |
| D-KEFS-Word Context Total | 13 | 5 | DKEFS CWIT- inhibition v color naming | -3 | 7 |
| | | | DKEFS CWIT- inhibition/switch v comb. | 0 | 10 |
| | | | DKEFS CWIT- inhibition/switch v inhibit | 2 | 12 |

### Behavior Rating Inventory of Executive Function - Adult Version

| Scale/Index | Raw | Scaled |
|---|---|---|
| **Teacher Form** | | |
| Respondent: | | Patient |
| Brief-A- Inhibit | 14 | 57 |
| Brief-A- Shift | 13 | 69 |
| Brief-A- Emotional Control | 23 | 67 |
| **Brief-A- Self-Monitor** | 13 | 67 |
| Brief-A-BRI | 63 | 68 |
| Brief-A- Initiate | 19 | 73 |
| Brief-A- Working Memory | 20 | 79 |
| Brief-A- Plan/Organize | 21 | 68 |
| Brief-A- Task Monitor | 12 | 63 |
| **Brief-A- MI** | 92 | 69 |
| **Brief-P- GEC** | 155 | 73 |

### Symptom Checklist - 90 - Revised

| Scale | raw | T | Scale | raw | T | Scale | raw | T | Scale | raw | T |
|---|---|---|---|---|---|---|---|---|---|---|---|
| SOM | 1.25 | 65 | DEP | 1.31 | 65 | PHOB | 0.71 | 65 | GSI | 1.16 | 67 |
| O-C | 1.80 | 70 | ANX | 1.00 | 65 | PAR | 1.17 | 66 | PSDI | 1.70 | 59 |
| I-S | 1.33 | 68 | HOS | 0.33 | 54 | PSY | 0.90 | 69 | PST | 61 | 69 |

Neuropsychological Consultation Report
Re: Cavanaugh, Shannon Kay
November 11, 2008

### Personality Assessment Inventory

| Scale | raw | T  | Scale | raw | T  | Scale | raw | T  | Scale | raw | T  |
|-------|-----|----|-------|-----|----|-------|-----|----|-------|-----|----|
| ICN   | 7   | 55 | ARD   | 25  | 56 | ANT   | 11  | 48 | NON   | 4   | 48 |
| INF   | 0   | 40 | DEP   | 33  | 70 | ALC   | 6   | 52 | RXR   | 17  | 57 |
| NIM   | 4   | 59 | MAN   | 9   | 35 | DRG   | 1   | 44 | DOM   | 13  | 36 |
| PIM   | 11  | 41 | PAR   | 23  | 55 | AGG   | 5   | 38 | WRM   | 24  | 51 |
| SOM   | 30  | 69 | SCZ   | 19  | 56 | SUI   | 6   | 56 |       |     |    |
| ANX   | 31  | 64 | BOR   | 28  | 60 | STR   | 11  | 62 |       |     |    |

### Beck Inventories

| Inventory | Raw | Range |
|-----------|-----|-------|
| Beck Depression Inventory-II | 33 | severe |
| Beck Anxiety Inventory | 5 | minimal |

### Posttraumatic Stress Diagnostic Scale

| Area | Rating | Area | Rating |
|------|--------|------|--------|
| excessive omits? | no  | Duration        | chronic |
| Exposure         | met | Delayed Onset   | no |
| Reexperiencing   | met | Func Impairment | severe |
| Avoidance        | met | Num. of Symptom | 13 |
| Arousal          | met | Symptom Severity| 21 |
| Duration/Onset   | met | Sympt. Sev Rating | mod to sev |
| Distress/Func    | met | Traumatic Event | serious accident |
| PTSD Criteria    | met |                 |  |

### Measurements

**Height**  62 in.
**Weight**  120 lbs.

### Additional Forms Completed / Sent

| Form | Completed / Sent | Completed by: |
|------|------------------|---------------|
| Neurobehavioral History | Completed | Self |
| Neurobehavioral Signs and Symptoms | Completed | Self |