# EXHIBIT A

March 2009

## VITA

| | |
|---|---|
| NAME: | **Erin D. Bigler Ph.D.** |
| OFFICE ADDRESS: | Psychology Department |
| | 1001 SWKT |
| | Post Office Box 25543 |
| | Brigham Young University |
| | Provo, Utah  84602 |
| | |
| | Phone:  (801) 422-4287 |
| | Fax:    (801) 422-0602 |
| | E-mail:  erin_bigler@byu.edu |
| DATE OF BIRTH: | July 9, 1949 |
| MARITAL STATUS: | Married |
| | Two children / Two Grandchildren |

## EDUCATION:

| | |
|---|---|
| Diploma | Vista High School |
| | Vista, California |
| | June 1967 |
| B.S. | Psychology |
| | Brigham Young University |
| | May 1971 |
| Ph.D. | Experimental-Physiological Psychology |
| | Brigham Young University |
| | December 1974 |
| Post-Doctorate | National Institute of Health |
| | Post-Doctoral Fellow in Neurophysiology-Neuropsychology |
| | Barrow Neurological Institute |
| | St. Joseph's Hospital and Medical Center |
| | Phoenix, Arizona |
| | January 1975 to June 1977 |
| Major Areas of Training and Expertise | Neuropsychology-Neurophysiology |
| | Neuropsychological Diagnostics and Consultation |
| | Neuroimaging |

## EXPERIENCE:

| | |
|---|---|
| 2006-Present | Faculty<br>The Brain Institute of Utah<br>University of Utah<br>Salt Lake City, Utah |
| 2006 -Present | Visiting Scholar<br>Department of Psychiatry<br>University of California at San Diego<br>San Diego, California |
| 2003-Present | Susa Young Gates Professorship<br>Brigham Young University<br>Provo, Utah |
| 2000-Present | Adjunct Professor of Psychiatry<br>Department of Psychiatry<br>University of Utah<br>Salt Lake City, Utah |
| 2000-2006 | Adjunct Professor of Radiology<br>Department of Radiology<br>University of Utah<br>Salt Lake City, Utah |
| 1996-August 2002 | Department Chair<br>Psychology Department<br>Brigham Young University<br>Provo, Utah |
| 1990-Present | Professor of Psychology and Neuroscience<br>Department of Psychology<br>Brigham Young University<br>Provo, Utah |
| 1991-2003 | Steven V. and Georgia A. White<br>Professor of Psychology<br>Brigham Young University |
| 1989-1990 | Adjunct Professor of Psychology<br>Department of Psychology<br>University of Texas at Austin<br>Austin, Texas |
| 1978-1990 | Private Practice/Full Partner<br>Austin Neurological Clinic & EEG Laboratory<br>Austin, Texas |
| 1989-1990 | Adjunct Professor of Psychiatry<br>Department of Psychiatry<br>University of Texas Health Science Center at San Antonio<br>San Antonio, Texas |

Bigler, E. D.     2

| 1982-1989 | Adjunct Associate Professor of Psychology |
|-----------|-------------------------------------------|
| | Department of Psychology |
| | University of Texas at Austin |
| | Austin, Texas |

| 1986-1989 | Adjunct Associate Professor of Psychiatry |
|-----------|-------------------------------------------|
| | Department of Psychiatry |
| | University of Texas Health Science Center at San Antonio |
| | |
| | Director of Neuropsychology Service at Austin State Hospital |
| | Austin, Texas |

| 1978-1982 | Adjunct Assistant Professor of Psychology |
|-----------|-------------------------------------------|
| | Department of Psychology |
| | University of Texas at Austin |
| | Austin, Texas |

| 1977-1978 | Chief Psychologist-Program Director |
|-----------|-------------------------------------------|
| | Adolescent Unit |
| | Austin State Hospital |
| | Austin, Texas |

| 1975-1977 | Research Associate and NIH Post-Doctoral Fellow |
|-----------|-------------------------------------------|
| | Division of Neurobiology |
| | Barrow Neurological Institute |
| | St. Joseph's Hospital and Medical Center |
| | Phoenix, Arizona |

| 1975-1977 | Consulting Psychologist, Outreach Services |
|-----------|-------------------------------------------|
| | Diagnostic and Evaluation Center |
| | Mesa, Arizona |

| 1976-1977 | Visiting Instructor |
|-----------|-------------------------------------------|
| | Department of Psychology |
| | Glendale College |
| | Glendale, Arizona |

| 1972-1974 | Student Instructor |
|-----------|-------------------------------------------|
| | Department of Psychology |
| | Brigham Young University |
| | Provo, Utah |

| 1972-1974 | Research Assistant |
|-----------|-------------------------------------------|
| | Department of Psychology |
| | Brigham Young University |
| | Provo, Utah |

**PSYCHOLOGY LICENSURE:**

State of Utah, License 64625010 (1990 – Present)
State of Texas, License 21600 (1977 – Present)
State of Arizona, License 453 (1975 – Present)
National Register of Health Service
Providers in Psychology, Certificate 20639

Bigler, E. D.      3

## BOARD CERTIFICATION:

Diplomate, American Board of Professional Psychology
(Clinical Neuropsychology), Diploma 3722

## NEUROPSYCHOLOGICAL TESTS AUTHORED:

| | |
|---|---|
| Reynolds, C.R., | & **Bigler, E.D.** (2001). Test de Memoria y Aprendizaje. Adaptación española: (Edurne Goikoetxea). Madrid, Spain: Publicaciones de Psicología Aplicada, (TEA Ediciones). |
| Reynolds, C.R., | & **Bigler, E.D.** (2001). <u>Clinical assessment scales for the elderly (CASE)</u>. Florida: Psychological Assessment Resources (PAR). |
| Reynolds, C.R., | & **Bigler, E.D.** (1994). <u>Test of memory and learning</u>. Austin, Texas: PRO-ED. |
| Stanton, H.C., | Smith, E.C., Reynolds, C.R. & **Bigler, E.D.** (1994). <u>Test of memory and learning: Computer scoring program (IBM Version 1.0)</u>. Austin, Texas: PRO-ED. |

## BOOKS:

| | |
|---|---|
| **Bigler, E.D.** | (1996). <u>Neuroimaging I. Basic science</u>. New York: Plenum Press. |
| **Bigler, E.D.** | (1996). <u>Neuroimaging II. Clinical applications.</u> New York: Plenum Press. |
| **Bigler, E.D.** | (1990). <u>Traumatic brain injury: Mechanisms of damage, assessment, intervention, & outcome</u>. Austin, Texas: PRO-ED. |
| **Bigler, E.D.** | (1988). <u>Diagnostic clinical neuropsychology</u>, (2nd edition). Austin, Texas: University of Texas Press. |
| **Bigler, E.D.** | (1984). <u>Diagnostic clinical neuropsychology</u>. Austin, Texas: University of Texas Press. |
| **Bigler, E.D.,** | Clark, E. & Farmer, J.E. (1997). <u>Childhood traumatic brain injury: Diagnosis, assessment and intervention</u>. Austin, TX: Pro-ED. |
| **Bigler, E.D.** | & Clement, P. (1997). <u>Diagnostic clinical neuropsychology</u> (3rd ed.). Austin, Texas: University of Texas Press. |
| **Bigler, E.D.,** | Yeo, R. & Turkheimer, E. (1989). <u>Neuropsychological function and brain imaging</u>. New York: Plenum Press. |
| Naugle, R., | Cullum, C.M. & **Bigler, E.D.** (1998). <u>Introduction to Clinical Neuropsychology</u>. Austin, TX: PRO-ED. |
| Nussbaum, N.L. | & **Bigler, E.D.** (1990). <u>Identification and treatment of ADD: Child guidance mental health series</u>. Austin, Texas: PRO-ED. |

**BOOK CHAPTERS:**

Bigler, E.D.,        (2008). Anoxic Brain Injury:  Daubert Challenge, Fixed versus Flexible Battery. In Robert L. Heilbronner (Ed) (pp.149-169) Neuropsychology in the Courtroom: Expert Analysis of Reports and Testimony (273 pp). New York:  The Guilford Press.

Bigler, E.D.,        (in press). Neuroimaging. (pp.  )  In R.G. Frank, B. Caplan & M. Rosenthal (Eds) Handbook of Rehabilitation Psychology – 2nd Edition.(  pp.).

Bigler, E.D.,        (2007). Neuroimaging and Its Role in Developing Interventions.  In S.J. Hunter & J. Donders (Eds) (pp.415-443) Pediatric Neuropsychological Intervention.(508 pp.). New York: Cambridge University Press.

Bigler, E.D.        (2007). Brain Imaging and Function. In S. Ayers, A. Baum, C. Mc Manus, S. Newman, K. Wallston, J. Weinmand & R. West (Eds)(pp.239-241). Cambridge Handbook of Psychology, Health and Medicine (2nd Edition)(968 pp.). Cambridge, U.K.:  Cambridge University Press.

Bigler, E.D.        (2007). Head Injury. In S. Ayers, A. Baum, C. Mc Manus, S. Newman, K. Wallston, J. Weinmand & R. West (Eds)(pp.720-724). Cambridge Handbook of Psychology, Health and Medicine (2nd Edition)(968 pp.). Cambridge, U.K.: Cambridge University Press.

Bigler, E.D.        (2007). Traumatic brain injury and cognitive reserve (pp. 85-116). In Y. Stern (Ed). Cognitive Reserve Theory and Applications (344 pp). New York: Taylor and Francis Group.

Bigler, E.D.        (2006). Mild Traumatic Brain Injury (mTBI):  Causality Considerations from a Neuroimaging and Neuropathology Perspective (pp.302-334). In Young, G., Kane, A., & Nicholson, K. (Eds.) Psychological Knowledge in Court:  PTSD, Pain, and TBI (pp.391). Springer Science+Business Media, Inc., New York, NY.

Bigler, E.D.        (2006). Neuroimaging correlates in functional outcome (pp.201-224). In Zasler, N.D., Katz, D.I., and Zafonte, R.D. (Eds.), Brain Injury Medicine:  Principles and Practice (pp.1275). Demos Medical Publishing, Inc. New York, NY.

Bigler, E.D.        (2005). Structural imaging. (pp. 79-105).  In J.M. Silver, T.W. McAllister and S.C. Yudofsky, (Eds): Textbook of Traumatic Brain Injury, 2nd Edition (pp.771) Washington, D.C.: American Psychiatric Publishing, Inc.

Bigler, E.D.        (2004). Neuroimaging and the ROCF. In Knight, J.A. and Kaplan, E. (Eds.). The Handbook of Rey-Osterrieth Complex Figure Usage: Clinical and Research Applications. (Ch. 10; pp.323-334) Lutz, Fl: Psychological Assessment Resources Inc. (P.A.R.).

Bigler, E.D.        (2003). Neuroimaging in forensic neuropsychology. In Horton, A.M. Jr., and Hartlage, L.C. (Eds.). Handbook of Forensic Neuropsychology (pp.195-213). New York, NY: Springer Publishing Co.

Bigler, E. D.        (2002). Neuroimaging and neuropsychologic studies in reading disabilities. In  I. Arcolini & G. Zardini (Eds.), I disturbi di apprendimento della lettura e della scrittura (pp. 36-64`). Milano, Italy: FrancoAngeli.

**Bigler, E.D.,**        (2002) Neuroimaging and the ROCF. In, Rey-Osterrieth Handbook.  Edited by Jeffery Knight and Edith Kaplan. (Chapter 10, pp.67-78) Lutz, Fl:  Psychological Assessment Resources, Inc. (PAR).

**Bigler, E.D.**        (2001).  Structural and functional neuroimaging of traumatic brain injury.  In J.T. McDeavitt (Ed.), <u>Physical Medicine and Rehabilitation: State of the Art Reviews</u>, <u>15</u>(2) (pp. 349-361). Philadelphia:  Hanley & Belfus, Inc.

**Bigler, E.D.**        (2000). Neuroimaging and rehabilitation outcome. In R.G. Frank & T.R. Elliott (Eds.), <u>Handbook of Rehabilitation Psychology</u>, Washington, D.C.: American Psychological Association.

**Bigler, E.D.**        (1999).  Neuroimaging in mild TBI.  In N.R. Varney & R.J. Roberts (Eds.), <u>The Evaluation and Treatment of Mild Traumatic Brain Injury</u>.  Mahwah, New Jersey: Lawrence Erlbaum Associates.

**Bigler, E.D.**        (1999).  Neuroimaging in mild traumatic brain injury.  In M.J. Raymond, T.L. Bennet, L.C. Hartlage & C.M. Cullum (Eds.), <u>Mild Traumatic Brain Injury.  A Clinician's Guide (pp. 11-29)</u>.   Austin, TX: Pro-ED.

**Bigler, E.D.**        (1997).  Brain injury and behavioral outcome in traumatic brain injury.  In **Bigler, E.D.**, Clark, E., & Farmer, J.E. (Eds.), <u>Childhood traumatic brain injury: Diagnosis, assessment, and intervention</u>.  Austin, TX: Pro-ED.

**Bigler, E.D.**        (1997). Neuroimaging in aging and dementia.  In P.D. Nussbaum (Ed.), <u>Handbook of Neuropsychology and Aging</u> (pp. 409-421).  New York:  Plenum Press.

**Bigler, E.D.**        (1996).  Introduction.  In E.D. Bigler, (Ed.), <u>Neuroimaging I: Basic science</u>, and <u>Neuroimaging II: Clinical applications</u>.   New York and London: Plenum Press.

**Bigler, E.D.**        (1996). Bridging the gap between psychology and neurology: Future trends in pediatric neuropsychology.  In Batchelor, E.S. & Dean R.S. (Eds.), <u>Pediatric neuropsychology</u> (pp. 27-54).   Boston: Allyn & Bacon.

**Bigler, E.D.**        (1996) Neuroimaging and traumatic brain injury.  In E.D. Bigler (Ed.), <u>Neuroimaging II: Clinical applications</u>. N.Y.:  Plenum Press.

**Bigler, E.D.**        (1995). Advances in brain imaging with children and adolescents.  In Tramontana, M.G. & S.R. Hooper (Eds.), <u>Advances in child neuropsychology</u>. New York: Springer-Verlag.

**Bigler, E.D.**        (1995). The neurobiology and neuropsychology of adult learning disorders.  In Patton, J.R. & Polloway, E.A. (Eds.), <u>Learning disabilities: The challenge of adulthood</u> (pp. 205-233).  Austin, Texas: PRO-ED.

**Bigler, E.D.**        (1994). Neuroimaging in neuropsychology.  In R.E. Kelly (Ed.), <u>Functional neuroimaging</u>. (ch.7, pp.121-137) Armonk, NY:  Futura Publishing Company, Inc.

**Bigler, E.D.**        (1994). Brain structure and cognitive function.  In C.R. Reynolds (Ed.), <u>Cognitive assessment: A multidisciplinary perspective.</u> New York: Plenum Press.

**Bigler, E.D.**      (1994). Neuroimaging and neuropsychological assessment.  In C.R. Reynolds (Ed.), <u>Cognitive assessment: A multidisciplinary perspective</u>. New York: Plenum Press.

**Bigler, E.D.**      (1992). Neuroimaging and neuropsychological assessment. In C.R. Reynolds (Ed.), <u>Cognitive assessment</u>. New York: Plenum Press.

**Bigler, E.D.**      (1992). Utilization of brain imaging techniques in neuropsychology. In D. Tucker (Ed.), <u>Physical medicine and rehabilitation: State of the art reviews</u>. Philadelphia: Hanley & Belfus.

**Bigler, E.D.**      (1990). Conclusion/Synthesis to traumatic brain injury. In E.D. Bigler (Ed.), <u>Traumatic brain injury: Mechanisms of damage, assessment, intervention and outcome</u>. Austin, Texas: PRO-ED.

**Bigler, E.D.**      (1990). Introduction to traumatic brain injury. In E.D. Bigler (Ed.), <u>Traumatic brain injury: Mechanisms of damage, assessment, intervention and outcome</u>. Austin, Texas: PRO-ED.

**Bigler, E.D.**      (1990). Neuropathology of traumatic brain injury. In E.D. Bigler (Ed.), <u>Traumatic brain injury: Mechanisms of damage, assessment, intervention and outcome</u>. Austin, Texas: PRO-ED.

**Bigler, E.D.**      (1990). Preface to traumatic brain injury. In E.D. Bigler (Ed.), <u>Traumatic brain injury: Mechanisms of damage, assessment, intervention and outcome</u>. Austin, Texas: PRO-ED.

**Bigler, E.D.**      (1989). Radiologic techniques in neuropsychological assessment. In C.R. Reynolds & E. Fletcher-Janzen (Eds.), <u>Child neuropsychology: Techniques of assessment and treatment</u>  (pp. 247-264). New York: Plenum Press.

**Bigler, E.D.**      (1989). Remediating nonverbal problems associated with learning disabilities. In P.I. Myers & D.D. Hammill (Eds.), <u>Learning disabilities</u>. Austin, Texas: PRO-ED.

**Bigler, E.D.**      (1988). Neuropsychological and CT identification in dementia. In H.A. Whitaker (Ed.), <u>Neuropsychological studies of non-focal brain damage: Dementia and trauma</u> (pp. 61-85). New York: Springer-Verlag.

**Bigler, E.D.**      (1988). The role of neuropsychological assessment in relation to other types of assessment with children. In M.G. Trammatoma & S.F. Hooper (Eds.), <u>Assessment issues in child neuropsychology</u> (pp. 67-91). New York: Plenum Press.

**Bigler, E.D.**      (1987). Assessment of cortical function. In L.C. Hartlage, M.J. Asken, & J.L. Horsby (Eds.), <u>Essentials of neuropsychological assessment</u> (pp. 46-70). New York: Springer.

**Bigler, E.D.**      (1987). CAT scan. In C.R. Reynolds & L. Mann (Eds.), <u>Encyclopedia of Special Education</u> (Vol. 1, pp. 279-280). New York: John Wiley & Sons Publishers.

**Bigler, E.D.**        (1987). Dendrites. In C.R. Reynolds & L. Mann (Eds.), <u>Encyclopedia of special education</u> (Vol. 1, pp. 471-473). New York: John Wiley & Sons Publishers.

**Bigler, E.D.**        (1987). Glial cells. In C.R. Reynolds & L. Mann (Eds.), <u>Encyclopedia of special education</u> (Vol. 2, pp. 724-725). New York: John Wiley & Sons Publishers.

**Bigler, E.D.**        (1987). Nuclear magnetic resonance (NMR) or magnetic resonance imaging MRI). In C.R. Reynolds & L. Mann (Eds.), <u>Encyclopedia of special education</u> (Vol. 2, pp. 1110-1111). New York: John Wiley & Sons Publishers.

**Bigler, E.D.**        (1987). Putamen. In C.R. Reynolds & L. Mann (Eds.), <u>Encyclopedia of special education</u> (Vol. 3, p. 1288). New York: John Wiley & Sons Publishers.

**Bigler, E.D.**        (1987). Substantia nigra. In C.R. Reynolds & L. Mann (Eds.), <u>Encyclopedia of special education</u> (Vol. 3, p. 1515). New York: John Wiley & Sons Publishers.

**Bigler, E.D.**        (1987). X-ray scanning techniques. In C.R. Reynolds & L. Mann (Eds.), <u>Encyclopedia of special education</u> (Vol. 3, p. 1685). John Wiley & Sons Publishers.

**Bigler, E.D.**        (1986). Forensic neuropsychology. In D. Wedding, A.M. Horton, & J. Webster (Eds.), <u>The Neuropsychology Handbook</u> (pp. 526-547). New York: Springer.

**Bigler, E.D.**        (1982). Clinical assessment of cognitive deficit in traumatic and degenerative disorders: Brain scan and neuropsychologic findings. In R.N. Malathesa & L. Hartlage (Eds.), <u>Neuropsychology and Cognition</u> (Vol. 2, pp. 165-182). The Hague: Martinus Nijhoff Publishers.

**Bigler, E.D.**        (1980). Child and adolescent neuropsychology. In J.E. Gilliam (Ed.), <u>Emotional Disturbance</u> (pp. 63-82). University of Texas: Austin, Texas.

**Bigler, E.D.,**        & Orrison, Jr., W. W. (2004). Neuroimaging in sports-related brain injury. In Lovell, M.R., Echemendia, R.J., Barth, J.T. and Collins, M.W.(Eds.), <u>Traumatic Brain Injury in Sports: An International and Neuropsychological Perspective.</u> (pp.71-93). Lisse, The Netherlands:  Swets & Zeitlinger Publishers.

**Bigler, E.D.**        & Adams, W.V. (2001).  Clinical neuropsychological assessment of child and adolescent memory with the Wide Range Assessment of Memory and Learning, the Test of Memory and Learning, and the California Verbal Learning Test–Children's Version.  In A. Kaufman & N. Kaufman (Eds.), <u>Specific Learning Disabilities and Difficulties in Children and Adolescents: Psychological Assessment and Evaluation.</u>(pp. 387-429). Cambridge, UK:  Cambridge University Press.

**Bigler, E.D.,**        Nielsen, D., Wilde, E., Bartholomew, J., Brooks, M. & Bradford, L.W. (1999). Neuroimaging and genetic disorders.  In S. Goldstein & C.R. Reynolds (Eds.), <u>Handbook of Neurodevelopmental and Genetic Disorders in Children</u> (pp. 61-83).  N.Y.: Guilford Press.

**Bigler, E.D.,**        Clark, E., & Farmer, J.E. (1997).  Traumatic brain injury: 1990's update.  In **Bigler, E.D.**, Clark, E., & Farmer, J.E. (Eds.), <u>Childhood Traumatic Brain Injury:  Diagnosis, Assessment, and Intervention.</u>  Austin, TX: Pro-ED.

**Bigler, E.D.,**      Lowry, C.M., & Porter, S.S. (1997).  Neuroimaging in clinical neuropsychology. In Horton A.M. Jr., Wedding, D., & Webster, J.  (Eds.) The Neuro-psychological Handbook (Vol. 2, 2nd ed.).  New York, NY: Springer Publishing Co.

**Bigler, E.D.,**      Nilsson, D.E., Burr, R.B., & Boyer, R.S. (1997).  Neuroimaging in pediatric neuropsychology.  In Reynolds, C.R. & Fletcher-Janzen, E.  (Eds.), Handbook of Clinical Child Neuropsychology.  New York and London: Plenum Press.

**Bigler, E.D.,**      Nussbaum, N.L., & Foley, H.A.  (1997). Child neuropsychology in the private medical practice.  In Reynolds, C.R. & Fletcher-Janzen, E.  (Eds.), Handbook of Clinical Child Neuropsychology.  New York and London: Plenum Press.

**Bigler, E.D.,**      Blatter, D.D. & Ryser, D. (1996).  Neuroimaging and traumatic brain injury.  In J. Ponsford, P. Snow & V. Anderson (Eds.),  International Perspective in Traumatic Brain Injury (pp. 84-89). Bowen Hills: Australian Academic Press.

**Bigler, E.D.,**      Porter, S.S., & Lowry, C.M.  (1996).  Neuroimaging:  Interface with clinical neuropsychology.  In M.E. Maruish & J.A. Moses (Eds.), Clinical Neuropsychology: Theoretical Foundations for Practitioners.  N.Y.:  Lawrence Erlbaum Associates.

**Bigler, E.D.,**      Lowe, J., & Yeo, R. (1989). Structural anomalies and neuropsychological function. In E.D. Bigler, et al. (Eds.), Neuropsychological Functions and Brain Imaging. New York: Plenum Press.

**Bigler, E.D.,**      & Nussbaum, N.L. (1989). The child neuropsychology in the private medical practice. In C.R. Reynolds & E. Fletcher-Janzen (Eds.), Handbook of Child Clinical Neuropsychology (pp. 557-572). New York: Plenum Press.

**Bigler, E.D.,**      Yeo, R., & Turkheimer, E. (1989). Neuropsychological function and brain imaging: Introduction and overview.  In E.D. Bigler, et al. (Eds.), Neuropsychological functions and brain imaging. New York: Plenum Press.

**Bigler, E.D.,**      Yeo, R., & Turkheimer, E. (1988). Neuropsychological function and brain imaging: Synthesis and future directions. In E.D. Bigler, et al. (Eds.), Neuropsychological functions and brain imaging. New York: Plenum Press.

Hopkins, R.O.,      **Bigler, E.D.,** (2008) Hypoxic and anoxic conditions of the CNS (Chapter 27, pp. 522-535). In Morgan, J.E. and Ricker, J.H., (Eds.), Textbook of Clinical Neuropsychology (1027 pp.). New York:  Taylor & Francis Group.

Hopkins, R.O.      & **Bigler, E.D.** (2001).  Pulmonary disorders. In R. Tarter et al. (Eds.), Medical Neuropsychology (2nd ed.) (pp.25-50). New York: Plenum Publishers.

Kurth, S.,      & **Bigler, E.D.**(2008). Structural neuroimaging in clinical neuropsychology. (Chapter 40 – pp. 783-839). In Morgan, J.E. and Ricker, J.H., (Editors), Textbook of Clinical Neuropsychology (1027pp). Lisse, The Netherlands: Swets & Zeitlinger Publishers.

Lainhart, J.E.,      Lazar, M., Alexander, A., Bigler, E.D. (2005).  The brain during life in Autism: Advances in neuroimaging research (pp. 57-107). In Casanova, M.F. (ed.). Recent Developments in Autism Research. Hauppauge, NY:  NOVA Science Publishers, Inc.

Lilliquist, M.W.    & **Bigler, E.D.** (1992). Neurological and neuropsychological consequences of drug abuse. In L. Hartlage, D. Templer, & W.G. Cannon (Eds.), <u>Preventable Brain Damage: Brain Vulnerability and Brain Health</u>. New York: Springer.

Miller, M.J.,    Petrie, J., **Bigler, E.D.,** & Adams, W.V. (2003). Neuropsychological assessment of child and adolescent memory:  The Wide Range Assessment of Memory and Learning, the Test of Memory and Learning, and the California Verbal learning Test – Children's Version. In Hersen, M., Goldstein, G., and Beers, S.R. (Eds.) <u>The Comprehensive Handbook of Psychological Assessment, Volume I: Intellectual and Neuropsychological Assessment.</u> (ch. 15, pp. 237-261). Hoboken, NJ:  John Wiley & Sons, Inc.

Miller, M.J.,    **Bigler, E.D.,** & Adams, W.V. (2003).  Comprehensive assessment of child and adolescent memory:  The Wide Range Assessment of Memory and Learning, the Test of Memory and Learning, and the California Verbal learning Test – Children's Version. In Reynolds, G., & Kamphaus, R. (Eds.) <u>Handbook of Psychological and Educational Assessment of Children 2nd Edition, Volume 1: Intelligence, Aptitude and Achievement.</u> (Ch. 12, pp. 275-304). New York: Guilford Press, Inc.

Naugle, R.I.    & **Bigler, E.D.** (1989). Brain imaging and neuropsychological identification in dementia. In E.D. Bigler, et al. (Eds.), <u>Neuropsychological functions and brain imaging</u>. New York: Plenum Press.

Nussbaum, N.L.    & **Bigler, E.D.**(1997).  Halstead-Reitan neuropsychological test batteries for children.  In Reynolds, C.R. & Fletcher-Janzen, E. <u>Handbook of clinical child neuropsychology</u>.  New York and London: Plenum Press.

Nussbaum, N.L.    & **Bigler, E.D.** (1989). Halstead-Reitan neuropsychological test batteries for children. In C.R. Reynolds & E. Fletcher (Eds.), <u>Handbook of child clinical neuropsychology</u> (pp. 181-191). New York: Plenum Press.

Provencal, S.,    & **Bigler, E.D.** (2005). Behavioral neuroimaging:  What is it and what does it tell us?  (pp. 327-361).  In D'Amato, R. C., Fletcher-Janzen, E., & Reynolds, C.R. (Eds.) <u>The Handbook of School Neuropsychology</u>. John Wiley & Sons, Inc., Hoboken:  New Jersey.

Provencal, S.,    & **Bigler, E.D.**  (2005). Neuroimaging and genetic disorders in adults. (pp.58-88).  In Reynolds, C.R. and Goldstein, S. (Eds.), <u>Handbook of Neurodevelopmental and Genetic Disorders in Adults</u>. Guildford Publications, Inc. New York, NY.

Reynolds, C.R.    & **Bigler, E.D.**(1997).  Clinical neuropsychological assessment of child and adolescent memory with the test of memory and learning.  In C.R. Reynolds, & E. Fletcher-Janzen (Eds.), <u>Handbook of clinical child neuropsychology</u>.  New York and London: Plenum Press.

Ryser, D.K.,    **Bigler, E.D.** & Blatter, D. (1996).  Clinical and neuroimaging predictors of post TBI outcome.  In J. Ponsford, P. Snow & V. Anderson (Eds.),  <u>International Perspectives in Traumatic Brain Injury</u> (pp. 79-83).  Bowen Hills QLD: Australian Academic Press.

Steed, M.                    & **Bigler, E.D.** (1996).  Appendix MRI brain atlas.  In E.D. Bigler (Ed.),
                             <u>Neuroimaging I:  Basic science</u>.  New York and London: Plenum Press.

Weight, D.G.                 & **Bigler, E.D.** (1998).  Neuroimaging in psychiatry.  In D.A. Tomb (Guest Ed.),
                             <u>The Psychiatric Clinics of North America.  Diagnostic Dilemmas, Part II</u>.
                             Philadelphia, London, Toronto, Montreal, Sydney & Tokyo: W.B. Saunders
                             Company.

Blatter, D.D.,               **Bigler, E.D.,**  Johnson, C.S., Anderson, C., Gale, S.D. (1996).  A normative
                             database from magnetic resonance imaging.  In E.D. Bigler, <u>Neuroimaging I:</u>
                             <u>Basic science</u>.  New York and London: Plenum Press.

Willerman, L.,               Schultz, R., Rutledge, J.N., & **Bigler, E.D.** (1992). Brain structure and cognitive
                             function. In C.R. Reynolds (Ed.), <u>Cognitive assessment</u>. New York: Plenum
                             Press.

Wolkowitz, O.M.,             Lupien, S.J., **Bigler, E.D.,** Reus. V.L. (2008). Steroid encephalopathy:  Steroid
                             psychosis and dementia (pp. 323-362). In G.P. Sechi (Ed) <u>Drug Related</u>
                             <u>Encephalopathy's (508 pp)</u>. New York:  Nova Science Publishers, Inc.


## PUBLICATIONS:

**Bigler, E.D.,**            (2008)  Response to Russell's (2007) and Hom's (2008) commentary on "A
                             motion to exclude and the 'fixed' versus 'flexible' battery in 'forensic'
                             neuropsychology.  <u>Archives of Clinical Neuropsychology, 23</u>(7-8), 755-761.

**Bigler, E.D.,**            (2008) Neuropsychology and clinical neuroscience of persistent post-concussive
                             syndrome. <u>Journal of the International Neuropsychological Society, 14</u>, 1-22.

**Bigler, E.D.,**            (2007).  Anterior and middle cranial fossa in traumatic brain injury (TBI):
                             Relevant neuroanatomy and neuropathology in the study of neuropsychological
                             outcome. <u>Neuropsychology, 21</u>(5), 515-531.

**Bigler, E. D.**            (2007). A motion to exclude and the 'fixed' versus 'flexible' battery in 'forensic'
                             neuropsychology: Challenges to the practice of clinical neuropsychology.
                             <u>Archives of Clinical Neuropsychology, 22</u>(1), 45-51.

**Bigler, E.D.,**            (2007) Neuropsychology and clinical neuroscience of persistent post-
                             concussive syndrome (in review).

**Bigler, E.D.,**            (2006). Letter to the Editor:  Can author bias be determined in
                             forensic neuropsychology research published in Archives of Clinical
                             Neuropsychology? <u>Archives of Clinical Neuropsychology, 21</u>(5); 503-508.

**Bigler, E.D.,**            (2006) An Open Letter to the Editors of Brain Injury Professional, <u>Brain Injury</u>
                             <u>Professional, 3</u>(4), 8-9.

**Bigler, E.D.,**            (2004). Neuropsychological results and neuropathological findings at autopsy in
                             a case of mild traumatic brain injury. <u>Journal of the International</u>
                             <u>Neuropsychological Society, 10</u>, 794-806.

**Bigler, E.D.,**   (2003). <u>Neurobiology and neuropathology underlie the neuropsychological deficits associated with traumatic brain injury</u>. <u>Archives of Clinical Neuropsychology, 18</u>, 595-621.

**Bigler, E.D.**   (2001). Frontal lobe pathology and antisocial personality disorder. <u>Archives of General Psychiatry</u>, 58, 609-611.

**Bigler, E.D.**   (2001). <u>Premorbid brain volume and dementia</u>.  <u>Archives of Neurology, 58</u> (May), 831-833.

**Bigler, E.D.**   (2001). <u>Neuropsychological testing defines the neurobehavioral significance of neuroimaging-identified abnormalities</u>.  <u>Archives of Clinical Neuropsychology, 16</u>, (3), 227-236

**Bigler, E.D.**   (2001). <u>The lesion(s) in traumatic brain injury: Implications for clinical neuropsychology</u>.  <u>Archives of Clinical Neuropsychology, 16</u>, (2), 95-131.

**Bigler, E.D.**   (2001). Quantitative magnetic resonance imaging in traumatic brain injury. <u>Journal of Head Trauma Rehabilitation, 16</u>, (2), 117-134.

**Bigler, E.D.**   (2001). <u>Neuropsychological testing defines the neurobehavioral significance of neuroimaging-identified abnormalities</u>. <u>Archives of Clinical Neuropsychology, 16</u>, 227-236.

**Bigler, E.D.**   (2001). Structural and Functional Neuroimaging of Traumatic Brain Injury. <u>Physical Medicine and Rehabilitation. 15</u>, (2), 349-361.

**Bigler, E.D.**   (1999). Neuroimaging in pediatric traumatic head injury: Diagnostic considerations and relationships to neurobehavioral outcome. <u>Journal of Head Trauma Rehabilitation, 14</u>(4), 70-87.

**Bigler, E.D.**   (1998). Brain anomaly and plasticity: Hydrocephalus.  In F. J. Vattano, T.C. Bennett & M. Butler (Eds.), <u>The Brain: Teaching Modules</u> (2nd Edition).  From The Annenberg/CPB Multimedia Collection.  NY, NY: Worth Publishers. (Videotape).

**Bigler, E.D.**   (1998). Living with amnesia: the hippocampus and memory.  In F. J. Vattano, T.C. Bennett & M. Butler (Eds.), <u>The Brain: Teaching Modules</u> (2nd Edition). From The Annenberg/CPB Multimedia Collection.  NY, NY:  Worth Publishers. (Videotape).

**Bigler, E.D.**   (1998).  Neuroimaging: Revealing the brain.  <u>Recovery, 9</u> (3), 17-21.

**Bigler, E.D.**   (1998). <u>Magnetic resonance imaging of the brain:  Relationship between structure and function</u>.  <u>Medical and Pediatric Oncology, 31</u>, 17-24.

**Bigler, E.D.**   (1996). <u>Brain imaging and behavioral outcome in traumatic brain injury</u>.  <u>Journal of Learning Disabilities, 29</u> (5), 515-530.

**Bigler, E.D.**   (1995). Brain morphology and intelligence. <u>Developmental Neuropsychology, 11</u> (4), 377-403.

**Bigler, E.D.**      (1995). Design fluency in dementia of Alzheimer's type, multi-infarct dementia and dementia associated with alcoholism. Applied Neuropsychology, 2, 7-14.

**Bigler, E.D.**      (1992). Neurobiology and neuropsychology of adult learning disorder. Journal of Learning Disabilities, 25, 488-506.

**Bigler, E.D.**      (1992). Three-dimensional image analysis of trauma induced degenerative changes: An aid to neuropsychological assessment. Archives of Clinical Neuropsychology, 7, 449-456.

**Bigler, E.D.**      (1991). Neuropsychological assessment, neuroimaging and clinical neuropsychology: A synthesis. Archives of Clinical Neuropsychology, 6, 113-132.

**Bigler, E.D.**      (1991). Theophylline neurotoxicity resulting in diffuse brain damage. Developmental Medicine and Child Neurology, 31, 191-195.

**Bigler, E.D.**      (1990). Neuropsychology and malingering: Comment on Faust, Hart, and Guilmette (1988). Journal of Consulting and Clinical Psychology, 58(2), 244-247.

**Bigler, E.D.**      (1989). On the neuropsychology of suicide. Journal of Learning Disabilities, 22, 180-185.

**Bigler, E.D.**      (1989). Behavioral and cognitive changes in traumatic brain injury: A spouse's perspective. Brain Injury, 3, 73-78.

**Bigler, E.D.**      (1988). Acquired cerebral trauma: Attention, memory and language disorders. Journal of Learning Disabilities, 21, 325-326.

**Bigler, E.D.**      (1988). Acquired cerebral trauma: Epilogue. Journal of Learning Disabilities, 21, 476-485.

**Bigler, E.D.**      (1988). Frontal lobe damage and neuropsychological assessment. Archives of Clinical Neuropsychology, 3, 279-297.

**Bigler, E.D.**      (1988). Good outcome associated with cerebral reconstitution in hydrocephalus. Journal of Child Neurology, 3, 297-298.

**Bigler, E.D.**      (1988). The neuropsychology of hydrocephalus. Archives of Clinical Neuropsychology, 3, 81-100.

**Bigler, E.D.**      (1987). Acquired cerebral trauma: Behavioral, neuropsychiatric, psycho-educational assessment and cognitive retraining issues. Journal of Learning Disabilities, 20, 579-580.

**Bigler, E.D.**      (1987). Acquired cerebral trauma: Epidemiology, neuropsychological assessment and academic/educational deficits. Journal of Learning Disabilities, 20, 516-517.

**Bigler, E.D.**      (1987). Acquired cerebral trauma: Introduction to a special series. Journal of Learning Disabilities, 20, 454-456.

**Bigler, E.D.**      (1987). The clinical significance of cerebral atrophy in dementia. Archives of Clinical Neuropsychology, 2, 177-190.

**Bigler, E.D.**  (1987). <u>The clinical significance of cortical atrophy and ventricular enlargement in schizophrenia.</u> Archives of Clinical Neuropsychology, <u>2</u>, 385-392.

**Bigler, E.D.**  (1987). <u>Grand Rounds.</u> Archives of Clinical Neuropsychology, <u>2</u>, 175-176.

**Bigler, E.D.**  (1987). Neuropathology of acquired cerebral atrophy in traumatic brain injury. <u>Archives of Clinical Neuropsychology, 2,</u> 293-304.

**Bigler, E.D.**  (1987). Neuropathology of acquired cerebral trauma. <u>Journal of Learning Disabilities, 20,</u> 458-473.

**Bigler, E.D.**  (1983).  Workshops in neuropsychological assessment. <u>Professional Psychology, 14,</u> 155.

**Bigler, E.D.**  (1980). Forensic neuropsychology: A case example. <u>Texas Psychologist, 32,</u> 7-9.

**Bigler, E.D.**  (1980). Neuropsychological assessment and brain scan results: A case study approach. <u>Clinical Neuropsychology, 2,</u> 13-24.

**Bigler, E.D.**  (1979). Neuropsychological evaluation of adolescent patients hospitalized with chronic inhalant abuse. <u>Clinical Neuropsychology, 1,</u> 8-12.

**Bigler, E.D.**  (1979). Visually evoked potentials: Neuropharmacologic interactions. <u>Gesellschaft fur Pharmakologie and Toxikologie der DDR, 20,</u> 12.

**Bigler, E.D.**  (1978). Limitations of neuropsychological interpretations based on Bender-Gestalt and WAIS results. <u>Texas Psychologist, 30,</u> 5-8.

**Bigler, E.D.**  (1977). Bicuculline potentiation of the photically evoked after-discharges. <u>Proceedings of the Western Pharmacology Society, 20,</u> 191-214.

**Bigler, E.D.**  (1977). Comparison of the effects of bicuculline, strychnine and picrotoxin with pentylenetetrazol on photically evoked after-discharges. <u>Epilepsia, 18,</u> 465-470.

**Bigler, E.D.**  (1977). Neurophysiology, neuropharmacology and behavioral relations of visual system evoked after-discharges: A review. <u>Biobehavioral Review, 1,</u> 95-112.

**Bigler, E.D.**  (1976). Diazepam modification of evoked and spontaneous lateral geniculate activity. <u>Electroencephalography and Clinical Neurophysiology, 41,</u> 428-433.

**Bigler, E.D.**  (1976). Childhood and adolescent inhalant abuse: Where's the behavioral research? <u>Behavioral Disorders, 2,</u> 250-251.

**Bigler, E.D.**  (1975). Lateral geniculate multiple-unit activity related to Metrazol potentiated after-discharges. <u>Electroencephalography and Clinical Neurophysiology, 39,</u> 491-497.

**Bigler, E.D.**  & Tate, D.F. (2001).  Brain volume, intracranial volume and dementia. <u>Investigative Radiology, 36</u>(9), 539-546.

**Bigler, E.D.**  & Dodrill, C.B.  (1997).  <u>Assessment of neuropsychological testing.</u>  Neurology, <u>49,</u> 1180-1182.

**Bigler, E.D.,**      & Snyder, J.L. (1995).  Neuropsychological outcome and quantitative neuroimaging in mild head injury.  Archives of Clinical Neuropsychology, 10 (2), 159-174.

**Bigler, E.D.**      & Alfano, M. (1988). Anoxic encephalopathy: Neuroradiological and neuropsychological findings. Archives of Clinical Neuropsychology, 3, 383-396.

**Bigler, E.D.**      & Naugle, R.I. (1985).  Case studies in cerebral plasticity.  The International Journal of Clinical Neuropsychology, 8, 12-23.

**Bigler, E.D.**      & Ehrfurth, J.W. (1981). The continued inappropriate singular use of the Bender Visual Motor Gestalt Test. Professional Psychology, 12 (5), 562-569.

**Bigler, E.D.**      & Steinman, D.R. (1981). Neuropsychology and computerized axial tomography: Further comments. Professional Psychology, 12, 195-197.

**Bigler, E.D.**      & Tucker, D.M. (1981). Comparison of verbal IQ, tactual performance, seashore rhythm, and finger oscillation tests in the blind and brain damaged. Journal of Clinical Psychology, 37, 849-851.

**Bigler, E.D.**      & Ehrfurth, J.W. (1980). Critical limitations of the Bender-Gestalt test in clinical neuropsychology: Response to lacks. Clinical Neuropsychology, 2, 88-90.

**Bigler, E.D.**      & Tucker, D.M. (1979). The Quality Extinction Test: Results with psychiatric patients. Clinical Neuropsychology, 1(4), 8-12.

**Bigler, E.D.**      & Fleming, D.E. (1977). Food-deprivation induced arousal: Evidence against "behavioral inhibition" in electrocortical hypersynchrony. Psychological Reports, 40, 527-531.

**Bigler, E.D.**      & Eidelberg, E. (1976). Diazepam suppression of evoked after-discharges in rat lateral geniculate nucleus and visual cortex. Proceedings of the Western Pharmacology Society, 19, 435-438.

**Bigler, E.D.**      & Eidelberg, E. (1976). Nigrostriatal effects of morphine in two mouse strains. Life Sciences, 19, 1399-1406.

**Bigler, E.D.**      & Eidelberg, E. (1976). Principal cells in lateral geniculate: Effects of Metrazol on capacity to after-discharge. Brain Research Bulletin, 1, 485-487.

**Bigler, E.D.**      & Fleming, D.E. (1976). Effects of shock induced arousal on the elicitation and waveform elaboration of photically evoked after-discharges. Physiological Psychology, 4, 86-90.

**Bigler, E.D.**      & Fleming, D.E. (1976). Frequency of intermittent photic stimulation: Effect on photic after-discharges, photic driving and behavioral activity. Bulletin of the Psychonomic Society, 8, 596-597.

**Bigler, E.D.**      & Fleming, D.E. (1976). Pharmacological suppression of photically evoked after-discharges in rats: Incremental dose, hippocampal EEG and behavioral activity correlates. Psychopharmacologia, 46, 73-82.

**Bigler, E.D.**          & Fleming, D.E. (1974). Habituation and occurrence of photically evoked after-
discharges in the albino rat. <u>Bulletin of the Psychonomic Society,</u> <u>4</u> (4A), 275-
277.

**Bigler, E.D.,**         Mortensen, S., Neeley, E.S., Ozonoff, S., Krasny, L., Johnson, M., Lu, J.,
Provencal, S.L., McMahon, W., & Lainhart, J.E . (2007). Superior temporal
gyrus, language function, and autism. <u>Developmental Psychology, 31(2),</u> 217-
238.

**Bigler, E.D.,**         Ryser, D. K., Gandhi, P., Kimball, J., Wilde, E.A., (2006) <u>Day-of-injury
computerized tomography, rehabilitation status, and development of
cerebral atrophy in traumatic brain injury.</u> <u>American Journal of Physical
Medicine and Rehabilitation, 85(10), 793-806.</u>

**Bigler, E.D.,**         Neeley, E.S., Miller, M.J., Tate, D.F., Rice, S.A., Cleavinger, H., Wolfson, L.,
Tschanz, J., and Welsh-Bohmer, K.(2004). <u>Cerebral volume loss, cognitive
deficit and neuropsychological performance: Comparative measures of brain
atrophy: I. Dementia.</u> <u>Journal of the International Neuropsychological Society,
10,</u> 442-452.

**Bigler, E.D.,**         Lowry, C. M., Kerr, B., Tate, D. F., Hessel, C. D., Earl, H. D., Miller, M.J.,
Rice, S. A., Smith, K. H., Tschanz, J. T., Welsh-Bohmer, K., Plassman, B.,
Victoroff, J. (2003). Role of white matter lesions, cerebral atrophy, and APOE on
cognition in older persons with and without dementia: the Cache County, Utah,
study of memory and aging, <u>Neuropsychology 17</u>(3), 339-352.

**Bigler, E.D.,**         Tate, D.F., Neeley, E.S., Wolfson, L. J., Miller, M.J., Rice, S.A., Cleavinger, H.,
Anderson, C., Coon, H., Ozonoff, S., Johnson, M., Dinh, E., Lu, J.,
Mc Mahon, W., Lainhart, J.E. (2003) Temporal lobe, autism and macrocephaly,
<u>American Journal of Neuroradiology, 24,</u> 2066-2076.

**Bigler, E.D.,**         Kerr, B., Victoroff, J., Tate, D.F., Breitner, J.C. (2002)  White matter lesions,
quantitative magnetic resonance imaging, and dementia.  <u>Alzheimer Disease and
Associated Disorders, 16</u>(3), 161-170.

**Bigler, E.D.**          Anderson, C.V., & Blatter, D.D. (2002). Temporal lobe morphology in normal
aging and traumatic brain injury.  <u>American Journal of Neuroradiology,</u> 23 (2),
255-266.

**Bigler, E.D.,**         Tate, D.F., Miller, M.J., Rice, S.A., Hessel, C.D., Earl, H.D., Tschanz, J.T.,
Plassman, B., & Welsh-Bohmer, K.A. (2002). Dementia, asymmetry of temporal
lobe structures, and Apolipoprotein E genotype:  Relationships to cerebral
atrophy and neuropsychological impairment.  <u>Journal of the International
Neuropsychological Society,</u> <u>8,</u> 925-933.

**Bigler, E.D.**          Lowry, S.M., Anderson, C.V., Johnson, S.C., Terry, J. & Steed, M.  (2000).
Dementia, quantitative neuroimaging, and apolipoprotein E genotype.  <u>American
Journal of Neuroradiology, 21,</u> 1857-1868.

**Bigler, E.D.**          Johnson, S.C. & Blatter, D.D. (1999).  Head trauma and intellectual status:
Relation to quantitative magnetic resonance imaging findings.  <u>Applied
Neuropsychology, 6</u>(4), 217-225.

Bigler, E. D.     16

**Bigler, E.D.**        Lajiness-O'Neill, R. & Howes, N.L. (1998).  Technology in the assessment of learning disability.  Journal of Learning Disabilities, 31 (1), 67-82.

**Bigler, E.D.,**        Blatter, D.D., Anderson, C.V., Johnson, S.C., Gale, S.D., Hopkins, R.O., & Burnett, B.  (1997). Hippocampal Volume in Normal Aging and Traumatic Brain Injury.  AJNR American Journal of Neuroradiology 18, 11-23.

**Bigler, E.D.,**        Blatter, D.D., Johnson, S.C., Anderson, C.V., Russo, A.A., Gale, S.D., Ryser, D.K., Macnamara, S.E., & Bailey, B.J. (1996).  Traumatic brain injury, alcohol and quantitative neuroimaging: preliminary findings.  Brain Injury, 10 (3), 197-206.

**Bigler, E.D.,**        Clark, E., & Farmer, J.  (1996). Traumatic Brain Injury:  1990s Update-Introduction to the Special Series.  Journal of Learning Disabilities, 29 (5), 512-513.

**Bigler, E.D.,**        Green, R.R., Farrer, T.J., Roper, J.C. & Millward, J.B., (2009). The rigor of research design and 'forensic' publications in neuropsychological research. Psychological Injury and Law. (in press).

**Bigler, E.D.,**        Johnson, S.C., Anderson, C.V., Blatter, D.D., Gale, S.D., Russo, A.A., Ryser D.K., Macnamara, S.E., Bailey, B.J., Hopkins, R.O.& Abildskov, T.J. (1996). Traumatic brain injury and memory: The role of hippocampal atrophy. Neuropsychology 10, 333-342.

**Bigler, E.D.,**        Johnson, S.C., Jackson, C., Blatter, D.D. (1995).  Aging, brain size, and IQ. Intelligence, 21, (1) 109-119.

**Bigler, E.D.,**        Burr, R., Gale, S., Norman, M., Kurth, S., Blatter, D. & Abildskov, T. (1994). Day of injury CT scan as an index to pre-injury brain morphology. Brain Injury, 8 (3), 231-238.

**Bigler, E.D.,**        Kurth, S., Blatter, D., & Abildskov, T.J. (1992). Degenerative changes in traumatic brain injury: Post-injury magnetic resonance identified ventricular expansion compared to pre-injury levels. Brain Research Bulletin, 28, 651-653.

**Bigler, E.D.,**        Kurth, S., Blatter, D., & Abildskov, T.J. (1992). Day of injury CT as an index to pre-injury brain morphology: Degree of post-injury degenerative changes identified by CT and MR neuroimaging. Brain Injury, 7 (2), 125-134.

**Bigler, E.D.,**        Nelson, J.E., & Schmidt, R.D. (1989). Identification of mamillary body atrophy in Korsakoff's syndrome using magnetic resonance imaging. The Journal of Neuropsychiatry and Clinical Neurosciences, 1, 341-342.

**Bigler, E.D.,**        Nelson, J.E., & Schmidt, R.D. (1989). Mamillary body atrophy identified by magnetic resonance imaging in alcoholic amnestic (Korsakoff's) syndrome: Neuropsychological Correlates. Neuropsychiatry, Neuropsychology and Behavioral Neurology, 2, 189-201.

**Bigler, E.D.,**      Rosa, L., Schultz, F., Hall, S., & Harris, J. (1989). Rey-Auditory verbal learning and Rey-Osterrieth complex figure design test for performance in Alzheimer's Disease and closed head injury. Journal of Clinical Psychology, 45, 277-280.

**Bigler, E.D.,**      Schultz, F., Hall, S., Rosa, L., & Harris, J. (1989). Performance on the Raven Colored Progressive Matrices in patients with closed head injury and dementia of the Alzheimer's type: Clinical considerations. Archives of Clinical Neuropsychology, 4, 111-112.

**Bigler, E.D.,**      Rosenstein, L.D., Roman, M., & Nussbaum, N.L. (1988). The clinical significance of congenital agenesis of the corpus callosum. Archives of Clinical Neuropsychology, 3, 189-200.

**Bigler, E.D.,**      Schultz, R., Grant, M., Knight, G., Lucas, J., Roman, M., Hall, S., & Sullivan, M. (1988). Design fluency in dementia of the Alzheimer's type. Neuropsychology, 2, 127-133.

**Bigler, E.D.,**      Hubler, D.W., Cullum, C.M., & Turkheimer, E. (1985). Intellectual and memory impairment in dementia: CT volume correlations. Journal of Nervous and Mental Disease, 173, 347-352.

**Bigler, E.D.**       & Naugle, R.I. (1985). Case studies in cerebral plasticity. Clinical Neuropsychology, 7, 12-23.

**Bigler, E.D.,**      Cullum, M.C., Paver, S., Turkheimer, E., & Yeo, R. (1984). Neuropsychological and computerized tomographic correlates in post traumatic head injury. The International Journal of Clinical Neuropsychology, 6, 83.

**Bigler, E.D.,**      Hubler, D.W., Cullum, C.M., Turkheimer, E., & Yeo, R. (1984). Neuropsychological performance and volumetric CT scan measures in degenerative diseases. The International Journal of Clinical Neuropsychology, 6, 77.

**Bigler, E.D.,**      Hubler, D.W., Turkheimer, E., Cullum, C.M., Paver, S., & Yeo, R. (1984). Volumetric CAT measures and neuropsychological performance in Alzheimer's disease. International Journal of Neuroscience, 24, 291-294.

**Bigler, E.D.,**      Paver, S., Cullum, C.M., Turkheimer, E., Hubler, D.W., & Yeo, R. (1984). Ventricular enlargement, cortical atrophy and neuropsychological performance following head injury. International Journal of Neuroscience, 24, 295-298.

**Bigler, E.D.,**      Bennet, J., & Newton, J.S. (1983). The hyperlexic syndrome: A case study. Clinical Neuropsychology, 5, 95-96.

**Bigler, E.D.,**      Steinman, D.R., & Newton, J.S. (1981). Clinical assessment of cognitive deficit in neurologic disorder, I: Effects of age and degenerative disease. Clinical Neuropsychology, 3, 5-13.

**Bigler, E.D.,**      Steinman, D.R., & Newton, J.S. (1981). Clinical assessment of cognitive deficit in neurologic disorder, II: Cerebral trauma. Clinical Neuropsychology, 3, 13-18.

**Bigler, E.D.,**    Tucker, D.M., & Piran, N. (1979). Neuropsychological differentiation in a psychiatric late adolescent-young adult population: Preliminary report. <u>Clinical Neuropsychology,</u> <u>1</u>, 9-14.

**Bigler, E.D.,**    Shearer, D.E., Dustman, R.E., & Fleming, D.E. (1978). Differential effects of convulsants on visually evoked responses in the albino rat. <u>Pharmacology, Biochemistry, and Behavior,</u> <u>8</u>, 727-733.

**Bigler, E.D.,**    Fleming, D.E., & Shearer, D.E. (1977). Comparison of ethanol consumption by methods of schedule-induced polydipsia and water deprivation. <u>Psychological Record,</u> <u>3</u>, 577-580.

**Bigler, E.D.,**    Fleming, D.E., & Shearer, D.E. (1976). Metrazol potentiated after-discharges: Dose-response relationships and effects of selective lesions. <u>Pharmacology, Biochemistry, and Behavior,</u> <u>5</u>, 423-429.

**Bigler, E.D.,**    Fleming, D.E., & Shearer, D.E. (1976). Stabilization of photically evoked after-discharge activity: Control procedures and effects of classical trace conditioning. <u>Behavioral Biology,</u> <u>16</u>, 425-437.

**Bigler, E.D.,**    Fleming, D.E., & Shearer, D.E. (1974). Pharmacological modulation of photically evoked after-discharge patterns in hooded Long-Evans rats. <u>Bulletin of the Psychonomic Society,</u> <u>4</u>, 179-181.

**Bigler, E.D.,**    Fleming, D.E., & Shearer, D.E. (1974). Schedule-induced polydipsia and neocortic lesions in the rat. <u>Psychological Reports,</u> <u>35</u>.935-941.

Alexander, A.L.,    Lee, J.E., Lazar, M., Boudos, R.M., Dubray, M.B., Oakes, T.R., Miller, J.N., Lu, J., Jeong, E-K., McMahon, W.M., **Bigler, E.D.,** Lainhart, J.E. (2007) Diffusion tensor imaging of the corpus callosum in Autism. <u>NeuroImage,</u> 34(1), 61-73. (2006 Epub Oct 4).

Alexander, A.L.,    Lee, J.E., Lazar, M., Chung, M.K., Dubray, M., **Bigler, E.D.,** Lainhart, J.E. (2007).Diffusion tensor imaging of white matter in the superior temporal gyrus and temporal stem in autism. <u>Neuroscience Letters,</u> 424(2):127-132. (Epub 2007 Aug 6).

Allen, M.D.,    **Bigler ED,** Larsen J, Goodrich-Hunsaker NJ, Hopkins RO. (2007). Functional magnetic resonance imaging (fMRI) evidence for high cognitive effort on the Word Memory Test in the absence of external incentives. <u>Brain Injury,</u> <u>21</u>, 1425 - 1428.

Anderson, C.V.,    Woods, D.M., **Bigler, E.D.,** & Blatter, D.D. (1996). Lesion volume, injury severity, and thalamic integrity following head injury. <u>Journal of Neurotrauma,</u> <u>13</u>(1), 35-40.

Anderson, C.V.    & **Bigler, E.D.** (1995). Ventricular dilation, cortical atrophy, and neuropsychological outcome following traumatic brain injury. <u>Journal of Neuropsychiatry and Clinical Neurosciences,</u> <u>7</u>(1), 42-48.

Anderson, C.V.,    **Bigler, E.D.,** & Blatter, D.D. (1995). Frontal lobe lesions, diffuse damage, and neuropsychological functioning in traumatic brain-injured patients. <u>Journal of Clinical and Experimental Neuropsychology 17</u>, 900-908.

Anderson, C.V.   & **Bigler, E.D.** (1994). The role of caudate nucleus and corpus callosum atrophy in trauma-induced anterior horn dilation. Brain Injury, 8, 565-569.

Barker, L.H.,   **Bigler, E.D.**, Johnson, S.C., Anderson, C.V., Russo, A.A., Boineau, B. & Blatter, D.D. (1999). Polysubstance abuse and traumatic brain injury: Quantitative magnetic resonance imaging and neuropsychological outcome in older adolescents and young adults. Journal of the International Neuropsychological Society, 5(7), 593-608.

Bergeson, A.G.,   Lundin, R., Parkinson, R.B., Tate, D.F., Victoroff, J., Hopkins, R.O., **Bigler, E.D.** (2004). Clinical rating of cortical atrophy and cognitive correlates following traumatic brain injury. The Clinical Neuropsychologist, 18 (3), 1-12.

Blatter, D.D.,   **Bigler, E.D.**, Gale, S.D., Johnson, S.C., Anderson, C.V., Burnett, B.M., Ryser, D., Macnamara, S.E., & Bailey, B.J. (1997). MR-based brain and cerebrospinal fluid measurement after traumatic brain injury: Correlation with neuropsychological outcome. American Journal of Neuroradiology, 18, 1-10.

Blatter, D.D.,   **Bigler, E.D.**, Gale, S.D., Johnson, S.C., Anderson, C., Burnett, B.M., Parker, N., Kurth, S. & Horn, S. (1995). Quantitative volumetric analysis of brain MRI: Normative database spanning five decades (16-65). American Journal of Neuroradiology, 16, 241-251.

Bowen, J. M.,   Clark, E., **Bigler, E.D.**, Gardner, M., Nilsson, D., Gooch, J., Pompa, J. (1997). Childhood traumatic brain injury: neuropsychological status at the time of hospital discharge. Developmental Medicine and Child Neurology, 39,17-25.

Cato, M.,   Delis, D., Abildskov, T.J., & **Bigler, E.D.** (2004). Assessing the elusive cognitive deficits associated with ventromedial prefrontal damage: A Case study of a modern-day Phineas Gage. Journal of the International Neuropsychological Society, 10, 453-465.

Cleavinger, H. B.,   **Bigler, E. D.**, Johnson, J.L., Lu, J., Lainhart, J. E. (2008) Quantitative magnetic resonance image analysis of the cerebellum in macrocephalic and normocephalic children and adults with autism. Journal of the International Neuropsychological Society, 14, 401-413.

Craft, S.,   Willerman, L., & **Bigler, E.D.** (1987). Callosal dysfunction in schizophrenia and schizoaffective disorder. Journal of Abnormal Psychology, 96, 205-213.

Cullum, C.M.,   & **Bigler, E.D.** (1991). Short and long term psychological status following cerebrovascular accidents: Short-form MMPI findings. Journal of Nervous and Mental Disease, 179, 274-278.

Cullum, C.M.,   & **Bigler, E.D.** (1988). Short form MMPI findings in patients with predominately lateralized cerebral dysfunction: Neuropsychological and CT-derived parameters. Journal of Nervous and Mental Diseases, 176, 332-342.

Cullum, C.M.,   **Bigler, E.D.** (1986). Ventricle size, cortical atrophy and the relationship with neuropsychological status in closed head injury: A quantitative analysis. Journal of Clinical and Experimental Neuropsychology, 8, 437-452.

Cullum, C.M.,        **Bigler, E.D.** (1985). Late effects of hematoma on brain morphology and memory in closed head injury. International Journal of Neuroscience, 28, 279-283.

Cullum, C.M.,        Steinman, D.R., & **Bigler, E.D.** (1984). Relationship between fluid and crystallized cognitive function using Category Test and WAIS test scores. The International Journal of Clinical Neuropsychology, 6, 172-174.

Ehrfurth, J.W.,      Phelan, C., & **Bigler, E.D.** (1981). The utility of a short, modified WAIS with a neurological patient population. Clinical Neuropsychology, 3, 42-43.

Fearing, M.A.,       **Bigler, E.D.,** Wilde, E.A., Johnson, J.L., Hunter, J.V., Xiaoqui, Li., Hanten, G., Levin, H.S. (2008).  Morphometric MRI findings in the thalamus and brainstem in children after moderate to severe traumatic brain injury.  Journal of Child Neurology, 23(7), 729-737.

Fearing, M.A.,       **Bigler, E.D.,** Norton, M., Tschanz, J., Hulette, C., Leslie, C., Welsh-Bohmer, K., and the Cache County Investigators*. (2007). Autopsy-confirmed Alzheimer's disease versus clinically-diagnosed Alzheimer's disease in the Cache County Study on Memory and Aging: A comparison of quantitative MRI and neuropsychological findings.  Journal of Clinical and Experimental Neuropsychology, 29(5); 553-560.

Fleming, D.E.,       & **Bigler, E.D.** (1974). Relationship between photically evoked after-discharge occurrence and hippocampal EEG rhythms in restrained and unrestrained albino rats. Physiology and Behavior, 13, 757-761.

Gale, S.D.,          Hopkins, R.O., Weaver, L.K., **Bigler, E.D.,** Booth, E.J., & Blatter, D.D. (1999). MRI, Quantitative MRI, SPECT, and neuropsychological findings following carbon monoxide poisoning.  Brain Injury, 13(4), 229-243.

Gale, S.D.,          Johnson, S.J., **Bigler, E.D.** & Blatter, D.  (1995).  Trauma induced temporal horn dilation: Neuropsychologic correlates.  Journal of the International Neuropsychological Society, 1 (4), 369-370.

Gale, S.D.,          Johnson, S.C., **Bigler, E.D.** & Blatter, D. (1995).  Nonspecific white matter degeneration following traumatic brain injury.  Journal of the International Neuropsychological Society, 1, 17-28.

Gale, S.D.,          Johnson, S.C., **Bigler, E.D.** & Blatter, D. (1995).  Trauma-induced degenerative changes in brain injury: A morphometric analysis of three patients with pre-injury and post-injury MR scans. Journal of Neurotrauma, 12(2), 151-158.

Gale, S.D.,          Johnson, S.C., **Bigler, E.D.** & Blatter, D.D. (1994).  Traumatic brain injury and temporal horn enlargement correlates with tests of intelligence and memory. Neuropsychiatry, Neuropsychology, and Behavioral Neurology, 7(3), 160-165.

Gale, S.D.,          Burr, R.B., **Bigler, E.D.,** & Blatter, D. (1993).  Fornix degeneration and memory in traumatic brain injury.  Brain Research Bulletin, 32, 345-349.

Grant, M.L.,         Ilai, D., Nussbaum, N.L., & **Bigler, E.D.** (1990). The relationship between continuous performance tasks and neuropsychological tests in children with attention-deficit hyperactivity disorder. Perceptual and Motor Skills, 70, 435-445.

Hall, S.,                  **Bigler, E.D.**, & Rutledge, J.N. (1989). <u>Depression preceding choreiform movements in Huntington's Disease: A case study.</u> <u>Archives of Clinical Neuropsychology,</u> <u>4</u>, 79-92.

Hallam, B.J.             Brown, W.S., Ross C., Buckwalter, J.G., **Bigler, E.D.,** Tschanz, J.T., Norton, M.C., Welsh-Bohmer, K.A., Breitner, J.C.S. (2008) Regional atrophy of the corpus callosum in dementia. <u>The Journal of the International Neuropsychological Society,</u> <u>14</u>, 414-423.

Heilbronner, R.L.,       Taylor, G.T., Lamberty, G., Schmidt, M., Wills, K.E., Artiola y Fortuny, L., **Bigler, E.D.,** Boone, K.B., Kaplan, R.F., Pliskin, N.H. (2007).  American Academy of Clinical Neuropsychology (AACN) Practice Guidelines for Neuropsychological Assessment.  <u>The Clinical Neuropsychologist,</u> <u>21,</u> 209-231.

Heaton, T.B.             & **Bigler, E.D.** (1993). Neuroimaging techniques in neuropsychological research. <u>Bulletin of the National Academy of Neuropsychology,</u> <u>9</u>, 14-17.

Hedges, D.W.,            Thatcher,G.W., Bennett, P. J., Sood, S., Paulson, D.,  Creem-Regehr,  S., Brown, B.L., Allen, S., Johnson, J., Froelich B., **Bigler, E.D.** (2008). Brain integrity and cerebral atrophy in Vietnam combat veterans with and without posttraumatic stress disorder. <u>Neurocase, 13</u>(5), 402-410.

Hedges, D.W.,            Allen, S., Tate, D.F., Thatcher, G.W., Miller, M.J., Rice, S.A., Cleavinger, H.B., Sood, S., **Bigler, E.D.** (2003).  Reduced hippocampal volume in alcohol and substance naïve Vietnam combat veterans with posttraumatic stress disorder. <u>Cognitive & Behavioral Neurology,</u> <u>16(4)</u>, 219-224.

Hobbs, K.,               Kennedy, A., Dubray, M., **Bigler, E.D.,** Petersen, B., McMahon, W., Lainhart, J.E. (2007).  A retrospective fetal ultrasound study of brain size in autism. <u>Biological Psychiatry, 62(9),</u> 1048-4055.

Hopkins, R.O.,           Beck, C.J., Burnett, D.L., Weaver, L.K., Victoroff, J., **Bigler, E.D.,** (2006). Prevalence of white matter hyperintensities in a young healthy population. <u>Journal of Neuroimaging, 16(3), 243-251.</u>

Hopkins, R.O.,           Tate, D.F., **Bigler, E.D.** (2005).  Anoxia versus traumatic brain injury:  Amount of tissue loss, not etiology, alters cognitive and emotional function. <u>Neuropsychology,</u> <u>19</u>(2), 233-242.

Hopkins, R.O.,           **Bigler, E.D.,** (2001).  Pulmonary Disorders. In R. Tarter et al. (Eds.), <u>Medical Neuropsychology (2nd ed.)</u> p. 25-50.

Hopkins, R.O.,           Weaver, L.K., Pope, D., Orme, J.F. Jr., **Bigler, E.D.,** & Larson-Lohr, V.  (1999). Neuropsychological sequelae and impaired health status in survivors of severe acute respiratory distress syndrome.  <u>American Journal of Respiratory Critical Care Medicine,</u> <u>160</u>(11), 50-56.

Hopkins, R.O.,           Larson-Lohr, V., Weaver, L.K., & **Bigler, E.D.**  (1998). Neuropsychological impairments following hantavirus pulmonary syndrome.  <u>Journal of the International Neuropsychological Society,</u> <u>4</u> (2), 190-196.

Hopkins, R.O.,        Abildskov, T.J., **Bigler, E.D.**, & Weaver, L.K. (1997). Three dimensional image reconstruction of neuroanatomical structures: Methods for isolation of the cortex, ventricular system, hippocampus, and fornix. <u>Neuropsychology Review, 7</u>, 87-104.

Hopkins, R.O.,        Gale, S.D., Johnson, S.C., Anderson, C.V., **Bigler, E.D.**, Blatter, D.D. & Weaver, L.K. (1995). A case study in review: Severe anoxia with and without concomitant brain atrophy and neuropsychological impairments. <u>Journal of the International Neuropsychological Society, 1</u>, 501-509.

Howes, N.L.,          **Bigler, E.D.**, Burlingame, G.M., & Lawson, J.S. (2003). Memory performance of children with dyslexia: A comparative analysis of theoretical perspectives. <u>Journal of Learning Disabilities, 36</u> (3), 230-246.

Howes, N.L,           **Bigler, E.D.**, Lawson, J.S. & Burlingame, G.M. (1999). Reading disability subtypes and the Test of Memory and Learning. <u>Archives of Clinical Neuropsychology, 14</u>(3), 317-339.

Hughes, S.K.,         Nilsson, D.E., Boyer, R.S., Bolte, R.G., Hoffman, R.O., Lewine, J.D., & **Bigler, E.D.** (2002). Neurodevelopmental outcome for extended cold water drowning: A longitudinal case study. <u>JINS Journal of the International Neuropsychological Society, 8</u>, 588-596.

Hurley, R.A.,         Hopkins, R.O., **Bigler, E.D.**, & Taber, K.H. (2001). Applications of functional imaging to carbon monoxide poisoning. <u>Journal of Neuropsychiatry and Clinical Neuroscience</u>, 13(2), 157-161.

Johnson, S.C.,        Pinkston, J.B., **Bigler, E.D.** & Blatter, D.D. (1996). Corpus callosum morphology in normal controls and traumatic brain injury. Sex differences, mechanisms of injury, and neuropsychological correlates. <u>Neuropsychology, 10</u>, 408-415.

Johnson, S.C.,        **Bigler, E.D.**, Burr, R.B., & Blatter, D.D. (1994). White matter atrophy, ventricular dilation, and intellectual functioning following traumatic brain injury. <u>Neuropsychology, 8</u>, 307-315.

Johnson, S.C.,        Farnsworth, T., Pinkston, J.B., **Bigler, E.D.**, & Blatter, D. (1994). Corpus callosum surface area across the human adult life span: Effect of age and gender. <u>Brain Research Bulletin, 35</u>(4), 373-377.

Johnstone, B.,        Frank, R.G., Belar, C., Belk, S., Bieliauskas, L.A., **Bigler, E.D.**, Caplan, B., Elliott, T.R., Glueckauf, R.L., Kaplan, R.M., Kreutzer, J.S., Mateer, C.A., Patterson, D., Puente, A.E., Richards, J.S., Rosenthal, M., Sherer, M., Shewchuk, R., Sigel, L.J., Sweet, J.J. (1995). Psychology in health care: Future directions. <u>Professional Psychology: Research and Practice, 26</u>(4), 341-365.

Kesler, S.R.,         Adams, H.F., Blasey, C.M., **Bigler, E.D.** (2003). Premorbid intellectual functioning, education, and brain size in traumatic brain injury: an investigation of the cognitive reserve hypothesis. <u>Applied Neuropsychology, 10</u>(3), 153-62.

Kesler, S.R.,         Hopkins, R.O., Weaver, L.K., Blatter, D.D., Edge-Booth, H., & **Bigler, E.D.** (2001). Verbal memory deficits associated with fornix atrophy in carbon

monoxide poisoning. Journal of the International Neuropsychological Society, 7(5), 640-646.

Kesler, S.R.,         Adams, H.F., **Bigler, E.D.** (2000). SPECT, MR and quantitative MR Imaging: Correlates with Neuropsychological and Psychological Outcome in Traumatic Brain Injury. Brain Injury, 14(10), 851-857.

Kilian, S.,          Brown, W.S., Hallam, B.J., McMahon, W., Johnson, M., **Bigler, E.D.,** Lainhart, J.E., (2008) Regional callosal morphology in autism and macrocephaly. Developmental Neuropsychology 33(1), 74-99.

Kozora, E.,          West, S.G., Kotzin, B.L., Julian, L., Porter, S. & **Bigler, E.D.** (1998). MRI abnormalities and cognitive deficits in Systemic Lupus Erythematosus patients without Overt Central Nervous System Disease. Arthritis & Rheumatism, 41 (1), 41-47.

Kurth, S.M.,         **Bigler, E.D.** & Blatter, D.D. (1994). Neuropsychological outcome and quantitative image analysis of acute hemorrhage in traumatic brain injury: preliminary findings. Brain Injury, 8, 489-500.

Lainhart, J.E.,      **Bigler, E.D.,** Bocian, M., Coon, H., Dinh, E., Dawson, G., Deutsch, C.K., Dunn, M., Estes, A., Tager-Flusberg, H., Folstein, S., Hepburn, S., Hyman, S., McMahon, W., Minshew, N., Munson, J., Osan, K., Ozonoff, S., Rodier, P., Rogers, S., Sigman, M., Spence, M.A., Stodgell, C.J., Volkmar, F. (2006). Head circumference and height in autism: A study by the Collaborative Program of Excellence in Autism. American Journal of the American Genetics, Nov 140(21), 2257-2274.

Lajiness-O'Neill, R.R., Beaulieu, I., Titus, J.B., Asamoah, A., **Bigler, E.D.,** Bawle, E.V., Pollack, R. (2005). Memory and learning in children with 22q11.2 Deletion Syndrome: Evidence for ventral and dorsal stream disruption. Child Neuropsychology 11(1), 55-71).

Lee, J.E.,           Chung, M.K., Lazar, M., DuBray, M., Kim, J., **Bigler, E.D.,** Lainhart, J.E., Alexander, A.L. (2009). A study of diffusion tensor imaging by tissue-specific, smoothing-compensated voxel-based analysis. NeuroImage, 44(3): 870-883.

Lee, J.E.,           **Bigler, E.D.,** Alexander, A.L., Lazar, M., DuBray, M.B., Chung, M.K., Johnson, M., Morgan, J., Miller, J.N., McMahon, W.M., Lu, J., Jeong, E-K, Lainhart, J.E. (2008) Diffuse tensor imaging of white matter in the superior temporal gyrus and temporal stem in autism. Neuroscience Letters, 424: 127-132.

Lewine, J.D.,        Davis, J.T., **Bigler, E.D.**, Hartshorne, M., Thoma, R., Hill, D., Funke, M., Sloan, J.H., Hall, S., and Orrison, W.E. (2007). Objective documentation of traumatic brain injury subsequent to mild head trauma: Multimodal brain imaging with MEG, SPECT, and MRI. The Journal of Head Trauma Rehabilitation, 22(3), 141-155.

Lewine, J.D.,        Davis, J.T., Toma, R., **Bigler, E.D.,** Sloan, J.H., Funke, M., Moore, K.R., Orrison, W.W. (in press). Long-term psychological consequences of mild and moderate head trauma: A magnetoencephalographic investigation. Brain Injury.

Lyketsos, C.G.,  Toone, L., Tschanz, J., Rabins, P.V., Steinberg, M., Onyike, C.U., Corcoran, C., Norton, M., Zandi, P., Breitner, J.C., Welsh-Bohmer, K., Anthony, J., Ostbye, T., **Bigler, E.,** Pieper, C., Burke, J., Plassman, B., Green, R.C., Steffens, D.C., Klein, L., Leslie, C., Townsend, J.J., Wyse, B.W., Munger, R., Williams, M.; Cache County Study Group*. (2005). Population-based study of medical comorbidity in early dementia and "cognitive impairment, no dementia (CIND)": association with functional and cognitive impairment: The Cache County Study. American Journal of Geriatric Psychiatry, 13, 656-664.

Lu, L.,  **Bigler, E.D.** (2002). Normative data on Trail Making test for neurologically normal, Chinese-speaking adults. Applied Neuropsychology, 9, 219-225.

Lu, L.,  **Bigler, E.D.** (2000). Performance on original and a Chinese version of Trail Making Test Part B: A normative bilingual sample. Applied Neuropsychology, 7, 243-246.

Lucas, J.A.  Telch, M.J., & **Bigler, E.D.** (1991). Memory functioning in panic disorder: A neuropsychological perspective. Journal of Anxiety Disorders, 5, 1-20.

Lucas, J.A.  Rosenstein, L.D., & **Bigler, E.D.** (1989). Handedness and language in the mentally retarded: Implications for sex differences in hemispheric specialization and the model of pathological left-handedness. Neuropsychologia, 27, 713-723.

Macnamara, S.E.,  **Bigler, E.D.,** Blatter, D., Pompa, J., Ryser, D., & Kurth, S. (1992). Magnetic resonance identified ventricular dilation in traumatic brain injury: Comparison of pre- and post-injury scan results. Archives of Clinical Neuropsychology, 7, 275-284.

Massman, P.J.  & **Bigler, E.D.** (1993). A quantitative review of the diagnostic utility of the WAIS-R field profile. Archives of Clinical Neuropsychology, 8(6), 417-428.

Massman, P.J.,  Nussbaum, N.L., & **Bigler, E.D.** (1988). The mediating effect of age on the relationship between Child Behavior Checklist hyperactivity scores and neuropsychological test performance. Journal of Abnormal Child Psychology, 16, 89-95.

Massman, P.J.,  **Bigler, E.D.,** Cullum, C.M., & Naugle, R.I. (1986). The relationship between cortical atrophy and ventricular volume in Alzheimer's disease and closed head injury. International Journal of Neuroscience, 30, 87-99.

Mathias, J.L.,  Bowden, S.C., **Bigler, E.D.** (2007). Is performance on the Wechsler Test of Adult Reading affected by traumatic brain injury? British Journal of Clinical Psychology, 46 (Pt 4), 457-466.

Mathias, J. L.,  Beall, J. A., **Bigler, E. D.** (2004). Neuropsychological and information processing deficits following mild traumatic brain injury. Journal of the International Neuropsychological Society, JINS, 10 (2), 286-297.

Mathias, J.L.,  **Bigler, E.D.,** Jones, N.R., Bowden, S.C., Barrett-Woodbridge, M., Brown, G. C., Taylor, D.J. (2004). Neuropsychological and information processing performance and its relationship to white matter changes following moderate and

severe traumatic brain injury: A preliminary study. Applied Neuropsychology, 11 (3), 135-152.

Merkley, T.K.,    **Bigler, E.D.,** Wilde, E. A. , McCauley, S.R., Hunter, J.V., Levin, H.S. (2008). Diffuse changes in cortical thickness in pediatric moderate-to-severe traumatic brain injury. Journal of Neurotrauma, 25(11): 1343-1345.

Miller, V.S.,    & **Bigler, E.D.** (1982). Neuropsychological aspects of tuberous sclerosis. Clinical Neuropsychology, 4 (1), 26-34.

Morris, J.M.,    & **Bigler, E.D.** (1987). Hemispheric functioning and the K-ABC: Results in neurologically impaired children. Developmental Neuropsychology, 3, 67-69.

Naugle, R.I.,    Cullum, C.M. & **Bigler, E.D.** (1990). Evaluation of intellectual and memory function among dementia patients who were intellectually superior.  The Clinical Neuropsychologist, 4, 355-374.

Naugle, R.I.,    **Bigler, E.D.,** Cullum, C.M., & Massman, P.J. (1987). Handedness and dementia. Perceptual and Motor Skills, 65, 207-210.

Naugle, R.I.,    Cullum, C.M., **Bigler, E.D.,** & Massman, P. (1986). Neuropsychological characteristics and atrophic brain changes in senile and presenile dementia. Archives of Clinical Neuropsychology, 1, 219-230.

Naugle, R.I.,    Cullum, C.M., **Bigler, E.D.,** & Massman, P.J. (1985). Neuropsychological and CT volume characteristics of empirically derived dementia subgroups. Journal of Nervous and Mental Disease, 173 (10), 596-604.

Neeley, E. S.,    **Bigler, E.D.,** Krasny, L, Ozanoff, S., McMahon, W., & Lainhart, J.E. (2007). Quantitative temporal lobe differences: Autism distinguished from controls using Classification and Regression Tree Analysis. Brain & Development. 29, 389-399.

Norton, M.C.,    Singh, A., Skoog, I., Corcoran, C., Tschanz, J.T., Zandi, P.P., Breitner, J.C., Welsh-Bohmer, K.A., Steffens, D.C.; **Cache County Investigators\*.** (2008). Church attendance and new episodes of major depression in a community study of older adults:  the Cache County Study. The Journals of Gerontology. Series B, Psychological Sciences and Social Sciences, 63,(3), 129-137.

Norton, M.C.,    Skoog, I., Franklin, L.M., Corcoran, C., Tschanz, J.T., Zandi, P.P., Breitner, J.C., Welsh-Bohmer, K,A., Steffens, D.C.; **Cache County Investigators\*.** (2006). Gender differences in the association between religious involvement and depression: the Cache County (Utah) study. The Journals of Gerontology. Series B, Psychological Sciences and Social Sciences, 61 (3), 129-136.

Norton, M.C.,    Skoog, I., Toone, L., Corcoran, C., Tschanz, J.T., Lisota, R.D., Hart, A.D., Zandi, P.P., Breitner, J.C., Welsh-Bohmer, K,A., Steffens, D.C.; **Cache County Investigators\*.** (2006). Three-year incidence of first-onset depressive syndrome in a population sample of older adults: the Cache County study. American Journal of Geriatric Psychiatry, 14, 237-245.

Norman, M.A.,        & **Bigler, E.D.** (1992). Grand Rounds: Neuropsychological assessment and neuroimaging in traumatic brain injury. <u>Bulletin of The National Academy of Neuropsychology</u>, <u>9</u>, 11-16.

Nussbaum, N.L.,      Grant, M.L., Roman, M.J., Poole, J.H., & **Bigler, E.D.** (1990). Attention deficit disorder and the mediating effect of age on academic and behavioral variables. <u>Journal of Developmental and Behavioral Pediatrics</u>, <u>11</u>, 22-26.

Nussbaum, N.L.,      **Bigler, E.D.**, Ingram, J.W., Rosa, L., & Massman, P. (1988). Anterior/Posterior functional cerebral asymmetry and personality/behavioral characteristics in children. <u>Archives of Clinical Neurology</u>, <u>3</u>, 127-135.

Nussbaum, N.L.,      & **Bigler, E.D.** (1986).  Neuropsychological & behavioral profiles of empirically derived subgroups of learning disabled children. <u>International Journal of Clinical Neuropsychology</u>, <u>8</u> (2), 82-89.

Nussbaum, N.L.,      **Bigler, E.D.**, & Kich, W. (1986). Neuropsychologically derived subgroups of learning disabled children: Personality/behavioral dimensions. <u>Journal of Research and Development in Education</u>, <u>19</u>, 57-67.

Parkinson, R.B.,     Hopkins, R.O., Cleavinger, H.B., Weaver, L.K., Victoroff, J., Foley, J.F., & **Bigler, E.D.** (2002).  White matter hyperintensities and neuropsychological outcome following carbon monoxide poisoning.  <u>Neurology</u>, <u>58</u>, 1525-1532.

Piran, N.,          & **Bigler, E.D.** (1982). A neuropsychological contribution to the theory of schizophrenia. <u>Technical Report</u>, Hogg Foundation, 83.

Plassman, B.L.,      Welsh, K.A., **Bigler, E.D.**, Johnson, S.C., Anderson, C.V., Helms, M.J., Saunders, A.M., Breitner, J.C.S.  (1997).  Apolipoprotein E $\epsilon$4 allele and hippocampal volume in twins with normal cognition.  <u>Neurology</u>, <u>48</u>,  985-989.

Porter, S.S.,        Hopkins, R.O., Weaver, L.K., **Bigler, E.D.**, & Blatter, D.D. (2002).  <u>Corpus callosum atrophy and neuropsychological outcome following carbon monoxide poisoning</u>.  <u>Archives of Clinical Neuropsychology</u>, <u>17</u>, (2), 195-204.

Porter, C.          Lawson, J., & **Bigler, E.D.** (2005). Neurobehavioral sequelae of child sexual abuse. <u>Child Neuropsychology</u>, 11, 1-18.

Primus, E.A.,        **Bigler, E.D.**, Anderson, C.V., Johnson, S.C., Mueller, R.M. & Blatter, D. (1997). Corpus striatum and traumatic brain injury.  <u>Brain Injury</u>, <u>11</u>(8), 577-586.

Pugh, M.,           & **Bigler, E.D.** (1986). Schizophrenia and prior history of "MBD": Neuropsychological findings. <u>The International Journal of Clinical Neuropsychology</u>, <u>8</u>, 22-26.

Raz, N.,            Raz, S., & **Bigler, E.D.** (1988). Ventriculomegaly in schizophrenia, the role of control groups and the perils of dichotomous thinking: A reply to Smith and Iacono. <u>Psychiatry Research</u>, <u>26</u>, 245-248.

Raz, N.,            Raz, S., Yeo, R.A., Turkheimer, E.N., **Bigler, E.D.**, & Cullum, C.M. (1987). Relationship between cognitive and morphological asymmetry in dementia of the Alzheimers type: A CT scan study. <u>International Journal of Neuroscience</u>, <u>35</u>, 225-232.

Raz, S.,                Raz, N., & **Bigler, E.D.** (1988). Ventriculomegaly in schizophrenia: Is the choice of controls important?  Psychiatry Research, 24, 71-77.

Raz, S.,                Raz, N., Weinberger, D.R., Boronow, J., Pickar, D., **Bigler, E.D.**, & Turkheimer, E. (1987). Morphological brain abnormalities in schizophrenia determined by computerized tomography: A problem of measurement? Psychiatry Research, 22, 91-98.

Reynolds, C.R.          Hopkins, R.O. & **Bigler, E.D.** (1999).  Continuing decline of memory skills with significant recovery of intellectual function following severe carbon monoxide exposure: Clinical, psychometric, and neuroimaging findings.  Archives of Clinical Neuropsychology, 14 (2), 235-249.

Reynolds, C.R.,         & **Bigler, E.D.** (1996).  Factor structure, factor indexes, and other useful statistics for interpretation of the Test of Memory and Learning (TOMAL). Archives of Clinical Neuropsychology, 11, 29-43.

Rosenstein, L.D.,       & **Bigler, E.D.** (1987). No relationship between handedness and sexual preference. Psychological Reports, 60, 704-706.

Rice, S.A.,             **Bigler, E.D.,** Cleavinger, H.B., Tate, D.F., Sayer, J., McMahon, W., Ozonoff, S., Lu, J., Lainhart, J.E. (2005).  Macrocephaly, corpus callosum and autism. Journal of Child Neurology, 20(1), 34-41.

Ryser, D.K.,            Egger, M.J., Horn, S., Handrahan, D., Gandhi, P., & **Bigler, E.D.** (2005). Measuring medical complexity during inpatient rehabilitation following traumatic brain injury. Archives of Physical Medicine & Rehabilitation, 86, 1108-1117.

Sands, D.,              McCary, R.C., **Bigler, E.D.**, Becker, H.A., & Walker, P.R. (1987). Understanding ETC. Journal of Psychosocial Nursing, 25, 27-30.

Shearer, D.E.,          Fleming, D.E., & **Bigler, E.D.** (1976). The photically evoked after-discharge: A model for the study of drugs useful in the treatment of petit mal epilepsy. Epilepsia, 17, 429-435.

Shearer, D.E.,          Fleming, D.E., **Bigler, E.D.,** & Wilson, C.E. (1976). Suppression of photically evoked after-discharge bursting following administration of anticonvulsants in waking rats. Pharmacology, Biochemistry and Behavior, 2, 839-842.

Skenazy, J.A.,          & **Bigler, E.D.** (1985).  Psychological adjustment and neuropsychological performance in diabetic patients.  Journal of Clinical Psychology, 41 (3), 391-396.

Skenazy, J.A.,          & **Bigler, E.D.** (1984). Neuropsychological findings in Diabetes Mellitus. Journal of Clinical Psychology, 40 (1), 246-258.

Spanos, G.K.,           Wilde, E.A., **Bigler, E.D.,** Cleavinger, H.B., Fearing, M.A., Levin, H.S., Li, X., Hunter, J.V. (2007). Cerebellar atrophy after moderate-to-severe pediatric traumatic brain injury. AJNR, American Journal of Neuroradiology, 28, 537-42.

Standage, C.P.,     Fleming, D.E., & **Bigler, E.D.** (1981). Thalamocortical coupling and component properties of visually evoked after-discharges. Brain Research Bulletin, 7, 89-92.

Steinberg, M.,     Shao, H., Zandi, P., Lyketsos, C.G., Welsh-Bohmer, K.A., Norton, M.C., Breitner, J.C., Steffens, D.C., Tschanz, J.T., **Cache County Investigators*** (2008). Point and 5-year period prevalence of neuropsychiatric symptoms in dementia: the Cache County Study. International Journal of Geriatric Psychiatry, 23(2), 170-177.

Statler, K.D.,     Swank, S., Abildskov, R., Bigler, E.D., White, H.S. (2008). Traumatic brain injury during development reduces minimal clonic seizure thresholds at maturity. Epilepsy Research, 80(2-3), 163.170.

Steinman, D.R.,     & **Bigler, E.D.** (1986). Neuropsychological sequelae of ruptured anterior communicating artery aneurysm. International Journal of Clinical Neuropsychology, 8, 135-140.

Sumner, J.M.,     Carpenter, B.N., Bigler, E.D., (2007). Subsyndromal posttraumatic stress disorder and cognitive functioning in war-exposed school teachers. (in review).

Tate, D.F.,     & **Bigler, E.D.** (2000). Fornix and hippocampal atrophy in traumatic brain injury. Learning and Memory, 7(6), 442-446.

Tate, D. F.,     **Bigler, E.D.,** McMahon, W. Lainhart, J. (2007). The relative contributions of brain, cerebrospinal fluid-filled structures and non-neural tissue volumes to occipital-frontal head circumference in subjects with autism. Neuropediatrics, 38(1); 18-24.

Tucker, D.M.,     & **Bigler, E.D.** (1989). Clinical assessment of tactile extinction: Traditional double simultaneous stimulation versus quality extinction test. Archives of Clinical Neuropsychology, 4, 283-296.

Tucker, D.M.,     **Bigler, E.D.,** & Chelune, G.J. (1981). Reliability of the Halstead-Reitan Battery in individuals displaying acutely psychotic behavior. Journal of Behavioral Assessment, 3 (4), 311-319.

Turkheimer, E.,     Farace, E., Yeo, R.A., & **Bigler, E.D.** (1993). Quantitative analysis of gender differences in the effects of lateralized lesions on verbal and performance IQ. Intelligence, 17, 461-474.

Turkheimer, E.,     Yeo, R.A., & **Bigler, E.D.** (1990). Basic relations among lesion location, lesion volume and neuropsychological performance. Neuropsychologia, 28, 1011-1019.

Turkheimer, E.,     Yeo, R.A., Jones, C.L., & **Bigler, E.D.** (1990). Quantitative assessment of covariation between neuropsychological function and location of naturally occurring lesions in humans. Journal of Clinical and Experimental Neuropsychology, 12, 549-565.

Turkheimer, E.,     Cullum, C.M., Hubler, D., Paver, S., Yeo, R.A., & **Bigler, E.D.** (1984). Quantifying cortical atrophy. Journal of Neurology, Neurosurgery, & Psychiatry, 47, 1314-1318.

Turkheimer, E.,          Yeo, R.A., & **Bigler, E.D.** (1983). Digital planimetry in APLSF. <u>Behavior Research Methods & Instrumentation</u>, 15 (4), 471-473.

Weight, D.G.,            & **Bigler, E.D.** (1998). Diagnostic dilemmas, Part I. <u>The Psychiatric Clinics of North America</u>, September.

Weight, D.G.            & **Bigler, E.D.** (1998). Neuroimaging in psychiatry. <u>Psychiatric Clinics of North America</u>, 21(4), 725-759.

Welsh-Bohmer, K.A.,      Ostbye, T., Sanders, L., Pieper, C.F., Hayden, K.M., Tschanz, J.T., Nortonn, M.C., for the Cache Country[sic] Study Group (2008). Neuropsychological performance in advanced age: Influences of demographic factors and apolipoprotein E: Findings from the Cache County Memory Study. The Clinical Nueropsychologist, 1-23; iFirst, http://www.psycpress.com/ten .

Wilde, E.A.,             **Bigler, E.D.**, Haider, J.M., Chu, Z., Levin, H.S., Li, X.., Hunter, J.V. (2006). <u>Vulnerability of the anterior commissure in moderate to severe pediatric traumatic brain injury.</u> Journal of Child Neurology, 21 (9), 769-776.

Wilde, E.A.             **Bigler, E.D.**, Hunter, J. V., Fearing, M.A., Scheibel, R.S., Newsome, M.R., Johnson, J.L., Bachevalier, j., Li, X., Levin, H.S. (2007). Hippocampus, amygdala, and basal ganglia morphometrics in children after moderate-to-severe traumatic brain injury. <u>Developmental Medicine and Child Neurology</u>, 49(4), 294-299.

Wilde, E.A.,             **Bigler, E.D.**, Pedroza, C., & Ryser, D.K. (2006). Post traumatic amnesia predicts long-term cerebral atrophy in traumatic brain injury. <u>Brain Injury, 20</u>(7), 695-699.

Wilde, E.A.,             **Bigler, E.D.**, Gandhi, P.V., Lowry, C.M., Ryser, D.K., Blatter, D.D., Brooks, J. (2004). <u>Alcohol abuse and traumatic brain injury: Quantitative magnetic resonance imaging and neuropsychological outcome, Journal of Neurotrauma, 21</u>(2), 137-147.

Wilde, E.A.,             Chu, Z., & **Bigler, E.D.** (2006). Diffusion tensor imaging in the corpus callosum in children after moderate to severe traumatic brain injury, <u>Journal of Neurotrauma, 23(10), 1412-1426.</u>

Wilde, E.A.,             Hunter, J.V., Newsome, M.R., Scheibel, R.S., Bigler, E.D., Johnson, J.L., Fearing, M.A., Cleavinger, H.B., Li, X., Swank, P.R., Pedroza, C., Roberson, G.S., Bachevalier, J., Levin, H.S.. (2005).<u>Frontal and temporal morphometric findings on MRI in children after moderate to severe traumatic brain injury.</u> Journal of Neurotrauma, 22, 333-344.

Wilde, E.,A.,            McCauley, S.R., Hunter, J.V., **Bigler, E.D.,** Chu, Z., Wang, Z.I, Hanten, G.R., Troyanskaya, M., Yallampalli, R., Li, X., Chia, J., Levin, H.S. (2008). Diffusion tensor imaging of acute mild traumatic brain injury in adolescents. <u>Neurology, 70</u>(12): 948-955.

Wilde EA, McCauley SR, Chu Z, Hunter JV, Bigler ED, Yallampalli R, Wang ZJ, Hanten G, Li X, Ramos MA, Sabir SH, Vasquez AC, Menefee D, Levin HS. (2008). Diffusion tensor imaging of hemispheric asymmetries in the developing brain. <u>Journal of Clinical and Experimental Neuropsychology, 3</u>:1-14. [Epub ahead of print];

31(2):205-218.

Willerman, L.,       Schultz, R., Rutledge, J.N., & **Bigler, E.D.** (1992). Hemisphere size asymmetry predicts relative verbal and non-verbal intelligence differently in the sexes: An MRI study of structure-function relations. Intelligence, 16, 315-328.

Willerman, L.,       Schultz, R., Rutledge, J.N., & **Bigler, E.D.** (1991). In vivo brain size and intelligence. Intelligence, 15, 223-228.  Reviewed in Science, 254, 1584, 1991.

Wolkowitz, O.M.,     Lupien, S.J., & **Bigler, E.D.** (2007).  The "Steroid Dementia Syndrome": a possible model of human glucocorticoid neurotoxicity. Neurocase, 13(3), 189-200.

Wolkowitz, O.M.,     Lupien, S.J., **Bigler, E.D.,** Levin, R.B., & Canick, J. (2004). The "Steroid Dementia Syndrome": An unrecognized complication of glucocorticoid treatment.  Annals of the New York Academy of Sciences, 1032:191-194.

Wood, D.G.,          & **Bigler, E.D.** (1995).  Diencephalic changes in traumatic brain injury: Relationship to sensory perceptual function.  Brain Research Bulletin, 38(6), 545-549.

Yeates, K.O.,        **Bigler, E.D.**, Dennis, M., Gerhardt, C.A., Rubin, K.H., Stancin, T., Taylor, H.G., Vannatta, K. (2007). Social outcomes in childhood brain disorder:  A heuristic integration of social neuroscience and developmental psychology. Psychology Bulletin, 133(3), 535-556.

Yeates, K.O.,        Luria, J., Bartkowski, H., Rusin, J., Martin, L., **Bigler, E.D.,** Johnson, S.C. & Anderson, C.  (1999).  Postconcussive symptoms in children with mild closed-head injuries.  Journal of Head Trauma Rehabilitation, 14(4), 337-350.

Yeo, R.A.,           Turkheimer, E., & **Bigler, E.D.** (1990). Neuropsychological methods of localizing brain dysfunctions: Clinical versus empirical approaches. Neuropsychiatry, Neuropsychology, and Behavioral Neurology, 3, 290-303.

Yeo, R.A.,           Turkheimer, E., Raz, N., & **Bigler, E.D.** (1987). Volumetric asymmetries of the human brain: Intellectual correlates. Brain and Cognition, 6, 15-23.

Yeo, R.A.,           Turkheimer, E., & **Bigler, E.D.** (1984). The influence of sex and age on unilateral cerebral lesion sequelae. International Journal of Neuroscience, 24, 299-301.

Yount, R.,           Raschke, K.A., Biru, M., Tate, D.F., Miller, M. J., Abildskov, T., Gandhi P., Ryser, D., Hopkins, R.O. & **Bigler, E.D.** (2002).  Traumatic brain injury and atrophy of the cingulate gyrus, The Journal of Neuropsychiatry and Clinical Neurosciences, 14,(4), 416-423.

**\*Cache County Investigators:** Collaborators (36):  Anthony, J., **Bigler, E.D.,** Brookmeyer, R., Burke, J., Carlson, M., Christopher, E., Gagliardi, J., Green, R., Hart, A., Hayden, k., Hulette, C., Klein, L. Leslie, C., Lyketsos, C.,Miech, R.A., Morris, J., Munger, R., Onyike, C., Ostbye, T., Petersen, R., Pfister, R., Pieper, C., Piercy, K., Plassman, B., Rabins, P., Raj, P., Sanders, L., Steinberg, M., Toohill, M., Toone, L., Townsend, J.J., Wengreen H., West, N., Williams, M., Wyse, B.W.

**PUBLISHED BOOK REVIEWS:**

| | |
|---|---|
| **Bigler, E.D.** | (1997). A practical neuropsychology primer. [Review of R.E. Cytowic's <u>The neurological side of neuropsychology</u>, Cambridge, MA: MIT Press, 1996] <u>Contemporary Psychology Journal of Review</u>, <u>8</u>, 529. |
| **Bigler, E.D.** | (1997). Neuroimaging from two different angles. [Review of A. Kertesz <u>Localization and neuroimaging in neuropsychology</u>. New York: Academic Press, 1994 and review of R. Thatcher, M. Hallett, T. Zeffiro, E. R. John, and M. Heurta. <u>Functional neuroimaging: Technical foundations</u>. New York: Academic Press, 1994.] <u>Journal of International Neuropsychological Society</u>, <u>3</u>, 201-202. |
| **Bigler, E.D.** | (1996). [Review of L. Cermak. <u>Neuropsychology explorations of memory and cognition: Essays in honor of Nelson Butters</u>. New York: Plenum Press, 1994.] <u>Archives of Clinical Neuropsychology</u>, <u>11</u> (4), 355-356. |
| **Bigler, E.D.** | (1993). Brain and behavior. [Review of A. Ardila and F. Ostrosky-Solis <u>Brain organization of language and cognitive processes</u>, New York: Plenum Press, 1989.] <u>Contemporary Psychology</u>, <u>38</u> (4), 356-357. |
| **Bigler, E.D.** | (1992). Suicide intervention in the schools. [Review of S. Poland. <u>Suicide intervention in the schools</u>. New York: Guilford Press.] <u>Journal of Psychoeducational Assessment</u>, <u>3</u>, 302-304. |
| **Bigler, E.D.** | (1992). Premorbid factors are critical in brain injury research. [Review of J. Schulkin (Ed.) <u>Preoperative events: Their effects on behavior following brain damage</u>. New York: Lawrence Erlbaum, 1989.] <u>Contemporary Psychology</u>, <u>37</u>, 370-371. |
| **Bigler, E.D.** | (1991). Neurobiology of higher cognitive function. [Review of A.B. Scheibel & A.F. Wechsler (Eds.), <u>Neurobiology of higher cognitive function</u>. New York: Guilford Press, 1990.] Bulletin of <u>The National Academy of Neuropsychology</u>, <u>8</u>, 14-15. |
| **Bigler, E.D.** | [Review of <u>Neurobehavioral recovery from head injury</u>. H.S. Levin, J. Grafman, & H.M. Eisenberg (Eds.), New York: Oxford University Press, 1989.] <u>Archives of Clinical Neuropsychology</u>, <u>4</u>, 93-99. |
| **Bigler, E.D.** | (1984). The loss of a mind. [Review of R. Mayeux & W.G. Rosen (Eds.), <u>Advances in neurology: The dementias</u>. New York: Raven Press, 1982.] <u>Contemporary Psychology</u>, <u>29</u>, 420-421. |
| **Bigler, E.D.** | (1984). The silent epidemic: Cerebral trauma. [Review of M. Rosenthal, E.R. Griffith, M.R. Bond, & J.D. Miller (1983). <u>Rehabilitation of the head injured adult</u>. Philadelphia: F.A. Davis.] <u>Contemporary Psychology</u>, <u>29</u>, 643-644. |
| **Bigler, E.D.** | (1982). [Review of M.L. Albert, H. Goodglass, N.A. Helm, A.B. Rubens, & M.P. Alexander (Eds.), <u>Clinical aspects of dysphasia</u>. New York: Springer-Verlag, 1981.] <u>Clinical Neuropsychology</u>, <u>4</u>, 94. |

**Bigler, E.D.**          (1981). Functional disorders of memory. [Review of J.F. Kihlstrom & F.J. Evans (Eds.) <u>Functional disorders of memory</u>. Lawrence Erlbaum Associates, Hillside, NJ, 1979.] <u>Clinical Neuropsychology</u>, <u>3</u>, 39-40.

**Bigler, E.D.**          Brain organization of language and cognitive processes.  [Review of A. Ardilg & F. Ostrosky-Solix (Eds.), <u>Brain organization of language and cognitive processes</u>. New York: Plenum Press.]

Russo, A.A.,          & **Bigler, E.D.** (1996).  [Review of D.C. Delis, J.H. Kramer, E. Kaplan, & B.A. Ober, <u>The California Verbal Learning Test--Children's version (CVLT-C)</u>.  San Antonio, CA: The Psychological Corporation, 1994 and T. Boll, <u>Children's Category Test (CCT)</u>.  San Antonio, CA: The Psychological Corporation, 1993.] <u>Archives of Clinical Neuropsychology</u>, <u>11(2)</u>, 171-173.

## PUBLISHED ABSTRACTS/POSTERS:

**Bigler, E.D.,**          (2006, December) Traumatic Brain Injury Model [Report].  <u>The Utah Addiction Center Report, 2</u>(2), p.5.

**Bigler, E.D.,**          (2005, June 16-18).  Fine structural MRI analysis in traumatic brain injury: Relationship to neuropsychological outcome [Abstract]. <u>The</u> <u>Clinical Neuropsychologist, 19(2),</u> 146.  Abstract and Poster presented at the 2005 Annual Meeting of the American Academy of Clinical Neuropsychology (AACN) Scientific Program at the Minneapolis Marriott Center in Minneapolis, MN.

**Bigler, E.D.,**          (2005, May 5-8).  Neuroimaging and neurocognitive outcome in traumatic brain injury – status report 2005 [Abstract]. <u>Brain Injury</u>, Abstracts of the 6th World Congress on Brain Injury, Melbourne, 19 (Suppl.1) p.28.

**Bigler, E.D.,**          (2004, February 4-7).  Volumetric analysis of the basal ganglia in autism with macrocephaly [Abstract]. Symposium at the 32nd Annual Meeting of the International Neuropsychological Society in Baltimore, Maryland.

**Bigler, E.D.,**          (2004, February 4-7).  Morphology of the Corpus Callosum in Autism and Macrocephaly [Abstract]. Symposium at the 32nd Annual Meeting of the International Neuropsychological Society in Baltimore, Maryland, USA February 4-7, 2004.

**Bigler, E.D.,**          (2004, February 4-7).  Neuropsychological assessment in less common medical disorders [Abstract]. Symposium at the 32nd Annual Meeting of the International Neuropsychological Society in Baltimore, Maryland, USA February 4-7, 2004.

**Bigler, E.D.,**          (2003, July 16-20).  Neuropsychological findings in a case of autopsy confirmed neuropathology in mild traumatic brain injury. [Abstract]. <u>Journal of the International Neuropsychological Society</u>, 9 (4), p. 541.  Poster presented at the twenty-sixth annual mid-year international Neuropsychological Society, July 16-20, 2003, Berlin, Germany.

**Bigler, E.D.,**          (2003). Traumatic brain injury, normal aging, and dementia: hippocampal atrophy as the putative basis for a relationship [Abstract]. <u>Journal of the International Neuropsychological Society</u>, 9 (4), p. 565.  Poster presented at the

twenty-sixth annual mid-year international Neuropsychological Society, July 16-20, 2003, Berlin, Germany.

**Bigler, E.D.,**   (2003). Functional brain imaging after acquired brain injury (ABI) [Abstract]. Brain Injury, 17 (Supplement 1), p.16.

**Bigler, E.D.**   (2001). 3-D and quantitative neuroimaging and neuropsychological outcome in traumatic brain injury [Abstract]. Journal of the International Neuropsychological Society, 7 (2), 259.

**Bigler, E.D.**   (1998). Quantitative neuroimaging in neuropsychology [Abstract].  The Clinical Neuropsychologist, 12 (2), 284.

**Bigler, E.D.**   (1997).  Neuroimaging correlates of APOE ε4 [Abstract].  Journal of the International Neuropsychological Society, 3 (1), 138.

**Bigler, E.D.**   (1994). Day-of-injury CT as an index to pre-injury brain morphology [Abstract]. Journal of Neurotrauma, 11, (2), 219.

**Bigler, E.D.**   & Snyder, J.L. (1993). Pre- and Post-injury neuroimaging: Comparison with neuropsychological outcome in mild head injury [Abstract]. Archives of Clinical Neuropsychology, 8, 214.

**Bigler, E.D.**   & Naugle, R.I. (1985). Neuropsychological consequences of chloride deficiency during infancy [Abstract]. International Journal of Neuropsychology, 7, 68.

**Bigler, E.D.,**   Abildskov, T.J., Wilde, E.A., Hunter, J.V., Scheibel, R., Newsome, M.R., Hanten, G.R., Li, X., Levin, H.S., (2007).  How diffuse is brain damage in moderate-to-severe pediatric traumatic brain injury? [Abstract].  Developmental Rehabilitation, 10(4), 271-310(P35).

**Bigler, E.D.,**   Provencal, S., Mortensen, S., Fearing M.A., McMahon, W., & Lainhart, J.E. (2005 February 2-5). Relationship between superior temporal gyrus and IQ in autism. [Poster] 33rd Annual Meeting of International Neuropsychological Society, Adam's Mark Hotel, St. Louis, MI, USA, p.16.

**Bigler, E.D.,**   McMahon, W., Lainhart, J.E. (2004).  Regional brain morphometry in autism [Abstract].  Proceedings of CPEA/STAART Annual Meeting, May 17-20, 2004. Bethesda, MD.

**Bigler, E.D.,**   Neeley, E.S., Ozonoff, S., Coon, H., McMahon, W, Lainhart, J.E. (2004). Superior temporal gyrus and autism [Abstract].  Brain Impairment, 5, 105-106.

**Bigler, E.D.,**   Provencal, S.L., McMahon, W., Lainhart, J.E. (2004).  White and gray matter differences in autism using voxel-based morphometry [Abstract].  Proceedings of International meeting for Autism Research. May 7-8, 2004; Sacramento, California.  IMFAR Abstracts P1.1.13 and P2.3.9.

**Bigler, E.D.,**   Ryser, D.K., Gandhi, P., Kimball, J., Wilde, E.A. (2004).  Day-of-injury computerized tomography, rehabilitation status, and long-term outcome as they relate to magnetic resonance imaging findings after traumatic brain injury [Abstract].  Brain Impairment, 5, 122-123.

**Bigler, E.D.,**    Blatter, D.D., Johnson, S.C., & Pinkston, J.B. (1997). Effects of handedness and gender of the surface area of the human corpus callosum: A preliminary study using magnetic resonance imaging [Abstract]. Archives of Clinical Neuropsychology, 12(4), 386.

**Bigler, E.D.,**    Lowry, C.M., Anderson, C.V., Johnson, S.C., Plassman, B.L., Tschantz, T., Welsh-Bohmer, K.A., Saunders, A.M., & Breitner, J.C.S. (1997). A population-based study of APOE, Alzheimer's disease and quantitative magnetic resonance imaging [Abstract]. Journal of the International Neuropsychological Society. 3 (3), 214.

**Bigler, E.D.,**    Johnson, S.C., Anderson, C.V., Gale, S.D., & Blatter, D.D. (1996). Brain morphology and neuropsychological relationships: Time post injury [Abstract]. Journal of the International Neuropsychological Society, 2(1), 16.

**Bigler, E.D.,**    Burr, R.B., Abildskov, T.J., Norman, M.A., Gale, S.D., Kurth, S.M., & Blatter, D. (1993). Quantitative day of injury CT scan analysis in traumatic brain injury: A method for a within subjects design to estimate pre-injury brain morphology [Abstract]. Journal of Clinical and Experimental Neuropsychology, 15, 71.

**Bigler, E.D.,**    Snyder, J.L., & Abildskov, T.J. (1992). PC-based three dimensional neuroimaging of MRI in cerebral trauma: An aid to neuropsychological assessment [Abstract]. Journal of Clinical and Experimental Neuropsychology, 14, 78.

**Bigler, E.D.,**    Rosa, L., Schultz, F., Hall, S., & Harris, J. (1989). Rey-Auditory verbal learning and Rey-Osterrieth complex figure design test for performance in Alzheimer's disease and closed head injury. [Abstract] Clinical Digest Series, 1990.

**Bigler, E.D.,**    Paver, S., Cullum, C.M., Turkheimer, E., Hubler, D., & Yeo, R. (1984). Ventricular enlargement, cortical atrophy, and neuropsychological performance following head injury. [Abstract] INS Bulletin, October, 1983, p. 36.

**Bigler, E.D.,**    Hubler, D., Turkheimer, E.A., Cullum, C.M., Paver, S., & Yeo, R. (1983). Volumetric CT Measures and Neuropsychological Performance in Alzheimer's Disease. [Abstract] INS Bulletin, October 1983, pp. 40-41.

Alexander, A.L.,    Lee, J.E., Chung, M., DuBray, M., Froelich, A., Fletcher, P.T., Bigler, E.D., Lange, N., Lainhart, J.E. (May 7-9, 2009). Relationships between diffusion tensor imaging and the social responsiveness scale [Abstract]. Proceedings of the International Meeting for Autism Research (IMFAR), Chicago, Illinois, USA.

Alexander, A.L.,    Lee, J.E. Ardekani, B, Chung, M., Bigler, E.D., Lainhart, J.E., (May 15 – 17, 2008). Evaluation of DTI image analysis using nonlinear spatial normalization and tissue-specific, smoothing-compensated voxel based analysis application in autism. [Abstract]. Proceedings of the International Meeting for Autism Research (IMFAR), London, England.

Alexander, A.L.,    Lee, J.E., Lazar, M., Boudos, R., DuBray, M., Oakes, T.R., Miller, J.N., Lu, J., Jeong, E-K., McMahon, W.M., **Bigler, E.D.,** Lainhart, J.E. (2006). A diffuse tensor study of the corpus callosum in autism.[Poster]. 12th Annual Meeting of the Organization for Human Brain Mapping, Florence, Italy, June 11- 15, 2006.

| | |
|---|---|
| Alexander, A.L. | Lee, J.E., Lazar, M., Boudos, R., DuBray, M., Lu, J., Jeong, E.K., **Bigler, E.D.,** Lainhart, J.E. (2006) Diffusion Tensor Study of Corpus Callosum in Autism [Abstract]. <u>Human Brain Mapping, January 6</u>, 2006. |
| Alexander, A.L., | Lazar, M., **Bigler, E.D.,** Jeong, E.K., Coon, H., McMahon, W., Lainhart, J.E. (2004). Diffusion tensor imaging of white matter in autism [Abstract]. Proceedings of CPEA/STAART Annual Meeting, May 17-20, 2004. Bethesda, MD. |
| Allen M.D., | **Bigler E.D.,** Larsen J., Goodrich-Hunsaker N.J., Hopkins R.O. (November 9, 2007). <u>Functional magnetic resonance imaging (fMRI) evidence for high cognitive effort on the Word Memory Test in the absence of external incentives.</u> [Abstract ] <u>Developmental Neurorehabilitation, 10</u>(4), 2007, 271 - 310. |
| Allen, M.D., | **Bigler, E.D.,** Larsen, J., Goodrich-Hunsaker, & Hopkins, R.O. (2007). Functional magnetic resonance imaging (fMRI) evidence for high cognitive effort on the Word Memory Test in the absence of external incentives [Abstract]. <u>Developmental Neurorehabilitation, 10</u>(4): 296-297. |
| Anderson, C.V., | Wood, D.M. & **Bigler, E.D.** (1995). Lesion localization and executive functioning in traumatic brain injured patients [Abstract]. <u>Archives of Clinical Neuropsychology</u> , <u>10</u>, 290. |
| Anderson, C.V. | & **Bigler, E.D.** (1994). Ventricular dilation as a predictor of cognitive outcome [Abstract]. <u>Archives of Clinical Neuropsychology, 9</u>, 106-107. |
| Barker, L.H., | **Bigler, E.D.,** Blatter, D.D., Boineau, B., & Johnson, S. (1997). Polysubstance abuse and traumatic brain injury: A quantitative study of magnetic resonance imaging and neuropsychological assessment [Abstract]. <u>Archives of Clinical Neuropsychology, 12</u> (4), 284-285. |
| Barker, L.H., | **Bigler, E.D.,** Gale, S.D., Russo, A.A., & Stenroos, J.F. (1997). Affective disturbance following traumatic brain injury: Severity of injury and the symptom-checklist-90-R [Abstract]. <u>Archives of Clinical Neuropsychology, 12</u>(4), 399. |
| Barker, L.H., | Mueller, R.M., Russo, A.A., Lajiness-O'Neill, R., Johnson, S., Anderson, C., Norman, M.A., Sephton, S., Primus, E., **Bigler, E.D.,** & Reynolds, C.R. (1995). The word selective reminding subtest of the Test of Memory and Learning (TOMAL): A concurrent and construct validity study using the Rey Auditory Verbal Learning Test (RAVLT) and the Wechsler Memory Scale-Revised (WMS-R) [Abstract]. <u>Archives of Clinical Neuropsychology, 10</u>, 295-296. |
| Beck, C.J. | Hopkins, R.O., Weaver, L.K., & **Bigler, E.D.** (February 1-4, 2006). Prevalence of white matter hyperintensities in a healthy normal population. [Poster]. 34th Annual Meeting of the International Neuropsychological Society, Boston Marriott Copley Place Hotel, Boston, MA, USA. |
| Bergeson, A.G., | Lundin, R., Parkinson, R. B., Tate, D.F., Victoroff, J., Hopkins, R.O., Bigler, E.D. (spring 2003). Clinical rating of cortical atrophy and cognitive correlates following traumatic brain injury [Abstract]. <u>Journal of Neuropsychiatry and Clinical Neuroscience 15</u>(2), 276-277. Poster presented at the 14th annual |

Bigler, E. D.    36

meeting of the American Neuropsychiatric Association, Honolulu, Hawaii, February 1-4, 2003.

Blatter, D.D.,    Kurth, S.M., **Bigler, E.D.**, Pompa, J., & Ryser, D.K. (1992, August). <u>MRI and CT in traumatic brain injury (TBI): Correlations with quantitative measures of cognitive outcomes</u> [Abstract]. <u>Proceedings of the 11th Annual Scientific Meeting</u>, 1992, Abstract No. 738, p.71.

Burr, R.,    Gale, S., Johnson, S., & **Bigler, E.D.**, (1993). Corpus Callosum morphology and neuropsychological function following traumatic brain injury [Abstract]. <u>Archives of Clinical Neuropsychology, 8,</u> 217.

Cato, M.,    Delis, D., Abildskov, T., & **Bigler, E.D.** (2003). Assessing the elusive cognitive deficits associated with orbitofrontal cortex damage: Case study of a modern-day Phineas Gage [Abstract]. <u>Journal of the International Neuropsychological Society, 9(2), 183.</u>

Cleavinger, H.B.,    **Bigler, E.D.,** Wilde, E.A., Hunter, J.V., Li, X., Levin, H. S. (2007).  Traumatic brain injury, atrophy of the entorhinal cortex and neuropsychological outcome in children [Abstract].  Archives of Clinical Neuropsychology, 22(7), 898.

Cleavinger, H.,    Sayer, J., Rice, S.A., McMahon, W., Lainhart, J., **Bigler, E.D.** (2003). Volumetric analysis of the mesencephalon and metencephalon in autism with macrocephaly [Abstract]. <u>Journal of the International Neuropsychological Society</u>, 9 (4), p. 549. Poster presented at the Twenty-Sixth Annual Mid-year International Neuropsychological Society, July 16-20, 2003, Berlin, Germany.

Connor, P.D.,    Gale, S.D., Johnson, S.C., Anderson, C.V., **Bigler, E.D.** & Blatter, D.D. (1995). Cingulate degeneration following traumatic brain injury: Quantitative neuroimaging, memory and executive functions [Abstract]. <u>Journal of the International Neuropsychological Society, 1</u> (2), 174.

Cramond, A.,    Woon, F.M., Wu, C., Cannon, P.C., **Bigler, E.D.**, Cleavinger, H.B., Johnson, J.L., Lainhart, J.E. (2007). Intellectual function and thalamic volume in autism {Abstract]. <u>Archives of Clinical Neuropsychology 22</u>(7), 828.

Cullum, C.M.,    & **Bigler, E.D.** (1987). Lateralized cerebral dysfunction and the MMPI revisited [Abstract]. <u>Journal of Clinical and Experimental Neuropsychology, 9,</u> 61.

Cullum, C.M.,    & **Bigler, E.D.** (1988). Psychological adjustment following stroke: The effects of time and lesion size [Abstract]. <u>Journal of Clinical and Experimental Neuropsychology, 10,</u> 31.

Cullum, C.M.,    **Bigler, E.D.** (1984). The effects of prior hematoma on brain morphology and neuropsychological functioning following closed head injury [Abstract]. <u>The INS Bulletin, 1,</u> 1-12.

Earl, H.D.,    Olsen, J., & **Bigler, E.D.** (1999).  Neuropsychological and anatomical correlates of ∈4 in Alzheimer's disease [Abstract].  <u>Archives of Clinical Neuropsychology, 14</u>(8), 619-620.

Elison, J. T.,    **Bigler, E.D.**, Miller, J., Lu, J., McMahon, W.M., Lainhart, J.E. (July 1-3 2006). A Case-Control 3.0 Tesla MRI Morphometric Analysis of Autism with and

without Attention-Deficit/Hyperactivity Disorder [Poster]. 5th International Meeting For Autism Research (IMFAR) Montreal, Canada

Fearing, M.A.       Hopkins, R.O., & **Bigler, E.D.** (February 1-4, 2006). Variability in basal ganglia lesions following anoxic brain injury. [Poster]. 34th Annual Meeting of the International Neuropsychological Society, Boston Marriott Copley Place, Boston, Mass, USA, February 1-4, 2006.

Fearing, M.,        Hopkins, R.O., Weaver, L.K., & **Bigler, E.D.**, (February 1-4, 2006). Neuropsychological and Neuroimaging Outcomes Following Group Carbon Monoxide Poisoning. [Abstract]. 34th Annual Meeting of the International Neuropsychological Society, Boston Marriott Copley Place, Boston, MA, USA.

Fearing, M.A.       **Bigler, E.D.**, Wilde, E.A., Hunter, J.V., & Levin, H.S. (February 1-4, 2006). Morphometric findings in the thalamus and brainstem in children after moderate to severe traumatic brain injury. [Poster]. 34th Annual Meeting of the International Neuropsychological Society, Boston Marriott Copley Place, Boston, MA,USA.

Fearing, M.         Hopkins, R.O., Weaver, L.K., & **Bigler, E.D.** (February 2-5, 2005). Basal ganglia lesions following carbon monoxide (CO) Poisoning. [Poster]. 33rd Annual Meeting of the International Neuropsychological Society, Adam's Mark Hotel, St. Louis, Missouri, USA, p.183.

Fearing, M.A.,      **Bigler, E.D.**, Garrett, K.D., Tschanz, J., Welsh-Bohmer, K.A. (spring 2003). Relationship between cerebral atrophy and informant-based ratings of dementia participants in the Cache County study* [Abstract]. Journal of Neuropsychiatry and Clinical Neuroscience, 15(2), 269.

Fearing, M.,        Hannan, C.R., White, J., Mortensen, J., Rice, S., Tate, D., and **Bigler, E.D.** (2003, Feb. 5-8). Dementia, cerebral atrophy, and neuropsychological performance: Relationship to APOE-ε 4 [Abstract]. Journal of the International Neuropsychological Society, 9 (2), 317.

Fearing, M. A.,     Larson, M.L., Hopkins, R.O., & **Bigler, E.D.** (2004, February 4-7). Generalized vs. focal atrophy in dementia: Their relationship to neuropsychological function [Abstract]. 32nd Annual Meeting of International Neuropsychological Society, Journal of the International Neuropsychological Society, Programs & Abstracts, 16.

Foley, H.A.,        Kesler, S. & **Bigler, E.D.** (1998). The relationship of SPECT and MRI to neuropsychological outcome, intelligence quotients, and traumatic brain injury [Abstract]. Archives of Clinical Neuropsychology, 13 (1), 132

Gale, S.,           Hopkins, R., Weaver, L., Walker, J., **Bigler, E.D.**, & Cloward, T. (2000). Hippocampal atrophy following sleep apnea and carbon monoxide poisoning: Similarities and differences [Abstract]. Journal of the International Neuropsychological Society, 6 (2), 154.

Gale, S.D.,         Hopkins, R.O., Weaver, L.K., **Bigler, E.D.**, Booth, E.J., & Blatter, D.D. (1997). Brain Perfusion Defects Following Carbon Monoxide Poisoning: Relationship to MRI, Quantitative MRI, and Neuropsychological Findings [Abstract]. Archives of Clinical Neuropsychology, 12 (4), 321.

Gale, S.D., **Bigler, E.D.**, Johnson, S.C. & Blatter, D.D. (1995). Global degeneration following traumatic brain injury: Anatomic and neuropsychologic correlates [Abstract]. <u>Journal of the International Neuropsychological Society</u>, <u>1</u> (2), 162.

Gale, S.D., Burr, R.B., **Bigler, E.D.**, & Blatter, D.D. (1993). Neuropsychological outcome and morphological changes in the fornix as a result of traumatic brain injury [Abstract]. <u>Journal of Clinical and Experimental Neuropsychology</u>, <u>15</u>, 104.

Gale, S.D., Norman, M.A., & **Bigler, E.D.** (1992). A comparison of performance on the Raven Coloured Progressive Matrices in patients with closed head injury (CHI) and dementia of the Alzheimer's type [Abstract]. <u>Archives of Clinical Neuropsychology</u>, <u>7</u>, 327-328.

Gale, S.D., Johnson, S.C., **Bigler, E.D.** & Blatter, D.D. (1995). Trauma induced cerebral peduncle degeneration: Correlative relationships with tests of motor function [Abstract]. <u>Archives of Clinical Neuropsychology</u>, <u>10</u>(4), 328-329.

Gale, S.D., Johnson, S., **Bigler, E.D.**, & Blatter D.D. (1994). Degenerative changes secondary to traumatic brain injury: A morphometric analysis of three patients with pre- and post-injury MR scans and neuropsychological outcome [Abstract]. <u>Archives of Clinical Neuropsychology</u>, <u>9</u>, 129.

Gandhi, P.V., **Bigler, E.D.**, Wilde, E., Ryser, D.K, & Johnson, S. (2001). Quantitative lesion analysis, FIM, and neuropsychology test performance in TBI [Abstract]. <u>Journal of the International Neuropsychological Society</u>, <u>7</u>(2), 180.

Gandhi, P.V., Wilde, E., **Bigler, E.D.**, Ryser, D.K., & Blatter, D.D. (1999). QMRI correlates with neuropsychological indicators of general impairment in TBI patients [Abstract]. <u>Archives of Clinical Neuropsychology</u>, <u>14</u>(8), 773.

Grant, M.L., Nussbaum, N.L., & **Bigler, E.D.** (1996). Electrophysiological components in children with ADD or ADHD [Abstract]. <u>Journal of the International Neuropsychological Society, 2(1)</u>, 58.

Grant, M.L., McNelly, M., Stavinoha, P.L., Nussbaum, N.L., & **Bigler, E.D.** (1992). A comparison of response behaviors on a continuous performance task in children with attention-deficit disorder with and without hyperactivity [Abstract]. <u>Journal of Clinical and Experimental Neuropsychology</u>, <u>14</u>, 109-110.

Grant, M.L., Ilai, D., Nussbaum, N.L., & **Bigler, E.D.** (1990). The concurrent validity of continuous performance and traditional neuropsychological measures in attention deficit hyperactivity disorder and learning disabilities [Abstract]. <u>Journal of Clinical and Experimental Neuropsychology</u>, <u>12</u>, 101.

Hallam, B.J., Brown, W.S., Buckwalter, J.G., Ross, C., & **Bigler, E.D.** (2002). Functional Channels of the Corpus Callosum: Evidence from Alzheimer's Disease Patients [Abstract]. <u>Journal of the International Neuropsychological Society, 8(2)</u>, 266.

Hanten, G., Wilde, E.A., Yallampalli, R., Chu, A., Ramons, M.A., Bigler, E.D., Menefee, D., Vasquez, Li, X., Hunter, J.V., Levin, H.S. (2007). The relation between white matter disruption measured by diffusion tensor imaging and decision-making following childhood TBI [Abstract]. <u>Developmental Neurorehabilitation, 10</u>(4), 271-310(P61).

Hedges, D.,      Tate, D.F., Miller, M.J., Cleavinger, H.B., Rice, S.A., Thatcher, W., Allen, S., Sood, S., **Bigler, E.D.** (2001).Brain morphology in non-substance-abusing male Vietnam veterans with Posttraumatic Stress Disorder [Abstract].  <u>Archives of Clinical Neuropsychology, 16</u> (2001), 796-797.

Hopkins, R.O.,      Tate, D.F., & Bigler, E.D. (2005).  Hippocampal volume following carbon monoxide poisoning:  Predictors and neuropsychological correlates [Abstract]. International Neuropsychological Society, Division of the Neuropsychology of the British Psychological Society, British Neuropsychological Society, Joint Mid-Year Meeting, Dublin, Ireland, Program & Abstract Book, p.18.

Hopkins, R.O.,      Tate, D., **Bigler, E.D.** (spring 2003).  Acquired brain injury: amount of tissue loss, not etiology, alters cognitive and emotional function [Abstract].  <u>Journal of Neuropsychiatry and Clinical Neuroscience, 15</u>(2), 261-262.

Hopkins, R.O.,      McCourt, A., Cleavinger, H., Parkinson, R.B., Victoroff, J., **Bigler, E.D.** (2003). White matter hyperintensities and neuropsychological outcome following traumatic brain injury [Abstract].  <u>Journal of the International Neuropsychological Society, 9(2),</u> 234. Paper presented at the 31st Annual International Neuropsychological Society Conference, Feb 5-8, 2003, in Honolulu, Hawaii.

Hopkins, R.O.,      Weaver, L.K., Hessel, C., Tate, D., **Bigler, E.D.**, & Blatter, D.  (2001). Hippocampal atrophy following carbon monoxide poisoning:  Gender differences [Abstract].  <u>Journal of the International Neuropsychological Society, 7</u>(2), 232.

Hopkins, R.O.,      Gale, S.D., Pope, D., Weaver, L.K., & **Bigler, E.D.**  (2000). Ventricular enlargement in patients with acute respiratory distress syndrome [Abstract].  <u>Journal of the International Neuropsychological Society, 6</u>(2), 229.

Hopkins, R.O.,      Weaver, L.K. & **Bigler, E.D.**  (2000). Longitudinal outcome following carbon monoxide poisoning: Psychological changes [Abstract].  <u>Journal of the International Neuropsychological Society, 6</u>(4), 393.

Hopkins, R.O.,      Weaver, L.K., Gale, S.D. & **Bigler, E.D.**  (1998). Neuropsychological outcome, brain perfusion defects and quantitative magnetic brain resonance imaging following carbon monoxide (CO) poisoning [Abstract].  <u>Undersea and Hyperbaric Medicine, 25</u>, 47-48.

Hopkins, R.O.,      **Bigler, E.D.**, Weaver, L., Gale, S., & Brooth, E.  (1998). Neuropsychological outcome and brain perfusion defects following carbon monoxide poisoning [Abstract].  <u>The Clinical Neuropsychologist, 12</u> (2), 284.

Hopkins, R.O.,      Weaver, L.K. & **Bigler, E.D.**  (1997). Psychological/Emotional changes following carbon monoxide poisoning [Abstract].  <u>Undersea & Hyperbaric Medicine, 24</u> (20).

Hopkins, R.O.,      Abildskov, T.J., **Bigler, E.D.**, Gale, S.D., Johnson, S.C., Anderson, C.V., Blatter, D.D., & Weaver, L.K.  (1996). Three-dimensional image analysis of hippocampal atrophy and neuropathological changes following anoxia and traumatic brain injury [Abstract].  <u>Journal of the International Neuropsychological Society, 2(1)</u>, 34.

Hopkins, R.O.,    Weaver, L.K., Pope, D., Orme, J.F., Bigler, E.D., Larson-Lohr, V. (1996).  One year quality of life (AOL) and neuropsychological outcome following adult respiratory distress syndrome (ARDS) [Abstract]. Chest, 110, 58S.

Hopkins, R.O.,    Weaver, L.K., Gale, S.D., Johnson, S.C., **Bigler, E.D.**, Blatter, D.D. & Abildskov, T.J. (1996).  Three dimensional and quantitative image analysis of neuropathological changes following carbon monoxide poisoning [Abstract]. Undersea & Hyperbaric Medicine, 23, 9.

Jackson, J.,    Hopkins, R., Gale, S. & Bigler, E. (2004).  Neuropsychological assessment in less common medical disorders [Abstract]. Journal of the International Neuropsychological Society, INS 32nd Annual Meeting Program & Abstracts, 98.

James, K.,    Pertab, J., Bigler, E.D. (2007).  Questionable generalizability for mild traumatic brain injury meta-analysis [Abstract]. Archives of Clinical Neuropsychology, 22(7), 835.

Johnson, S.C.,    Anderson, C.V., **Bigler, E.D.** & Blatter, D.D. (1997).  Logical memory *versus* verbal paired associate learning and hippocampal volume in a sample of male closed head injury patients [Abstract].  Journal of the International Neuropsychological Society, 3 (1), 54.

Johnson, S.C.,    Pinkston, J.B., **Bigler, E.D.** & Blatter, D.D. (1996).  A regional analysis of the corpus callosum in TBI patients and normal controls: Neuropsychological correlates [Abstract]. Archives of Clinical Neuropsychology, 11 (5), 404.

Johnson, S.C.,    **Bigler, E.D.**, & Burr R.B. (1994).  Magnetic resonance imaging predictors of cognitive outcome in traumatic brain injury [Abstract]. Archives of Clinical Neuropsychology, 9 (2), 144.

Kesler, S.R.,    Hopkins, R.O., Weaver, L.K., **Bigler, E.D.**, Blatter, D.D., & Edge-Booth, H. (1999).  Fornix and mammillary body atrophy and verbal memory deficit in carbon monoxide (CO) poisoned humans [Abstract]. Archives of Clinical Neuropsychology, 14(8), 660-661.

Kesler, S.R.,    Foley, H.A. & **Bigler, E.D.**  (1998). Relationships between brain abnormalities and cognitive-neurobehavioral symptoms in traumatic brain injury (TBI) using single photon mission computed tomography (SPECT), clinical (MRI) and quantitative (QMR) magnetic resonance [Abstract]. Journal of the International Neuropsychological Society, 4(1), 8.

Kurth, S.,    **Bigler, E.D.** & Blatter, D.D. (1993). The effects of petechial hemorrhages lesion volume and lesion location on clinical outcome in traumatic brain injury [Abstract]. Journal of Clinical and Experimental Neuropsychology, 15(1), 104.

Lainhart, J.E.,    **Bigler, E.D.**, Coon, H., McMahon, W. (2004).  Head and brain growth in autism: advances and implications for neuroimaging research [Abstract]. Proceedings of CPEA/STAART Annual Meeting, May 17-20, 2004.  Bethesda, MD.

Lainhart, J.E.,    Dinh, E., Coon, H., **Bigler, E.D.**, McMahon, W. (2004).  Head circumference in autism spectrum disorders: A CPEA network study [Abstract].  Proceedings of

International meeting for Autism Research. May 7-8, 2004; Sacramento, California. IMFAR Abstracts S1.5.2.

Lazar, M.          Baxter, B., Alexander, A.L., Oakes, T., Lu, J., McMahon, W., **Bigler, E.D.**, Lainhart, J., (2006). A Diffusion Tensor Imaging Study of the Thalamus in Autism [Abstract]. Human Brain Mapping; January 8 2006.

Lee, J.N.,         Lainhart,J.E., **Bigler, E.D.,** Dubray, M., Froelich, A., Lange, N., Fletcher, T., Chung, M.K., Alexander, A.L. (2008) White Matter is Diffusely Affected in Autism [Abstract]. ?????

Lee, J.N.,         Hsu, D., Alexander, A.L., Lazar, M., **Bigler, E. D.,** Lainhart, J.E. (May 3-9, 2008). A study of underconnectivity in autism using DTI: W-Matrix Tractography. [Abstract] Presented at the International Society for Magnetic Resonance in Medicine (ISMRM) 16th Scientific Meeting and Exhibition in Toronto, Ontario, Canada.

Lee, J.N.,         Alexander, A.L., Lazar, M., **Bigler, E.D.,** Lainhart, J.E. (May 3-9, 2007). Evaluation of voxel-based analysis methods for DTI studies [Abstract]. Abstract presented at the International Society for Magnetic Resonance in Medicine (ISMRM) 16th Scientific Meeting and Exhibition in Toronto, Ontario, Canada.

Lee, J.N.,         **Bigler, E.D.,** Provencal, S.L., McMahon, W., Lainhart, J.E. (2004). Autism severity correlated with reduced brain activation during a face processing task [Abstract]. Proceedings of International meeting for Autism Research. May 7-8, 2004; Sacramento, California. IMFAR Abstracts P1.2.3.

Levin, H.S.        Moeller, G., Wilde, E., Sullivan, E.V., **Bigler, E.D.,** Ranjeva, J.P., Mori, S., & Grant, E. (2006, February 1-4). Diffusion tensor imaging: Application to neuropsychological research. [Poster]. 34th Annual Meeting of the International Neuropsychological Society, Boston Marriott Copley Place Hotel, Boston, MA, USA, February 1-4, 2006.

Lucas, J.A.        **Bigler, E.D.** & Telch, M.J. (1991). Memory functioning in panic disorder [Abstract]. Journal of Clinical and Experimental Neuropsychology, 13, 31.

Lucas, J.A.        **Bigler, E.D.,** & Telch, M.J. (1990). Neuropsychological memory functioning in patients with panic disorder [Abstract]. Journal of Clinical and Experimental Neuropsychology, 12, 50.

Macnamara, S.E.,   **Bigler, E.D.,** Blatter, D., Pompa, J., Ryser, D., & Kurth, S. (1992). Structural MRI changes in traumatic brain injury: Comparison of pre- and post-injury scan results [Abstract]. Archives of Clinical Neuropsychology, 7, 346.

Massman, P.J.,     & **Bigler, E.D.** (1992). A critical appraisal of the formulation and validity of the WAIS-R "cholinergic deficit" profile [Abstract]. Archives of Clinical Neuropsychology, 7, 348-349.

Massman, P.J.,     & **Bigler, E.D.** (1991). Neuropsychological differentiation of depression pseudodementia from Alzheimer's disease [Abstract]. Archives of Clinical Neuropsychology, 6, 205-206.

Mathias, J.L.,   **Bigler, E.D.,** Jones, N.R., Barrett-Woodbridge, M.P., Brown, G.C., Taylor, D.J. (2003). Information processing speed and its relationship to quantitative neuroimaging following moderate and severe traumatic brain injury. [Abstract]. Brain Injury, 17, supplement 1, p.136.  Presented in the international TBI meeting, Stockholm.

Mathias, J.L.    **Bigler, E.D.**, Jones, N.R., Brown, G.C., & Taylor, D.J. (2002).Information processing deficits and their relationship to neuroimaging following moderate and severe traumatic brain injury. [Abstract]. Journal of Neurotrauma, 19(10), 1293.

Mathias, J.L.,   Bowden, S.C., **Bigler, E.D.,** (2006) Is performance on the Wechsler Test of Adult Reading affected by traumatic brain injury? [Abstract]. Proceedings of the International Neuropsychological Society (INS)/ German Neuropsychological Society (GNP) and the Swiss Neuropsychological Association (SVNP) Meeting July 26 -30, 2006, p.100.

Miller, M.,   **Bigler, E.D.,** Neeley, S.L., Provencal, S., McMahon, W., & Lainhart, J.E. (2005, February 2-5,).  Frontal lobe development in autism relative to head size. [Poster] Proceedings of the 33rd Annual Meeting of the International Neuropsychological Society, St. Lois, MI, 2005, p.111.

Morris, J.M.,   & **Bigler, E.D.** (1984). An investigation of the Kaufman Assessment Battery for Children (K-ABC) with neurologically impaired children [Abstract]. The INS Bulletin. November, 1984, 27-28.

Mortensen, J.,   Hannan, C.R., White, J., Fearing, M., Tate, D., **Bigler, E.D.** (2003, February). The Boston Naming Test, Dementia, and Temporal Lobe Pathology. [Abstract]. Journal of the International Neuropsychological Society, 9(2), 306. Poster presented at the 31st Annual International Neuropsychological Society Conference, Feb 5-8, 2003, in Honolulu, Hawaii.

Mortensen J.,   White J., Hannan C.R., Fearing M., Tate D., **Bigler, E.D.** (2002, October). The Benton Visual Retention Test, dementia, and temporal lobe pathology. Poster accepted for presentation at the 22nd Annual Conference of the National Academy of Neuropsychology, Miami, FL.

Mueller, R.M.,   Russo, A.A., Barker, L.H., Lajiness-O'Neil, R., Johnson, S., Anderson, C., Norman, M.A., Sephton, S., Primus, E., **Bigler, E.D.**, & Reynolds, C.R. (1995). Memory testing and memory for sentences: Concurrent and construct validity of the Test of Memory and Learning (TOMAL) Utilizing the Wechsler Memory Scale-Revised (WMS-R) [Abstract].  Archives of Clinical Neuropsychology, 10, 369-370.

Naugle, R.I.,   Cullum, C.M., **Bigler, E.D.**, & Massman, P. (1985). Senile and presenile dementia: Neuropsychological and CT brain morphology characteristics [Abstract]. Journal of Clinical and Experimental Neuropsychology, 7, 616.

Norman, M.A.,   Delis, D.C., Salmon, D. & **Bigler, E.D.** (1998).  Differential rates of cognitive decline in subgroups of Alzheimer's patients [Abstract].  Journal of the International Neuropsychological Society, 4 (1), 31.

Bigler, E. D.    43

Norman, M.A.,        Lajiness-O'Neill, R.R., Nilsson, D.E., Walker, M.L., Boyer, R.S., Connor, P.D., & **Bigler, E.D.** (1994). Quantitative neuroimaging in neuropsychological outcome in benign hydrocephalous [Abstract]. <u>Archives of Clinical Neuropsychology, 9</u>, 168-169.

Norman, M.A.,        Gale, S.D., & **Bigler, E.D.** (1992). A comparison of performance on the raven coloured progressive matrices in patients with closed head injury (CHI), left cerebrovascular accidents (LCVA), and right cerebrovascular accidents (RCVA) [Abstract]. <u>Archives of Clinical Neuropsychology, 7</u>, 352.

Nussbaum, N.L.,      & **Bigler, E.D.** (1985). Neuropsychological and Personality/Behavioral profiles in learning disabled children derived from cluster analysis [Abstract]. <u>International Journal of Clinical Neuropsychology, 7</u>, 67-68.

Nussbaum, N.L.,      Roman, M., Grant, M., & **Bigler, E.D.** (1988). ADD and the mediating effect of age on academic and behavioral variables [Abstract]. <u>Journal of Clinical and Experimental Neuropsychology, 10</u>, 29.

Orme, S.F.,          Clark, E., **Bigler, E.D.**, Pompa, J., Kircher, J.C., & Gardner, M.K. [1998]. Agreement of ratings and behavioral measures of attention and concentration (Abstract). <u>The Clinical Neuropsychologist, 12</u> (2), 277.

Parkinson, R.B.,     Hopkins, R.O., Cleavinger, H.B., Weaver, L.K., Victoroff, J., **Bigler, E.D.** (2001). White matter hyperintensities in carbon-monoxide-poisoned subjects. [Abstract]. <u>Archives of Clinical Neuropsychology, 16</u>, 731-732.

Parish, R.V.,        Carpenter, B.N., **Bigler, E.D.,** (2003). Posttraumatic stress, mild traumatic brain injury, and memory function. [Abstract] <u>Archives of Clinical Neuropsychology, 18</u>, 687.

Parish, R.V.,        Tate, D.F., **Bigler, E.D.** (2001). Estimation of intelligence with the Wechsler Abbreviated Scale of Intelligence (WASI) in an adult neuropsychological patient population: are the two- and four-subtest forms of the WASI equivalent? [Abstract]. <u>Archives of Clinical Neuropsychology, 16</u> (8), 836.

Piran, N.,          **Bigler, E.D.**, & Cohen, D. (1982). Motoric laterality and eye dominance suggest a unique pattern of cerebral organization in schizophrenia. <u>Archives of General Psychiatry, 39</u>, 1006-1010. [Abstract] <u>Digest of Neurology and Psychiatry,</u> December 1982, 460.

Pinkston, J.B.,      Johnson, S.C., **Bigler E.D.,** & Blatter D.D. (1997). Effects of handedness and gender on the surface area of the human corpus callosum: A preliminary study using magnetic resonance imaging [Abstract]. <u>Archives of Clinical Neuropsychology, 12</u> (4), 386.

Plassman, B.L.,      Welsh, K.A., **Bigler, E.D.**, Johnson, S.C., Anderson, C.V., Simons, M.E., Helms, M.J., & Breitner, J.C.S. (1997). Similarity in brain volumes of aging monozygotic twins [Abstract]. <u>JINS, 3</u>(1), 68-69.

Plassman, B.L.,      Welsh, K.A., Abildskov, T., Johnson, S.C., Anderson, C.V., **Bigler, E.D.**, & Breitner, J.C. (1995). Merging methods: MRI volumetric studies in twin pairs discordant for Alzheimer's Disease [Abstract]. <u>Archives of Clinical Neuropsychology, 10</u>, 377.

Porter, S.,          Hopkins, R.O., Weaver, L.K., **Bigler, E.D.**, & Blatter, D.D. (1999).  White matter atrophy and neuropsychological outcome following carbon monoxide exposure [Abstract].  Archives of Clinical Neuropsychology, 14 (8), 659-660.

Porter, S.S.,        Kozora, E., & **Bigler, E.D.** (1997).  Corpus callosum and cognitive performance in patients with systemic Lupus Erythematosis [Abstract]. Archives of Clinical Neuropsychology. 12 (4), 388.

Porter, S.S.,        Anderson, C.V., & **Bigler, E.D.** (1995).  Changes in medial temporal lobe and neuropsychological outcome of thirty-five traumatically brain-injured patients [Abstract]. Archives of Clinical Neuropsychology, 10, 377-378.

Primus, E.A.,        **Bigler, E.D.**, Anderson, C.V., Johnson, S.C., & Mueller, R.M.  (1997). Subcortical dementia symptoms and corpus striatum degeneration following traumatic brain injury (TBI): a quantitative analysis of magnetic resonance imaging (MRI) and neuropsychological assessment [Abstract]. JINS, 3(1), p.3.

Provencal, S.,       Fearing, M.A., Johnson, J.L., Mortensen, S., Heidelberger, C., **Bigler, E.D.**, McMahon, W., & Lainhart, J.E. (February 2-5, 2005).  Basal ganglia morphometry in autism with and without Attention Deficit/Hyperactivity Disorder. [Poster]  Proceedings of the33rd Annual Meeting of the International Neuropsychological Society, Adam's Mark Hotel, St. Lois, MI, Program & Abstracts, USA, p.111.

Provencal, S.        & **Bigler, E.D.** (February 4-7, 2004). The Delis-Kaplan executive function system (D-KEFS) compared to traditional tests of executive dysfunction in patients with frontal lesions. International Neuropsychological Society 32nd Annual Conference, Baltimore, Maryland. Journal of the International Neuropsychological Society, Program & Abstracts, p. 113.

Raz, S.,             Raz, N., **Bigler, E.D.**, & Turkheimer, E.T. (1985). Volumetric assessment of CT abnormalities in schizophrenia [Abstract]. Journal of Clinical and Experimental Neuropsychology, 7, 630.

Reynolds, C.R.,      & **Bigler, E.D.** (1995).  Standardized factor scores for use with the Test of Memory and Learning (TOMAL) [Abstract].  Archives of Clinical Neuropsychology, 10, 382-383.

Reynolds, C.R.,      & **Bigler, E.D.** (1994). Factor structure of the Test of Memory and Learning (TOMAL) [Abstract]. Archives of Clinical Neuropsychology, 9, 176.

Rice, S.A.,          **Bigler, E.D.**, Lainhart, J., McMahon, W., (2003). Corpus callosal differences in autism. [Abstract]. Journal of the International Neuropsychological Society, 9(4), 551. Poster presented at the Twenty-Sixth Annual Mid-year International Neuropsychological Society, July 16-20, 2003, Berlin, Germany.

Rice, S.A            **Bigler, E.D.**, Lainhart, J., McMahon, W., Coon, H., Ozonoff, S. (2003, February 5-8). Corpus callosum morphology in autism. [Abstract]. Journal of the International Neuropsychological Society, 9(2), 270.

Roman, M.J.,          Grant, M.L., & **Bigler, E.D.** (1992). Performance of boys with attention-deficit
                      hyperactivity disorder and learning disabilities on the core and diagnostic
                      subtests of the differential abilities scales [Abstract]. <u>Journal of Clinical and
                      Experimental Psychology</u>, <u>14</u>, 108.

Roman, M.J.,          Nussbaum, N.L., & **Bigler, E.D.** (1988). Neuropsychological findings in a case
                      of occipital encephalocele [Abstract]. <u>Journal of Clinical and Experimental
                      Neuropsychology</u>, <u>10</u>, 44.

Roman, M.J.,          Nussbaum, N.L., Grant, M.L., & **Bigler, E.D.** (1990). A comparison of
                      neuropsychological test performance in boys and girls with attention-deficit
                      hyperactivity disorder [Abstract]. <u>Journal of Clinical and Experimental
                      Neuropsychology</u>, <u>12</u>, 101-102.

Ross, C.,             Hallam, B., Buckwalter, J.G., **Bigler, E.D.** (2003, Feb 5-8). Regional callosal
                      changes in three forms of dementia. [Abstract]. <u>Journal of the International
                      Neuropsychological Society, 9(2)</u>, 317. Poster presented at the 31st Annual
                      International Neuropsychological Society Conference, Feb 5-8, 2003, in
                      Honolulu, Hawaii.

Ruger, J.,            Hopkins, R., Weaver, L., Johnson, S., Tate, D., **Bigler, E.D.**, & Blatter, D.
                      (2001). MR-based temporal horn enlargement following carbon monoxide
                      poisoning [Abstract]. <u>Journal of the International Neuropsychological Society</u>, <u>7</u>
                      (2), 190.

Russo, A.A.,          **Bigler, E.D.**, Gale, S.D., Barker, L.H., & Stenroos, J.F. (1997). Affective
                      disturbance following traumatic brain injury: Severity of injury and the
                      symptom-checklist-90-R [Abstract]. <u>Archives of Clinical Neuropsychology</u>. <u>12</u>
                      (4), 399.

Russo, A.A.,          Barker, L.H., Mueller, R.M., Lajiness-O'Neil, R., Johnson, S., Anderson, C.,
                      Norman, M.A., Sephton, S., Primus, E., **Bigler, E.D.** & Reynolds, C.R. (1995).
                      Memory and digit span: Concurrent and construct validity of the Test of Memory
                      and Learning (TOMAL) utilizing the Wechsler Memory Scale-Revised (WMS-
                      R) [Abstract]. <u>Archives of Clinical Neuropsychology</u>, <u>10</u>, 386.

Russo, A.A.,          Johnson, S.C., Ryser, D., MacNamara, S., Bailey, B., Icke, W., Blatter, D., Gale,
                      S., Anderson, C. & **Bigler, E.D.** (1995). Functional assessment following
                      traumatic brain injury: Correlations of the DRS, FIM, and MRI [Abstract].
                      <u>Journal of the International Neuropsychological Society</u>, <u>1</u>, 121.

Sanders, A.D.,        Neeley, E.S., **Bigler, E.D.** (2004). Memory performance in autism [Abstract].
                      <u>Brain Impairment</u>, 5,112-113.

Sayer, J.,            Fearing, M.A., **Bigler, E.D.,** McMahon, W.M., & Lainhart, J.E. (2004).
                      Volumetric analysis of the basal ganglia in autism with macrocephaly [Abstract].
                      International Neuropsychological Society 32nd Annual Conference, February 4-7,
                      2004, Baltimore, Maryland. <u>Journal of the International Neuropsychological
                      Society, Volume 10 (Supplement S1)</u>, Program & Abstracts, 133-134.

Schultz, R.,          Willerman, L., Rutledge, J.N., & **Bigler, E.D.** (1992). The relationship between
                      intelligence, gray-white matter image contrast, and brain size: An MRI study of

healthy college students [Abstract]. Journal of Clinical and Experimental Neuropsychology, 14, 32.

Skoog, I.,          **Bigler, E.D.,** (2003, August 17-22). The Gothenburg Longitudinal Study on Aging: Early life risk factors for dementia. [Abstract]. Eleventh International Congress: International Psychogeriatric Association, Chicago, Illinois.

Schultz, R.,        Willerman, L., Rutledge, J.N., & **Bigler, E.D.** (1989). MRI contrast and intelligence [Abstract]. Archives of Clinical Neuropsychology, 5, 12.

Steinman, D.R.,     & **Bigler, E.D.** (1984). Neuropsychological sequelae of ruptured anterior communicating artery aneurysm [Abstract]. The International Journal of Clinical Neuropsychology, 6, 83.

Sephton, S.E.,      Bloch, G.J., Burlingame, G.M., Steffen, P.R., Johnson,   S.C., Tuttle, K.C. & **Bigler, E.D.** (1993).  A structured interview to define and measure chronic stress in humans [Abstract].  Society for Neuroscience Abstracts, 19, p.170.

Tate, D.F.,         Gilbert-Tate, J.J., & **Bigler, E.D.**  (2000).  Neurologic tests and their predictive value among children in India: Correlations between motor skills, VMI, and TONI-2 Scores [Abstract].  Journal of the International Neuropsychological Society, 6(2), 133.

Tate, D.F.,         **Bigler, E.D.,** & Wolfson, L.J. (1999).  Fornix area and hippocampal volume in traumatic brain injury: Relationships to memory function [Abstract].  Archives of Clinical Neuropsychology, 14(8), 776-777.

Tate, D.F.,          Gilbert-Tate, J.J. & **Bigler, E.D.** (1998).  Berry's Test of Visual-motor integration and the Test of Nonverbal Intelligence: A comparison among school children in India [Abstract].  Journal of the International Neuropsychological Society, 4(1), 58.

Tate, D.F.,         Tate, J.J., Johnson, S., & **Bigler, E.D.** (1997).  Ethnic and socioeconomic differences on the developmental test of visual-motor integration:  A study of South Indian school children [Abstract].  Journal of the International Neuropsychological Society, 3, 26.

Turkheimer, E.,     Farace, E., Yeo, R.A., & **Bigler, E.D.** (1992). A closer look at gender differences in verbal and performance IQ following unilateral lesions [Abstract]. Journal of Clinical and Experimental Neuropsychology, 14, 88.

Weight, D.G.,       & **Bigler, E.D.** (1994).  The discrepancy between clinical history, ventricle/brain ratios and neurobehavioral test findings: Two case studies [Abstract].  Archives of Clinical Neuropsychology, 9, 200.

White, J.,          Mortensen, J., Hannan, C. R., Fearing, M., Tate, D., and **Bigler, E.D.** (Feb 5-8, 2003).Performance on the logical memory measure and temporal lobe atrophy [Abstract]. Journal of the International Neuropsychological Society, 9(2), 317.

Wilde, E.A.,        Ramos, M.A., Yallampali, R., Chu. Z., Hunter, J.V., Bigler,

| | |
|---|---|
| Wilde, E.A., | Bartholomew, J., **Bigler, E.D.**, Nielsen, D., Brooks, M., Lowry, C., Foley, H.A., Ryser, D., & Blatter, D. (1998). PTA and QMRI outcome in TBI patients with positive blood alcohol levels at time of injury [Abstract]. <u>Journal of the International Neuropsychological Society</u>, <u>4</u> (1), 9. |
| Wolkowitz, O., | Lupien, S., **Bigler, E.D.** (2007). The "Post-Steroid Dementia Syndrome": An unrecognized complication of glucocorticoid treatment [Abstract] <u>Annals of the New York Academy of Sciences.</u> |
| Wu, C., | Cramond, S., Woon, F.m., Cannon, P.C., **Bigler, E.D.,** Cleavinger, H.B., Johnson, J.L., Lainhart, J.E. (2007) Fusiform gyral volume, intellectual ability and autism. [Abstract]. <u>Archives of Clinical Neuropsychology</u>, <u>22</u>(7), 804-805. |
| Woon, F.M., | Cramond, A.C., Wu, C., Cannon, P.C., **Bigler, E.D.,** Cleavinger, H.B., Johnson, J.L., Lainhart, J.E. (2007). Intelligence scores and amygdala volume in individuals with Autism.[Abstract]. <u>Archives of Clinical Neuropsychology</u>, <u>22</u>(7), 805. |
| Yeates, K. O., | Taylor, G., Dennis, M., Vannatta, K., Gerhardt, C., Rubin, K., **Bigler, E.D.,** (2005) Social outcomes in pediatric traumatic brain injury: Toward an integrative, multi-level model [Abstract]. <u>Brain Injury</u>, Abstracts of the 6th World Congress on Brain Injury, Melbourne, 5-8 May, 19 (Suppl.1) p.21. |
| Yeates, K.O., | Luria, J., Bartkowski, H., Rusin, J., Martin, L., **Bigler, E.D.**, Johnson, S.C. & Anderson, C. (1998). Postconcussive symptoms in children with mild closed-head injuries [Abstract]. <u>Journal of the International Neuropsychological Society</u>, <u>4</u>(1), 63. |
| Yeo, R.A., | & **Bigler, E.D.** (1991). Callosal morphology in closed head injury patients [Abstract]. <u>Journal of Clinical and Experimental Neuropsychology</u>, <u>13</u>, 63. |
| Yeo, R.A., | Turkheimer, E., & **Bigler, E.D.** (1983). Computer analysis of lesion volume: Reliability, utility and neuropsychological applications [Abstract]. <u>Clinical Neuropsychology</u>, <u>1</u>, 45. |
| Yeo, R.A., | Turkheimer, E., & **Bigler E.D.** (1984). The influence of sex and age on unilateral cerebral lesion sequelae. [Abstract]. <u>INS Bulletin</u>, October, 1983, p. 40. |
| Yeo, R.A., | Turkheimer, E., Raz, N., & **Bigler, E.D.** (1984). Volumetric parameters of the normal human brain: Intellectual correlates [Abstract]. <u>The INS Bulletin</u>, November, 1984, 45. |

## <u>ACADEMIC COURSES TAUGHT:</u>

> Psychobiology/Behavioral Neurobiology
> Human Neuropsychology
> Clinical Neuropsychology
> Seminar in Clinical Neuropsychology
> Experimental Psychology: Research Design
> Neuropsychology Case Conference