# EXHIBIT A

**PAPERS, SPECIAL LECTURES, ABSTRACT & POSTER PRESENTATIONS, TRAINING SEMINARS, VIDEO SERIES & STUDY GUIDES:**

**Bigler, E.D.,**     (2008, November 14) Grand Rounds Lecture:  TBI: Neuroimaging Predictors of Cognitive and Rehabilitation Outcome.  Invited lecture, the Rush Presbyterian Hospital, Rush University, Chicago, Illinois.

**Bigler, E.D.,**     (2008, November 14) A Practical Guide to Neuroimaging Methods for Rehabilitation Prognosis in Traumatic Brain Injury.  Invited lecturer for residents, the Rush Presbyterian Hospital, Rush University, Chicago, Illinois.

**Bigler, E.D.,**     (2008, November 1) Using Neuroimaging to Guide and Direct Therapies and Predict Outcome from TBI.  Invited speaker/presenter, Braintree Rehabilitation, Boston, Massachusetts.

**Bigler, E.D.,**     (2008, November 1) Advanced Neuroimaging Techniques in the Detection of Traumatic Brain Injury.  Invited speaker/presenter, Braintree Rehabilitation, Boston, Massachusetts.

**Bigler, E.D.,**     (2008, October 30) The Role of Structural MRI in the Assessment of TBI. Invited speaker, the Cleveland Clinic, Cleveland, Ohio.

**Bigler, E.D.,**     (2008, October) The Conversation Series:  Traumatic Brain Injury Companion Series: Traumatic Brain Injury:  Interviews With Experts.  Invited presenter for ". . . a series of videotaped discussions on topics of professional importance by leaders in the field . . . starters for training seminars, or to meet continuing professional development (CPD) requirements for the Nationally Certified School Psychology (NCSP) credential." Published by the Publications Committee of Division 16 of the American Psychological Association (APA).

**Bigler, E.D.,**     (2008, October 2) Traumatic Brain Injury: From Concussion to Severe Injury. Invited speaker, The Utah Valley Regional Medical Center, Emergency Medicine/Critical Care Symposia.

**Bigler, E.D.,**     (2008, October 2)  Neuroimaging and Cognitive and Neurobehavioral Assessment.  Invited speaker, The Utah Valley Regional Medical Center, Emergency Medicine/Critical Care Symposia and Outcome.

**Bigler, E.D.,**     (2008, September 11-12) Advanced Neuroimaging Techniques in Detecting the Sequelae of Traumatic Brain Injury.  Sole, invited speaker/presenter, for Traumatic Brain Injury Litigation Group, Las Vegas, Nevada.

**Bigler, E.D.,**     (2008, July 21) Cognitive and Behavioral Sequelae Found  in Traumatic Brain Injury. Invited speaker, Wasatch Mental Health, Provo, Utah.

**Bigler, E.D.,**     (2008, June 12-13) Neuroimaging in Traumatic Brain Injury:  A Better Understanding of Cognitive and Behavioral Effects. Invited speaker, Tripler Medical Facility, Honolulu, Hawaii.

**Bigler, E.D.,**     (2008, June 2) Grand Rounds (Rehab): "Cognitive and Behavioral Effects in Brain Injury," Rehabilitation Hospital of the Pacific, Honolulu, Hawaii.

**Bigler, E.D.,**    (2008, June 2) Cognitive and Behavioral Effects in Brain Injury. Invited speaker, Queens Medical Center, Honolulu, Hawaii.

**Bigler, E.D.,**    (2008, April 17). Neuroimaging in Understanding Disabilities.  Invited speaker for the Utah Chapter of the Association on Higher Education and Disability (Utah AHEAD) Conference , Salt Lake City Community College, Salt Lake City, Utah.

**Bigler, E.D.,**    (2008, April 4-5). Neuropsychological Assessment in the Next Decade:  The Integration of Structural and Functional Neuroimaging. Invited presenter for the 18th Annual Nelson Butter's West Coast Neuropsychology Conference held at the University of California at San Diego. Hilton San Diego Resort, San Diego, CA.

**Bigler, E.D.,**    (2008, March 20) Symptom-Validity Testing:  Its Proper Role in Neuropsychological Assessment.  Invited presenter for the 2008 Brain Injury Conference of The Brain Association of Utah and the Utah Association for Justice.  The Radisson Hotel, Salt Lake City, Utah.

**Bigler, E.D.,**    (2008, March 20) A Panel of Doctors Answer Questions on Pediatric Brain Injury.  Invited panel member for the 2008 Brain Injury Conference of The Brain Association of Utah and the Utah Association for Justice. The Radisson Hotel, Salt Lake City, Utah.

**Bigler, E.D.,**    (2008, March 20) State of the Art Developments in Brain Imaging that Objectively Demonstrate Brain Injury:  The Future is Now.  Invited presenter for the 2008 Brain Injury Conference of The Brain Association of Utah and the Utah Association for Justice.  The Radisson Hotel, Salt Lake City, Utah.

**Bigler, E.D.,**     (2008, February) Neuroimaging in Neurobehavioral Research. Invited speaker for the Journal Club, HIV Neurobehavioral Research Center, HNRC, University of California, San Diego, California.

**Bigler, E.D.,**    (2008, January 30) Traumatic Brain Injury:  The Role of Quantitative Neuroimaging in Identifying Structural Abnormalities for Neuropsychological Outcomes Studies.  Invited presentation given for the Neuroimaging at Utah Symposium at The Brain Institute at the University of Utah, Utah.

**Bigler, E.D.,**    (2007, December 4) State-of-the-Art Neuroimaging of Traumatic Brain Injury from Acute Injury to chronic Abnormalities. Invited presenter for Visual Consequences of Acquired Brain Injury Conference presented by the Department of Veterans Affairs Employee Education system and Department of Defense and Rehabilitation Strategic Healthcare Group, Course#.08.ST.PT.VCOTBICONF.A, Crowne Plaza San Antonio, Riverwalk, San Antonio, Texas.

**Bigler, E.D.,**    (2007, November 17) Useful Clinical Ratings of CT and MRI in the Clinical Practice of Neuropsychology.  Invited Speaker, 27th Annual Conference of the National Academy of Neuropsychology, Westin Kierland Resort & Spa in Scottsdale, Arizona, USA.

**Bigler, E.D.,**    (2007, November 8) Neuroimaging in Pediatric TBI.  Discussant. New Frontiers in Pediatric Traumatic Brain Injury International Conference held at the Westin San Diego at Emerald Plaza, San Diego, California, USA.

**Bigler, E.D.,**      (2007, June 2) <u>Update on Neuroimaging and Clinical Neuropsychology in Children and Adults</u>. Conference Speaker (CE provider) for 16th Annual conference on Neuropsychology of the Northern California Neuropsychology Forum held at School of Nursing Auditorium, University of California San Francisco (UCSF), San Francisco, California, USA.

**Bigler, E.D,**      (2007, April 30) <u>Neuroimaging and the Practice of Clinical Neuropsychology.</u> Invited speaker for the Houston Neuropsychology Society, Westheimer Medical Center, Manvel, Texas, USA.

**Bigler, E.D.**      (2007, March 22) <u>Neuroanatomy for Health Care Professionals: BYOL (Bring Your own Laptop)</u>. Invited pre-conference workshop, 17th annual Nelson Butters' West Coast Conference: Advances in the Neuropsychological Assessment and Treatment of School-Aged Children with Cognitive Deficits., University of California at San Diego (UCSD). San Diego, CA, USA.

**Bigler, E.D**      (2007, March 8) <u>The Aging Brain: Implications for TBI Victims</u>. Featured Presentation. The 2007 Brain Injury Conference of The Brain Injury Association of Utah and The Utah Trial Lawyers Association, Salt Palace Convention Center, Salt Lake City, Utah, USA.

**Bigler, E.D**      (2007, March 8) <u>Proving Brain Injury Objectively: Major Conceptual and Technological Advances.</u> Featured Presentation. The 2007 Brain Injury Conference of The Brain Injury Association of Utah and The Utah Trial Lawyers Association, Salt Palace Convention Center, Salt Lake City, Utah, USA.

**Bigler, E.D.**      (2007, March) <u>Distinguished Visiting Professor (DVP) of Psychology</u>. Invited Speaker to the Department of Psychology at Wilford Hall Medical Center, Lackland Air Force Base, San Antonio, Texas 78236, USA.

**Bigler, E.D.**      (2007, January 11) <u>Neuroimaging and Biomedical Engineering.</u> Invited Presentation given to BYU Biomedical Engineering Club, Clyde Building, Brigham Young University, Provo, Utah, USA.

**Bigler, E.D.,**      (2006, October 19) <u>Neuroimaging & Neurocognitive Outcome in TBI: A Lifespan Perspective</u>. Keynote Speaker: 17th Annual Family & Professionals Conference, The Brain Injury Association of Utah (BIAU). Davis Conference Center, Layton, Utah, USA.

**Bigler, E.D.,**      (2006, October 17) <u>Neuroimaging and Cognitive Neuroscience: Contemporary Methods for Studying Brain-Behavior Relationships.</u> Invited speaker: Seminar for the Department of Statistics, Brigham Young University. Provo, Utah, USA.

**Bigler, E.D.,**      (2006, October 6) <u>Neuroimaging and Neurocognitive Outcome in Mild Traumatic Brain Injury (TBI) – Status Update 2006.</u> Invited Speaker: California Pacific Medical Center 5th Annual Brain Injury Conference for Health Care Professionals: Mild Traumatic Brain Injury: Theory assessment & Practice. Cathedral Hill Hotel, San Francisco, California.

**Bigler, E.D.,**      (2006, September 29) <u>Cognitive Neuroscience & Neuroimaging Findings in Pediatric Acquired Brain Injury & Developmental Disorders</u>. Invited Keynote presentation: 2006 Health and Wellness Forum: Developmental Disabilities:

Innovations in diagnosis, Treatment & Service Delivery (September 27-29, 2006). Catamaran Resort Hotel, San Diego, California.

**Bigler, E.D.,** (2006, September 14) <u>Recent Advances in Neuroimaging.</u> Invited Speaker. North American Brain Injury Society (NABIS) 2006 Brain Injury Conference of the Americas (September 14-16, 2006). Eden Rock Hotel, Miami Beach, Miami, Florida.

**Bigler, E. D.,** (2006, September 1) <u>Neuroimaging and Neurocognitive Outcome in Traumatic Brain Injury.</u> Invited Speaker: California Brain Injury Association Conference (CALBIA) (September, 1- 3, 2006). State of the Art Medical and Rehabilitative Care in Brain Injury: Clinical and Legal Implications. Silverado Resort, Napa, California.

**Bigler, E.D.,** (2006, July 26- 30) <u>Emerging Neuroimaging Techniques in TBI: Relationships to Neuropsychological Outcome.</u> Invited Speaker: International Neuropsychological Society Continuing Education Program: From Plasticity to Rehabilitation, INS/SVNP/GNP Meeting, University of Zurich, Mid-Year Meeting. Zurich, Switzerland.

**Bigler, E.D.,** (2006, May 22) <u>Clinical Neuropsychology in the Era of cognitive Neuroscience and Neuroimaging.</u> Grand Rounds: University of Alabama at Birmingham, School of Medicine and Department of Psychiatry & Behavioral Neurobiology. Birmingham, Alabama.

**Bigler, E.D.,** (2006, April 29 – May 5) <u>Morphometric and Spectroscopic Imaging in Autism.</u> Invited Speaker: Neuroradiology Education and Research (NER) Foundation Symposium 2006: Neuroimaging: State of the Art and Beyond and American Society of Neuroradiology (ASNR) 44th Annual Meeting. In session: The Brain – Basis of Autism: Recent Neurobiological and Neuroimaging Research (Moderators: Gary L. Hedlund, D.O.; Santiago, Medino, M.D.). San Diego Convention Center, San Diego, California.

**Bigler, E.D.,** (2006, March 23-26) Integrity <u>of the Medial Temporal Lobes in Childhood Disorders.</u> Invited Speaker: Nelson Butter's Annual Conference for Advances in Pediatric Neuropsychology: From Toddlers Through School-Aged Children. Wyndham San Diego at Emerald Plaza, San Diego, California.

**Bigler, E.D.,** (2006, March 9) <u>21st Century Technology that Demonstrates Brain Injury.</u> Invited Speaker: 2006 Utah Lawyer's Association & Brain Injury Association of Utah (UTLA/BIAU): 2006 Attorney's Brain Injury Conference Program. Little American Hotel, Salt Lake City, Utah.

**Bigler, E.D.,** (2006, March 3) <u>Advances in Neuroimaging and Traumatic Brain Injury.</u> Keynote Speaker: Leonard Diller Lecture, 8th Annual Conference of the American Board of Rehabilitation Psychology, Inc. (ABRP) and the American Psychological Association (APA) Division of Rehabilitation Psychology (Div 22). J.A. Nugget Hotel, Reno, Nevada.

**Bigler, E.D.,** (2005, October 13-16) <u>Diffusion Tensor Imaging of TBI.</u> Invited Presenter: Group II – Acute Care; International Brain Injury Association: International Symposium: Finding a "Cure" for Brain Injury, Improving Quality of Life. Holiday Inn Downtown, Johnstown, Pennsylvania.

**Bigler, E.D.,**       (2005, September 30) <u>Clinical Neuroscience:  Neuroimaging and Mental Health</u>. Invited speaker at the Association of Mormon Counselors and Psychotherapists (AMCAP) Fall Convention 2005; Perspectives in Mental Health:  30 Years of AMCAP, Joseph Smith Memorial Building, Salt lake City, Utah.

**Bigler, E.D.,**       (2005, September 29). <u>Neuroimaging and Neurocognitive Outcome in Traumatic Brain Injury,</u>  Invited Speaker, Brain Injury Association of Michigan 25th Annual Conference "Our Mission Continues", Radisson Hotel, Lansing, Michigan.

**Bigler, E.D.,**       (2005, September 22) <u>Structural and 3D Neuroimaging</u>. Invited Speaker, (Plenary III) 2005 North American Brain Injury Society (NABIS) Conference Brain Injury: New Science, Best Practices and Future Innovations. Ritz Carlton Resort, Jacksonville, Amelia Island, Florida.

**Bigler, E.D.,**       (2005, August 18-21).  <u>MRI & the future of the relevance of neuropsychology</u>. Invited Address, 2005 American Psychological Association (APA) Division 40 Convention. Renaissance Hotel, Washington, D.C.

**Bigler, E.D.,**       (2005, June 16-18). <u>Fine Structural MRI Analysis in Traumatic Brain Injury: Relationship to Neuropsychological Outcome</u>.  Abstract presented at the 2005 American Academy of Clinical Neuropsychology (AACN) Scientific Program, Workshops & Second Annual Meeting, Minneapolis Marriot Center. Minneapolis, Minnesota.

**Bigler, E.D.,**       (2005, May 23-24). Invited Reviewer of Department of Clinical and Health Psychology, College of Public Health and Health Professions, University of Florida. Gainesville, Florida.

**Bigler, E.D.,**       (2005, May 6).  <u>Neuroimaging and Neurocognitive Outcome in Traumatic Brain Injury – Status Report 2005</u>.  International Invited Speaker: 6th World Congress on Brain Injury, Presented by the International Brain Injury Association (IBIA). Melbourne, Australia.

**Bigler, E.D.,**       (2005, May 3).  <u>High Resolution 3T Imaging of the Fine Structure of the Ventral Striatum and Limbic System:  Relationship to Neuropsychological Outcome Following TBI</u>.  Invited Speaker: Australian Psychological Society (APS) College of Clinical Neuropsychologists, Victorian Section & St Vincent's Hospital, Neuropsychology Unit, Education Seminar. Melbourne, Australia.

**Bigler, E.D.,**       (2005, April 22).  <u>Traumatic Brain Injury and Postconcussion Syndrome.</u>  Invited Presentation: 2005 American Bar Association/American Psychological Association (ABA/APA) National Institute on "Psychological and Neuropsychological Evidence in Personal Injury and Medical Malpractice Cases", ABA Center for Continuing Legal Education. Chicago, Illinois, USA.

**Bigler, E.D.,**       (2005, April 22).  <u>Carbon Monoxide Poisoning</u>.  Invited Presentation: 2005 American Bar Association/American Psychological Association (ABA/APA) National Institute on "Psychological and Neuropsychological Evidence in Personal Injury and Medical Malpractice Cases", ABA Center for Continuing Legal Education. Chicago, Illinois, USA.

**Bigler, E.D.,**       (2005, April 20).  <u>Neuroimaging, Cognitive Neuroscience and Clinical Neuropsychology:  Practice Challenges of the 21st Century</u>. Invited Speaker:

Rosalind Franklin Colloquium, Rosalind Franklin University School of Medicine-formerly Finch School of Health Sciences/The Chicago Medical School. Chicago, Illinois, USA.

**Bigler, E.D.,**    (2005, April 2). <u>Frontotemporal Pathology: Neuropsychological and Neuroimaging Findings Across Disorders</u>. Invited Presentation: 15th Annual Nelson Butter's West Coast Neuropsychology Conference "Advances in Neuropsychological Assessment in the Differentiation of Neurobehavioral Syndromes." In conjunction with University of California, San Diego, School of Medicine, Department of Psychiatry. Wyndham San Diego Hotel, Emerald Plaza, San Diego California, USA.

**Bigler, E.D.,**    (2005, March 30). <u>The Neuropsychology TBI and Anoxia</u>. Presentation for Wasatch Mental Healthcare Providers. Provo, Utah.

**Bigler, E.D.,**    (2005, March 3). <u>Premature Aging</u>. Presentation given at 2005 Conference on Brain Injury, Presented by Brain Injury Association of Utah and the Utah Trial Lawyers Association. Red Lion Hotel, Salt Lake City, Utah.

**Bigler, E.D.,**    (2005, March 3). <u>Breakthroughs in 21st Century Neuroscience</u>. Presentation given at 2005 Conference on Brain Injury, presented by Brain Injury Association of Utah and the Utah Trial Lawyers Association. Red Lion Hotel, Salt Lake City, Utah.

**Bigler, E.D.,**    (2005, February 25) <u>Neuroimaging as a Research Tool in Cognitive Neuroscience</u>, Visiting Professor, Class Lecture, Florida Atlantic University, Davie, FL.

**Bigler, E.D.**    (2005, February 24) <u>Cognitive Neuroscience and Human Behavior</u>, Keynote Lecture: Broward Psychology Fair, Florida Atlantic University. Davie, FL.

**Bigler, E.D.,**    (2005, February 19). <u>Neuropsychology and Neuroimaging in Criminal Defense or Underdeveloped Brains and Damaged Brains and Why Does it Matter?</u> Presentation, CACJ/CPDA Capital Case Defense Seminar. Monterey Conference Center, Monterey, CA.

**Bigler, E.D.,**    Rex Jung (2005 February 2-5) <u>Biological Mechanisms Underlying General Intelligence ("g")</u>. International Neuropsychological Society 33rd Annual Meeting, Discussant. Adam's Mark Hotel, St. Louis, MI.

**Bigler, E.D.,**    (2005, January 27). <u>Neuropsychology Seminar</u> for Southern Utah University, Invited Speaker: General University Assembly, Cedar City, Utah.

**Bigler, E.D.,**    (2005, January 27). <u>Brain, Behavior and Mental Health</u>. Guest Lecturer for Southern Utah University's (SUU) Convocation Lecture Series. Cedar City, Utah.

**Bigler, E.D.,**    (2004, December 9). <u>Advances in Neuroimaging and Implications for Treatment and Prognosis.</u> Invited Speaker for Brain Injury Association of America (BIAA) Winter Symposium "Rehabilitation of Traumatic Brain Injury: The State of the Art". Hotel Washington, Washington, D.C.

**Bigler, E.D.**        (2004, November 4-5).  Neuropsychology.  Invited Speaker for Texas Association of Defense Council "2004 TADC Contemporary Issues In Personal Injury Litigation Seminar."  Westin City Center, Dallas, Texas, USA.

**Bigler, E.D.**        (2004, October 5). Neuroimaging in Neuropsychology, Psychiatry Grand Rounds, Dartmouth Medical School. Hannover, New Hampshire.

**Bigler, E.D.**        (2004, October 7). New Techniques in Imaging in Neuropsychology: Psychiatry Grand Rounds, Brown Medical School, Providence, Rhode Island.

**Bigler, E.D.**        (2004, September 20). Neuroimaging, Creative Methods of Visualizing Brain Injury. New Scientific Methods. Invited Presentation: The 17th Annual Conference on Medical & Legal Issues in Brain Injury, The North American Brain Injury Society and the International Brain Injury Association (NABIS/IBIA) Medical Legal Conference> Ritz Carlton, Bachelor Gulch, Beaver Creek, Colorado.

**Bigler, E.D.**        (2004, July 13). Anoxic Brain injury: Neuroimaging and Neuropsychological Assessment.  Special Seminar at the Hampstead Rehabilitation Centre, Northfield, Australia.

**Bigler, E.D.**        (2004, July 12).  Traumatic brain injury: Neuroimaging and neuropsychological assessment.  Special Seminar at the University of Adelaide, Australia.

**Bigler, E.D.**        (2004, May 21).  Neuroimaging and neuropsychology of cognitive and emotional disorders.  Presentation at 'The Neuropsychology of Emotion' Utah Psychological Association seminar, University of Utah Museum of Fine Arts, Salt Lake City, Utah.

**Bigler, E.D.,**        (2004, May 13). Grand Rounds-Neuropsychology: Invited Speaker for Charles Matthews Neuropsychology Lab Annual Lecture, Madison, Wisconsin.

**Bigler, E.D.**        (2004, March 25-28).  The Interface of Neuroimaging with Neuropsychological Assessment in Autism and Other Neurodevelopmental Disorders.  Invited Presentation: 14th annual Nelson Butters' West Coast Neuropsychology Conference.  Hilton San Diego Del Mar, Del Mar, California.

**Bigler, E.D.**        (2004, March 12). Justifying Brain Imaging in Clinical Practice. Invited presentation: The Brain Imaging in Clinical Practice-2004 conference. Ellen Eccles Conference Center, Utah State University, Logan, Utah.

**Bigler, E.D.,**        (2003, October 23-24).  Adverse Effects of Substance Abuse on Brain Injury Outcome.  Invited presentation: 10th Annual Conference Program & Errata On Behavior, Clinical Neuroscience, Substance Abuse and Culture. Radisson Hotel, Los Angeles, California.

**Bigler, E.D.,**        (2003, September 18-20)  Structural and 3D Neuroimaging. Invited presentation: Chairs:  R. D. Vogt, M.D., B. H. Stern, JD; G. O'Shanick, M.D., 16th Annual Conference on Medical & Legal Issues in Brain Injury, The North American Brain Injury Society (NABIS), The Brain Association of America, and the International Brain Injury Association. Ritz-Carlton Resort, Amelia Island, Florida.

Bigler, E.D.,          (2003, September 8-12). <u>Invited speaker</u>: The Co-Occuring Disorders Institute
                       Conference on the Effects of Traumatic Brain Injury. Palmer, Alaska.

Bigler, E.D.,          (2003, July 10-15). <u>Invited Speaker</u>: Sixth IBRO World Congress of
                       Neuroscience.  Prague, Czech Republic.

Bigler, E.D.,          (2003, May 25). <u>Functional Brain Imaging After Acquired Brain Injury (ABI)</u>.
                       Invited Presentation: Parallel Session – Functional Imaging and Plasticity after
                       ABI: Chairs: M. Hallet, USA & B. Johansson, Sweden. International Brain Injury
                       Association, 5th World Congress on Brain Injury. Stockholm, Sweden.

Bigler, E.D.,          (2003, March 27). <u>Breaking Developments in the Treatment and Trial of Brain
                       Injury Cases</u>. Invited speaker at Utah Lawyers' Association, Annual meeting.
                       Red Lion Hotel, Salt Lake City, Utah.

Bigler, E.D.,          (2003, March 20-23).  <u>Neuroimaging and Neuropsychological Correlates of
                       Neurodevelopmental Disorders.</u>  UCSD School of Medicine, Department of
                       Psychiatry, La Jolla, California, 13th Annual Nelson Butter's West Coast
                       Neuropsychology Conference (CE accredited for APA, MCEP, AMA, BRN, and
                       MFCC/LCSW). Doubletree Hotel, San Diego, California.

Bigler, E.D.,          (2003, February 2-4). <u>Neurodevelopmental and Neuroimaging Predictors of
                       Neuropsychiatric Outcome in Child Traumatic Brain Injury</u>.  American
                       Neuropsychiatric Association 14th Annual Meeting. Honolulu, Hawaii.

Bigler, E.D.,          (2003, January 15). <u>Keynote Speaker,</u> University Forum, BYU-Idaho University,
                       Rexburg, Idaho.

Bigler, E.D.,          (2002, December 6).  <u>Psychiatry Grand Rounds</u>—Invited Lecture.  University of
                       Texas Southwestern Medical Center, Dallas, Texas.

Bigler, E.D.,          (2002, October 25).  <u>Keynote Speaker.</u>  Society for Neuroscience: Intermountain
                       Chapter Fall Meeting. Thanksgiving Point, Lehi, Utah.

Bigler, E.D.,          (2002, October 24-25). <u>Negative Effects of Substance Abuse on Brain Injury
                       Outcome.</u> Invited Presentation: The Ninth Annual Conference on Behavior,
                       Clinical Neuroscience, Substance Abuse and Culture. The Radisson Hotel Los
                       Angeles International Airport, Los Angeles, CA.

Bigler, E.D.,          (2002, August 22-25) <u>Relationship of Neuroimaging and APOE Genotype to
                       Neuropsychologic Performance</u>. Invited Symposium Presentation: Genetics,
                       Imaging, and Neuropsychologic Contributions to the Prediction of Dementia.
                       Chair: Bondi, M. & Haaland, K. Division 40 APA Annual Convention.
                       McCormick Place, Chicago, IL.

Bigler, E.D.,          (2002, April 25-28).  <u>Forensic Neuropsychology with Adults:  Assessment and
                       Interpretation.</u>  University of California, San Diego (UCSD) Department of
                       Psychiatry's "Nelson Butters' West Coast Neuropsychology Conference".  Hyatt
                       Hotel, La Jolla, California.

Bigler, E.D.,          (2002, March 9).  <u>Structural, Functional, and Three-Dimensional Neuroimaging</u>

In Evaluating Traumatic Brain Injury: Relationships with Neuropsychological Outcome. Pacific Northwest Neuropsychological Society, 15th Annual Conference. University of Washington Faculty Center: Seattle, Washington.

**Bigler, E.D.**  (2002, February 1). Structural and Developmental Neuroimaging Findings in Autism. (Session III) Annual Meeting, Psychiatric Research Society. Park City, Utah.

**Bigler, E.D.**  (2002, January 18) Contemporary Neuroimaging in Assessment of Brain Injury. Keynote Speaker, Hilltop Treatment Program--Building Dedication and Presentation. Dripping Springs, Texas

**Bigler, E.D.**  (2001, October 4-6). Contemporary Neuroimaging Methods in the Evaluation of Traumatic Brain Injury, (Keynote Address). 19th Annual Conference, Brain Injury Association of Colorado. Vail, Colorado.

**Bigler, E.D.**  (2001, May 23). Forensics and Neuroimaging. 35th Semi-annual Forensic Symposium; Neurobiology in the Courtroom: A New Frontier. Institute of Law, Psychiatry and Public Policy, University of Virginia, Richmond, Virginia.

**Bigler, E.D.**  (2001, April 30-May 2). Volumetric MRI Studies of Autism. Collaborative Programs of Excellence in Autism (CPEA) Annual Meeting, Yale University, New Haven, Connecticut.

**Bigler, E.D.**  (2000). Neuropsychology and neuroimaging. Distinguished Visiting Professors to Wilford Hall Medical Center. San Antonio, Texas.

**Bigler, E.D.**  (2000, October 19-20). Brain volumetric changes in substance abuse and traumatic brain injury. 7th Annual Conference on Behavior, Clinical Neuroscience, Substance Abuse, and Culture. Los Angeles, California.

**Bigler, E.D.**  (2000, October 12-15). Neuroimaging or neuropsychologists. Frontiers in Brain-Behaviour Research and Clinical Practice: Neuropsychology's Challenge for the 21st Century. Kirkton Park Hunter Valley NSW.

**Bigler, E.D.**  (2000, September 14-16). Neuro-imaging: Creative methods for visualizing brain injury. Brain Injury Association 14th Annual Conference for Attorneys. Palm Beach, Florida.

**Bigler, E.D.**  (2000, August 25-26). Neuroimaging: Rehabilitation Outcome in TBI. Brain Injury Association of Texas 18th Annual Conference. Austin, Texas.

**Bigler, E.D.**  (2000, July 29-Aug 1). Neuroimaging of TBI: Correlates with Neuropsychological Outcome. Brain Injury Association 19th Annual Symposium. Chicago, Illinois.

**Bigler, E.D.**  (2000, June 9). Neuroimaging and Neuropsychology of Traumatic Brain Injury. Annual Brain Injury Symposium. Ohio Brain Injury Association. Ohio State University, Columbus, Ohio.

**Bigler, E.D.**  (2000, May 15). Imaging Studies and Their Impact on Cognitive Function. Hydrocephalus Conference. Phoenix, Arizona.

**Bigler, E.D.**      (2000, March 22-24).  Neuroimaging and neurophysiological studies in reading disabilities. Rapallo, Italy.

**Bigler, E.D.**      (1999, November 23).  The Brain, Mind and Behavior: Clinical Neuroscience in the New Millennium.  Distinguished Faculty Forum. Brigham Young University, Provo, UT.

**Bigler, E.D.**      (1999, November 19).  Functional Brain Injury–Impact and Treatment.  Mild Brain Injury: The Issues and Controversies.  The Rehabilitation Institute, Kansas City, MO.

**Bigler, E.D.**      (1999, November 12).  The Lesions in Traumatic Brain Injury: Implications for the Practice of neuropsychology.  Distinguished Neuropsychologist Award for Career Contributions.  National Academy of Neuropsychology, San Antonio, TX.

**Bigler, E.D.**      (1999, November 4-5).  Neuroimaging of Traumatic Brain Injury: Relationship to Substance Abuse.  Sixth Annual Conference on Behavior, Clinical Neuroscience, Substance Abuse and Culture.  Crown Plaza Hotel, Los Angeles, CA.

**Bigler, E.D.**      (1999, September 17-19).  Three Dimensional Neuroimaging of the Brain: Relationship to Cognition and Behavior.  NeuroHealth for the New Millennium. The Key to Independence.  An interactive conference focusing on brain injury, presented by Bancroft NeuroHelath.  Wyndham Franklin Plaza, Philadelphia, PA.

**Bigler, E.D.**      (1999, September 16-18).  NeuroImaging–Creative Methods for Visualizing Brain Injury.  Winning Brain Injury Cases: Legal and Medical Issues.  13th Annual Conference for Attorneys.  Arizona Biltmore Resort and Spa, Phoenix, AZ.

**Bigler, E.D.**      (1999, June, 23-26).  Neuropsychology and Neuroimaging: Quantitative and 3-D Analysis, Continuing Education Program.  The International Neuropsychological Society and the South African Clinical Neuropsychology Association 22nd International Conference, "Neuropsychology: Toward the Millennium". Holiday Inn, Durban, South Africa.

**Bigler, E.D.**      (1999, June, 11).  Neuropsychology Aspects of the Mild to Sever Brain Injury. Idaho Trial Lawyer's Association Annual Meeting Seminar.  Elkhorn Resort, Sun Valley, Idaho.

**Bigler, E.D.**      (1999, May 22).  Visualizing the Brain: Health and Disorders.  The Third Annual Claremont Conference on Applied Developmental Psychology: Issues in Development and the Neurosciences.  Claremont Graduate University, Claremont, California.

**Bigler, E.D.**      (1999, August).  Interview with Experts:  Traumatic Brain Injury.  APA Division 16 1998 Conversation Series videotape presentation. Toronto, Canada.

**Bigler, E.D.**      (1998, September 23-24).  Neuro-Imaging and Clinical Outcomes in Childhood Traumatic Brain Injury.  Critical Issues in Child & Adolescent Mental Health: Mood Disorders, Learning Disabilities, & Substance Abuse.  Jointly sponsored by The Center for Pediatric Continuing Education and The Children's Mental Health Institute (CMHI).  DoubleTree Hotel, Salt Lake City, Utah.

**Bigler, E.D.**          (1998, September 18).  General Session: <u>Traumatic Brain Injury Update</u>.  IHC Rehabilitation Services Conference.  Salt Lake City, Utah.

**Bigler, E.D.**          (July, 1998) <u>Quantitative Neuroimaging and Neuropsychological Outcome in Dementia, Traumatic Brain Injury, and Anoxia.</u> Invited Symposium; Annual Meeting of the International Neurological Society (INS). Hotel Atrium Hyatt, Budapest, Hungary.

**Bigler, E.D.**          (1998, June 4-7).  <u>Imaging and Brain Function</u>.  The 22nd Annual Williamsburg Conference.  Cognitive, Neuromedical and Behavioral Aspects of Brain Injury.  Williamsburg, Virginia.

**Bigler, E.D.**          (1998, June 4-7).  <u>Brain Imaging, Quantitative Analysis, and Outcomes.</u>  The 22nd Annual Williamsburg Conference.  Cognitive, Neuromedical and Behavioral Aspects of Brain Injury.  Williamsburg, Virginia.

**Bigler, E.D.**          (1998, May 14 & 15).  <u>Neuroimaging and Neuropsychological Outcome.</u>  Walter Reed Army Medical Center Neuropsychology Service Department of Psychology.  Walter Reed Army Medical Center, Washington D.C.

**Bigler, E.D.**          (1998, April 25).  <u>What is dementia?</u>  Neurology Section of the Texas Medical Association '98.  Austin, Texas.

**Bigler, E.D.**          (1998, April 25).  <u>Alzheimer's disease: Epidemiology/collaborative study</u>.  Neurology Section of the Texas Medical Association '98.  Austin, Texas.

**Bigler, E.D.**          (1997, November 10).  <u>The interface of diagnostic neuroimaging with neuropsychological assessment: The role of quantitative MRI</u>.  Seventeenth Annual National Academy of Neuropsychology Conference.  The Riviera Hotel and Casino, Las Vegas, Nevada.

**Bigler, E.D.**          (1997, October 26).  <u>Neuroimaging: Quantitative analysis</u>.  Braintree Hospital Rehabilitation Network in conjunction with HEALTHSOUTH Neurorehabilitation Conference.  Royal Sonesta Hotel, Cambridge, Massachusetts.

**Bigler, E.D.**          (1997, October 26).  <u>Neuroimaging and outcome</u>.  Braintree Hospital Rehabilitation Network in conjunction with HEALTHSOUTH Neurorehabilitation Conference.  Royal Sonesta Hotel, Cambridge, Massachusetts.

**Bigler, E.D.**          (1997, October 17).  <u>Substance abuse and traumatic brain injury: Neuroimaging</u>.  Fifth Annual Conference on Behavior, Neurobiology, Substance Abuse, and Culture.  Los Angeles, California.

**Bigler, E.D.**          (1997, October).  <u>Brain Injury without the loss of consciousness: Fact or Fiction?</u>.  Park City, UT.

**Bigler, E.D.**          (1997, September 18).  <u>Clinical Correlations and Neurobehavioral Profiles and Recovery</u>.  Shepherd Center Acquired Brain Injury Conference.  Atlanta, Georgia.

| | |
|---|---|
| **Bigler, E.D.** | (1997, September 18).  <u>Forensic Neuropsychology: The Role of Neuroimaging</u>. Shepher Center Acquired Brain Injury Conference. Atlanta, Georgia. |
| **Bigler, E.D.** | (1997, May).  <u>Brain Imaging</u>.  Brain Damage Institute.  Seattle, Washington. |
| **Bigler, E.D.** | (1997, May).  <u>Brain Imaging in Traumatic Brain Injury</u>.  An Educator's Guide for Children with Acquired Brain Injury:  Creating a Collaborative Community of Care.  Buffalo, NY. |
| **Bigler, E.D.** | (1997, May).  <u>Neuroimaging and Neuropsychological Correlates of Language Disorders</u>.  Utah Speech and Hearing Association.  Salt Lake City, UT. |
| **Bigler, E.D.** | (1997, April).  <u>Test of Memory and Learning (TOMAL) in Evaluating Child and Adolescent Memory</u>.  Nelson Butter's West Coast Neuropsychology Conference.  San Diego, CA. |
| **Bigler, E.D.** | (1996, November 16).  <u>Chair, Neuropathology of TBI</u>.  Annual Conference of the International Association for the Study of Traumatic Brain Injury, Melbourne, Australia |
| **Bigler, E.D.** | (1996, November 16).  <u>Chair</u>: Paper Session 5, Neuroimaging, Evoked Potentials and Outcome.  Annual Conference of the International Association for the Study of Traumatic Brain Injury, Melbourne, Australia. |
| **Bigler, E.D.** | (1996, October 31).  <u>Neuroimaging and Neuropsychological Assessment Update</u>. 16th Annual Meeting, National Academy of Neuropsychology, Inc., New Orleans, LA. |
| **Bigler, E.D.** | (1996, October 19).  <u>Neuroimaging and Neuropsychological Assessment</u>. Annual Fall Symposium, Philadelphia Neuropsychology Society.  Philadelphia, PA. |
| **Bigler, E.D.** | (1996, October 18).  <u>Neuroimaging, Neuropsychology and Dementia</u>.  Grand Rounds lecture, Allegheny University of the Health Sciences, Department of Neurology.  Philadelphia, PA. |
| **Bigler, E.D.** | (1996, October 13).  <u>Meet the Expert:  Erin D. Bigler, Ph.D.</u>.  Invited address, American Academy of Physical Medicine and Rehabilitation.  Chicago, IL. |
| **Bigler, E.D.** | (1996, October 13).  <u>TBI Expert Testimony:  Neuromedical and Neuropsychological Caveats.</u>  Invited address, American Academy of Physical Medicine and Rehabilitation.  Chicago, IL. |
| **Bigler, E.D.** | (1996, October 12).  <u>Neuroimaging in TBI: Clinical Correlations with Neurobehavior Profiles and Recovery</u>.  Invited address, American Academy of Physical Medicine and Rehabilitation.  Chicago, IL. |
| **Bigler, E.D.** | (1996, September 20).  <u>Neuropsychology and Neuroimaging</u>.  Invited lecture, UND School of Medicine.  Fargo, ND. |
| **Bigler, E.D.** | (1996, August 12).  <u>Quantitative Neuroimaging Findings, Traumatic Brain Injury, and Substance Abuse</u>.  Symposium: Neurobehavioral and Neuropsychological Assessment of Drug Abuse, American Psychological Association Convention. |

Bigler, E.D.          (1996, June).  Magnetic Resonance Imaging of the Brain:  Relationship Between Structure and Functions.  Invited lecture, 4th International Conference on Long-Term Complications of Treatment of Children and Adolescents for Cancer.

Bigler, E.D.          (1995).  Kronheim Lecture.  Invited lecture, Undersea and Hyperbaric Medical Society's Annual Scientific Symposium.

Bigler, E.D.          (1995, November).  Current Status of Neuroimaging and Neuropsychological Assessment.  Invited lecture, National Academy of Neuropsychology.  San Francisco, CA.

Bigler, E.D.          (1995, November).  Neuropsychological Assessment, Neuroimaging and Learning Disabilities.  Learning Disabilities Association of Utah Conference.

Bigler, E.D.          (1995, August).  New Directions in Brain Injury Diagnosis Using Imaging Technology.  Texas Head Injury Association, 14th Annual State Conference.

Bigler, E.D.          (1995, August).  Long-Term Outcomes.  Texas Head Injury Association, 14th Annual State Conference.

Bigler, E.D.          (1994, January).  Damage to Executive Function.  The Mild Brain Injury Case, The Utah Head Injury Association, Salt Lake City, UT.

Bigler, E.D.          (1993, October).  National Academy of Neuropsychology.

Bigler, E.D.          (1993, August).  Chair, Symposium:  Biological revolution-neuroimaging and neuropsychology.  American Psychological Association, Toronto, Canada.

Bigler, E.D.          (1993, August).  Quantitative magnetic resonance imaging and neuropsychological assessment.  Paper presented at the annual conference of the American Psychological Association, Toronto, Canada.

Bigler, E.D.          (1993, May).  Neuropsychological assessment and neuroimaging:  A synthesis. Psychology Grand Rands presented at the University of Missouri.

Bigler, E.D.          (1992, November). Learning disabilities in children and evaluation and behavior management of ADHD. Lectures presented at The Child's Brain Conference. Austin, TX.

Bigler, E.D.          (1992, October).  National Academy of Neuropsychology, Pittsburgh, PA.

Bigler, E.D.          (1992, September). Neuropsychological function and brainimaging invited address given at the annual Brain Function and Learning Conference at the University of North Texas, Denton, TX.

Bigler, E.D.          (1992, May). Neuropsychology of Parkinson's disease. Lecture presented at the Parkinson's Support Group, VA Medical Center, Salt Lake City, UT.

Bigler, E.D.          (1992, May). Traumatic brain injury. Invited lecture presented at the Seventh Annual Conference of the Missouri Head Injury Advisory Council, Missouri Division of Special Education, Jefferson City, MO.

**Bigler, E.D.**     (1992, March). <u>Neuroimaging and Neuropsychology</u>. Presidential Address, National Academy of Neuropsychology, November 1, 1990.  Presented again at Neurology/Psychiatry Grand Rounds, University of Texas at San Antonio, February 14, 1991; at the 1991 National Academy of Neuropsychology, Dallas, Texas, November 1, 1991; at The University of Utah Seminar Series, November 18, 1991; and at Rancho Los Amigos Medical Center, University of Southern California, March 11-13, 1992.

**Bigler, E.D.**     (1991, November). <u>Neuroimaging and Electrophysical Techniques</u>. Invited address presented at the Mild to Moderate Head Injury Conference sponsored by the Utah Head Injury Association and Utah State Bar. (1992, November). New dimensions in neuropsychology: strengths and limitations of neuropsychological assessment.

**Bigler, E.D.**     (1991, October). <u>Neuroimaging and Neuropsychological Assessment</u>. Invited keynote at invitational conference, "Cognitive assessment: An interdisciplinary dialogue" sponsored by Dean Jane Stallings' Enhancing Excellence in Education Fund—Chair:  Ernie Goetz, Department of Educational Psychology, Texas A&M University, presented at College of Education, Texas A&M University, College Station, TX.

**Bigler, E.D.**     (1991, August). <u>Neuroimaging and Neuropsychological Assessment in Traumatic Brain Injury in School-aged Children</u>. Invited address presented at The Utah State Office of Education Conference on "Serving students with traumatic brain injury in our schools." Salt Lake City, UT.

**Bigler, E.D.**     (1991, July). <u>The Divine Brain</u>. Brigham Young University Forum address, Provo, UT.

**Bigler, E.D.**     (1989, March). <u>Memory Disorders: Neuropsychological and Anatomical Correlates</u>. Grand Rounds Lecture. University of Texas Health Science Center in San Antonio, Dept. of Psychiatry.

**Bigler, E.D.**     (1988, November). <u>Applications of Brain Imaging Techniques to Clinical Neuropsychology</u>. Invited address/Workshop. National Academy of Neuropsychologists, Orlando, FL.

**Bigler, E.D.**     (1988, October). <u>Current Status of Brain Imaging and Clinical Neuropsychology</u>. Guest lecturer/Invited address at the Eighth Julie McGee Lamberth Conference, Baylor College of Medicine.

**Bigler, E.D.**     (1988, September). <u>Alzheimers Assessment</u>. Texas Department of Mental Health and Mental Retardation - Nursing Education Teleseries.

**Bigler, E.D.**     (1988, September). Visiting Professor, Texas A&M University, Department of Psychiatry. Neuropsychology update Lecture, Scott & White Hospital, Temple, TX.

**Bigler, E.D.**     (1987, April). <u>Neuropsychology of Depression</u>. Fourth Annual update in Psychiatry sponsored by the Department of Psychiatry, University of Texas Health Science Center at San Antonio, November 22, 1986. Colloquium Lecture, Brigham Young University, April 2, 1987.

| | |
|---|---|
| **Bigler, E.D.** | (1987, March). <u>Neuropsychology of Dementia</u>. Invited lecture series, Edmonton Hospital and University of Alberta, Alberta, Canada. |
| **Bigler, E.D.** | (1986, December). <u>Neuropsychology of Cerebral Trauma</u>. Invited address/Workshop, Florida State Psychological Association Conference, Fort Lauderdale, FL. |
| **Bigler, E.D.** | (1985, October). <u>Brain Imaging: Relationship to Clinical Neuropsychological Assessment</u>. Invited address at the National Academy of Neuropsychologists, Philadelphia, PA. |
| **Bigler, E.D.** | (1983, November). <u>Neuropsychological Diagnosis of Learning Disabilities</u>. Invited address at the 19th Annual Conference of the Texas Association of Children with Learning Disability, Waco, TX. |
| **Bigler, E.D.** | (1983, October). <u>Neuropsychology and Computerized Tomography</u>. Invited address at The National Academy of Neuropsychologists, Houston, TX. |
| **Bigler, E.D.** | (1983, May). <u>Neuropsychology Update</u>. Invited address at the Barrow Neurological Institute of St. Joseph's Hospital & Medical Center, Phoenix, AZ. |
| **Bigler, E.D.** | (1983, May). <u>Neuropsychology Workshop</u>. Brigham Young University, Provo, UT. |
| **Bigler, E.D.** | (1982). <u>Neuroanatomy and Neuropathology</u>. Invited address at The National Academy of Neuropsychologists Annual Meeting, Atlanta, GA. |
| **Bigler, E.D.** | (1981). <u>Assessment in Clinical Neuropsychology</u>. Invited address and workshop presented at the annual meeting of the National Association of School Psychologists, Houston, TX. |
| **Bigler, E.D.** | (1981). <u>Clinical Neuropsychology</u>. Training seminar presented to Psychology Doctoral Interns, Austin State Hospital, 1977, 1978, 1979, 1980, 1981. |
| **Bigler, E.D.** | (1981). <u>Neuropsychological Evaluation of the Learning Disabled Child</u>. Workshop presented to Region XIII Educational district, Austin, TX, Summer 1979, and Spring 1981. |
| **Bigler, E.D.** | (1980, November). <u>Current Developments in Neuropsychology of Learning Disabilities</u>. Paper presented as part of symposium on Learning Disability at the annual Texas Psychological Association Meetings, Austin, TX. |
| **Bigler, E.D.** | (1980, September). <u>Clinical Assessment of Cognitive Deficit in Traumatic and Degenerative Disorders: Brain Scan and Neuropsychologic Findings</u>. Paper read at the NATO conference on Neuropsychology and Cognition, Medical College of Georgia, Augusta, GA. |
| **Bigler, E.D.** | (1979, November). <u>Visually Evoked Potentials: Neuropharmacologic Interactions</u>. Invited address read at the 20th annual meeting of the German Democratic Republic Society for Pharmacology and Toxicology, Leipzig, East Germany. |
| **Bigler, E.D.** | (1977). <u>Bicuculline Potentiation of Photically Evoked After-discharges</u>. Paper read at the Western Pharmacology Society, Victoria, British Columbia, Canada. |

**Bigler, E.D.**      (1977). Chairman, Section on Neuropharmacology, Western Pharmacology Society, Victoria, British Columbia, Canada.

**Bigler, E.D.**      (1977). Clinical Neuropsychology. Seminar presented at the Psychologist's meeting of the Texas Department of Mental Health and Mental Retardation, Houston, TX.

**Bigler, E.D.**      (1976). A Reinterpretation of Lateral Geniculate Function in the Rat. Paper read at the Rocky Mountain Psychological Association, Phoenix, AZ.

**Bigler, E.D.**      (1975). Lateral Geniculate Multiple Unit Activity during Metrazol Potentiated Photically Evoked After-discharges in Rats. Paper read at the Society for Neurosciences (Arizona Chapter), Scottsdale, AZ.

**Bigler, E.D.**      (1972). Personalized System of Instruction (PSI): Two Perspectives. Paper read at the Rocky Mountain Psychological Association, Albuquerque, NM.

**Bigler, E.D.**      (1971). Errorless Auditory Discrimination in the Pigeon. Paper read at the Rocky Mountain Psychological Association, Denver, CO.

**Bigler, E.D.,**     Adams, K.M., Stephen, B., Petrauskas, V.M. Gregg, N. (February 7-10, 2007). Testing Neuropsychological Models Across Patient Populations: The Advantages of Examining Measurement Equivalence. Symposium Discussant : 35th Annual Meeting of the International Neuropsychological Society, Hilton Portland & Executive Tower, Portland, Oregon.

**Bigler, E.D.,**      & Robinson, D.N. (1998, September 29). Mind and Brain. Psychology 390R Forum. Brigham Young University, Provo, UT.

**Bigler, E.D.,**     Alexander, A.L., Lainhart, J., & Lazar, M. (February 1-4, 2006) Diffusion tensor, structural and volumetric MRI analyses in autism. [Poster]. 34th Annual Meeting of the International Neuropsychological Society, Boston Marriott Copley Place Hotel, Boston, MA, USA, February 1-4, 2006.

**Bigler, E.D.,**     Neeley, E.S., Ozonoff, S., Coon, H., McMahon, W., Lainhart, J.E. (2004, July 7-10). "Superior temporal gyrus and autism". Australian Society for the Study of Brain Impairment (ASSBI) & International Neuropsychological Society (INS) Annual meeting 2004. Brisbane, Australia

**Bigler, E.D.,**     Ryser, D.K., Gandhi, P., Kimball, J., Wilde, E.A. (2004, July 7-10). Day-of-Injury computerized tomography, rehabilitation status, and long-term outcome as they relate to magnetic resonance imaging findings after traumatic brain injury. Australian Society for the Study of Brain Impairment (ASSBI) & International Neuropsychological Society (INS) Annual meeting 2004. Brisbane, Australia.

**Bigler, E.D.,**     Sanders, A.D., Neeley, E.S. (2004, July 7-10). Memory performance in Autism. Australian Society for the Study of Brain Impairment (ASSBI) & International Neuropsychological Society (INS) Annual meeting 2004. Brisbane, Australia.

**Bigler, E.D.,**     Lai, E.C., Meyer, C. & Winston, J.L. (1998, April 25).  Panel discussion/Questions and answers.  Neurology Section of the Texas Medical Association's Tex Med '98.  Austin, Texas.

**Bigler, E.D.,**     Lowry, C.M., Anderson, C.V., Johnson, S.C., Plassman, B., Brietner, J.C.S., Tschantz, J., Welsh-Bohmer, K.A., & Saunders, A.M. (1997, August).  Quantitative Neuroimaging and Dementia.  Chicago, IL.

**Bigler, E.D.**     et al. (1997, June).  Dementia and aging: A population based study of APOE, Alzheimer's disease and quantitative magnetic resonance imaging.  International Neuropsychological Society.  Bergen, Norway.

**Bigler, E.D.,**     Alexander, A.L., Lainhart, J., Lazar, M. (2006, February 1-6).  Diffuse Tensor, Structural and Volumetric MRI Analyses in Autism.  [Abstract] International Neuropsychological Society, 34th Annual Meeting Program & Abstracts, p.201.  Presented at the 34th Annual meeting of the International Neuropsychological Society, Boston Marriott Copley Place Hotel, Boston, Massachusetts, USA.

**Bigler, E.D.,**     Blatter, D.D., & Ryser, D. (1996, November 16).  Clinical and neuroimaging predictors of neurobehavioral outcome following traumatic brain injury.  Paper presented at International Perspectives in Traumatic Brain Injury, Melbourne, Australia

**Bigler, E.D.,**     Hubler, D., Turkheimer, E.A., Cullum, C.M., Paver, S., & Yeo, R. (1984).  Volumetric CT Measures and Neuropsychological Performance in Alzheimer's Disease. Paper presented at the XII Annual Meeting of the International Neuropsychological Society (INS), Houston, TX.

**Bigler, E.D.,**     Paver, S., Cullum, C.M., Turkheimer, E., Hubler, D., & Yeo, R. (1984).  Ventricular Enlargement, Cortical Atrophy, and Neuropsychological Performance Following Head Injury. Paper presented at the XII Annual Meeting of the International Neuropsychological Society (INS), Houston, TX.

**Bigler, E.D.**     & Eidelberg, E. (1976). Diazepam Suppression of Evoked After-discharges in Rat Lateral Geniculate Nucleus and Visual Cortex. Paper read at the Western Pharmacology Society Meetings, San Francisco, CA.

**Bigler, E.D.,**     Millett, R.L. & Fleming, D.E. (1973). Dorsal Hippocampal Lesions and Unimpaired or Facilitated Conditioned Emotional Response Suppression in the Rat.  Paper read at the Western Psychological Association, Anaheim, CA.

**Bigler, E.D.,**     Abildskov, T.A., Wilde, E.A., Hunter, J.V., Scheibel, R., Newsome, M.R., Hanten, G.R., Li, X., Levin, H.S., (November 8-10, 2007).  How diffuse is brain damage in moderate-to-severe paediatric traumatic brain injury? [Abstract presentation] University of California, San Diego: New Frontiers in Pediatric Brain Injury Conference, November 8- 10, Westin San Diego at Emerald Plaza, San Diego, California.

Allen M.D.,     **Bigler E.D.,** Larsen J., Goodrich-Hunsaker N.J., Hopkins R.O. (November 9, 2007). Functional magnetic resonance imaging (fMRI) evidence for high cognitive effort on the Word Memory Test in the absence of external incentives. [Abstract presentation] University of California, San Diego:

New Frontiers in Pediatric Brain Injury Conference, November 8- 10, Westin San Diego at Emerald Plaza, San Diego, California.

Anderson, C.   & **Bigler, E.D.** (1993, October). <u>Ventricular dilation, cortical atrophy in neuropsychological outcome following traumatic brain injury</u>. Intermountain Neuroscience Chapter Meeting of the Society for Neuroscience, University of Utah, UT.

Baca, L.   & **Bigler, E.D.** (1996, January). <u>Violent Assault Resulting in Head Injuries</u>. Domestic Violence: Health Care's Role & Responsibility. Salt Lake City, UT.

Bartholomew, J.,   Wilde, E.A., Hessel, C.D., Gandhi, P.V., **Bigler, E.D.**, Lowry, C., Ryser, D.K., & Blatter, D.D. (1998, August 14-18). Poster Session: Neuropsychology of Head Injury, Medical Disorders, and Psychiatric Disorders. <u>QMRI of Corpus Callosum in TBI Males: Alcohol Use and Time Postinjury</u>. 106th Annual Convention of the American Psychological Association. Moscone Center, San Francisco, California.

Blatter, D.D.,   **Bigler, E.D.**, Ryser, D.K., Gale, S.D., Johnson, S.C., Anderson, C.V., Burnett, B.M., McNamara, S., & Bailey, B. (1994, May). <u>Correlation of The Functional Outcome Measure (FIM) with Quantitative and Semi-quantitative Analysis of MRI Following Traumatic Brain Injury (TBI)</u>. American Society of Neuroradiology.

Blatter, D.D.,   Kurth, S.M., **Bigler, E.D.**, Pompa, J., & Ryser, D.K. (1992, August). <u>MRI and CT in traumatic brain injury (TBI): Correlations with quantitative measures of cognitive outcomes</u>. Presented at the meeting of the American Society of Neuroradiology, St. Louis, MO, June, 1992. Presented at the meeting of the Society of Magnetic Resonance in Medicine, Berlin, Germany, August, 1992.

Brickman, A.,   Sullivan, E.D., Jefferson, A., Wilde, E.A., Butters, M., **Bigler, E.D.**, (2007, February) <u>Not all that matters is gray: The importance of white matter in neuropsychology.</u> Symposium presentation (E.D. Bigler: Discussant)at 35th Annual Meeting of the International Neuropsychological Society, Portland, Oregon, February 7-10, 2007.

Cato, M.,   Delis, D., Abildskov, T., & **Bigler, E.D.** (2003). Assessing the elusive cognitive deficits associated with orbitofrontal cortex damage: Case study of a modern-day Phineas Gage. Poster presented at the 31st Annual International Neuropsychological Society Conference, Feb 5-8, 2003, Honolulu, Hawaii.

Cleavinger, H.B.,   **Bigler, E.D.**, Wilde, E.A., Hunter, J.V., Li, X., Levin, H. S. (November 15, 2007). <u>Traumatic brain injury, atrophy of the entorhinal cortex and neuropsychological outcome in children.</u> Poster Presentation: 27th Annual Meeting of the National Academy of Neuropsychology, Scottsdale, AZ.

Cramond, A.,   Woon, F.M., Wu, C., Cannon, P.C., Bigler, E.D., Cleavinger, H.B., Johnson, J.L., Lainhart, J.E. (November15, 2007). <u>Intellectual function and thalamic volume in autism.</u> Poster Presentation: 27th Annual Meeting of the National Academy of Neuropsychology, Scottsdale, AZ.

Cullum, C.M.,
& **Bigler, E.D.** (1987, February). Cerebral Lateralization and The MMPI. Paper presented at The International Neuropsychological Society Meetings, Washington D.C.

Delis, D.C.
& **Bigler, E.D.** (2004, March 25-28). Orbital prefrontal damage: comparison of adult and pediatric cognitive profiles. Invited Presentation: 14th annual Nelson Butters' West Coast Neuropsychology Conference. Hilton San Diego Del Mar, Del Mar, California.

Dubray, M.,
Alexander, A., Lee, J.E., Lazar, M., Lu, J., Miller, J., McMahon, W., **Bigler, E.D.**, Lainhart, J.E. (2007, May) White matter organization and asymmetry of the superior temporal gyrus and temporal stem in autism. Invited abstract and poster presentation at 6th International Meeting for Autism Research (IMFAR 2007), University of California at Davis, USA.

Fearing, M.A.
**Bigler, E.D.**, Norton, M.C., Tschanz, J.T. Hulette, C.M., Leslie, C., Welsh-Bohmer, K.A. (February 7 – 10, 2007). Confirmed Alzheimer's Disease versus Clinically-Diagnosed Alzheimer's Disease in the Cache County Study on Memory Health and Aging: A Comparison of Quantitative MRI and Neuropsychological Findings. Abstract Presentation: 35th Annual Meeting of the International Neuropsychological Society, Hilton Portland & Executive Tower, Portland, Oregon.

Fearing, M.A.
**Bigler, E.D.**, Norton, M.C., Tschanz, J.T. Hulette, C.M., . Leslie, C., Welsh-Bohmer, K.A. (February 7 - 10, 2007). Neuroimaging Correlates of the IQCODE in Autopsy-Confirmed Alzheimer's Disease versus Clinically-Diagnosed Alzheimer's Disease: The Cache County Study on Memory Health and Aging. Abstract Presentation: 35th Annual Meeting of the International Neuropsychological Society, Hilton & Executive tower, Portland, Oregon.

Fearing, M.,
Hannan, C.R., White, J., Mortensen, J., Rice, S., Tate, D., and **Bigler, E.D.** (February 5 – 8, 2003). Dementia, cerebral atrophy, and neuropsychological performance: Relationship to APOE-ε 4. Poster presented at the 31st Annual International Neuropsychological Society Conference, Feb 5-8, 2003, in Honolulu, Hawaii.

Fleming, D.E.,
& **Bigler, E.D.** (1975). Electroencephalographic Correlates of Sidman Avoidance Responding. Paper read at the Rocky Mountain Psychological Association, Salt Lake City, UT.

Hannan, C.R.,
Fearing M., White J., Mortensen J., Tate D.F, **Bigler, E.D.** (October, 2002).The Mini-Mental State Examination, Temporal Lobe Morphology and Alzheimer's Disease. Poster accepted for presentation at the 22nd Annual Conference of the National Academy of Neuropsychology, Miami, FL.

Hanten, G.,
Wilde, E.A., Yallampalli, R., Chu, A., Ramons, M.A., **Bigler, E.D.**, Menefee, D., Vasquez, Li, X., Hunter, J.V., Levin, H.S. (November 7, 2007). The relation between white matter disruption measured by diffusion tensor imaging and decision-making following childhood TBI. Abstract Presentation: University of California, San Diego, New Frontiers in Pediatric Traumatic Brain Injury International Conference, Westin San Diego at Emerald Plaza, San Diego, California

Hopkins, R.O.,   McCourt, A., Cleavinger, H., Parkinson, R.B., Victoroff, J., **Bigler, E.D.** (2003, February 5-8). White matter hyperintensities and neuropsychological outcome following traumatic brain injury. Poster presented at the International Neuropsychological Society Thirty-First Annual Meeting, February 5-8, 2003, Sheraton Waikiki: Honolulu, Hawaii.

Hopkins, R.O.,   Gale, S.D., Pope, D., Weaver, L.K. & **Bigler, E.D.** (2000, February). Ventricular Enlargement in Patients with Acute Respiratory Distress Syndrome. International Neuropsychological Society Twenty-Eighth Annual Meeting. Adam's Mark Hotel, Denver, Colorado.

Hopkins, R.O.,   Weaver, L.K., Gale, S.D. & **Bigler, E.D.** (1998, May). Neuropsychological Outcome, Brain Perfusion Defects and Quantitative Magnetic Brain Resonance Imaging Following Carbon Monoxide (CO) Poisoning. Undersea and Hyperbaric Medical Society Annual Scientific Meeting, Salt Lake City, UT.

Hopkins, R.O.,   Weaver, L.K., Gale, S.D., Johnson, S.C., **Bigler, E.D.**, Blatter, D.D., Abildskov, T.J. (1996). Three Dimensional and Quantitative Image Analysis of Neuropathological Changes Following Carbon Monoxide Poisoning. 1996 Undersea and Hyperbaric Medical Society Annual Scientific Meeting, Salt Lake City, UT.

Hopkins, R.O.,   Weaver, L.K., Gale, S.D., Johnson, S.C., **Bigler, E.D.**, Blatter, D.D., Abildskov, T.J. (1996). Three Dimensional and Quantitative Image Analysis of Neuropathological Changes Following Carbon Monoxide Poisoning. 1996 Undersea and Hyperbaric Medical Society Annual Scientific Meeting, Salt Lake City, UT.

James, K.,   Pertab, J., **Bigler, E.D** (November 6, 2007). Questionable generalizability for mild traumatic brain injury meta-analysis. Poster Presentation: 27th Annual Meeting of the National Academy of Neuropsychology, Scottsdale, AZ

Kesler, S.R.,   Foley, H.A. & **Bigler, E.D.** (1998). Relationships Between Brain Abnormalities and Cognitive-Neurobehavioral Symptoms in Traumatic Brain Injury (TBI) Using Single Photon Emission Computed Tomography (SPECT), Clinical (MRI) and Quantitative (QMR) Magnetic Resonance. Twenty-Sixth Annual International Neuropsychological Society Conference, Honolulu, HI.

Kim, J.,   Alexander, A.L., Lainhart, J., McMahon, W., Johnson, M., Lu, J., Jeong, E.K., Lazar, M., **Bigler, E.D.** (June 12 -15, 2005) White matter abnormalities in autistic brain: Diffusion tensor MRI in adolescents and young adults. Abstract Presentation given at Human Brain Mapping Convention, Toronto, Ontario, Canada.

Laatsch, L.K.,   Varney, N.R., Wu, J.C., Hopkins, R.O., & **Bigler, E.D.** (1998, August 14-18). Symposium: Functional Brain Imaging in Neuropsychology and Rehabilitation. 106th Annual Convention of the American Psychological Association. Moscone Center, San Francisco, CA.

Lainhart, J.E.   **Bigler, E.D.**, & Alexander, A. (2004, February 11-14). Neuroimaging in autism: advanced applications and ongoing challenges. Abstract presented at the Psychiatric Research Society, Park City, UT.

Lainhart, J.,   Johnson, M., Coon, H., McMahon, B., **Bigler, E.D.** & Tate, D. (2001, February

14-17).  Megalencephaly in autism: A quantitative magnetic resonance imaging study.  Paper presented at Psychiatric Research Society, Park City, UT.

Lee, J.N.,

Alexander, A.L., Lazar, M., **Bigler, E.D.,** Lainhart, J.E. Evaluation of voxel-based analysis methods for DTI studies. Abstract presented at the International Society for Magnetic Resonance in Medicine (ISMRM) 16th Scientific Meeting and Exhibition, Toronto, Ontario, Canada.

Lu, L.,

**Bigler, E.D.** (December, 2000).  Performance of Chinese stroke survivors on Chinese version of Trails B.  Poster session presented at the annual meeting of the National Academy of Neuropsychology, Orlando, Florida.

Miller, M.J.,

Tate, D.F., Cleavinger, H.B., Rice, S.A., **Bigler, E.D.,** & Victoroff, J. (August 24, 2001).  Exploratory Analyses of Neuroimaging, APOE, and Neuropsychological Performance of Dementia [Abstract].  The Clinical Neuropsychologist.  Science poster presented at the Annual Meeting Science Program, Division of Clinical Neuropsychology (40) of the American Psychological Association, San Francisco, CA.

Mortensen, J.,

Hannan, C.R., White, J., Fearing M., Tate, D., **Bigler, E.D.** (2003, February 5-8). The Boston Naming Test, dementia, and temporal lobe pathology.  Poster presented at the International Neuropsychological Society Thirty-First Annual Meeting, February 5-8, 2003, Sheraton Waikiki: Honolulu, Hawaii.

Orme, S.,

Clark, E., **Bigler, E.D.,** Pompa, J., & Kircher, J.  (1998, August 14-18). Session: Neuropsychological Assessment, Methodological Consideration in Pediatric Traumatic Brain Injury Research.  106th Annual Convention of the American Psychological Association.  Moscone Center, San Francisco, CA.

Piran, N.,

& **Bigler, E.D.** (1981). A Neuropsychological Investigation of the Theory of Schizophrenia. Paper read at the American Psychological Association Meetings, Los Angeles, CA.

Porter, S.,

Anderson, C.V. & **Bigler, E.D.** (1993, October).  A serial study of hippocampal atrophy in neuropsychological outcome of 35 traumatically brain injured patients. Intermountain Neuroscience Chapter Meeting of the Society for Neuroscience, University of Utah, UT.

Ramos, M.A.,

Yallampalli, R., **Bigler, E.D.,** Chu, Z., Hunter, J., Menefee, D., McCauley, S., Levin, H., Wilde, E. (2007, March 29-April 1).  A diffusion tensor imaging study of the cingulate gyrus following traumatic brain injury. Poster presented at the 2007 Biennial Meeting of the Society for Research in Child Development (SRCD), The Sheraton Hotel, Boston, Massachusetts.

Reichman, M.V.,

**Bigler, E.D.,** & Blatter, D.D. (1994, October).  Biomechanics of Cerebral Concussions and Radiographic Considerations.  Medicine in the Intermountain West:  Update 1994, LDS Hospital, Salt Lake City, UT.

Reynolds, C.R.,

**Bigler, E.D.** (1994).  Factor structure, factor indexes, and other useful statistics for interpretation of the Test of Memory and learning (TOMAL). Paper presented at the 1994 annual meeting of the National Academy of Neuropsychology, November, Orlando, Florida.

Bigler, E. D.     69

Rice, S.A,       **Bigler, E.D.**, Lainhart, J., McMahon, W., Coon, H., Ozonoff, S. (2003, February 5-8).  Corpus callosum morphology in autism. Poster presented at the 31st Annual International Neuropsychological Society Conference, Feb 5-8, 2003, in Honolulu, Hawaii.

Rice, S.A.,      **Bigler, E.D.**, Lainhart, J. Tate, D.F., McMahon, W., Coon, H., & Ozonoff, S. (2002, July24-27).  Corpus Callosal Differences in Macrocephalic Autism and Relationship to IQ.  Abstract presented at the International Neuropsychological Society Twenty-Fourth Mid-Year Meeting, July 24-27, 2002, Stockholm City Conference Center: Stockholm, Sweden.

Ross, C.,        Hallam, B., Buckwalter, J.G., **Bigler, E.D.**, Brown, W.S. (2003, February 5-8). Regional callosal changes in three forms of dementia.  Poster presented at the International Neuropsychological Society Thirty-First Annual Meeting, February 5-8, 2003, Sheraton Waikiki: Honolulu, Hawaii.

Ryser, D.K.,     Egger, M.J., Horn, S., Handrahan, D., Gandhi, P., & **Bigler, E.D.** (November, 2002).  Predicting changes and length of stay for inpatient rehabilitation after traumatic brain injury. Poster presented at the Annual Meeting of the Academy of Physical Medicine and Rehabilitation in Orlando, Fl. Poster 11, Archives of Physical Medicine and Rehabilitation, 83, p.1647-1648.

Ryser, D.K.,     Johnson, S.C.., Blatter, D.D., Russo, A.A., Barker, L.H., Primus, E., **Bigler, E.D.** (1994, September 25).  Quantitative Analysis of Magnetic Resonance Imaging post TBI: Correlation with the Functional Independence Measure (FIM) on admission and discharge from Rehabilitation.  International Association for the study of Traumatic Brain Injury, St. Louis, MO.

Ryser, D.K.,     & **Bigler, E.D.** (1994, January).  Usefulness of Subjective and Semi-Quantitative Analysis of CT & MR Neuroimaging for Predicting TBI Outcome.  Sheldon Berrol, M.D. Brain Injury Symposium, Salt Lake City, UT.

Skoog, I.        **Bigler, E.D.,** (August 18, 2003). The Gothenberg Longitudinal Study on Aging. Early life risk factors for dementia. [Abstract Presentation]. 11th Congress of the International Psychogeriatric Association (IPA), Chicago, IL.

Sweet, J.J,      Millis, S.R., Connor, D.J., Hasker, P.D., & **Bigler, E.D.**  (1998, August 14-18). Symposium: Detection of Feigned Cognitive Impairments–Current Issues and Future Approaches.  106th Annual Convention of the American Psychological Association. Moscone Center, San Francisco, California.

Tate, D.F.,      Miller, M.J., Rice, S.A., Cleavinger, H.B., & **Bigler, E.D.** (August 24, 2001). Clinical Significance of Hippocampal Asymmetry in Alzheimer's Disease [Abstract].  The Clinical Neuropsychologist.  Science poster presented at the Annual Meeting Scientific Program, Division of Clinical Neuropsychology (40) of the American Psychological Association, San Francisco, CA.

Tate, D.F.,      Gilbert-Tate, J.J., & **Bigler, E.D.** (February 1998).  Berry's Test of Visual-Motor Integration and the Test of Nonverbal Intelligence: A Comparison Among School Children in India.  Twenty-sixth Annual International Neuropsychological Society Conference, Honolulu, Hawaii.

Turkheimer, E.          Farace, E., Yeo, R.A., & **Bigler, E.D.** (February 1992). A closer look at gender
                        differences in verbal and performance IQ following unilateral lesions [Abstract].
                        Journal of Clinical and Experimental Neuropsychology. Poster presented at the
                        annual meeting of the International Neuropsychological Society, San Diego,
                        California.

Weaver, L.K.,           Deru, K., Fearing, M.A., Hopkins, R.O., Foley, J.F., Orrison, W.W., **Bigler, E.D.**
                        (June, 2005) Carbon Monoxide (CO) Poisoning in 12 Young, College-Educated
                        Skiers.  Abstract presented at the Annual Undersea and Hyperbaric Society
                        Meeting, Orlando, Florida.

White, J.,              Mortensen, J., Hannan, C. R., Fearing, M., Tate, D., and **Bigler, E.D.** (Feb 5-8,
                        2003).Performance on the Logical Memory Measure and Temporal Lobe
                        Atrophy. Poster presented at the 31st Annual International Neuropsychological
                        Society Conference, Feb 5-8, 2003, in Honolulu, Hawaii.

White J.,               Mortensen J., Hannan C.R., Fearing M., Tate D., **Bigler, E.D.** (October, 2002)
                        The Controlled Oral Word Association Measure and Animal Fluency Test and
                        Temporal Lobe Atrophy. Poster accepted for presentation at the 22nd Annual
                        Conference of the National Academy of Neuropsychology, Miami, Florida.

Wilde, E.A.,            **Bigler, E.D.**, (September 27-29, 2007) "Relation of a Composite Fractional
                        Anisotropy Score Using Diffusion Tensor Imaging Tractography to Outcome in
                        Traumatic Brain Injury" Abstract presentation given at NABIS 5th Annual Brain
                        Injury Conference, Westin Riverwalk Hotel, San Antonio, Texas.

Wilde, E.S.,            **Bigler, E.D.**, (September 27-29, 2007). "Glasgow Coma Score Predicts Long-
                        term Cerebral Atrophy in Pediatric Traumatic Brain Injury." Abstract given as an
                        oral presentation at North American Brain Injury Society (NABIS) 5th Annual
                        Brain Injury Conference, Westin Riverwalk Hotel, San Antonio, Texas.

Wilde, E.A.,            Hunter, J.V., Chu, Z., **Bigler, E.D.,** Fearing, M.A., Hanten, G., Li, X., Newsome,
                        M., Scheibel, R., & Levin, H.S., (February 1- 4, 2006) "Diffusion Tensor
                        Imaging in Relation to Cognitive Control in Children Following Moderate to
                        Severe Traumatic Brain Injury".[Abstract] International Neuropsychological
                        Society, 34th Annual Meeting Program & Abstracts, p.201.  Presented at the 34th
                        Annual meeting of the International Neuropsychological Society, Boston
                        Marriott Copley Place Hotel, Boston, Massachusetts, USA.

Wilde, E.A.,            Bartholomew, J., Lowry, C., Ryser, D.K., **Bigler, E.D.**, Gandhi, P.V., Hessel,
                        C.D., Brooks, M., Nielsen, D., & Blatter, D.D.  (1998, August 14-18).  OMRI
                        Correlates With Acute Cognitive and Functional Measures in TBI.  Paper
                        Session: Neuroimaging and Cognition in Traumatic Brain Injury.  106th Annual
                        Convention of the American Psychological Association.  Moscone Center, San
                        Francisco, California.

Wilde, E.A.,            Bartholomew, J., **Bigler, E.D.**, Meyer, K.J., Ryser, D.K., Blatter, D.D., Lowry,
                        C., Brooks, M.P., & Nielsen, D.L.  (1997, August). QMRI and FIM Outcome in
                        Substance-Abusing TBI patients.  Chicago, Illinois.

Wolkowitz, O.M.,        Lupien, S.J., **Bigler, E.D.** (September 8, 2003) The "Post-Steroid Dementia
                        Syndrome":  An Unrecognized Complication of Glucocorticoid Treatment.
                        Poster and Abstract Presentation to be given at the 34th annual congress meeting

|  | of The International Society of Psychoneuroendochrinology (ISPNE), Rockefeller University, New York, NY. |
| Woon, F.M., | Cramond, A.C., Wu, C., Cannon, P.C., **Bigler, E.D.**, Cleavinger, H.B., Johnson, J.L., Lainhart, J.E. (November 6, 2007). <u>Intelligence scores and amygdala volume in individuals with Autism.</u> Poster Presentation: 27th Annual Meeting of the National Academy of Neuropsychology, Scottsdale, AZ. |
| Wu, C., | Cramond, S., Woon, F.M., Cannon, P.C., **Bigler, E.D.**, Cleavinger, H.B., Johnson, J.L., Lainhart, J.E. (November 6, 2007). <u>Fusiform gyral volume, intellectual ability and autism.</u> Poster Presentation: 27th Annual meeting of the National Academy of Neuropsychology, Scottsdale, AZ. |
| Yallampalli. R., | Wilde, E.A., **Bigler, E.D.** (September 27-29, 2007). <u>The Relation of Temporal Diffusion Tensor Imaging (DTI) to the Behavior Assessment System for Children (BASC-2) in Traumatic Brain Injury.</u>" Poster presentation given at NABIS 5th Annual Brain Injury Conference, Westin Riverwalk Hotel, San Antonio, Texas. |
| Yeo, R.A., | Turkheimer, E., & **Bigler E.D.** (1984). <u>The Influence of Sex and Age on Unilateral Cerebral Lesion Sequelae.</u> Paper presented at the XII annual meeting of the International Neuropsychological Society (INS), Houston, Texas. |

## PROFESSIONAL AND HONORARY SOCIETIES:

American Psychological Association
Society for Neuroscience
New York Academy of Sciences
National Academy of Neuropsychologists
Sigma Xi, the Research Society of North America
International Brain Injury Association
International Neuropsychological Society
American Academy of Neurology

## AWARDS AND SCHOLARSHIPS:

Morita Distinguished Fellow (2008). Presented by the Rehabilitation Hospital of the Pacific, May 21, 2008. "Awarded to international experts in the field of medical rehabilitation and seeks to provide the highest levels of clinical education and training in furthering rehabilitation expertise, primarily for health care providers in REHAB Hospital and in Hawaii."

Award for Scientific Research (2006). North American Brain Injury Society (NABIS), September 15.

Donnette Rachelle White Memorial Award (2006). Brain Injury Association of Utah, October 19, 2006. "for outstanding, dedicated service, and exemplary leadership to the Brain Injury Association of Utah."

Board of Governors, International Brain Injury Association, 2004 – 2006.

Anna Veneri Scientific Award (2003). 5th World Congress, International Brain Injury Association, May 23-26, 2003. Award given for the best scientific poster presentation. Presented in City Hall, Stockholm, Sweden. Awarded for the study entitled: "Information processing speed and its

relationship to quantitative neuroimaging following moderate and severe traumatic brain injury [Abstract]." by Mathias, J.L., **Bigler, E.D.**, Jones, N.R., Barrett-Woodbridge, M.P., Brown, G.C., Taylor, D.J. <u>Brain Injury, 17</u>, p.136.

President, Intermountain Chapter of Neuroscience, 2002 – present.

Treasurer, International Neuropsychological Society, 2001 – present.

American Psychological Association Division 40 Awards Committee Member, 1999-2002.

Karl G. Maeser Distinguished Faculty Lecturer, Brigham Young University, 1999.

Distinguished Clinical Neuropsychologist Award for Career Contributions, National Academy of Neuropsychology, 1999.

New Zealand Neurological Foundation Panel of International Referees member, 1998.

Teacher of the Year Award, Department of Psychology, Brigham Young University, 1991-1992.

President, National Academy of Neuropsychologists, 1989-1990.

Outstanding Texas Neuropsychologist & Texas Psychological Association, Healthcare Rehabilitation Center, 1989.

Outstanding Service Award, Texas Association for Education and Rehabilitation of the Blind and Visually Impaired, 1985.

Hogg Foundation Grant (A Neuropsychological contribution to the theory of schizophrenia), 1980-1981.

Who's Who in the Southwest, Marquis Who's Who LLC.,1980-1981.

Outstanding Young Men of America Award, 1977.

Dissertation of the Year Award, Department of Psychology, Brigham Young University, 1974-1975.

Post-Doctoral Fellowship granted by the National Institute of Neurological and Communicative Disorders and Stroke, Department of Health, Education and Welfare, Public Health Service, National Institutes of Health, 1975-1977.

Academic Scholarships:  1967, 1968, 1973, 1974.

Pre-Doctoral Research Internship awarded by the Research Division, Brigham Young University, 1972-1973.


## <u>GRANTS:</u>

Federal Grant Number:  1 R01 MH080826-01 (subcontractor)     Effort:  10%
Sponsor Grant Amount:  $1,753,200
PI Name: Janet Lainhart, Ph.D., **Erin D. Bigler, Ph.D.**, Nicolas Lange, Ph.D.
Project Title: Atypical Late Neurodevelopment in Autism: A Longitudinal MRI and DTI Study
Start/End Date:  07/01/2007 – 08/01/2012

Institute: Utah Autism Research Program, The University of Utah, under funding from the National Institutes of Health (NIH)
Role: Co-investigator: Neuroimaging of the brain in autism.
Goal: A longitudinal study of the brain in children and adults with autism: the neurobiological basis of variation in intelligence in autism and quantifying white matter connectivity in autism.

Federal Grant Number: 1 R01 HD04946 (subcontractor)        Effort: 15%
Sponsor Grant Amount: $5,895,967
PI Name: Keith Yeates, Ph.D., **Erin D. Bigler, Ph.D.,** Gary Taylor, Ph.D.
Project Title: Social Outcomes in Pediatric Traumatic Brain Injury
Start/End Date: 01/08/2006 – 07/31/2011
Institute: Children's Research Institute, Columbus, Ohio, under funding from the National Institutes of Health (NIH)
Role: Co-investigator: Neuroimaging of pediatric traumatic brain injury.
Goal: An integrative, multi-level study of the social outcomes of childhood traumatic brain injury.

Federal Grant Number: 1K23MH073416-01A1 (subcontractor)  Effort: 10%
Sponsor Grant Amount: $3,700,000
PI Name: David Tate, Ph.D., **Erin D. Bigler, Ph.D.**
Project Title: Cognitive performance and diffusivity in HIV patients
Start/End Date: 8/2005 to 7/2010
Institute: National Institutes of Mental Health (NIMH).
Role: Co-investigator: Neuroimaging analysis of those with HIV.
Goal: An integrative study of cognitive outcomes of persons with HIV.

Federal Grant Number: 5 U19 HD 35476-06      Effort: 20%
Grant Amount: $1,033,771
PI Names: William McMahon, M.D., Ph.D., Janet Lainhart, M.D., Ph.D., **Erin D. Bigler, Ph.D.**
Project Title: Utah Autism Program: A Study of Megalencephaly in Autism
Start/End Date: 6/2002-6/2007
Institute: National Institutes of Child Health and Human Development (NIH) and the NICHD Collaborative Programs of Excellence in Autism (CPEA).
Role: Co-investigator: Neuroimaging analysis of individuals with and without autism.
Goal: To perform quantitative image analysis of MRI scans of individuals with autism in an attempt to define aberrant neural development of that disorder.

Grant: National Health & Medical Research Council project grant        Effort: 10%
Grant Amount: $401,500
PI Names: Jane Mathias, Ph.D. **Erin D. Bigler, Ph.D.,** (also Bowden, Jones & Taylor)
Project Title: Modeling Cognitive Outcomes in Traumatic Brain Injury
Start/end Dates: 2002 - 2006
Role: co-investigator: Volumetric analysis of neuroimaging done on those with traumatic brain injury.
Institute: University of Adelaide, Australia
Goal: Modeling traumatic brain injury using neuropsychological, neurosurgical and radiological parameters.

Cache County of Memory in Aging Study, NIH Grant, AG-11380.

TBI and Rehabilitation, Deseret Foundation, 2000.

Long-Term Cognitive and Functional Outcome in ARDS Survivors, Deseret Foundation, May 1995.

Establishing Normative Neuropsychological Data for CO Trial, Deseret Foundation, May 1995.

## EDITORSHIPS, BOARD POSITIONS, ETC.:

Chair, APA Division 40 Executive Committee, 2006-presesnt.

Editorial Board, Neuropsychology, the APA Journal, 2006 –present

Assoc. Editor, Brain Imaging and Behavior Journal, 2006-present

Treasurer, International Neuropsychological Society, 2001- present

Editor, Texas Psychologist,1978-1980.

Associate Editor, Journal of the International Neuropsychological Society, 1990-2005.

Associate Editor: Archives of Clinical Neuropsychology, 1987-1998.

Consulting Editor, Journal of Clinical and Experimental Neuropsychology, 2000 – Present.

Consulting Editor, International Journal of Clinical Neuropsychology/Clinical Neuropsychology, 1978-1990.

Consulting Editor, Critical Issues in Neuropsychology, Plenum Press, New York, 1984-1999.

Consulting Editor, Archives of Clinical Neuropsychology, 1986-1987.

Consulting Editor, Journal of Learning Disabilities, 1986-present.

Consulting Editor, Neuropsychology Review, 1988 – Present .

Consulting Editor, Psychological Assessment, 1990-2000.

Consulting Editor: Journal of Consulting and Clinical Psychology, 1990-1993.

Consulting Editor, Neuropsychology, 1993 – Present .

Editorial Board, Journal of Psychopathology and Behavioral Assessment, 1998 – Present

Editorial Board, Journal of Alzheimer's Disease, 2006 – present

Reviewer, The Gerontologist, 1999.

Subcommittee Member, (2007). American Academy of Clinical Neuropsychology (AACN) Practice Guidelines for Neuropsychological Assessment and Consultation, The Clinical Neuropsychologist, 21(2), 209-231.

## CONFERENCE/COMMITTEE CHAIRS (2003-Present)

**Bigler, E.D.,**          (2003, May 23) Co-Chair, Invited 42 – Brain Injury and Litigation.5[th] World Congress on Brain Injury, Stockholm, Sweden.

**Bigler, E.D.,**          (2003, May 25) <u>Chair</u>, Paper Session III – Cognition and Imaging. 5th World Congress on Brain Injury, Stockholm, Sweden.

## SPECIAL ACKNOWLEDGEMENTS

**Bigler, E.D.,**          (2006, Referee Report) Invited review for the Application of Funds for Dr. B Albeni's, "Using diffusion weighted imaging for identifying markers associated with brain injury leading to Alzheimer's disease" by the Manitoba Medical Service Foundation, Winnipeg, Manitoba, Canada.

**Bigler, E.D.,**          (2006, Editorial Review) Treating Neurodevelopmental Disabilities: Clinical Research and Practice. Janet E. Farmer, Jacobus Donders, and Seth Warschausky (Eds). New York: The Guilford Press.

Roth, R.M.,          Isquith, P.K., Gioia, G.A. (Eds.) (2005) BRIEF-A, Behavior Rating Inventory of Executive Function – Adult Version, Professional Manual. Acknowledgments: **Erin Bigler**, Brigham Young University, et al. for their valuable recommendations and feedback as beta examiners. Lutz, FL: PAR Psychological Assessment Resources, Inc.

Tschanz, J.T.,          Corcoran, C., Skoog, I., Kjachaturian, A.S., Herrick, M.S., Hayden, K.M., Welsh-Boehmenr, K.A., Calvert, R.N., Norton, M.C., Zandi, P., Breitner, J.C.S. (2004). Dementia: The leading predictor of death in a defined elderly population. The Cache County Study*., [see Appendix, Other Cache County Study investigators involved in project: James Anthony, PhD, **Erin Bigler**, PhD, et al.] <u>Neurology, 62,</u> 1156-1162.

Ball, Melvyn J.          (2003). White Matter Lesion, Dementia, and Ischemic Axonopathy. <u>Letter to the Editor, Alzheimer Disease and Associated Disorders, 17</u>(1), 55. [Acknowledgment of **Bigler, E.D.**, et al. (2002) White matter lesions, quantitative magnetic resonance imaging, and dementia. <u>Alzheimer Disease and Associated Disorders, 16(3),</u>161-170].

**Bigler, E.D.**          (2003, March 13-14). Center for Scientific Review Special Emphasis Panel: Brain disorders and clinical neurosciences integrated review group (IRG).

Wiet, Susan, M.D.          (2002) recipient of Eli Lilly Pilot Research Award presented at AACAP 49th Annual Meeting, October 22-27, 2002 in San Francisco, CA. Mentors: William M. McMahon, M.D. The University of Utah, and **Erin D. Bigler**, Ph.D., Brigham Young University. Proposal title: "Tourette-Disorder vs. PANDAS and Volumetric Elements of the Cortical-Striatal-Thalamic-Cortical Circuit."