# EXHIBIT A

## DEPOSITIONS OF ERIN D. BIGLER, Ph.D. (As of March 6, 2009)

| Date of Deposition | Name of Case | Case # | Attorney Name & Law Firm |
|---|---|---|---|
| January 3, 2009 | Chaparro et al v. Colorado Casualty Insurance Company United States District Court, District of Wyoming | 08 CV-049B | Stephen L. Simonton Stephen L. Simonton, PC |
| November 25, 2008 | Berry v. Richards, et al. (Continued from 9/30/08 deposition) | In Arbitration | Norman Younker Fabian & Clendenin |
| November 18, 2008 (Video Trial Depo) | Butner v. William Joe Fisher, Irschbach Motor Lines & Thomas Grojean Sr./Thomas Grojean Jr. | 02CV226533 Division II | Sly James at The Sly James Firm & Dana Tippin Cutler at Tippin & Associates |
| October 28, 2008 | Horton v. Wyoming Medical Center | 86074-B | John L. Henley Vlastos, Henley & Drell, P.C. |
| October 7, 2008 | Garcia Smith vs. Central Park Vogue | 06-CA-001900 | Evan D. Lubell Berke & Lubell, P.A. |
| September 30, 2008 | Berry vs. Richards, et al. | In Arbitration | Norman Younker Fabian & Clendenin |
| September 16, 2008 | Garcia Smith vs. Central Park Vogue | 06-CA-001900 | Evan D. Lubell Berke & Lubell, P.A. |
| September 9, 2008 | Butner v. William Joe Fisher, Irschbach Motor Lines & Thomas Grojean Sr./Thomas Grojean Jr. | 02CV226533 Division II | Sly James at The Sly James Firm & Dana Tippin Cutler at Tippin & Associates |
| August 19, 2008 | Sukstorf v. The Hangee Uppe, Inc, et a. | 05L6751 | Paul Borth/Tom Routh Nolan Law Group |
| August 12, 2008 | Chaparro et al v. Colorado Casualty Insurance Company United States District Court, District of Wyoming | 08 CV-049B | Stephen L. Simonton Stephen L. Simonton, P.C. |
| March 11, 2008 | Jessica Heiner vs. Nationwide | 1:07-CV-14 | Alan W. Mortensen Dewsnup, King & Olsen |
| March 4, 2008 | Scott Bowles vs. Crystal Gammon | 070401335 | Scott P. Card Fillmore Spencer, LLC |
| January 8, 2008 | Jeffery A. Ayers, DO, and Julie Ann Ayers vs. Utah Auto Collection, FRN of Great Salt Lake City, LLC dba Utah Auto Collection, Larry H. Miller Truckland dba Utah Auto Collection, Larry H. Miller Truckland, Larry H. Miller Corporation dba Larry H. Miller Truckland, Larry H. Miller Corporation, FRN of Greater Salt Lake City, LLC, Lapoint Ford, Ford Motor Company (Collectively known as the Utah Auto Collection) and John Does 1 through XX | 03-0401084 | Robert D. Dahle Nelson, Snuffer, Dahle & Poulsen |
| December 18, 2007 | DeJonge v. The Home Depot | 050913124 | Fred R. Silvester Silvester & Conroy |

## DEPOSITIONS OF ERIN D. BIGLER, Ph.D. (As of March 6, 2009)

| Date of Deposition | Name of Case | Case # | Attorney Name & Law Firm |
|---|---|---|---|
| November 19, 2007 | Jeff E. Waters and Jennifer L. Phillips, both Individually and as Guardian ad Litem of Andrew Jeffrey Waters, their Minor son v. United States of America | 9:06-2438 | George J. Hanko III<br>Sico, White & Braugh, L.L.P. |
| November 13, 2007 | Andrea Mathers vs. Steven Comeau | 14339 | Robert E. Schroth<br>Schroth & Schroth |
| October 16, 2007 | Nielson vs USSSA, City of Lehi, Stone, Marshal | 050400047 | Lynn C. Harris<br>Harris & Carter |
| October 9, 2007 | Kerry Shelton, Marilee Shelton, Steven Shelton vs. Devin Durrant, DPI Stadium, LC, a Utah limited liability company, Durant Holdings, LC, a Utah limited liability company, First Serve Property Management, LC, and Unknown Persons 1-10 | 050403115 | Justin Elswick<br>Ascione, Heideman & McKay |
| September 27, 2007 | Smith v. Conners et al | 411127 | Richard C. Bennett<br>Bennett, Johnson & Galler |
| September 11, 2007 | Hulstine, et al. v. Lennox Industries, Inc., et al. | DV-06-187 | Richard Meyer<br>Meyer & Williams, Attorneys at Law, P.C. |
| August 27, 2007 | Ortiz et al. vs. Columbia Medical Center of Las Colinas et al. | 0510908 | Joel M. Fineberg<br>Law Offices of Joel M. Fineberg |
| August 24, 2007 | Anthony A. Narvais v. W.E. Dinnenen, Inc., et al | 166-092 | Cody L. Balzer<br>Balzer Law Firm, P.C. |
| August 21, 2007 | Snider v. Cox | 104CC4062 | Robert W. Freeman<br>Robert W. Freeman |
| August 21, 2007 | Long v. John B. Wall, M.D. et al. | 020912982 | R. Scott Williams<br>Strong & Hanni |
| August 14, 2007 | Lane vs. Honda, et al. | C3252 | George Hanko<br>Sico, White & Braugh, L.L.P. |
| August 6, 2007 | Ryan Traugher vs. Melanie D. Welker | 020905597 | Kelly MacFarlane<br>Christensen & Jensen |
| July 24, 2007 | Cynthia Thacker vs. Henssel, Phelps Construction Co et al. | 017-212359-05 | Michael Guajardo<br>Law Offices of Frank L. Branson |
| July 12, 2007 | Mark Chambers and Darlene Chambers vs. Adventist Health System/Sunbelt, Inc. d/b/a Central Texas medical Center; Shelly Vinson, C.R.N.A.; and San Marcos Anesthesiology, L.L.P., and Craig T. Hatton, M.D. | 06-1134 | Sylvia Imhoff<br>Whitehurst, Harkness, Ozmun & Brees |
| July 3, 2007 | Kenneth R. Fast v. Farm Bureau Mutual Company of Idaho | CV06-3922 | William J. Litster<br>Litster Injury Lawyers |

## DEPOSITIONS OF ERIN D. BIGLER, Ph.D. (As of March 6, 2009)

| Date of Deposition | Name of Case | Case # | Attorney Name & Law Firm |
|---|---|---|---|
| July 3, 2007 | Steven Seftel and Geeta Maharaj Seftel vs. Utah Athletic Foundation and Cody Evans | 05098572 | Alan Mortensen<br>Dewsnup King & Olsen |
| June 25, 2007 | Patrice Butler, et al. v. Delta Airlines, Inc. | Civil No. 2:02CV-0196 | Bill Rosbach<br>Rossbach Hart Bechtold, P.C. |
| June 12, 2007 | Kenneth R. Fast v. Farm Bureau Mutual Company of Idaho | CV06-3922 | William J. Litster<br>Litster Injury Lawyers |
| June 12, 2007 | Blackley, Stephen vs. Clayton, Busen | 03-CA-1137 | Diane J. Weaver<br>Harrell and Harrell, P.A. |
| June 6, 2007 | Dyer, et al v. Kings Inn et al | CV 2005-051257 | Robert P. Schuster<br>Robert P. Schuster, P.C. |
| May 29, 2007 | Alberto and Manuela Ceniceros, individually and as natural parents and general guardians of Christian Ceniceros, a minor child, Plaintiffs, v. The Corporation of the Presiding Bishop of the Church of Jesus Christ of Latter-Day Saints, a Utah corporation sole, dba Deseret Industries, Defendant. | 040907265 | Jacque Ramos<br>Moriarity, Badaruddin & Booke, LLC |
| May 22, 2007 | Teresa Bruney, as mother and natural guardian of Daniel Bruney v. Millhopper Montessori School | 01-05-CA-3865 | Dorothy Sims<br>Harrell & Harrell, P.A. |
| May 15, 2007 | Steven Seftel and Geeta Maharaj Seftel vs. Utah Athletic Foundation and Cody Evans | 05098572 | Alan Mortensen<br>Dewsnup King & Olsen |
| May 8, 2007 | Huddleston v. Dr. Brown | A437932 | Randa Shea<br>Patton Shea & Kiraly |
| April 24, 2007 | McCauley vs. Danielson | CV2005-091268 | H. Michael Wright<br>Udall, Shumway & Lyons |
| April 17, 2007 | Duncan vs. District of Columbia Et. Al. | CA-No. 06-1395B | Paul Zukerberg<br>Law Office of Paul Zukerberg |
| April 3, 2007 | Moeller v. Mandel | C20061005 | Patrick Broom<br>Haralson, Miller, Pitt, Feldman & McAnally |
| April 3, 2007 | Taelor Wickham, a minor child, by and through her natural mother, and legal guardian Judy L. Kern, and Judy L. Kern, an individual v. Thad Kern, an individual and Judy A. Kern, an individual | CV 06-922 | Douglas W. Crandall<br>Crandall Law Office |
| March 27, 2007 | Jennifer Bald v. State Farm Mutual Automobile & Farmers' Insurance Exchange | 050918365 | Scott Boyd<br>Christensen & Jensen, P.C. |
| March 20, 2007 | Brenda Clark v. Lewis Bros. Stages, Inc. & Joseph C. Record | 040912070 | Edward B. Havas<br>Dewsnup, King & Olsen |

## DEPOSITIONS OF ERIN D. BIGLER, Ph.D. (As of March 6, 2009)

| Date of Deposition | Name of Case | Case # | Attorney Name & Law Firm |
|---|---|---|---|
| March 13, 2007 | Roy G. Lester; and Nadine Lester vs. Ryan Robertson, individually; and Robertson Trucking | CV-06-1 | Mel C. Orchard, III<br>The Spence Law Firm, LLC |
| February 27, 2007 | Aaron Otte & Tiffni Otte as Parents & Guardian of Taron J. Otte vs. John D. Murdock & Western Alfalfa | 040906279 | Douglas B. Cannon<br>Fabian & Clendenin |
| February 1, 2007 | Tyler Keddington, a minor, through his guardians William and Janice Robertshaw, William and Janice Robertshaw, individually as surviving parents of Rebecca Keddington, Mark Meldrum, as parent and guardian of Todd Meldrum and Travis Meldrum, minors, Danny C. Purser, and Jennifer Keyte Wright vs. Michelin North America, Inc., a foreign corporation, Michelin Americas Research & Development Corporation, a foreign corporation, and Fast Track Tire & Auto, Inc., a Utah corporation | 030402995 | Todd Weiler<br>Parry Anderson & Mansfield |
| January 23, 2007 | Teresa Bruney, as mother and natural guardian of Daniel Bruney v. Millhopper Montessori School | 01-05-CA-3865 | Dorothy Sims<br>Harrell & Harrell, P.A. |
| January 16, 2007 | The American National Bank of Cheyenne as Conservator of the Estate of Leslie Roy "Les" Butts, Heather Elizabeth Butts, an individual, and Davis and Dawson Butts, the minor children of Less Butts and Heather Butts, by their mother and natural guardian, Heather Butts vs. Michael Hannifan; Kevin Hampleman; and, Ag-Chem Equipment Co., Inc., a division of AGCO Corporation, a Delaware Corporation | 25736 | Michael D. Cok<br>Cok, Wheat & Kinzler |
| January 9, 2007 | Clint C. Gaw, et al v. CSX Transportation, Inc. | 3:05CV-220-M0 | Rick Rosen<br>Rosen Law Firm |
| January 2, 2007 | Bishop v. Timpanogos Regional Hospital | 040402710 | Robert Jeffs<br>Jeffs & Jeffs |
| December 19, 2006 | Rhonda Lowe v. D&D Roofing and Sheet Metal Inc. | CV04-01189 | Warren G. Goedert<br>Goedert & Associates |
| December 19, 2006 | Reardon/Castrejon v. Steven Linn, M.D. | CV2003-021548 | Kent Hammond<br>Rudolph & Hammond |
| December 5, 2006 | Battles v. Clarkson Construction Company | 0516-CV23889 | Michael Bee<br>Hill Peterson Carper Bee & Deitzler, PLLC |
| November 21, 2006 | Richardson v. Dominguez, et al. | 38-2004-CA-0381 | Dorothy Sims<br>Harrell & Harrell, P.A. |
| November 6, 2006 | Hofacker et al v. EMC Corporation & Manuel E. Serrano | 199-2522-05 | Jeannette Fedele<br>Gillespie, Rozen, Watsky, Motley & Jones, P.C. |

## DEPOSITIONS OF ERIN D. BIGLER, Ph.D. (As of March 6, 2009)

| Date of Deposition | Name of Case | Case # | Attorney Name & Law Firm |
|---|---|---|---|
| October 31, 2006 | John C. Hansen and Kristen Hansen, as guardians of Matthew Hansen, their minor child vs. Farmers Insurance Exchange, Truck Insurance Exchange, Mid-Century Insurance Company, Farmers Group, Inc. | 1:04-CV-00151 | David R. Olsen<br>Dewsnup, King & Olsen |
| October 24, 2006 | Matey v. Ford | CV-2005-400 | John Lezamiz<br>Hepworth, Lezamiz & Janis, Chtd. |
| October 24, 2006 | Rhonda Lowe v. D&D Roofing and Sheet Metal Inc. | CV04-01189 | Warren G. Goedert<br>Goedert & Associates |
| October 10, 2006 | P. Aycock v. DSM et al. | CC-05-11338-B | Tom Carse<br>The Carse Law Firm |
| October 3, 2006 | Deborah Farris and Brennan Shields, Individually and as parents and guardians of Emma Shields, a minor vs. Alaska Regional Hospital and Does 1-10 | 3AN-00-8818 CI | James Alan Wendt<br>Law Offices of James Alan Wendt |
| September 25, 2006 | Andrew J. Peterson and Marci Peterson vs. Reve Risner, The Utah Department of Transportation and the State of Utah | 050918017 | Roger P. Christensen<br>Christensen & Jensen |
| September 22, 2006 | Lingard et al. v. State of Washington; State of Washington Department of Corrections | 02-2-00936-8 | Edward P. Havas<br>Dewsnup, King & Olsen |
| September 21, 2006 | Marilee and Larry Fairchild v. S.C. Dept. of Transportation, William Palmer, and Palmer Construction Co. | 2005-CP-15-0646 | Bert Utsey<br>Peters Murdaugh Parker Eltzroth & Detrick, PA |
| September 19, 2006 | The American National Bank of Cheyenne as Conservator of the Estate of Leslie Roy "Les" Butts, Heather Elizabeth Butts, an individual, and Davis and Dawson Butts, the minor children of Less Butts and Heather Butts, by their mother and natural guardian, Heather Butts vs. Michael Hannifan; Kevin Hampleman; and, Ag-Chem Equipment Co., Inc., a division of AGCO Corporation, a Delaware Corporation | 25736 | Michael D. Cok<br>Cok, Wheat & Kinzler |
| September 12, 2006 | Rhonda Lowe v. D&D Roofing and Sheet Metal Inc. | CV04-01189 | Warren G. Goedert<br>Goedert & Associates |
| September 12, 2006 | Gamble v. Shaffer, a division of Varco | 05-CV-292B | Ian McDonald<br>Perret Doise, A Professional Law Corporation |
| September 5, 2006 | Brock Higham et al vs. Eastern Idaho Regional Medical Center, et al. | CV-03-5554 | Robert L. Jackson<br>Pedersen & Jackson, Attorneys at Law |
| August 30, 2006 | Stewart v. Wilkes Transport, Inc. | CV 03-1837 D | Benjamin J. Cluff<br>Hepworth, Lezamiz & Janis, Chartered |
| August 29, 2006 | Willett vs. Consolidated Electric | 03-2-00608-6 | Kent Thorsted<br>G. Kent Thorsted, Esq. |

## DEPOSITIONS OF ERIN D. BIGLER, Ph.D. (As of March 6, 2009)

| Date of Deposition | Name of Case | Case # | Attorney Name & Law Firm |
|---|---|---|---|
| August 22, 2006 | Sims vs. Lane | 040900206 | Jacquelynn D. Carmichael<br>Eisenberg, Gilchrist & Morton |
| August 15, 2006 | Allison v. Ford et al. | CV 2005-668 | Emily Rankin<br>The Spence Firm, LLC |
| August 8, 2006 | Baccus v. Ameripride Services, Inc., et al. | CV PI 0500216 | Richard Meyer<br>Meyer and Williams |
| July 11, 2006 | William Beacham et al. vs. Fritzi Realty Corporation et al. | 050100013 PI | David Olsen<br>Dewsnup, King and Olsen |
| June 27, 2006 | Milnamow v. Shedd | 02 L 4452 | Antonio Romanucci<br>Romanucci & Blandin, LLC |
| June 20, 2006 | Daniel McNeill and Dawn McNeill vs. US Airways, et al | 02-0926 | James Lawlor<br>Nolan law Group |
| May 16, 2006 | Stacy Bush v. Laclede Gas Company | 042-07594 | Michael H. James<br>Doster, Mickes, James, Ullom, Benson & Guest, LLC |
| April 25, 2006 | Bryn Asselstine v. Boyne USA, Inc., and John Does 1-5 | CV-04-96-BU-SHE | Lucas J. Foust<br>Foust Buckley Law Office, P.C. |
| April 4, 2006 | Wayne and Pattie Entsminger vs. Charles Ernst | 02-14038 | Brad Salter<br>Law Office of Brad Salter, P.A. |
| March 21, 2006 | Tomassian v. Karabachev, et al. | A460087 | Robert W. Cottle<br>Mainor Eglet Cottle |
| March 21, 2006 | Ginette Diaz vs. Kevin P. Jessop | 050402487 | Scott Williams<br>Harris & Carter, L.L.C. |
| March 14, 2006 | Wayne and Pattie Entsminger vs. Charles Ernst | 02-14038 | Brad Salter<br>Law Office of Brad Salter, P.A. |
| February 14, 2006 | Sara Nichols v. Richard Frank Pachal | DV 05-586 | Mike Wheat<br>Cok Wheat Brown & McGarry, PLLP |
| January 24, 2006 | Joshua T., a minor, by his conservator, First National Bank in Las Vegas, New Mexico, Alicia Talamante, Annie Talamante and David Talamante, v. Key Energy Services Inc. | CIV-05-867 JB/RLP | William H. Carpenter<br>Carpenter, Stoute & Ransom, Ltd. |
| January 17, 2006 | Eric Shawn Taylor v. Skyjack, Inc., and Lund Machinery, Inc. | 030919328 | Doug Cannon<br>Fabian & Clendenin |
| January 10, 2006 | Joe E. & Dolores Hall, Individually, and as Next Friends of Jadon Hall, Minor v. Jonathan Leonard Chrest, M.D., et al. | 03-6264-D | Nancy Freeman<br>The Law Offices of Stephen F. Malouf, P.C. |

## DEPOSITIONS OF ERIN D. BIGLER, Ph.D. (As of March 6, 2009)

| Date of Deposition | Name of Case | Case # | Attorney Name & Law Firm |
|---|---|---|---|
| December 13, 2005 | Jacqueline E. Livingston v. Southern Baptist Hospital of Florida, Inc. | 04-002552-CA | Dianne J. Weaver<br>Harrell & Harrell, P.A. |
| December 7, 2005 | Shonda Gordon and Donald Gordon, individually and as Parents of Kristopher Gordon, a minor, v. Leo M. Stevenson, M.D. and Ogden Regional Center, f/k/a St. Benedict's Hospital; Hollister Incorporated; Ameda/Egnell Corp.; and Does I through V | 040903837 | G. Eric Nielson<br>G. Eric Nielson & Associates |
| November 29, 2005 | Adams vs. Rinehart et al. | DV 02-125 | Mike Cok<br>Cok Wheat Brown & McGarry, PLLP |
| November 22, 2005 | Joanne Christy and Rick Christy vs Dixie Regional Hospital, and Intermountain Healthcare, Inc., and Gregory D. Price, M.D. | 020502148 | Keith Nelson<br>Richards, Brandt, Miller & Nelson |
| October 25, 2005 | Alexander Arce vs. The Children's Place | MER-L-4946-99 | Bruce Stern<br>Stark & Stark |
| October 18, 2005 | Estebon Rivera, personally and on behalf of his minor son, Christian Gutierrez vs. Icon Health and Fitness, Inc., and John Does 1-10 | 040102084 | Jeffrey Eisenberg<br>Eisenberg & Gilchrist |
| October 11, 2005 | Melody Bacha v. Washington Metropolitan Area Transit Authority (WMATA) | 1:042251 | Michael G. Harris<br>Michael G. Harris Attorney At Law |
| September 27, 2005 | Struve v. Payyandl, et al. | LACV50242 | Jeffrey R. Tronvold<br>Eells & Tronvold Law Office, PLC |
| September 20, 2005 | George Mansfeld, individually, and Linda Mansfeld, his wife vs. Bishop Construction, Inc., National Car Rental System, Inc., John Mathew Baker, and Larry Limbert | CI-02-2266 | C. Enrico Schaefer<br>Traverse Legal PLC |
| September 13, 2005 | Crystal Cargal, by and through her Guardian ad Litem, Sherrie Cargal, v. Cindy Curtis; Curtis Steel Co., Inc.; James Bayne; Lauretta Bayne; Deserie Bayne; Mike Jones; Sara Jones; Does I thorugh X; and Roe Corporations XI through XX, inclusive | A483294 | Craig Adamson<br>Dart. Adamson & Donovan |
| August 16, 2005 | Troy Willis v. Lunar Mitchelle | 0v CV 362-B | Tom Klepperich<br>Lonabaugh & Riggs |
| August 2, 2005 | Bretton Ferraro v. Kevin Webb and Does 1-V | 040903932 | Erik M. Ward<br>Gridley, Ward & Shaw |
| July 13, 2005 | Eldridge v. Malone et al. | 04CV0277B | G. Bryan Ulmer, III<br>The Spence Law Firm, LLC |
| June 28, 2005 | Deborah Steed and Paul Steed v. Wal-Mart Stores East, Inc. | 2:03CV00814DB | Jeff Oritt<br>Cohne, Rappaport & Segal |
| June 23, 2005 | Musselman v. Henry and DOES I-V | 040900033 | Erik Ward<br>Gridley, Ward & Shaw |

## DEPOSITIONS OF ERIN D. BIGLER, Ph.D. (As of March 6, 2009)

| Date of Deposition | Name of Case | Case # | Attorney Name & Law Firm |
|---|---|---|---|
| June 21, 2005 | Joe v. Coca Cola et al. | CV 2004-035 | Daniel M. Rosenfelt<br>Rosenfelt, Buffington & Borg, P.A. |
| June 8, 2005 | Lords v. Werner Enterprises, et al. | 040906507 | David Olsen<br>Dewsnup, King & Olsen |
| May 31, 2005 | Rebekah L. Ostler vs. Brent Flamm and Allstates Landscaping Company | 000910145 | Scott Christensen<br>Plant, Christensen & Kanell |
| May 17, 2005 | Mallory v. Douglas Smith, M.D. | CV-02-000375D | Steve Anderson<br>Holland & Hart |
| May 11, 2005 | Kelley v. H.C.A. Columbia Hospital | GN3-00923 | David V. Marchand<br>Smith & Marchand, L.L.P. |
| April 26, 2005 | Kushwah, et al. v. Lennox Industries, Inc., et al. | 032-00808 | James P. Frickleton<br>Batrimus, Frickleton, Robertson & Obetz |
| April 6, 2005 | Eleanor Southgate Giles, ANF of Kelly G. Giles, an incompetent adult et al v. United States | H-04-0304 | George Hanko<br>The Michael Archuleta Law Firm |
| April 5, 2005 | Susan R. Thompson vs. Christine McKay | 82671-C | Frank Chapman<br>Beech Street Law Office |
| March 29, 2005 | Lopez v. Heim Trucking Company, et al. | CV02-066600 | William C. Jeanney<br>Bradley, Drendel & Jeanney |
| March 4, 2005 | Gutmann v. Coastal Chemical, et al. | 03-60560-1 | Danny Tower<br>Perry & Haas, L.L.P. |
| March 2, 2005 | Shauna Johnson aka Shauna McWilliams vs. David R. Cesko, M.D. | CV-03-0001 | Fred Harrison<br>Frederick J. Harrison, P.C. |
| February 22, 2005 | Phillip Christopher Overstreet v. Metabolife International Inc., et al. | 03-5004 | Mark Guerrero<br>Mithoff & Jacks, LLP |
| February 16, 2005 | Haider Al-Kindi vs. Edwards Bros. Trucking | CV-03-459-E-EJL | Breck Barton<br>Breck Barton & Associates |
| February 9, 2005 | Marriage of Salmond | SBFSS 61161 | Donald Haslam<br>Haslam & Perri |
| February 8, 2005 | Larry Walker vs. Travelers Indemnity Company of Connecticut | C-04-200 | Roger S. Braugh, Jr.<br>Sico, White & Braugh, LLP |
| January 18, 2005 | Williams v. Espanola Mercantile Co., et al. | CIV 03-01476 DSJ/WDS | R. Daniel Fleck<br>The Spence Law Firm, LLC |
| January 11, 2005 | Bob Davis and Jamie Davis as Next Friends for Robert R. Davis v. Pizza Hut of North America, Inc., Pizza Hut, Ltd. And David L. Tucker | C-2003-00451 | John David Hart<br>The Law Offices of John David Hart |

## DEPOSITIONS OF ERIN D. BIGLER, Ph.D. (As of March 6, 2009)

| Date of Deposition | Name of Case | Case # | Attorney Name & Law Firm |
|---|---|---|---|
| December 16, 2004 | Robert Schaefer and Eve Schaefer, et al vs. Memorial Hermann Hospital | 2003-29-800 | Mark Mueller<br>Mueller Law Firm |
| November 23, 2004 | Searcy v. Hamburger | 02-Z-2260 (MJW) | Steven Shapiro<br>Fleishman & Shapiro P.C. |
| November 18, 2004 | Ostler vs. Brent Flamm and Allstates Landscaping Company | 000910145 | Scott Christensen<br>Plant, Christensen & Kanell |
| November 16, 2004 | Wm. Burkitt, GAL, for Donald/Velda Gile v. Shayne Blair et al | 03-2-01989-1 | Steven A. Reisler<br>Steven A. Reisler, P.L.L.C. |
| November 9, 2004 | Schoeck v. American Residential | 0330920808 | Preston Handy<br>Siegfried & Jensen |
| October 21, 2004 | David Howell v. State Farm Mutual Automobile Insurance Company | NA | Janice M. Welsh<br>Janice M. Welsh Attorney at Law |
| October 19, 2004 | Romanoff v. Stewart and Sundell Concrete | a442848 | Jim Edwards & Hannah Irsfeld<br>Beckley and Singleton |
| October 15, 2004 | Kolby vs. CSAA | NA | Richard D. Spotswood<br>Jacobs, Spotswood, Casper & Murphy, LLP |
| October 13, 2004 | Kristen Henricksen individually and as parent and guardian of Hunter Henricksen, a minor, v. State of Montana, and Montana State University | DV-96-408 | Monte Beck<br>Beck, Richardson & Amsden, PLLC |
| September 30, 2004 | Sandra Palmento vs. Parkview Medical Center Inc. | 02CV1227 | Harlan Pelz<br>Pelz & Associates |
| September 28, 2004 | Weda Elizabeth Pyburn, et al v. Koch Pipeline Company, L.P., et al. | 011112 | Michael G. Guajardo<br>Law Office of Frank L. Branson, P.C. |
| September 23, 2004 | Eric Lee Stalinsky vs. Charles Vernon Day, Sr. And the Burlington Norther & Santa Fe Railway Company | 2001-28852 | Michael L. Atkinson<br>Atkinson & Associates, P.C. |
| September 16, 2004 | Emlet v. U-Systems and Foxwood Inc. | 010901356 | Robert Gilchrist<br>Eisenberg and Gilchrist |
| September 14, 2004 | Dale Ray Wilson v. Kloepfer Construction | CV0200046 | Walter Bithell<br>Holland and Hart |
| September 7, 2004 | David Cornelius v. East Texas Medical Center | 03-184 | Joel Fineberg<br>Law Office of Joel Fineberg |
| August 23, 2004 | Nicholas Bonito PPA, Janice Bonito and Andrew Bonito V. Yale-New Haven Hospital, Et al. | CV-99-0430193-S | Kimball Hunt<br>Hunt, Liebert, Chester & Jacobson, PC |
| August 18, 2004 | Owens, Collins, CR England v. Dick Simon Trucking | 01097826 | Andrew Morse<br>Snow, Christensen, Martineau |

DEPOSITIONS OF ERIN D. BIGLER, Ph.D. (As of March 6, 2009)

| Date of Deposition | Name of Case | Case # | Attorney Name & Law Firm |
|---|---|---|---|
| August 17, 2004 | Russell D. Verner and Windi Verner, Individually and as Next Friends for Cassie A. Verner vs. Medical City Dallas Hospital, Inc., David G. Genecov, M.D., Bradley E. Weprin, M.D. and David T. Yew, M.D. | 01-09100-E | John David Hart<br>The Law Offices of John David Hart |
| August 12, 2004 | Derek Van Voris, Individually, and as Legal Guardian of his Wife, Kellee Van Voris, an Incompetent Adult, and as Next Friend of Austin Van Voris and Alexander Van Voris, their minor children; and Kenneth G. Butler and Pegi S. Butler, both Individually and as Legal Guardians of Ashlee Van Voris a/k/a Skehand and Aaron Van Voris a/k/a/ Aaron Skehand, minor children v. United States of America | DP 03CA0248 | Michael Archuleta<br>The Michael Archuleta Law Firm |
| July 27, 2004 | Summers v. Delta | CV 03-134-M-LBE | Dane Durham<br>Attorney at Law |
| July 20, 2004 | Warner v. GM, AMR and P. Walton | DV-03-261 | John Amsden<br>Beck, Richardson & Amsden, PLLC |
| June 30, 2004 | Kimberly Lewis v. Johnson, et al. | CV 2003-03257 | Carolyn Merchant<br>Merchant Law Firm |
| June 29, 2004 | Montgomery vs. Wisdom | 00090382 | R. Daniel Fleck<br>The Spence Law Firm |
| June 9, 2004 | Derek Van Voris, Individually, and as Legal Guardian of his Wife, Kellee Van Voris, an Incompetent Adult, and as Next Friend of Austin Van Voris and Alexander Van Voris, their minor children; and Kenneth G. Butler and Pegi S. Butler, both Individually and as Legal Guardians of Ashlee Van Voris a/k/a Skehand and Aaron Van Voris a/k/a/ Aaron Skehand, minor children v. United States of America | DP 03CA0248 | Michael Archuleta<br>The Michael Archuleta Law Firm |
| June 2, 2004 | Ronald A. Anderson and Kaye Anderson v. Temples Oil Well Services, Inc., a corporation; El Paso Production Oil & Gas Company, a corporation | 030800279 | David Olsen<br>Dewsnup, King & Olsen |
| May 25, 2004 | Mark Grogan v. Greg Backus Construction | 020700519 | Eric Ward<br>Gridley, Ward and Shaw |
| April 22, 2004 | Ashley Hall v. Robert Durrans, M.D. | 010401760 | Norm Yonkers<br>Fabian & Clendenin |
| April 14, 2004 | Brakebill v. Sheets & Jackson County Memorial Hospital | CIV-02-1278 | Jason Ryan<br>Ryan and Whaley |
| April 8, 2004 | Alan Shane Lunelli vs. Basil Patrick Hayden | 020700297 | Melinda Morgan<br>Richards, Brandt, Miller & Nelson |
| March 25, 2004 | Rickie Torres vs. Mark Woods, JTM Materials, Inc., Gregg W. Ramirez, and Spur Transit, Inc. | 03-01-072 | Nicholas Wiseman<br>Loncar & Associates |

## DEPOSITIONS OF ERIN D. BIGLER, Ph.D. (As of March 6, 2009)

| Date of Deposition | Name of Case | Case # | Attorney Name & Law Firm |
|---|---|---|---|
| March 24, 2004 | Skye Lydia MacQueen vs. Geoffrey Mille et al. | 3:03-cv-132-J-25MCR | Harrison Duke<br>Law Offices of Harrison Duke |
| March 16, 2004 | Administrative Claims of Grace Hogans, et al vs. United States | SA-03-CA-439-FB | George Hanko<br>Michael Archuletta Law Firm |
| March 10, 2004 | McElhiney v. Circle "A" Construction, Inc., et al. | CV-01-7277 | Alan Morton<br>Morton Law Offices |
| March 9, 2004 | Richard Levis v. Allstate, et al. | 96-15500 CACE (12) | Dan Martinez<br>Callahan & Martinez, LLC |
| March 2, 2004 | Shauna Johnson aka Shauna McWilliams vs. David R. Cesko, M.D. | CV-03-0001 | Fred Harrison<br>Frederick J. Harrison, P.C. |
| February 25, 2004 | Raymond Wayne Rutledge vs. Bell Sports, Inc & Circle Cycle | LC061641 | Paul Alvarez<br>Kearney Alvarez Lawyers |
| February 17, 2004 | Garry Segouin and LaDonna Brazell, Individually and as next friends of Garet Segouin, A minor vs. Daughters of Charity Health Services of Austin d/b/a Children's Hospital of Austin, Specially for Children Children's Hospital Subspecialists of Central Texas, CTMF, Inc. d/b/a Austin Medical Education Programs, David L. Anglin, M.D., Renee Ann Jankowski, M.D., Keith A. Kerr, M.D., Mary K. Powderly, M.D., and Robert M. Vezzetti, M.D. | GNT2-04104 | Larry Wright<br>Mithoff & Jacks |
| February 12, 2004 | Scott J. Starley vs. Crete Carrier Corporation; John W. Castro; Cornhusker Motor Lines; Donald Griffey; Packerland Transportation; Jeffrey R. Stutzman; Arctic Air Express; Neil C. Hatfield; Estanislao Chavez, dba Chavez Transportation; Jaime Urena, and John Does 1-20 | 020907021 PI | Dick Burbidge<br>Burbidge & Mitchell |
| January 28, 2004 | David Keith, as conservator for Gretchen Keith, an incapacitated person v. Sidney Paskett and Barry Hortman d/b/a Ace Rents, Inc., and Corey Wooten, an individual | 030401524 | David A. Cutt<br>Eisenbrg & Gilchrist |
| January 27, 2004 | Robin Leigh Tillery and Margaret Ann Tillery vs. Rel Motel, Inc. D/B/A Robert E. Lee Motel, Inc., A Tennessee corporation | 2003-0266-IV | Don Russo<br>Law Office of Don Russo, P.A. |
| January 22, 2004 | Jenniffer Rodriguez vs. Central Building Preservation et al. | 99L1313 | Stephen Blandin<br>Romanucci & Blandin |
| January 20, 2004 | Teresa Coronado vs. Washington Mutual Bank, Watson Corp, et al | 245460STC | David Cohn<br>Chain, Younger & Stiles |

## TRIAL TESTIMONIES OF ERIN D. BIGLER, Ph.D. (As of March 6, 2009)

| Date Testified | Name of Case | Case # | Attorney Name & Law Firm | Court Location |
|---|---|---|---|---|
| February 18 & 19, 2009 | James Robert Hulstine et al v. Lennox Industries, Inc., an Iowa Corporation (Continuation) | DV-06-187 | Richard Meyer<br>Meyer & Williams | Missoula, Montana |
| January 28 & 29, 2009 | James Robert Hulstine et al v. Lennox Industries, Inc., an Iowa Corporation | DV-06-187 | Richard Meyer<br>Meyer & Williams | Missoula, Montana |
| August 26, 2008 | DeJonge v. The Home Depot | 050913124 | Fred R. Silvester<br>Silvester & Conroy | Salt Lake City, UT |
| June 30, 2008 | ROD CONNER v. SUZUKI MOTOR CORPORATION. ET AL. | 99904035 | Stephen M. Smith<br>Joseph Smith, LTD., Attorneys and Counsellors At Law | Salt Lake City, UT |
| March 17, 2008 | TYLER KEDDINGTON, a minor, through his guardians WILLIAM and JANICE ROBERTSHAW, WILLIAM and JANICE ROBERTSHAW, individually as surviving parents of REBECCA KEDDINGTON, MARK MELDRUM, as parent and guardian of TOD MELDRUM and TRAVIS MELDRUM, minors, DANNY C. PURSER, and JENNIFER KEYTE WRIGHT   v.  MICHELIN NORTH AMERICA, INC., a foreign corporation, MICHELIN AMERICAS RESEARCH & DEVELOPMENT CORPORATION, a foreign corporation and FAST TRACK TIRE & AUTO, INC., a Utah corporation | 030402995 | Dale F. Gardiner<br>Van Cott, Bagley, Cornwall & McCarthy | Provo, UT |
| February 25, 2008 | Lane vs. Honda, et al. | C3252 | George J. Hanko III<br>Sico, White & Braugh, L.L.P. | Kingsport, TN |
| September 13, 2007 | Charles M. Dyer v. Kings Inn, Inc., et al | CV 2005-051257 | Robert P. Schuster<br>Robert P. Schuster, P.C. | Phoenix, AZ |
| September 4, 2007 | Ryan Traughber v. Melanie D. Welker | 020905597 | Kelly MacFarlane<br>Christensen & Jensen | Salt Lake City, UT |

## TRIAL TESTIMONIES OF ERIN D. BIGLER, Ph.D. (As of March 6, 2009)

| Date Testified | Name of Case | Case # | Attorney Name & Law Firm | Court Location |
|---|---|---|---|---|
| June 28, 2007 | Taelor Wickham, a minor child, by and through her natural mother, and legal guardian Judy L. Kern, and Judy L. Kern, an individual v. Thad Kern, an individual and Judy A. Kern, an individual | CV 06-922 | Douglas W. Crandall<br>Crandall Law Office | Twin Falls, ID |
| June 21, 2007 | Roy G. Lester; and Nadine Lester vs. Ryan Robertson, individually; and Robertson Trucking | CV-06-1 | Mel C. Orchard, III<br>The Spence Law Firm, LLC | Evanston, WY |
| May 7, 2007 | Brock Higham et al vs. Eastern Idaho Regional Medical Center, et al. | CV-03-5554 | R. Bruce Owens<br>Owens James Vernon & Weeks PA | Idaho Falls, ID |
| March 1, 2007 | Matey v. Ford | CV-2005-4000 | Robyn M. Brody<br>Hepworth, Lezamiz & Janis, Chtd. | Hailey, ID |
| January 26, 2007 | Vacarro v. Johnson | 03-018 | Kenneth B. Goldblatt<br>Goldblatt & Associates P.C. | White Plains, NY |
| January 18, 2007 | Froehlich v. MBC, Incorporated | 040927623 | Gregory P. Hawkins<br>Hawkins & Sorensen L.C. | Salt Lake, UT |
| June 14, 2006 | Alan Shane Lunelli vs. Basil Patrick Hayden | 020700297 | Melinda Morgan<br>Richards, Brandt, Miller & Nelson | Price, UT |
| May 25, 2006 | Struve v. Payvandl, et al. | LACV50242 | Jeffrey R. Tronvold<br>Eells & Tronvold Law Office, PLC | Cedar Rapids, IA |
| December 8, 2005 | Alfred Martinez v. Wilson Plaza Associates, L.P. | 00-649-B | Roger S. Braugh, Jr.<br>Sico, White & Braugh L.L.P. | Corpus Christi, TX |
| December 7, 2005 | Steed v. Walmart | 2:03CV00814DB | Jeffrey Oritt<br>Cohne, Rappapart & Segal, P.C. | Salt Lake City, UT |
| August 22, 2005 | Barry Nielsen, et al. v. Holly Mosher Jensen & Claude Pickett | 030100030 | Peter C. Collins<br>Peter C. Collins, L.L.C. | Logan, UT |
| July 22, 2005 | Williams v. Espanola Mercantile Co., et al. | CIV 03-01476 DSJ/WDS | R. Daniel Fleck<br>The Spence Law Firm, LLC | Albuquerque, NM |
| July 19, 2005 | Searcy v. Hamburger | 02-Z-2260 (MJW) | Steven A. Shapiro<br>Fleishman & Shapiro, P.C. | Denver, CO |
| June 1, 2005 | Johnson v. Cesko | CV-03-0001 | Frederick J. Harrison<br>Frederick J. Harrison, P.C. | Casper, WY |

TRIAL TESTIMONIES OF ERIN D. BIGLER, Ph.D. (As of March 6, 2009)

| Date Testified | Name of Case | Case # | Attorney Name & Law Firm | Court Location |
|---|---|---|---|---|
| May 27, 2005 | Kolby vs. CSAA | N/A | Richard D. Spotswood<br>Jacobs, Spotswood, Casper & Murphy, LLP | San Francisco, CA |
| March 28, 2005 | Marriage of Salmond | SBFSS 61161 | Donald Haslam<br>Haslam & Perri | San Bernardino, CA |
| March 17, 2005 | Haider Al-Kindi vs. Edwards Bros. Trucking | CV-03-459-E-EJL | Breck Barton<br>Breck Barton & Associates | Pocatello, ID |
| February 23, 2006 | The People of California vs. James Essick | SCN166149 | John Cotsirilos<br>Law Offices of John Cotsirilos | Vista, CA |
| January 12, 2005 | Karen Hagen v. Schmidt Trucking & Patrick McCone | 2:03CV-0411 | Peter C. Collins<br>Law Offices of Peter C. Collins, L.L.C. | Salt Lake City, UT |
| November 17, 2004 | Grace Hogans et al v. United States | #03-C01-T016/T017/T018/T019/T020/T021 and T022 | Michael Archuleta<br>The Michael Archuleta law Firm | San Antonio, TX |
| August 16, September 9, September 29, 2005 | People of the state of California vs. Stuart Alexander | Alameda County Superior Court #139527 | Michael Ogul<br>Alameda County Public Defender | Oakland, CA |
| July 22, 2004 | Esmeralda Gonzalez et al v. Austin Radiological Association | GN1-04180 | Mark Guerrero<br>Mithoff & Jacks | Travis County, TX |
| February 20, 2004 | Robin Leigh Tillery and Margaret Ann Tillery vs. REL Motel Inc. | 2003-0266-iv | Don Russo<br>Law Office of Don Russo | Sieverville, TN |
| December 12, 2004 | Probate Case: Estate of Robert J. Owens | 013901596 | Delano S. Findlay<br>Findlay Law LLC | Salt Lake City, UT |