# Exhibit B



1435 Reed Street
Lakewood, CO 80214
(303) 238-3700 Voice/TDD
(303) 237-3705 Fax

**Helen M. Woodard, M.A.**
Rehabilitation Counselor

**Re Entry** Rehabilitation Services, Inc.

March 19, 2009

**RE:  SHANNON KAY CAVANAUGH**

Shannon was referred for a rehabilitation evaluation, needs
assessment and preparation of a life care plan.  She was seen at
home with her husband and in the ReEntry Sandy, Utah office for an
interview and testing, and her medical records were reviewed. Dr.
Cory Frogley, Dr. Erin Bigler, and Dr. George Zinkhan provided
information by telephone.  Dr. Dan George provided information in
written form.  Additional care providers were contacted for
information and additional contacts were made regarding services
and costs.  Labor market information was obtained as part of this
assessment.

**HISTORY**

Shannon is a twenty-six year old married woman who lives in Woods
Cross, Utah with her husband, Brad Cavanaugh, and their daughter,
Keirah, four years of age. Shannon was born in Layton, Utah in 1982
and graduated from Davis High School in 2000. She attended Davis
Applied Technology College (DATC) in 1999 while still in high
school and completed a certified nursing assistant (CNA) course. In
2000, Shannon also completed courses in medical anatomy and
physiology at DATC.

From 1999 to 2001, Shannon worked for Bountiful House as a CNA. She
left in 2001 and started working at Heritage Place, still working
as a CNA. Shannon remained at Heritage Place until 2002, and then
started working at ABI Consulting (a drug testing company). Shannon
was employed at ABI until 2003, when the company was sold. She then
started working at Discover Card in the retention department and
did inbound and outbound calling. Shannon remained at Discover
until 2005. In 2005, Shannon started working at Blue Line Services,
another drug testing company where she is presently employed.
Shannon works as a drug specimen collector. Shannon performs on-
site drug collections, pre-employment screening, random drug
testing, and reasonable suspicion drug screening. Shannon is an
independent contractor for Blue Line Services and her work hours

Case 1:08-cv-00032-TC-BCW  Document 51-6   Filed 03/30/09   Page 3 of 69

Page Two
**Shannon Kay Cavanaugh**
March 19, 2009

vary from week to week. Shannon was off work from December 2006
through April 2007 because of the injury she sustained on December
9, 2006. Shannon reports that since the taser incident, she has
worked fewer hours and less consistently.

On December 9, 2006, Shannon and her husband had a conflict at
their home. Shannon left the house and walked to a park nearby.
Brad stayed at home with their daughter.  Shannon does not have any
recollection of the incident, but understands that while she was
gone, Brad called the police, as he was afraid for her safety.
When Shannon returned home from the park,  she was tasered by a
policeman and fell backward and hit her head. She was treated at
the scene by paramedics and was transported by ambulance to
Lakeview Hospital for care. Shannon was treated at Lakeview and
then was transferred to the University of Utah on December 9, 2006
for inpatient care. Shannon underwent a surgical procedure on
December 14, 2006 and she was discharged home on December 16, 2006.
Shannon presently sees a chiropractor and a headache specialist for
follow-up care.

**MEDICAL RECORDS REVIEW**

On December 9, 2006, Dr. Matthew Feil stated that Shannon arrived
via ambulance at Lakeview Hospital after she had been tasered by
police at her home. Dr. Feil reported that Shannon had been having
suicidal thoughts and anxiety. She was intoxicated, agitated,
uncooperative, and hostile. Shannon had apparent trauma and slurred
speech and reported that she had a headache. Shannon was intubated
with an endotracheal tube, her c-spine was immobilized, an IV was
started and medication was administered. Testing was ordered. Dr.
Feil assessed Shannon with a traumatic epidural hematoma without
loss of consciousness, alcohol intoxication, a scalp laceration,
and a skull fracture. Shannon was transferred to the University of
Utah for further care.

On December 9, 2006, Dr. Janet Lee stated in a University of Utah
emergency department report that Shannon arrived via ambulance
after she was tasered by police outside her home and fell and hit
her head.  A CT scan showed a left epidural hematoma, a right
sylvian   fissure   subarachnoid   hemorrhage,   a   left   frontal
intraparenchymal hemorrhage, and a left temporal contusion. The CT
scan also showed a small focus of pneumocephali with a right-sided
skull base fracture. Dr. Lee stated that Shannon needed to remain
in a cervical collar and have ongoing neurological examinations.
Shannon was placed on IV medication.

Page Three
**Shannon Kay Cavanaugh**
March 19, 2009

Dr. Benjamin Curtis stated in a University of Utah Admission note on December 9, 2006 that Shannon had an epidural/subdural hematoma, a positive midline shift, and a laceration to the posterior scalp that was cleaned and closed with staples.

Dr. Daniel Fults stated in a neurosurgery note on December 9, 2006 that Shannon had declining levels of consciousness at the scene of the accident and was transported for emergency care. Shannon was examined in the surgical intensive care unit and Dr. Fults stated Shannon was intubated and mechanically ventilated and she had swelling and a contusion in her occipital region. Dr. Fults' impression was an intracerebral and epidural hematoma consequent to fall. Dr. Fults recommended Shannon be monitored in the surgical ICU for neurological changes.

On December 11, 2006, a psychiatric evaluation was done on Shannon at the University of Utah with illegible handwriting and an illegible signature.

Dr. Brian Miller stated on December 11, 2006 in an ear, nose, and throat consultation that Shannon reported right hearing loss with a crunching type of tinnitus. Dr. Miller assessed a right temporal bone fracture without a conductive hearing loss on exam and recommended a hearing test to evaluate subjective hearing loss.

On December 14, 2006, Dr. Fults performed a right temporal craniotomy for evacuation of an epidural hematoma. Shannon's post-operative diagnosis was a right temporal epidural hematoma. Dr. Fults noted that Shannon had been observed for the past few days and continued to have a headache. A repeat CT scan showed an increase in the right temporal epidural hematoma and midline shift and surgery was performed to resolve this issue.

Dr. Fults stated in a discharge summary on December 16, 2006 that Shannon's principal diagnosis was an epidural hematoma. Shannon had a craniotomy and was transferred to the neurosurgery floor. She received daily physical and occupational therapy. Dr. Fults discharged Shannon home with medication and instructions for follow-up care.

An emergency room record from University of Utah with an illegible signature stated that Shannon was seen on December 20, 2006 for a headache. She was diagnosed with acute cephalgia status post subdural hematoma. She was given IV medication for pain. Shannon was discharged home with care instructions and medication prescriptions.

Case 1:08-cv-00032-TC-BCW Document 51-6 Filed 03/30/09 Page 5 of 69

Page Four
**Shannon Kay Cavanaugh**
March 19, 2009

On December 27, 2006, Dr. Todd Ashby stated that he removed staples from Shannon's craniotomy procedure.

Dr. Fults stated on January 8, 2007 that Shannon was seen for a post-operative visit. Dr. Fults noted that Shannon had a ligamentous injury subsequent to the fall that affected her cervical spine demonstrated by T2 signals in the posterior cervical musculature and interspinous ligaments as seen on an MRI scan. Shannon reported that she was having headaches and dizziness, as well as intermittent pain in her lower back that radiated into her buttocks on the right side. Shannon also reported that she had moderate neck stiffness. Dr. Fults recommended outpatient physical therapy to increase her neck mobility and upper body strength, as well as focusing on her lower spine.

Dr. Cory Frogley, chiropractor, stated in an initial exam on January 9, 2007 that Shannon reported neck and back pain and moderate headaches that occurred frequently. Shannon reported that her neck pain restricted her movement and the pain radiated into the posterior right cervical area, the posterior right upper shoulder, the right deltoid area, and the right medial upper thoracic region. Her neck pain increased with coughing, looking down or up, stress, and repetitious movements. Shannon's back pain was intermittent and increased with fatigue. Dr. Frogley diagnosed Shannon with a neck sprain, neuralgia, neuritis, unspecified radiculitis, a thoracic sprain, lumbago, and lumbar facet syndrome.

On January 10, 2007, Dr. Frogley performed a detailed single system musculoskeletal examination and did an adjustment with some improvement and motion in Shannon's mis-alignment at L5. Shannon received chiropractic care from January 10, 2007 through December 13, 2007.

On February 1, 2007, Dr. Frank Warren III stated in a letter that he had evaluated Shannon for her right temporal bone fractures. Shannon reported that she had vertigo with distinct spinning and this occurred with or without movement. Shannon also reported she had some high pitched tinnitus in both ears but no distinct hearing loss. Dr. Warren felt that Shannon's vertigo was possibly explained by benign positional vertigo. Dr. Warren recommended that Shannon see him as needed.

Dr. Fults stated on February 12, 2007, that Shannon had headaches that were episodic and had characteristics of migraines. Dr. Fults' impressions of Shannon were headaches, probably related to migraine syndrome rather than consequent to her head injury, ligamentous

03/19/2009 13:25 IFAX slc.anj@jonessuddn.comp ☒006/021
MAR-19-2009(THU) 14:11     ReEntry Rehabilitation          (FAX)303 237 3705          P.006/021
Case 1:08-cv-00032-TC-BCW   Document 51-6   Filed 03/30/09   Page 6 of 69

Page Five
**Shannon Kay Cavanaugh**
March 19, 2009

injury of the cervical spine consequent to the fall, and low back pain consequent to the fall. Dr. Fults prescribed medication and stated he would see Shannon as needed.

On May 3, 2007, Dr. Kevin Call stated that Shannon was evaluated for her headaches. Shannon reported that she had developed headaches since her injury on December 9, 2006. Shannon's headaches began in the occiput or base of the skull and radiated through the retro-orbital area bilaterally, greater on the right than the left. Shannon stated she had aura, with visual changes (seeing black dots) in the upper right quadrant of her vision, for up to 30 minutes prior to headache onset. She became nauseated and vomited, and experienced photophobia, phonophobia, and diplopia with the headaches. She reported becoming irritable when she got a headache and she was intolerant to cold temperatures. Shannon also reported paroxysms of a swimming sensation in her head once to twice a month but not necessarily with motion. Dr. Call stated that Shannon had a history of headaches that began her junior year of high school and were occipital in nature and were likely tension headaches. Dr. Call stated that Shannon had a traumatic brain injury with an epidural bleed in December of 2006 and noted that Shannon's headache symptoms met the classifications for migraine headaches. Dr. Call prescribed medication to treat the headaches and establish appropriate sleep patterns. Dr. Call stated that Shannon's epidural bleed would be managed by Dr. Fults.

Dr. Call reported in a medical record on October 18, 2007 that Shannon was seen for follow-up regarding her headaches. Shannon reported that her new medication decreased her headache intensity but she continued to have frequent headaches. She had a headache one to two times a week which lasted most or all day. The headache pain was a pressure sensation with a left-sided throbbing component. Shannon reported occasional nausea, light and sound sensitivity, scotomata, temperature intolerance, difficulty sleeping, and muscle aches. Dr. Call assessed continuing headaches and discussed the possibility of increasing medication or trying other medications. He recommended follow-up care.

On October 7, 2008, a note from Community Chiropractic and Wellness Group with no signature stated that Shannon reported neck pain, headaches, and lower back pain. Her headaches and neck pain occurred at least twice a week. Shannon was diagnosed with cervical segment dysfunction, laxity of ligaments, thoracic segment dysfunction, lumbar segment dysfunction, sacral segment

03/19/2009 13:25 IFAX slcfax18joneswalde comp → Reentry Rehabilitation 007/021
MAR-19-2009(THU) 14:12 ReEntry Rehabilitation (FAX)303 257 3705 P. 007/021
Case 1:08-cv-00032-TC-BCW Document 51-6 Filed 03/30/09 Page 7 of 69

Page Six
**Shannon Kay Cavanaugh**
March 19, 2009

dysfunction, and hypolordosis. Shannon received chiropractic care from October 7, 2008 through February 11, 2009.

On November 11, 2008, Dr. James Snyder and Dr. Erin Bigler stated in a neuropsychological evaluation that Shannon reported daily headaches, reduced concentration and motivation, memory difficulty, irregular bowels, and intermittent depression since she sustained the moderate traumatic brain injury on December 9, 2006. Dr. Snyder and Dr. Bigler performed a records review and administered neuropsychological testing, and it was their impression that Shannon sustained a moderate traumatic brain injury with positive neuro-imaging findings indicative of structural brain damage.

On July 10, 2008, Dr. George Zinkhan stated that Shannon was seen for follow-up regarding her headaches. Shannon reported that the frequency of her headaches increased to three to five times a week. Shannon reported that she had been training for a marathon and after she finished running, she developed a migraine headache about an hour and a half later. Shannon stated that her migraines began at the back of her skull on the left side and radiated bilaterally to the retroorbital area. She had nausea, vomiting, photophobia, and phonophobia with her headaches, as well as an aura of upper quadrant black dots in her vision that occurred thirty minutes prior to her headache onset. Shannon stated that she woke frequently during the night and was concerned her migraine medication was making her irritable. Dr. Zinkhan assessed migraine headaches that were poorly controlled. He prescribed medication for Shannon, adjusted her current medication, and advised her about establishing good sleep habits.

**PROVIDER/EMPLOYMENT CONTACTS**

Dr. Cory Frogley stated in a telephone conversation on February 23, 2009 that Shannon was being seen for injuries she sustained in the taser incident. Dr. Frogley was treating Shannon for neck and back pain, and headaches. Shannon was seen originally three times a week for eight to twelve weeks, and then the frequency of sessions was reduced. Dr. Frogley stated that Shannon had not been seen recently and he would need to re-evaluate her to make recommendations for care.

On February 24, 2009, Dr. Bigler stated in a telephone conversation that Shannon underwent a full neuropsychological evaluation with testing in November of 2008. Shannon had difficulties with visual memory problems. Shannon sustained a significant traumatic brain injury in December of 2006.

Page Seven
**Shannon Kay Cavanaugh**
March 19, 2009

She has recovered well in many areas, but temporal lobe injuries tend to cause more emotional difficulties than cognitive difficulties and this is the area where Shannon is having the most difficulty. She reports headaches, reduced concentration, motivation, and memory, as well as depression. These difficulties are all likely related to her traumatic brain injury. Shannon's headaches are especially debilitating. Shannon's condition is likely permanent and as she ages emotional issues (including motivation and depression) will increase. Shannon needs psychiatric care with medication management and psychological counseling with a clinical psychologist or a neuropsychologist. Shannon will initially need these services to establish therapeutic goals and then she will likely need ongoing services to life to maintain her condition. Shannon will need to have 1 to 2 neuropsychological evaluations over the next 1 to 2 years to evaluate her recovery. She will then benefit from a neuropsychological evaluation done later in life as she is more likely to develop dementia and post-traumatic epilepsy because of the brain injury. Shannon will likely need a job that uses her established skills. If her job changes or she needs to move into a new vocation, she will need skills training and vocational rehabilitation services.

Ms. Kate Webb, Shannon's supervisor at Blue Line Services, stated in a phone call on March 5, 2009 that Shannon is a contracted employee. Shannon is responsible for having client paper work filled out, going to test sites and collecting urine samples from clients, and then shipping the samples for testing. Her job requires both sitting and standing. Shannon works on average 5 to 10 hours per week, but the hours increase when Blue Line Services is busy. She makes $300 to $500 per month (she is paid per test), but if she works more, she will make more money. Ms. Webb stated that since the taser incident in December of 2006, Shannon is often unable to go collect drug samples when called becasue of her severe headaches. Ms. Webb stated this happens on a monthly basis. Ms. Webb also reports that she has to remind Shannon about her work schedule and the hours she is scheduled to work because she often forgets.

On March 10, 2009, Dr. Dan George, chiropractor, stated in a letter that Shannon presented to his office on October 7, 2008 with neck pain and associated headaches, and lower back pain that began following a taser incident on December 9, 2006. Shannon reported that she had sustained a brain injury from the taser incident, but Dr. George stated he has not treated Shannon for this. Dr. George stated that Shannon has undergone a conservative course of

Page Eight
**Shannon Kay Cavanaugh**
March 19, 2009

chiropractic care for the treatment of the strain/sprain that is complicated by laxity of ligaments, hypolordosis of the cervical spine, cephalgia, and cervical segmental dysfunction. Shannon's current treatment plan is a chiropractic visit one time per month, and this should be continued for 12 months. Dr. George recommended that Shannon be seen as needed for increased episodes of pain caused by her normal activities, that will be brought on by the accelerated degenerative changes caused by the traumatic injury. Dr. George stated that any future care would be considered palliative in helping Shannon deal with the pain and discomfort that affect her standard of living. Due to the excessive motion in Shannon's neck caused by the taser incident, Shannon should avoid any activities that cause a strain in the cervical region of her spine. These activities may include and are not limited to wearing helmets, riding roller coasters, snowboarding, etc. Dr. George states that in his professional opinion, Shannon's injuries are permanent in nature.

On March 10, 2009, Dr. Zinkhan stated in a telephone conversation that he follows Shannon for her migraine headaches that started after a December 9, 2006 taser incident. Shannon needs to be seen every 6 months to year for follow-up care to life and her medications (Topamax and Imitrex) are life-long needs. Dr. Zinkhan stated that Shannon's migraine headaches are a chronic condition.

**CONTACTS**

On March 10, 2009, Ms. Suzanne Brown, Shannon's mother-in-law, stated in a telephone conversation that since the taser incident, Shannon has a shorter attention span and is restless. She often has headaches, and when visiting she often rests. If the headache is severe, Shannon goes home. Ms. Brown stated that Shannon has left various parties and social functions to go home due to her headaches and she always has her medications with her. Ms. Brown stated that Shannon asks for help often in taking care of her daughter due to her headaches and she has not been able to work as much since the taser incident.

On March 10, 2009, Ms. Jane Bodily, Shannon's sister, stated in a telephone conversation that Shannon's personality is different since the taser incident. She is more irritable and her irritability increases in social situations. Shannon's headaches are severe and she has one constantly. The family is often helping take care of Shannon's daughter when she has severe headaches.

Case 1:08-cv-00832-TC-BCW  Document 51-6  Filed 03/30/09  Page 10 of 69

Page Nine
**Shannon Kay Cavanaugh**
March 19, 2009

Shannon is more forgetful since the taser incident. She has difficulties remembering time and often does not arrive on time to events or work. She also has difficulties multi-tasking and when she is overwhelmed, she becomes frustrated. Ms. Bodily stated that before the taser incident, Shannon was able to function well. Since the incident, she has difficulties functioning in daily activities, taking care of her daughter, and completing her job.

Ms. Amy Weruli, Shannon's friend, stated in a telephone conversation on March 10, 2009 that since the taser incident, Shannon has constant and severe headaches. Shannon needs medications to control the headache so she is able to function on a daily basis.

**CURRENT STATUS**

Shannon states that before the accident, she did not have headaches, but since the accident, she has a headache every day and experiences a migraine at least twice a week. Shannon reports she has pain over her scar on her head when she brushes her hair. Shannon sees a chiropractor and a headache specialist, and a massage therapist for treatment of injuries related to the accident. Prior to the accident, Shannon reports that she slept well. Now, she has insomnia and her headaches wake her up one to two times a week. She sleeps on a special pillow that supports her head and states she needs to nap during the day but usually cannot do this because she is taking care of her daughter.

Shannon reports that before the accident, she was able to drive or ride in a car without difficulties. Since the accident, she has difficulties while driving or riding in a car. She cannot sit for very long at a time and she needs to walk around and stretch. Shannon states she now has problems focusing while driving and she often forgets where she parks her car in the parking lot. She now uses a cell-phone with a GPS system to aid her.

Prior to the accident, Shannon performed all of the basic cooking and cleaning tasks around her home, as well as performing organizing tasks. She also was able to do yard work. Since the accident, Shannon states that she has trouble starting tasks. The household tasks are overwhelming, and the up and down movements of cleaning (mopping, dusting, bending, scrubbing, etc.) cause increased headaches. Shannon still does some yard work, but she reports the tasks take longer to complete.

Page Ten
**Shannon Kay Cavanaugh**
March 19, 2009

Shannon exercised often before the accident. She participated in sports and enjoyed jogging outdoors or running on a treadmill. She went to the gym often and lifted weights regularly. Since the accident, Shannon reports that exercising triggers her migraines. When she runs, she gets headaches and so she does not go to the gym very often.

Before the accident, Shannon reports that she had good relationships with family members and friends. She went tent camping, snow skiing, boating, and water skiing. She enjoyed going on vacations and she and her family members and friends went to amusement parks. Shannon states that she went to friends' houses to visit and spend an evening out. Since the accident, she does not travel anywhere without bringing her medications. She has not gone camping, boating, or water/snow skiing since the accident. When she does go to an amusement park, she rides the kiddie rides.

Shannon and her husband had planned to have another child, but have put this off since her accident.

**VOCATIONAL TESTING**

The following are tests Shannon was given and the scores she attained. The achievement test results are reported as grade levels, and the aptitude testing is reported as percentile levels, where the norm group used for comparison is given. The score is then read as a ranking out of 100, where Shannon's percentile rank can be read, "scored higher than 'X' out of 100" in this norm group with "1" being the lowest rank and "99" being the highest rank.

**Achievement Testing**

Tests of Adult Basic Education
    Reading                                        11.1 grade level
    Mathematics Computation        7.5 grade level
    Spelling                                  10.8 grade level

Page Eleven
**Shannon Kay Cavanaugh**
March 19, 2009

**Aptitude Testing**

The Bennett Mechanical Comprehension Test measures the ability to
perceive and understand the relationship of physical forces and
mechanical elements in practical situations.

    Scores By Industry
    Manufacturing/Production
        Percentile Rank                20

Flanagan Industrial Test - Coordination is a test of an
individual's speed and accuracy in following a path with a pencil.

    Entering First Year Students at One University
        Percentile Rank                52

The PTI Oral Directions Test assesses an individual's ability to
follow instructions presented orally.

    Inspectors at a Southern Bearings Manufacturer
        Percentile Rank                85

The Revised Minnesota Paper Form Board Test measures the capacity
to visualize how two-dimensional objects would look if they were
fitted together.

    Vocational Rehabilitation Clients - Various Occupations
    A Western Center
        Percentile Rank                90

The SRA Nonverbal Form measures general abstract reasoning ability.
It requires the individual taking the test to decide which one
picture in a group of five pictures does not belong. No reading is
required.

    Industrial Norms
        Percentile Rank                31

The SRA Verbal Form measures the ability to accurately complete
questions and problems of varying kinds.

    Secretaries
        Percentile Rank                35

Page Twelve
**Shannon Kay Cavanaugh**
March 19, 2009

**Dexterity**

The Bennett Hand-Tool Dexterity Test assesses proficiency in using common hand tools, including a screwdriver, wrenches, and an adjustable wrench.

|  | |
|---|---|
| Employees and Applicants in a Manufacturing Company | |
| Percentile Rank | 65 |

The Crawford Small Parts Dexterity Test is a performance test designed to measure fine eye-hand coordination and consists of two parts. Tweezers are used to place pins/collars in the first section of the test, and a small screwdriver is used to place small headless screws in the second section.

FEMALE NORM GROUP
Assembly Job
    Percentile Ranks
        Pins/Collars            64
        Screws                 43

The Minnesota Rate of Manipulation is a test of manual dexterity. The test involves doing a variety of different movements using one hand or both hands to manipulate small round objects.

The Turning Test
    Percentile Rank             85
The One-Hand Turning and Placing Test
    Percentile Rank (Right)    77
    Percentile Rank (Left)     80
Two Hand Turning and Placing Test
    Percentile Rank             40
Placing Test
    Percentile Rank (Right)    93
    Percentile Rank (Left)     90
Displacing Test
    Percentile Rank (Right)    98
    Percentile Rank (Left)     98

Page Thirteen
**Shannon Kay Cavanaugh**
March 19, 2009

The Purdue Pegboard measures fine finger dexterity.   Small pegs,
brads and collars are placed in the pegboard.

       General Industrial
             Percentile Ranks
                   Right                          10
                   Left                           40
                   Both                           17
                   Total                          19
                   Assembly                       26

**CONCLUSIONS**

Shannon sustained a brain injury when she was tasered in front of
her home and fell, hitting her head.   She was hospitalized for
treatment of a subdural hematoma, which required surgery. Since her
release from the hospital, she has had severe headaches which occur
frequently, and for which she takes migraine medication. She also
has chronic neck and upper back pain which is treated by the
chiropractor.   These problems interfere with her ability to care
for her child, and to do her usual household tasks.   The headaches
are a particular problem in this area, and she calls on her family
to help with child care on a frequent basis, so that she can try to
manage her headache pain.   We have recommended in the attached life
care plan that Shannon address these issues by having some paid
assistance with child care, and by having regular help with the
heavier housework. In addition, because organization is problematic
for her, it will also likely be useful for her to have periodic
help with household organization.

Shannon is also having substantial difficulty in returning to her
usual  social  and  recreational  activities,  although  she  is
attempting to get back to the things she used to do. She does leave
family gatherings due to increased headache pain and other pain,
and she is not able to do the more physically demanding things she
did prior to the injury.

Shannon has returned to the work she was doing at the time of the
injury,  and  she  is  able  to  set  her  own  hours.  She  and  her
supervisor note that Shannon is working fewer hours now.   Shannon
has indicated that increasing her hours by much at this point is
not practical because she has such severe headaches which are not
controlled with her medications. She had expected to eventually be
able to work full time, but since the injury, this does not seem
realistic. Shannon would likely have difficulty in being at work
and remaining at work through the severe headaches, and this lack

Page Fourteen
**Shannon Kay Cavanaugh**
March 19, 2009

of reliability is likely to create significant problems for her in
a full time work environment. Her present work situation, where
she is able to set her own hours and does not work full time is
likely a better long term work situation for her.

Most employers do not provide sick leave to part time employees,
and employers who do provide sick leave to full time employees
allow about five to twelve days a year for this unscheduled leave.
For the most part, they require employees to work the hours they
are scheduled to work, be productive during that time, and not
leave work due to health problems. Shannon is likely to have
significant difficulty in doing this.

In addition to the problems posed by the headaches, Shannon also
has difficulties due to the neck and upper back problems she has
had since the taser incident. These problems are likely to restrict
her from doing work where she sits for extended periods of time to
do computer or paper work, or doing work where she does repetitive
reaching or lifting. These difficulties are likely to
significantly reduce the types of work she is able to do. The
other difficulties associated with the brain injury, which are
primarily visual memory difficulties, and emotional difficulties,
also pose additional issues in employment in the longer term.
These are characterized by Dr. Bigler as problems with depression
and motivation. These generally make initiating tasks and following
through with them to completion more effortful and problematic, and
so impact the kinds of work Shannon is likely to be able to do in
the future.

These problems also create significant difficulties for her in
managing her childcare responsibilities, and in keeping up with her
usual household tasks. We have provided in the life care plan for
services to help her in this regard. Costs are for services
provided through an agency, and so include the costs of recruiting,
hiring, screening, and doing payroll.

Shannon will benefit by having case management services to help her
deal with problems with medical and care provider billings, make
sure she follows through with recommended treatment, and helps her
to arrange for appropriate services. The life care plan provides
for the costs of these services.

The life care plan was prepared after contacts with Shannon and her
husband, various other individuals who know her, current providers,
and with Dr. Bigler, the neuropsychologist. Costs are for the Salt
Lake City and surrounding area and are in today's costs with no

Page Fifteen
**Shannon Kay Cavanaugh**
March 19, 2009

regard for inflation.  If additional information is received, or if
Shannon's circumstances change substantially, the report and life
care plan may be supplemented.  In addition, follow up contacts may
yield additional information which may require a supplemental
report.

She spends considerable time over the course of a month resting
during headaches and trying to sleep so that they will be gone when
she awakens.  This creates problems for her in child care.

If you have questions, please call.

Respectfully submitted,

Helen M. Woodard, M.A.          Stephanie Birely, B.S.
Rehabilitation Counselor        Rehabilitation Counselor

Original: Kathleen McDonald, Attorney

**PRELIMINARY LIFE CARE PLAN**
**SHANNON CAVANAUGH**
**March 19, 2009**

## MEDICAL CARE

Headache Specialist
  $250 to $300 per visit
  1 to 2 times a year, to life
      Annual Total: $250 to $600

Chiropractor
  $50 to $90 per visit
  1 visit per month, for 12 months
      Total: $600 to $1,080

  then 4 to 6 visits per year as needed
      Annual Total: $200 to $540

  Per Dr. George, after 12 months of chiropractic visits, Shannon will need to be
  seen on an as needed basis for episodes of pain. This will be a lifelong or
  indefinite need.

Psychiatry Initial Evaluation
  $175 to $205
      One Time Cost: $175 to $205

Psychiatry Sessions: $150 to $170
  Frequency and duration to be determined after initial evaluation.

03/19/2009 13:26 IFAX slofront@onespaldo.com → Reentry Rehabilitation ☒018/021
MAR-19-2009(THU) 14:14     Reentry Rehabilitation          (FAX)303 237 3705     P. 018/021

Case 1:08-cv-00032-TC-BCW   Document 51-6   Filed 03/30/09   Page 18 of 69

Page Two
Shannon Cavanaugh Life Care Plan
March 19, 2009

**MEDICATIONS AND SUPPLIES**

Prescription Medications
  Imitrex
  Topamax
     Annual Total: $6,210 to $7,088, to life

**COUNSELING**

Psychological Counseling Evaluation: $185 to $220
  One Time Cost: $185 to $220

Psychological Counseling Sessions
  $110 to $135 per hour
  24 to 36 hours per year for 1 to 2 years
     Annual Total: $2,640 to $4,860

then 12 sessions per year, on average, thereafter
     Annual Total: 1,320 to $1,620

**CASE MANAGEMENT SERVICES/ADVOCACY**

$75 to $100 per hour
5 to 10 hours per year, to life
     Annual Total: $375 to $1,000, to life

03/19/2009 13:26 IFAX slofax10@onespgldo.com → transfer 019/021
MAR-19-2009(THU) 14:14    ReEntry Rehabilitation         (FAX)303 237 3705    P. 019/021
Case 1:08-cv-00032-TC-BCW    Document 51-6    Filed 03/30/09    Page 19 of 69

Page Three
**Shannon Cavanaugh Life Care Plan**
March 19, 2009

**EVALUATIONS**

Neuropsychological Evaluation: $1,300 to $2,100
1 to 2 evaluations over the next 1 to 2 years
    One Time Total: $1,300 to $4,200

Per Dr. Bigler, as Shannon ages she will be more likely to develop dementia and post traumatic epilepsy. She will need to have a neuropsychological evaluation to establish a baseline, between age 55 and 65.
    One Time Cost: $1,300 to $2,100

**VOCATIONAL REHABILITATION**

Vocational Rehabilitation, including assessment and counseling
1 to 2 times over next 5 to 15 years
    $2,000 to $3,000 each episode

Child Care Services or Preschool (through age 5)
$10 to $12 per hour
12 to 16 hours per week
    Annual Total: $6,240 to $9,984, duration depending on number of children

Organizational Services
    Annual Total: $200 to $300 per year, to life

03/19/2009 13:26 IFAX slofax10@nesmaldo.com → ReEntry Rehabilitation @020/021
MAR-19-2009(THU) 14:15    ReEntry Rehabilitation    (FAX)303 237 3705    P. 020/021
Case 1:08-cv-00032-TC-BCW   Document 51-6   Filed 03/30/09   Page 20 of 69

Page Four
**Shannon Cavanaugh Life Care Plan**
March 19, 2009

**THERAPIES**

Massage Therapy Sessions
  $75 to $125
  1 time per week for next 12 months
    Annual Total: $3,900 to $6,500

Then reevaluation and additional sessions on an as-needed basis

**EQUIPMENT**

| Equipment | Cost | Replacement (to life Unless otherwise noted |
|---|---|---|
| Specialized Pillow | $50 to $85 | Every 1 to 2 years |
| Memory Foam or Other Comfortable Mattress | $1,100 to $2,800 | Every 10 years |
| Organizational/Memory Tools (Calendars, notepads, etc.) | $200 to $300 | Annually |
| GPS System | $200 to $450 | Every 3 to 5 years |

03/19/2009 13:26 IFAX slcfax1@jonesmaldo.com Transfer ☒021/021
MAR-19-2009(THU) 14:15   ReEntry Rehabilitation   (FAX)303 237 3705   P. 021/021
Case 1:08-cv-00332-TC-BCW   Document 51-6   Filed 03/30/09   Page 21 of 69

Page Five
**Shannon Cavanaugh Life Care Plan**
March 19, 2009

**REPLACEMENT SERVICES**

House Cleaning Services
$35 to $40 per hour, 2 to 3 hours per week, to life
   Annual Total: $3,640 to $6,240

Nanny/Child Care Services
$12 to $18 per hour
6 to 8 hours, 2 to 3 times per week through youngest child's age 6 (start of full-
time school)
   Annual Total: $7,488 to $22,464

**HELEN M. WOODARD, M.A.**
**1435 Reed Street**
**Lakewood, Colorado 80214**
**1-303-238-3700**

## EDUCATION

B.A., University of Colorado, Boulder, Colorado, 1968
Major: Philosophy

M.A., University of Northern Colorado, Greeley, Colorado, 1970
Major: Special Education with Major in Rehabilitation Counseling

## WORK HISTORY

1978 to Present    Rehabilitation Counselor/Member, Board of Directors
ReEntry Rehabilitation Services, Inc.
(previously ReEntry Vocational Services, Inc.)

1975 to 1987    Private Practice
Rehabilitation Counseling; Educational and Residential
Placement of Handicapped Children and Adults

1975 to 1980    President and Rehabilitation Counselor
Woodard Associates, Inc.

1970 to 1975    Rehabilitation Counselor
Colorado Division of Rehabilitation

## RESEARCH

"A Synthetic Estimate of the Number of Disabled People in Colorado in Need of Vocational Rehabilitation Services" (1979)

"Entry Level Wages of Rehabilitated People Entering Employment in Colorado, 1976 to 1979" (1979)

## PUBLICATIONS

Woodard, H. (2001) 'Basic Life Care Planning Issues', Trial Talk 50, 36-37.

## CERTIFICATIONS

American Board of Vocational Experts (May 1989)
Diplomate

Certification of Disability Management Specialists Commission
(Formerly Certified Insurance Rehabilitation Specialist) (March 1991)
Certified Disability Management Specialist

Commission for Case Manager Certification (November 1993)
Certified Case Manager

Commission on Certification of Work Adjustment and
Vocational Evaluation Specialists (April 1987)
Certified Vocational Evaluation Specialists

Commission on Disability Examiner Certification (April 1998)
Certified Life Care Planner

## PROFESSIONAL EXPERIENCE

Rehabilitation Counselor and Case Manager - Counseling and assessment of individuals with disabilities regarding vocational and career planning, and work-related problems; counseling people with disabilities regarding psychological adjustment to disability, life style change, personal and career issues; working with employers to modify jobs to accommodate people with disabilities; providing information and assistance to employers for implementation of the Americans with Disabilities Act; planning and implementation of rehabilitation programs; analyzing jobs and conducting labor market surveys; coordinating training and educational efforts, rehabilitation programming, therapies and medical interventions; placing people with disabilities into jobs and doing follow up for maintenance of employment.

Life Care Planner - Preparing life care plans for children and adults with severe or catastrophic injuries or illness and ongoing need for treatment and care; interviewing clients, parents and other care givers; assessing client needs; coordinating services for individuals with severe and catastrophic disabilities; planning for future needs; testing and evaluating people with disabilities to determine levels of cognitive functioning, gross and fine motor skills, emotional and behavioral functioning, and social skills levels; developing recommendations for future medical care needs by contacts and coordination with physicians, therapists, and care providers and past experience; determining probable costs for future medical care, physical, occupational, and speech therapies, attendant and nursing care needs; special educational services, adaptive equipment, home modifications, household services, and other ancillary services; implementing residential and treatment programs; coordinating funding; assisting clients with severe disabilities to apply for assistance under governmental programs, including Social Security Disability, Supplemental Security Income, Medicaid, Medicare, Aid to Families with Dependent Children, low income housing, etc; managing cases of individuals with disabilities; implementing recommendations of medical care providers by identifying appropriate individuals and programs.

Small Business Manager - Supervising rehabilitation counselors, life care planners and researchers, and secretarial staff; selecting and administering health, life and disability insurance programs; selecting and administering pension program; overseeing accounting; performing tasks associated with successful operation of small business enterprise, including main location and satellite offices.

**FEDERAL AND STATE DISTRICT COURT TESTIMONY**

**2005 DEPOSITIONS OF HELEN M. WOODARD**

1

| Date | Case | Case No. | Court |
|------|------|----------|-------|
| 01/06/05 | Joshua Hunt, a minor child, by and through child, by and through his legal guardian, Jared Hunt vs. Michael S. Lieber, Sr., dba Family Auto Center, Fred W. Harrison and Carman N. Harrison. Atty: Kevin Flesch | 030604477 | Second District Court, Davis County, State of Utah |
| 01/07/05 | Gino Junior Griffin, a minor, by and through his parents and next friends, Gina Griffin and Reginald Griffin, Gina Griffin and Reginald Griffin, Gina Griffin and Reginald Griffin, individually and as husband and wife, vs. Banner Health System, an Arizona corporation, dba Desert Samaritan Medical Center; Cigna Healthcare of Arizona, Inc., an Arizona corporation; Joseph D. Mott, M.D., P.C., an Arizona corporation; Joseph D. Mott, M.D., individually; et al. Atty: James Leonard | CV2002-23726 | Superior Court, Maricopa County, State of Arizona |
| 01/20/05 | Sean Kaito Fears, by and through his parents and next friends, Charles Fears and Yuko Fears vs. John Pritko. Atty: Glenn Pressman | 04CV1106 | District Court, El Paso County, State of Colorado |
| 02/17/05 | Mariana Filo and Filani Filo, as the natural parents and guardians of Franky Filo, a minor, vs. State of Utah and University of Utah Health Sciences Center Atty: Norm Younker | 0309026959 | Third Judicial District Court, Salt Lake County, State of Utah |
| 02/18/05 | Clint Butterfield and Heidi Butterfield Individually, and on Behalf of their minor daughter, vs. L. Jeffrey Chappell, M.D., Sevier Valley Hospital, IHC Health Services, Inc., and John Does, I-X. Atty: Allen Young | 020600390 | Sixth Judicial District Court, Sevier County, State of Utah |

2

| Date | Case | Court |
|---|---|---|
| 02/22/05 | Rick Troup vs. Joni Wolever<br>Atty: Brad Hall | District Court, Larimer County,<br>State of Colorado |
| 02/25/05 | Jalyn McCoy, a minor, by his Next Friend,<br>Regina McCoy vs. The Detroit Medical Center,<br>a Michigan Corporation, Harper Hospital, a<br>Michigan Corporation, and Dolly Kerin, M.D.,<br>jointly and severally,<br>Atty: Christopher Keane | Circuit Court, Wayne County, State of<br>Michigan |
| 02/28/05 | Alison Steubing and Matthew Steubing,<br>individually and on behalf of Julius<br>Steubing, a minor child vs. Salt Lake<br>Regional Medical Center, Cynthia Jones, M.D.,<br>and University of Utah Health Sciences Center<br>aka University of Utah Medical Center<br>aka University Hospital<br>Atty: Colin King | Third Judicial District Court,<br>Salt Lake County, State of Utah |
| 03/08/05 | Stephanie Trout vs. Neil Kreyche and<br>Tatyana P. Budnikova as next friend and<br>parent of Tanaya Budnikova, a minor.<br>Atty: Tim Buxton | District Court, Arapahoe County,<br>State of Colorado |
| 03/14/05 | Nancy L Miller vs. Coralie A. Whaley<br>Atty: Lorraine Parker | District Court, Denver County,<br>State of Colorado |
| 03/22/05 | Aaron Paul Aldaco, a minor by and through<br>his next friends, Paula Aldaco and<br>Juan Aldaco, his natural parents, and Paula<br>and Juan Aldaco, individually, vs. George<br>Mathews, D.O., and St. Catherine Hospital, Inc.<br>Atty: Brad Prochaska | Eighteenth Judicial District Court,<br>Sedgwick County, State of Kansas |
| 03/28/05 | Bryan Edgar White, and Delma White vs.<br>Rodney W. Merrell, M.D., Chad Merrell, M.D.,<br>Michael H. Williams, M.D.<br>Atty: Norm Younker | In the District Court of the First<br>Judicial District in and for Box Elder<br>County, State of Utah |

3

| Date | Case | Court |
|---|---|---|
| 03/29/05 | Jenifer Vasquez, individually and as Paren and Next Friend of Joshua Gehrke, a minor vs. Dennis M. Weisbrod, M.D.; Colorado OB-GYN Associates, P.C.; Pamela J. Prac, C.N.M; HCA-Healthcare, L.L.C f/k/a Presbyterian St. Luke's Medical Center, d/b/a Denver Nurse Midwives; Pamela L. Kimbrough, M.D.; David C. Forschner, M.D.; and Rocky Mountain Women's Care, P.C. Atty: Jim Leventhal |  | District Court, City and County of Denver, State of Colorado |
| 03/31/05 | John M. Longo vs. Regis Jesuit High School Corporation DBA Regis Jesuit High School Atty: Laurie Paddock | 2002CV4835 | District Court, City and County of |
| 04/15/05 | Mark H. Wilkinson, an individual; and Sheila Rae Wilkinson, an individual vs. CNH America, LLC, a foreign limited liability and John Does 1-3 Atty: John Hansen | 02-F-1957 | United States District Court, District of Colorado, State of Colorado |
| 05/09/05 | Kerayon Owens, a minor, by his next friend and mother, Kanithia Owens, and Kanithia Owens, individually, vs. Harper-Hutzel Hospital dba University Health Center dba DMC Hospital Partnership; Theodore Benj Jones, M.D.; Amanda Fern Johnson, M.D.; Diane Vista-Deck, M.D., individually, jointly, and severally. Atty: Jesse Reiter | 1:04CV0032bsj | United States District Court, District of Utah, Central Division, State of Utah |
| 05/16/05 | Donna and Jay Clark, husband and wife, vs. Portneuf Medical Center, Inc., FKA Bannock Regional Medical Center, and Marsha Lowry, RN Atty: Lynn Harris | 03-340789-HN | Circuit Court, Wayne County, State of Michigan |
| 05/31/05 | First National Bank & Trust Company of Mountain Home, guardian of the estate of Alexandria Knox, a minor, vs. Ford Motor Company and Debbie Hembrey, Personal Representative of the Estate of Mildred Allene Carter, Deceased. Atty: Sue Lister | CV-2003-5401-PI | District Court of the Sixth Judicial District, Bannock County, State of Idaho |
|  |  | CV2003-308-1 | Circuit Court, Boone County, State of Arkansas |

4

| Date | Case | Court |
|------|------|-------|
| 06/03/05 | Martyn and Traci Mallory, individually, and on behalf of Sara Mallory, a minor, vs Douglas E. Smith, M.D.. Atty: Steven Andersen | District Court of the Fourth Judicial District, ADA County, State of Idaho |
| 06/07/05 | Daniel Zaroff and Sally Zaroff vs. Genesys Regional Medical Center, Genesys Health Systems, Genesys Neurosurgical Associates and Clifford Douglas, M.D., Jointly and Severally. Atty: Michael Behm | Circuit Court, Genessee County, State of Michigan |
| 06/20/05 | Michael M. Warren and Kathy M. Warren vs Phillip Horsman and All Mountain Sports, LLC a Colorado Limited Liability Company. Atty: Tony Durrett | District Court, Eagle County, State of Colorado |
| 07/06/05 | Shawn L. Lords and Paula A. Lords, individually and as parents and guardians of Cody Tyler Lords and Stetson Brody Lords, minors vs. Werner Enterprises, Inc., and Richard M. Overman. Atty: David Olsen | Third Judicial District Court, Sale Lake County, State of Utah |
| 07/13/05 | David W. Wirtz and Cathy A. Wirtz vs. Colin P. Curtis and American National Property and Casualty Company, Defendants and Tricare f/k/a Civilian Health and Medical Program of the Uniformed Services a/k/a Champus, Nominal Defendants. Atty: Jim Weis | Circuit Court, Vilas County, State Of Wisconsin |
| 07/18/05 | Karl Sweat and Hope Sweat vs. Ford Motor Company, Butterfield Ford, Inc., and Jamie Bowers, and John and Jane Does 1 15 Atty: Robert Sykes | Third Judicial District Court, Salt Lake County, State of Utah |
| 08/02/05 | Virginia "Gina" Diamond-McGrail and David McGrail, individually, and as next friends of Joseph McGrail, a minor vs. Scot Graham, HCA-Healthone, LLC., d/b/a Swedish Medical Center, and South Denver Obstetrics and Gynecology, P.C.. Atty: Jeff Bogue | District Court, Denver County, State of Colorado |

Case numbers: CV0C00035750; 04-078651-NH; 03CV591; 040906507; 04CVI08, 30107; 040909462; 04-CV-4323

5

08/03/05   Karl Sweat and Hope Sweat vs. Ford Motor   040909462   Third Judicial District Court,
Company, Butterfield Ford, Inc., and Jamie Bowers, and   Salt Lake County, State of Utah
John and Jane Does 1 15
Atty: Robert Sykes

08/09/05   Karl Sweat and Hope Sweat vs. Ford Motor   040909462   Third Judicial District Court,
Company, Butterfield Ford, Inc. and Jamie Bowers, and   Salt Lake County, State of Utah
John and Jane Does 1 15
Atty: Robert Sykes

08/09/05   Kathryn Chandler-McPhail vs.   04-CV-2679   District Court, El Paso County,
James Duffey, M.D., Theodore Stringer, M.D.,   State of Colorado
and Colorado Springs Orthopaedic Group, P.C.
Atty: Joe Bennett

08/15/05   Donald E. Kilgore and Carole A. Kilgore   D-0101-CV-2003-00941   Sante Fe County, State of New
vs. Subaru of America, Inc., a foreign corporation;   Mexico
Subaru-Isuzu Automotive, Inc., an Indiana Corporation; Subaru of Indiana Automotive,
an Indiana corporation; Fuji Heavy Industries, LTD., a foreign corporation; Fuji Heavy
Industries U.S.A. Inc., a foreign corporation; Lee Galles Subaru, a New Mexico corporation;
Takata Corporation; a foreign corporation believed to be headquartered in Japan; Takata Inc., a
Delaware corporation; TK Holdings, a foreign corporation; TK Holdings Inc., a Delaware corporation;
Takata Restraint Systems, Inc., a Delaware corporation; Takata North America, Inc., a foreign
corporation, Takata Seatbelts, Inc., a foreign corporation; Takata Seatbelts Inc., a Delaware corporation;
Automotive Systems Laboratory Inc., a foreign corporation; Irvin Automotive Products, Inc., a foreign
corporation; Irvin Industries, Inc., a foreign corporation; Irvin Automotive Industries, Inc., a foreign
corporation; Halle & Stieglitz, Inc., a foreign corporation; Halle Industrial Group, Inc., a foreign
corporation; Halle Industries, Inc., a foreign corporation; Irvin Industries, Inc., N.Y., a foreign
corporation; Irvin Industries, Inc. Michigan, a foreign corporation; and Takai Rika Co., LTD., a foreign
corporation.
Atty: Sue Lister

08/22/05   Daniel Kuffer, a minor, by his   04-4306NH   Circuit Court, Macomb County,
next friend, Donna Kuffer v.   State of Michigan
Mount Clemens General Hospital, Inc.,
individually and doing business as Mount
Clemens General Hospital; Mount Clemens General Hospital, Inc.,
individually and doing business as Mt. Clemens Women's Health
Associates, an assumed name; Jill K. Hurt, D.O., Lawrence M. White, D.O., and
Enid M. Roberts, M.D., jointly and severally.
Atty: Christopher Keane

08/30/05

Vince Sukauskas v. Benjamin Zapata
DBA BZ Cleaning; Albertsons, Inc.;
and Building One Service Solutions, Inc.

Atty: Brad Harr

03-0500340

Fifth Judicial District Court,
Washington County, State of Utah

08/31/05

Scott J. Starley v. Crete Carrier
Corporation; John W. Castro; Cornhusker
Motor Lines; Donald Griffey; Packerland
Transportation; Jeffrey R. Stutzman; Arctic Air
Express; Neal C. Hatfield; Estanislao Chavez, d/b/a
Chavez Transportation; Jaime Urena, and John Does 1-20
Jaime Urena, cross claimant v. Packerland Transportation;
Jeffrey Stutzman; Scott Starley; Cornhusker Motor Lines; Donald
Griffey; Arctic Air Express; Neal C. Hatfield; Crete Carrier
Corporation; John W. Castro; and John Does 1-20, inclusive.

Atty: J. Ryan Mitchell

020907021P1

Third Judicial District Court,
Salt Lake County, State of Utah

09/12/05

Steven Kropf and Diane Kropf, as the
natural parents and guardians of
Amanda Kropf, a minor, v. Derrell W. Clarke, M.D.,
Glenn O. Mortensen, M.D., Michael H. Williams, M.D.,
and IHC Health Services Inc., d/b/a Logan Regional
Hospital.

Atty: Norm Younker

030102276

First Judicial District Court,
Cache County, State of Utah

09/13/05

Paul VanWinkle, by and through
his guardian Dan VanWinkle, and
conservator, Lana Cherie Van Winkle
v. Daimler Chrysler Corp.; Manheim Services Corp.
d/b/a The Denver Auto Auction, Tandem Staffing
Solutions, Ulase C. Hall, Bryan P. Mager
and John Does 1 through 100, inclusive,
whose true names are unknown.

Atty: Jim Leventhal

2004CV1013

District Court, Adams County, State of
Colorado

09/19/05

Talisha Lyles, as next friend of
Deontae Lyles, a minor, v.
Hutzel Hospital.

Atty: Brian McKeen

03-329219NH

Circuit Court, Wayne County, State of
Michigan

6

7

| | | |
|---|---|---|
| 09/20/05 | Janalyn D. Olsen and Jeffrey L. Olsen, v. American Fork City. Atty: Lynn Harris | Fourth Judicial District, Utah County, State of Utah. |
| 09/21/05 | Perry and Joy Ford, individually and as parents and next friend of Catherine Ford, a minor, v. Danny J. Eicher, M.D., Lara Lane, M.D., Consultants in Obstetrics and Gynecology, P.C., Nancy Finnegan, R.N., and HCA Healthone, LLC d/b/a Rose Medical Center Atty: James Puga | District Court, City and County of Denver, State of Colorado |
| 09/26/05 | Lawrence Cheng Chon Shao vs. Denver Taxi, LLC, d/b/a Denver Yellow Cab, Paul Lo, and Brandon Jones. Atty: Jim Leventhal | District Court, City and County of Denver, State of Colorado |
| 09/27/05 | Brenda Snowden vs. Exemple, Inc., d/b/a Exemple Lutheran Medical Center Atty: Natalie Brown | United States District Court, District of Colorado, State of Colorado |
| 09/30/05 | Brenda L. Felthager and Jack D. Felthager, Jr. 03CV935 Denise E. Cruise, M.D., Catholic Health Initiatives d/b/a St. Mary Corwin Medical Center and Neurosurgical Associates of Southern Colorado P.C. Atty: James Puga | District Court, Pueblo County, State of Colorado |
| 10/04/05 | Teresa E. Nave vs. Hires Enterprises, Inc. d/b/a Hires Big-H Atty: Jeff Eisenberg | Third Judicial District Court, Salt Lake County, State of Utah |
| 10/12/05 | JoAnne Christy and Rick Christy vs. Dixie Regional Hospital, and Intermountain Healthcare, Inc., and Gregory D. Price, M.D. Atty: Bob Sykes | Fifth Judicial District Court, Washington County, State of Utah |

Case numbers (right margin of entries): 030404853, 2003CV6635, 04CV01965, 02CV3330, 020912855, 020502148

8

| | | |
|---|---|---|
| 11/21/05 | Douglas Kahn vs Martin Boublik, M.D., Brian Kothe, P.A.C., Denver Sports Performance Enhancement Center Professional, LLC, d/b/a Steadman Hawkins Denver Clinic and d/b/a Steadman Hawkins Clinic-Denver, Cynthia M. Kelly, M.D., Colorado Orthopedic Specialists Professional, LLC, d/b/a Colorado Limb Consultants and d/b/a Steadman Hawkins Denver Professional, LLC, Jana M. Crain, M.D., Charles Ho, M.D., Diagnostic Health Corporation, d/b/a Healthsouth Open MRI of Denver, and California Advanced Imaging Medical Associates, Inc., d/b/a National Orthopedic Imaging Associates<br><br>Atty: Jim Leventhal | 04CV981 | District Court, County of Denver, State of Colorado |

| | | |
|---|---|---|
| 12/06/05 | Shonda Gordon and Donald Gordon, individually and as Parents of Kristopher Gordon, a minor, vs. Leo M. Stevenson, M.D. and Ogden Regional Center, f/k/a St. Benedict's Hospital; Hollister Incorporated; Ameda/ Egnell Corp; and Does I through V<br><br>Atty: Eric Nielson | 040903837 | Second Judicial District Court, Weber County, Ogden Division, State of Utah |

**2005 TRIAL TESTIMONIES OF HELEN M. WOODARD**

| | | |
|---|---|---|
| 01/05/05 | Reynaldo Pena-Garcia vs. JC Bamford, Ltd., an English corporation; JCB Materials Handling, Ltd., an English corporation; JCB Sales, Ltd., an English corporation; JCB Service, an English corporation; JCB US Holding Co., a Delaware corporation; JCB Inc., a Maryland Corporation; Ritchie Bros. Auctioneers (America) Inc., a Washington corporation; RYCO Equipment Leasing, LLLP, a Colorado limited partnership; Boddy Construction Company, Inc., a Michigan corporation, and James Kirkland<br><br>and<br><br>Third-Party Plaintiff:<br>Ritchie Bros, Auctioneers (America), Inc., a Washington corporation vs. Third Party Defendants: Boddy Construction Company, Inc., a Michigan corporation, and James Kirkland<br><br>Atty: Shelley Don | 03CV930 | District Court, City and County of Denver, State of Colorado |

01/12/05
Tracy Ogrodnik and Scott Ogrodnik v.
Richard P. Porreco, M.D., Lisa J. Farkough, M.D.,
Rocky Mountain Perinatal Associates,
Rebekah Jean Ann Gass, M.D., Infectious Disease
Consultants, P.C., Columbia-Healthone, LLC, d/b/a/
Columbia/Presbyterian St. Luke Medical Center,
Apria Health Care, PC, and Eleanor Diss Sabin, M.D.
Atty: James Puga

99CV7212

District Court, City and County of
Denver, Colorado

01/27/05
01/28/05
Marius Hardy vs. Bayer Corporation, an
Indiana corporation; Satnam Singh, dba
Super Groceries, a Utah sole proprietorship;
and John Does 1 through 10.
Atty: Colin King

010902836

Second Judicial District Court,
Weber County, State of Utah

01/31/05
Corinza M. Sullins, as guardian
and conservator for Anita R. Sullins
vs. Ford Motor Company, a Delaware
corporation; Alliedsignal, Inc., a Delaware
corporation; Honeywell International Inc., a
Delaware corporation, and Breed Technologies, Inc.,
a Delaware corporation.
Atty: Sue Lister

MID-L-9824-02

Superior Court, Middlesex County,
State of New Jersey

02/15/05
Jerome J. Smith vs. The Burlington Northern
And Santa Fe Railway Company, a Delaware corporation.
Atty: Don D'Antuono/William Kvas

04-CV02289

District Court, Denver County, State
of Colorado

02/16/05
Scott G. Howard vs. Ed Bozarth Chevrolet
Company, Inc.
Atty: Julie Berguist-Heath/Sander Karp

02CV1960

District Court, Arapahoe County, State
of Colorado

02/23/05
Howard Rudnick and Jennifer Swezey, As
Next Friends for Edith Rudnick, a Minor
vs. The Children's Hospital, Margaret
Ferguson, M.D., Lila H. Monahan, M.D.,
Elizabeth Widner, R.N., M.M. Zitaglio, R.N.,
David R. Clarke, M.D., Mary M. Wolmering, M.D.,
Sheel K. Vatsia, M.D., Jeff Wagner, M.D. Mark Boucek, M.D.
Atty: Jim Leventhal

02CV6264

District Court, City and County of
Denver, State of Colorado

9

10

| Date | Case | Case No. | Court |
|---|---|---|---|
| 04/12/05 | Stephanie Trout vs. Neil Kreyche and Tatyana P. Budnikova as next friend and parent of Tanaya Budnikova, a minor. Atty: Tim Buxton | 03CV2274 | District Court, Arapahoe County, State of Colorado |
| 04/13/05 | Anthony E. Harris vs. G. Stedman Huard II, M.D.; IHC Health Services, Inc. DBA Dixie Regional Medical Center; IHC Hospitals, Inc. DBA Dixie Regional Medical Center; and Intermountain Health Care, Inc. DBA Dixie Regional Medical Center. Atty: John Ray | 010501894 | Fifth Judicial District Court, Washington County, State of Utah |
| 04/19/05 | Bill L. Dorman vs. Powell Demolition, Inc. Atty: William Hansen | 020913593 | 3rd Judicial District Court, Salt Lake County, State of Utah |
| 04/19/05 | Allen Thurston, vs Jamison Door Company and Smith's Food & Drug Centers, Inc. a Delaware Corporation Atty: Michael Richman | 020904317 | In The Third Judicial District Court In and For Salt Lake County, State of Utah |
| 04/20/05 | Angelia Hall vs Viking Insurance Company of Wisconsin Atty: Cameron Tyler | 04CV907 | District Court, Division 3, Boulder County, State of Colorado |
| 04/25/05 | Robin E. Bianchi, as guardian of Stephen Michael Monske II vs. Banner Health (fka Banner Health System, fka Discovery Health system, fka Lutheran Health Systems), an Arizona corporation, dba Banner Desert Medical Center (fka Desert Samaritan Medical Center); The Samaritan Charitable Trust (fka Samaritan Health System) dba Desert Samaritan Medical Center; Salvatore Abate, M.D. and Jane Doe Abate, husband and wife. Atty: James Vieh, Attorney | CV2003-008027 | Superior Court, Maricopa County, State of Arizona |
| 04/26/05 | Daniel S. Ruscetti vs. David M. Baron, M.D., David M. Baron, M.D., P.C. Atty: Jim Leventhal/Tim Buxton | 2002CV991 | District Court, Pueblo County, State of Colorado |

11

05/23/05  Betty Zeller vs. Brian E. Nichols, M.D.  03CV2539  District Court, Boulder County, State of Colorado
Atty: John Holland

08/18/05  David W. Wirtz and Cathy A. Wirtz vs. Colin J. Curtis and American National Property and Casualty Company, Defendants and Tricare f/k/a Civilian Health and Medical Program of the Uniformed Services a/k/a Champus, Nominal Defendants.  04CV108, 30107  Circuit Court, Vilas County, State of Wisconsin
Atty: James Weis

09/23/05  Virginia "Gina" Diamond-McGrail and David McGrail, individually, and as next friends of Joseph McGrail, a minor vs. Scot Graham, HCA-Healthone, LLC., d/b/a Swedish Medical Center, and South Denver Obstetrics and Gynecology, P.C.  04-CV-4323  District Court, Denver County, State of Colorado
Atty: Jeff Bogue

10/11/05  Biana Faust, individually and as a guardian of Gary C. Faust, a minor, and Biana Celestine Mele, vs. Michael R. Caryl, as Personal Administrator of the Estate of Hawkeye Kincaid, deceased, Bellingham, Washington Lodge, #493, Loyal Order of Moose, Inc., John Does (1-10) (fictitious names of unknown individuals and/or entities) and ABC Corporation (1-10) (fictitious names of unknown individuals and/or entities).  001-1915R  United States District Court for the Western District of Washington, State of Washington
Atty: James DeZao

11/18/05  Daniel Zaroff and Sally Zaroff vs. Genesys Regional Medical Center, Genesys Health Systems, Genesys Neurosurgical Associates and Clifford Douglas, M.D., Jointly and Severally.  04-078651-NH  Circuit Court, Genessee County, State of Michigan
Atty: Michael Behm

12

| | | |
|---|---|---|
| 12/12/05 | Lanette McDonald vs. John C. Misko, M.D., Portland Neurological Associates, P.C., Atty: Jim Leventhal | 0303-02789 | Circuit Court, Multnomah County, State of Oregon |
| 12/14/05 | Kathleen Fleming and Paul Fleming vs Northern Utah Healthcare Corporation, d/b/a St. Mark's Hospital Atty: Edward McBride/Clark Newhall | 020905019 | Third Judicial District Court, Salt Lake County, State of Utah |

**2006 DEPOSITIONS OF HELEN M. WOODARD**

| | | |
|---|---|---|
| 01/10/06 | Kristen Croasmun and Jon Croasmun vs. David T Roberts, M.D. and David T. Roberts, M.D., P.C. Atty: Lynn Harris | 050100176 | Fourth Judicial District, Utah County, State of Utah |
| 01/17/06 | Autumn Hyslop, a minor, by her next friend and mother, Wendy Hyslop and Timothy Hyslop, individually vs. Cyrol Engmann, M.D., Maia McCuiston, M.D., Megan Clipp, M.D., Jennifer Grow, M.D. and Janice Rourtk, M.D., individually and jointly and severely | 04-415-NH | Circuit Court, Washtenaw County, State of Michigan |
| | Joined With: Autumn Hyslop, a minor, by her next friend and mother, Wendy Hyslop and Timothy Hyslop, individually vs. The Board of Regents of the University of Michigan, d/b/a The University of Michigan Medical Center Atty: Jesse Reiter | 04-45-MN | Court of Appeals, State of Michigan |
| 02/03/06 | Zachariah Evans, a minor, by his next friend Robin Evans vs. McLaren Regional Medical Center, a Michigan corporation, Epifania Aranas, M.D., and Brian Nolan, M.D., jointly and severely Atty: Scott Weidenfeller | 04-79916-NH | Circuit Court, Genessee County, State of Michigan |

13

| 02/07/06 | Gina M. Arnold and Charlie Arnold, vs. Gary B. White, M.D.; Uintah Basin Medical Center; and David Grigsby, M.D.<br>Atty: Roger Christensen | 02-0800066 | Eighth Judicial District Court, Duchesne County, State of Utah |

02/14/06   Zachariah Evans, a minor, by his next friend Robin Evans vs. McLaren Regional Medical Center, a Michigan corporation, Epifania Arcanas, M.D., and Brian Nolan, M.D., jointly and severely
Atty: Scott Weidenfeller
04-79916-NH   Circuit Court, Genessee County, State of Michigan

02/10/06   Brooke Hammarstrom vs. Donald Joseph May, M.D., Alexander Philpott, M.D., Western Urologic Associates, P.C., James Randolph Hill, M.D., Marnie Lee Ceazan, M.D., Northern Medical Associates, P.C. and Rocky Mountain Lithotripter Limited Partnership
Atty: Penny Chlor
3CV2908   District Court, Adams County, State of Colorado

02/15/06   Angel Bennett, as next friend of Kayla Kukawski, a minor, vs. Spectrum Health, a Michigan corporation and Harold Conrad, Jr., M.D., jointly and severally
Atty: Norm Pylman
03-11396-NH   Circuit Court, Kent County, State of Michigan

02/20/06   Paula Litarowich vs. John R. Schwappach, M.D., and Colorado Orthopedic Consultants, P.C.
Atty: Jim Leventhal
03CV3234   Division 401, District Court, Arapahoe County, State of Colorado

02/21/06   Dennis J. Cohn vs. Kirk M. Wanless, M.D.
Atty: Mike Preston
04-C-1390   District Court, Shawnee County, State of Kansas

02/24/06   Shauna Yaussi vs. Inrawest/Winter Park Restaurant Corporation, a Delaware corporation
Atty: Bill Marlin
05CVI4   District Court, Grand County, State of Colorado

14

| Date | Case | Number | Court |
|---|---|---|---|
| 02/27/06 | Vickie Otterstrom and Wylie Otterstrom vs. IHC Health Services, Inc., dba IHC Health Center North Ogden; Steven W. Wynn, M.D.; IHC Health Services, Inc., dba McKay Dee Hospital Center; David A. Carlquist, M.D.; Phillip Rutherford, M.D.; and James Milavetz, M.D. Atty: Norm Younker | 040902636 | 2nd Judicial District Court, Weber County, State of Utah |
| 03/06/06 | Jason A. Castellano vs. Steven J. Wheeler and Quicksilver Express Courier of Colorado, Inc. Atty: Jack Inderwish | 2005CV6472 | District Court, City and County of Denver, State of Colorado |
| 03/28/06 | Marylea Dornself vs. Roy Carpenter Atty: Steven Shanahan | 2005CV998 | Larimer County District Court, State of Colorado |
| 04/21/06 | Phillip Boone and Denise Boone vs. Amy Embree, D.O., Providence Hospital and Medical Centers, Inc., d/b/a Providence Hospital, St. John Health, d/b/a St. John Health System, Kelly M. Krueger, D.O., George Nicoloff, M.D. and Prime Care of Novi, P.L.L.C, Jointly and Severally Atty: John Konkel | 04061670-NH | Circuit Court, Oakland County, State of Michigan |
| 04/24/06 | Jennifer LaForrest vs. United States of America. Atty: Brad Hall | 05CV01031-RPM-PAC | United States District Court, District of Colorado |
| 04/25/06 | Robert and Paea Olah, individually and on behalf of Olena Olah, a minor vs. IHC Health Services dba Orem Community Hospital, Ronald Baird, D.O., Terry Sellers, M.D. Atty: Ruth Lybbert | 040400994 | Fourth Judicial District Court, Utah County, State of Utah |
| 05/01/06 | LeRoy McElveen vs. Arthur Carlin, M.D., Robert Crawford, M.D., Setti Rengachary, M.D., Ronald Davis, University Surgeons, P.C., and Harper-Hutzel Hospital, d/b/a Harper Hospital/ Harper University Hospital, Jointly and Severally Atty: Brian McKen | 05-503831NH | Circuit Court, Wayne County, State of Michigan |

15

| Date | Case | Case No. | Court |
|---|---|---|---|
| 05/09/06 | Douglas Ward vs. Union Pacific Railroad Company, and John Does I-IV Union Pacific Railroad Company, Third-Party Plaintiff, vs. Loram Maintenance of Way, Inc., Third-Party Defendant. Atty: Erik Ward | 100CV000139 | United States District Court, District of Utah, Central Division |
| 05/10/06 | Adam Merce, an individual, and Emily Demong, an individual, vs. Mark W. Greenwood, M.D., David M. Pope, M.D., Kirk R. Anderson, M.D., IHC Health Services, Inc., dba Sevier Valley Hospital and IHC Health Services, Inc., dba Utah Valley Regional Medical Center. Atty: Cory Mattson | 04 CV00610 | United States District Court, District of Utah |
| 05/15/06 | Randy Overman vs. Gases Plus Atty: Wes Reeves | 82782B | Seventh Judicial District, Natrona County, State of Wyoming |
| 05/16/06 | Sara Clay, as Next Friend for Simon Clay, a minor, vs. Hackley Hospital; Lourice L. David, M.D.,; and Lourice L. David, M.D., P.C. Atty: Jane Beckering | 05436666NH | Circuit Court, Muskegon County, State of Michigan |
| 05/17/06 | Kenneth D. Given vs. Michael L. Girard, M.D. and HCA-Healthone, LLC d/b/a The Medical Center of Aurora Atty: Jim Leventhal | 04-CV-4698 | District Court, Arapahoe County, State of Colorado |
| 06/12/06 | Jonathon Cassar, a minor, By His Next Friend and Mother, Diane Cassar vs. Maurine Horowitz, M.D., Anna Bida-Dudun, M.D. The Detroit Medical Center, a Michigan Nonprofit Corporation, d/b/a DMC Hospital Partnership, d/b/a Sinai Hospital of Greater Detroit, a Michigan Nonprofit Corporation, d/b/a Sinai-Grace Hospital, DMC Health Care Centers, Inc., a Michigan Profit Corporation, Individually, Jointly and Severally. Atty: Jesse Reiter | 05-510907-NH | Circuit Court, Wayne County, State of Michigan |

16

06/19/06    Charlene Alfaro, Antonio Alfaro, and           District Court, Boulder County,
            Jonah Alfaro, through his next friends,        State of Colorado
            Charlene and Antonio Alfaro vs. Longmont
            United Hospital
            Atty: Vicky Koury

07/05/06    Sara Clay, as Next Friend for Simon Clay,      Circuit Court, Muskegon County,
            a minor, vs. Hackley Hospital; Lourice L.      State of Michigan
            David, M.D.; and Lourice L. David, M.D., P.C.
            Atty: Jane Beckering

07/12/06    Moises Carranza-Reyes vs. Park County, a       United States District Court,
            public entity of the State of Colorado         District of Colorado, State of
            and its governing board, The Park County       Colorado
            Board of County Commissioners, Park County
            Sheriff's office, a public entity of the
            State of Colorado; Fred Wegener, individually
            and in his official capacity as sheriff of
            Park County, Colorado; Monte Gore, individually
            and in his capacity as captain of Park County
            Sheriff's Department; Vickie Paulsen, individually
            and in her official capacity as registered nurse for
            Park County, Colorado; James Bachman, M.D., individually
            and in his official capacity as medical director of the
            Park County Jail;
            Atty: William Trine

07/24/06    Ralph Winber vs. Jerry S. Miklin, M.D. and     District Court, Jefferson County,
            Rocky Mountain Heart Associates, P.C.          State of Colorado
            Atty: Jim Leventhal

07/26/06    Marianne Furniss, Daniel Wollschlager, and     Third Judicial District Court,
            Janet Wollschlager vs. Associated Food         Salt Lake County, State of Utah
            Stores, Inc., and Michael T. Tremayne.
            Atty: Jack Helgesen

08/07/06    Lance Erskine and Theresa Erskine              District Court, San Miguel
            vs. Gloria Beim, M.D., and Alpine              County, State of Colorado
            Orthopaedics and Sports Medicine, P.C.
            Atty: Sommer Stephens

17

| | | |
|---|---|---|
| 08/30/06 | Jacob Eversole vs. Valley Design & Construction, Inc.; Michael Smith; and Does I-V<br>Atty: Erik Ward | Second Judicial District Court, Davis County, State of Utah |
| 09/14/06 | Audrey M. Evon, Conservator of the Estate of Glen Roberts vs. W. Putnam Wolcott, M.D.; and Northern Michigan Hospital, jointly and severally.<br>Atty: Saulius Polteraitis | 980700047PI |
| 09/15/06 | Eric Brandaw, et al. vs. The Ryland Group, Inc., d/b/a Ryland Homes, Inc., a Maryland corporation W.B.E. or Colorado, Inc., d/b/a Ranger American of Colorado, Inc., a Delaware corporation, etc. al. Academy Roofing, Inc., a Colorado corporation Alliance Roofing, Inc.<br>Atty: Ken Fredericksen | 57th Circuit Court, Emmet County, State of Michigan |
| 09/15/06 | Stacey Luster and Walter Luster, individually, and as parents and Next Friends of Alyssa Luster, a minor vs. Judith M. Brinkman, M.D. and Colorado Springs Health Partners, P.C.<br>Atty: Natalie Brown | 2004CV767<br>District Court, Douglas County, State of Colorado |
| 09/20/06 | Amber E., as the mother and next of friend Kamerin E., a minor vs. Jacques Beveridge, M.D. d/b/a Popo Agie Women's Clinic and Lander Valley Medical Center, LLC a Delaware, LLC<br>Atty: John Hursh | 2004CV2642<br>District Court, El Paso County, State of Colorado |
| | | 05CV1833J<br>United States District Court, District of Wyoming, State of Wyoming |

09/25/06   Elaine B. Visser, by and through her Court-
           Appointed Conservator, Janice Eder vs.
           The City of Colorado Springs, d/b/a Memorial
           Hospital, Bryan Mahan, D.O., Curtis Fox, M.D.,
           James D. Albert, M.D., Timothy Reynolds, and C. Matthews,
           P.A., Colorado Springs Cardiothoracic Surgery, P.C.,
           And Anesthesia Associates of Colorado Springs, P.C.
           Atty: Jim Leventhal, Peter Goldstein

03CV1244          Division Three, District Court,
                  El Paso County, State of Colorado

09/28/06   William Aceves and Cynthia Smith vs.
           Exempla, Inc., Exempla St. Joseph
           Hospital, and Anant Kumar, M.D.
           Atty: William Trine

2005CV4514        District Court, City and County of
                  Denver, State of Colorado

09/29/06   Carli Bartholomew, a Minor, by her
&          next friend and mother, Melissa Hobbs,
10/05/06   vs. Trinity Health-Michigan, a Michigan
           non-profit corporation, formerly known as
           Mercy Health Services, d/b/a St. Joseph
           Mercy-Pontiac, Laila Shehadeh, D.O. and
           Dov Schuchman, M.D., individually, jointly
           and severally, and St. Joseph Mercy Hospital-Pontiac,
           Third-Party Plaintiff and Counter-Defendant, vs.
           Dr. Laila Shehadeh and Bi-County Community Hospital,
           an assumed name for Detroit Osteopathic Hospital,
           Corporation, a domestic nonprofit corporation, Third-Party
           Defendants and Counter-Plaintiffs.
           Atty: Robert Ellenstein, J. Kelly Carley

05063971NH        Circuit Court, Oakland County
                  State of Michigan

10/02/06   Craig Reynolds, M.D. vs. The Doctors'
           Company, an Interinsurance Exchange
           Atty: Lorraine Parker

05CV3005          District Court, Denver County,

10/09/06   David and Annie Andrews vs. Albertson's Inc.
           Atty: Erik Ward

040700005         Second Judicial District Court,
                  Davis County, State of Utah

10/27/06   Keri Hadley vs. Erika C. Lloyd, M.D.;
           Robert G. Naylor, M.D; Robert G. Naylor
           Surgical, Inc.
           Atty: Robert Fuller

                  Private Arbitration Panel, Under
                  Utah Uniform Arbitration Act,
                  Francis J. Carney, Presiding
                  Arbitrator

18

19

| | | |
|---|---|---|
| 10/30/06 | Thomas P. Haney and Dawn L. Haney vs. Frank D. Massey, M.D., Kaiser Foundation Health Plan of Colorado, a Colorado Corporation; and Colorado Permanente Medical Group, P.C., a Colorado corporation. Atty: Shelley Don | 03CV8040 | District Court, City and County of Denver, State of Colorado |
| 10/31/06 | Leticia Trejo, as parent and next friend of Almir Trejo, a minor vs. Kathleen Franklin, C.N.M, Margaret Willett, C.N.M., Rocky Mountain Midwives, Pelham Staples, M.D., Paul Cohen, M.D., The Community Hospital Association, d/b/a Boulder Community Hospital, and Renee Huber, R.N. Atty: James Puga | 04CV2523 | United States District Court, For the District of Colorado, State of Colorado |
| 11/01/06 | Dennis Paplow vs. Dennis G. Barton, and Agilent Technologies Atty: Wade Eldridge | 05CV950 | District Court, Adams County, State of |
| 11/27/06 | Craig Bush and Susan Bush, as parents And next friends of Bradford Bush, a minor vs. Robert J. Wester, M.D., Robert J. Wester, M.D., P.C., Karolyn Kabir, M.D., and HCA-Healthone LLC d/b/a Rose Medical Center f/k/a Columbia Healthone LLC Atty: Jim Leventhal | 2005CV2509 | District Court, Denver County, State Of Colorado |
| 12/07/06 | Albertina White as Next Friend of Brittany White, a minor vs. Samuel G. McNeeley, M.D., Sandray Gottwald, M.D., Taffy Dorsey, M.D., and Karl Deluga, M.D. Atty: Euel Kinsey | 04-171-MH | Circuit Court, Washtenaw County, State of Michigan |
| 12/12/06 | Annalee Rupp and Blair Rupp vs. Granite Construction Company of Utah, a corporation; Riley Transportation Consultants, Inc.; and Does 1 through 10 Atty: David Olsen | 040924219 | Third Judicial District Court, Salt Lake County, State of Utah |

20

## 2006 TRIAL TESTIMONIES OF HELEN M. WOODARD

12/13/06  Robert N. Bettenhausen, as parent and next friend of Matthew V. Bettenhausen vs. Ronald E. Kramer, M.D. and Mountain States Neurology, P.D. d/b/a Colorado Neurology, P.C. Atty: Jim Leventhal — 04CV02562RPM — United States District Court, District Of Colorado, State of Colorado

12/14/06  Lorraine Gorham, as Next Friend of Jacob Gorham, a minor vs. Dr. E. Capili, M.D., David C. Thorrez, M.D., Oakwood United Hospitals, Inc., d/b/a Beyer Memorial Hospital, Seetha Shankaran, M.D., and Children's Hospital of Michigan, Jointly and Severally. Atty: Brian McKeen — 041197NH — Circuit Court, Washtenaw County, State of Michigan

01/31/06  Frederic R. Schubert, vs. Crossroads Mental Health Services, Inc., and Wausau Business Insurance Company and State of Wisconsin Department of Health and Family Services. Atty: Jim Weis — 04-CV127 — Circuit Court, Taylor County, State of Wisconsin

02/08/06  Kristi Gilbert vs. Marilyn Welp, individually as the Alter Ego of Welp Farms Inc. Atty: James Puga — 02CV1439 — District Court, Weld County, State of Colorado

02/28/06  Dennis Hotz vs. Utah Alcoholism Foundation and John Does I-XX Atty: Elizabeth Bowman — 030900377 — Third Judicial District Court, Salt Lake County, State of Utah

03/01/06  Donald Allison and Linda Allison, vs. Lawrence Merkel, M.D. Atty: Debbie Taussig — 2003CV1648 — District Court, Larimer County, State of Colorado

03/07/06  Loni Curtis and Derrel Curtis vs. Larry G. Leonard, M.D. and Larry G. Leonard, M.D., P.C. Atty: Lynn Harris — 040900264 — Third Judicial District Court, Salt Lake County, State of Utah

21

| 03/08/06 | Shauna Yaussi vs. Intrawest/Winter Park Restaurant Corporation, a Delaware corporation<br>Atty: Bill Marlin | 05CV14 | District Court, Grand County, State of Colorado |
| 03/22/06 | Perry and Joy Ford, individually and as parents and next friend of Catherine Ford, a minor, v. Danny J. Eicher, M.D., Lara Lane, M.D., Consultants in Obstetrics and Gynecology, P.C., Nancy Finnegan, R.N., and HCA Healthone, LLC d/b/a Rose Medical Center<br>Atty: James Puga | 2003CV6635 | District Court, City and County of Denver, State of Colorado |
| 04/18/06 | Brenda L. Felthager and Jack D. Felthager, Jr. 03CV935 Denise E. Cruite, M.D., Catholic Health Initiatives d/b/a St. Mary Corwin Medical Center and Neurosurgical Associates of Southern Colorado P.C.<br>Atty: James Puga | | District Court, Pueblo County, State of Colorado |
| 04/18/06 | Jenifer Vasquez, individually and as Paren and Next Friend of Joshua Gehrke, a minor vs. Dennis M. Weisbrod, M.D.,; Colorado OB-GYN Associates, P.C.; Pamela J. Prac, C.N.M; HCA-Healthcare, L.L.C f/k/a Presbyterian St. Luke's Medical Center, d/b/a Denver Nurse Midwives; Pamela L. Kimbrough, M.D.; David C. Forschner, M.D.; and Rocky Mountain Women's Care, P.C.<br>Atty: Jim Leventhal | 2002CV4835 | District Court, City and County of Denver, State of Colorado |
| 04/20/06 | Brooke Hammarstrom vs. Donald Joseph May, M.D., Alexander Philpott, M.D., Western Urologic Associates, P.C., James Randolph Hill, M.D., Marnie Lee Ceazan, M.D., Northern Medical Associates, P.C., and Rocky Mountain Lithotripter Limited Partnership<br>Atty: Penny Chlor | 3CV2908 | District Court, Adams County, State of Colorado |

05/16/06    Paula Litarowich vs. John R. Schwappach,          03CV3234              Division 401, District Court,
            M.D., and Colorado Orthopedic Consultants, P.C.                         Arapahoe County, State of Colorado
            Atty: Jim Leventhal

05/19/06    LeRoy McElveen vs. Arthur Carlin, M.D.,            05-503831NH           Circuit Court, Wayne County,
            Robert Crawford, M.D., Setti Rengachary, M.D.,                           State of Michigan
            Ronald Davis, University Surgeons, P.C., and
            Harper-Hutzel Hospital, d/b/a Harper Hospital/
            Harper University Hospital, Jointly and Severally
            Atty: Brian McKeen

06/08/06    Michael R. Brown and Jennifer Brown vs.           2004CV6836            District Court, City and County of
            Thomas G. Lowe, M.D.                                                    Denver, State of Colorado
            Atty: James Guest

06/15/06    Andrew Vitetta and Janine Vitetta,                2004CV2023           District Court, El Paso County,
            individually and as parents and next friends for                       State of Colorado
            Krysta Marie Vitetta, a minor (Fortis Insurance
            Company, a Wisconsin corporation), vs Catholic Health
            Initiatives of Colorado d/b/a Penrose Community Hospital;
            Mary Land, M.D.; Kevin Corrigan, M.D.; Steen Reich, M.D.;
            Colorado Springs Health Partners, P.C.; Janet Dubrick, NNP;
            Mary Stilson, NNP, and Pediatrix Medical Group of Colorado, P.C.
            Atty:  Jim Leventhal

08/10/06    Amanda Sue Grant vs. Barry C. Grant               040919782            Third Judicial District Court, Salt
            Atty: Rich Humpherys                                                   Lake County, State of Utah

06/23/06    Susan and David Fritzler vs.                      2004CV1627           District Court, Weld County,
            Neil H. Allen, M.D., Women's Clinic of                                 State of Colorado
            Greeley, P.C.
            Atty: Lorraine Parker

22

23

| Date | Case | Court |
|---|---|---|
| 09/13/06 | Donald E. Kilgore and Carole A. Kilgore, D-0101-CV-2003-00941 vs. Subaru of America, Inc., a foreign corporation; Subaru-Isuzu Automotive, Inc., an Indiana Corporation; Subaru of Indiana Automotive, an Indiana corporation; Fuji Heavy Industries, LTD., a foreign corporation; Fuji Heavy Industries U.S.A. Inc., a foreign corporation; Lee Galles Subaru, a New Mexico corporation; Takata Corporation; a foreign corporation believed to be headquartered in Japan; Takata Inc., a Delaware corporation; TK Holdings, a foreign corporation; TK Holdings Inc., a Delaware corporation; Takata Restraint Systems, Inc., a Delaware corporation; Takata North America, Inc., a foreign corporation; Takata Seatbelts, Inc., a foreign corporation; Takata Seatbelts Inc., a Delaware corporation; Automotive Systems Laboratory Inc., a foreign corporation; Irvin Automotive Products, Inc., a foreign corporation; Irvin Industries Inc., a foreign corporation; Irvin Automotive Industries, Inc., a foreign corporation; Halle & Stieglitz, Inc., a foreign corporation; Halle Industrial Group, Inc., a foreign corporation; Halle Industries, Inc., a foreign corporation; Irvin Industries, N.Y., a foreign corporation; Irvin Industries, Inc., a Michigan, a foreign corporation; and Takai Rika Co., LTD., a foreign corporation. Atty: Sue Lister | Sante Fe County, State of New Mexico |
| 09/19/06 | Ottoniel Barrios, as the legal representative of his minor son, Edgar Alexander Barrios, vs. Secretary of Health and Human Services Atty: Curtis Webb | 05-189V United States Court of Federal Claims Office of Special Masters |
| 10/04/06 | Gloria Gina Alcon vs. Ronald Ray Spicer Atty: James Croshal | 03CV1613 District Court, Pueblo County, State of Colorado |

24

10/11/06
Rodney Steiner and Lori Steiner, Husband and
Wife vs. Lynn Gaupin, M.D., Donald Bernson, M.D.,
Mark A. Fullmer, M.D., E. Bruce McIff, M.D.,
Farrell Allen, MSPT, Utah Valley Physical Therapy/
Spinal Treatment and Rehab, IHC Hospitals dba Utah
Valley Regional Medical Center, and Hospital Nurses
Jane Does 1-10 and John Does 1-10
Atty: Darwin Fisher

00-0403587    Fourth Judicial District Court, Utah
County, State of Utah

10/24/06
Rick Troup vs. Joni Wolever
Atty: Brad Hall

2003CV832    District Court, Larimer County,
State of Colorado

11/14/06
Lance Erskine and Theresa Erskine vs.
Gloria Beim, M.D. and Alpine Orthopaedics
and Sports Medicine, P.C.
Atty: Jim Leventhal

2004CV89    District Court, San Miguel County,
State of Colorado

## 2007 DEPOSITIONS OF HELEN M. WOODARD

01/08/07
Sherry L. Emanuelson and Mark E. Emanuelson,
vs. Bresnan Communications, LLC; John Does 1-10
and Yellow Partnerships I-X; and Black and White
Corporations A-J.

84157    District Court, Natrona County,
State of Wyoming

01/16/07
Tom Bates and Michelle Entriken Bates,
individually and as parents and next friends
of Hayley Bates, a minor vs. Richard Meisel, M.D.,
Yen Tran, M.D., Margaret O'Hara, M.D.,
Scott Roberts, M.D., Maternal-Fetal Medicine, Inc.,
University of Kansas School of Medicine -Wichita
Medical Practice Association, Maternal Fetal Associates
of Kansas, Anupong Chotimongkol, M.D. and Dodge
City Healthcare Group, L.P., d/b/a Western Plains Regional Hospital
Atty: Jim Leventhal

04CV5049    District Court, Sedgwick County,
State of Kansas

01/17/07
Terry A. Brucker and Eric Brucker vs.
Roaring Fork Family Physicians, P.C.,
John T. Findley, M.D., Richard A. Herrington, M.D.,
Scott Emery, M.D., and Intermountain Neurology, LLC
Atty: Jim Puga

2005CV331    District Court, Garfield County,
State of Colorado

25

| 01/23/07 | Richard Ballard vs. Brian J. Thompson, M.D., Jeffrey Winkler, PA-C, Generalcare Health Services, Inc., Hugh McElwee, M.D., Paula Zellner, PA-C, and Center for Gastroenterology, P.C. Atty: Timothy Buxton | 2005CV739 | District Court, County of Larimer, State of Colorado |
| 01/29/07 | Tyler Keddington, a minor, through his guardians William and Janice Robertshaw, William and Janice Robertshaw, individually as surviving parents of Rebecca Keddington, Mark Meldrum, as parent and guardian of Todd Meldrum and Travis Meldrum, minors, Danny C. Purser, and Jennifer Keyte Wright vs. Michelin North American, Inc., a foreign corporation, Michelin Americas Research & Development Corporation, a foreign corporation, and Fast Track Tire & Auto, Inc., a Utah corporation. Atty: Todd Weiler | 030402995 | Fourth Judicial District Court, Utah County, State of Utah |
| 02/22/07 | Paul Galantowicz and Dawn Galantowicz, individually, and Dawn Galantowicz, as next friend of Lauren Galantowicz, a minor vs. West Branch Regional Medical Center, Darlene Cottle, CNM, J. Tambs, D.O. and West Branch Ob-Gyn, P.C., jointly and severally. Atty: Brian McKeen | 03-65451GNH | Circuit Court, Ogemaw County, State of Michigan |
| 02/27/07 | Angel Bennett, as next friend of Kayla Kukawski, a minor, vs. Spectrum Health, a Michigan corporation and Harold Conrad, Jr., M.D., jointly and severally. Atty: Skip Pylman | 03-11396-NH | Circuit Court, Kent County, State of Michigan |
| 03/01/07 | Kenneth G. Snook vs. Versa Tech of Denver Inc., a Colorado Corporation, Joyce Homes, Inc., a Colorado Corporation vs. Joyce Homes, Inc., a Colorado corporation, Third Party Plaintiff vs. Total Interior Trim Systems, Inc., a Colorado Corporation. Atty: Leslie Stratton | 05CV1554 | District Court, Douglas County, State of Colorado |

26

| Date | Case | Number | Court |
|---|---|---|---|
| 03/07/07 | Andrea Nelson, as the natural parent and guardian of Kylee Nelson, a minor vs. Jeffrey C. Schmidt, M.D., and IHC Health Services, Inc., d/b/a IHC Health Center, Sandy. Atty: Norm Younker | 050900968 | District Court, Third Judicial District, Salt Lake County, State of Utah |
| 03/14/07 | Dinah S. Bartch and Karl C. Bartch vs. Milton Korthank and Alert Traffic Control, Inc., a Colorado corporation. Atty: Beth Crane | 06CV101 | District Court, LaPlata County, State of Colorado |
| 03/19/07 | Kasaundra Teegarden and Travis Teegarden vs. IHC Health Services, INC. d/b/a Utah Valley Regional Medical Center, Inc. Wound Care Clinic and Jon. B. Bishop, M.D. Atty: Norm Younker | 050100182 | Fourth Judicial District Court, American Fork Division, Utah County, State of Utah |
| 03/21/07 | Julie Reichert, Fred Reichert and Emma Reichert, through her next friends, Julie and Fred Reichert vs. Longmont United Hospital, Russell Reitinger. Atty: Vicky Koury/Jeff Bogue | 05CV745 | District Court, Boulder County, State of Colorado |
| 04/16/07 | Andrea Nelson, as the natural parent and guardian of Kylee Nelson, a minor vs. Jeffrey C. Schmidt, M.D., and IHC Health Services, Inc., d/b/a IHC Health Center, Sandy. Atty: Norm Younker | 050900968 | District Court, Third Judicial District, Salt Lake County, State of Utah |
| 05/14/07 | Logan Van Kuren, a minor by his next friend and mother, Leara Garner vs. Board of Hospital Managers for the City of Flint, a Michigan non-profit corporation, dba Hurley Medical Center, Danish Alamshahi Alamy, M.D., and Robert Villegas, Jr., M.D. Individually, jointly and severally. Atty: Jesse Reiter, Jim McCullen | 05827670HN | Circuit Court, Genesee County, State of Michigan |
| 05/22/07 | Kip Greathouse vs. Noorda Sheet Metal, Inc. and Does I-V Atty: Erik Ward | 050921642 | Third Judicial District Court, Salt Lake County, State of Utah |

27

| Date | Case | Court | Case Number |
|---|---|---|---|
| 05/24/07 | Sharon Bethel, Individually and as Conservator and Guardian of David Bethel, an incapacitated person, vs. United States of America, et. al<br>Atty: Natalie Brown | United States District Court, District of Colorado, State of Colorado | 05CV01336PSFBNB |
| 06/14/07 | Teresa Wood, as next of friend of Amanda Wood and Samantha Wood, minors vs. Edwin C. Weathington, M.D., Dr Godfrey, M.D., and Sparrow Hospital, Jointly and severally.<br>Atty: Brian McKeen/Teresa Hohman | Circuit Court, Ingham County, State of Michigan | 05-142-NH |
| 06/15/07 | Jeffrey Webb, et. al, vs. Thomas Gehrmann, D.C., and Atlas Chiropractic Center at Briargate, Inc.<br>Atty: Tim Buxton | District Court, El Paso County, State of Colorado | 05CV3641 |
| 06/29/07 | Terrance P. Robley and Freddy J. Robley vs. Double Eagle Resorts, Inc., d/b/a The Double Eagle Casino, a Colorado corporation; and Colorado Casino Resorts, Inc., a Texas corporation.<br>Atty: John McDermott | District Court, Teller County, State of Colorado | 06CV141 |
| 07/03/07 | Keith Jones vs. Bowie Industries, Inc., and Todd Christianson, individually and d/b/a Great Alaska Lawn and Landscaping, Inc.<br>Atty: Michael Flanigan | Superior Court, Third Judicial District, State of Alaska | 3AN0410958CIV |
| 07/10/07 | Mark Hodges and Robyn Hudgens and Kelly Jean McLaughlin and Pinnacol Assurance vs. Aspen Base Operations, Inc., a corporation, and Aspen Aviation, Inc., a corporation.<br>Atty: Dr. Susan Friery | Division 3, District Court, Pitkin County, State of Colorado | 05CV205 |
| 07/11/07 | Rebecca Slonsky, as Next of Friend of Nicholas Saums, a minor vs. Fadi A Bsat, M.D., St. John Hospital and Medical Center and St. John Health System, Jointly and Severally.<br>Atty: Brian McKeen | Circuit Court, Wayne County, State of Michigan | 05505162NH |

28

| Date | Case | Court |
|---|---|---|
| 07/17/07 | Brenda Evans vs. Comcast of Colorado IX, LLC, Comcast of Colorado IX, LLC, Counter-Plaintiff vs. Brenda Evans, Counter-Defendant.<br>Atty: Lisa Sahli | 06CV00462-REB-MJW | United States District Court, District of Colorado, State of Colorado |
| 07/23/07 | Bernice Demps vs. Paul K. King, M.D., University Neurosurgical Associates, P.C., Detroit Receiving Hospital, and University Health Center<br>Atty: Teresa Hohman | 06-60480SNH | Circuit Court, Wayne County, State of Michigan |
| 07/26/07 | Preservation Depo in Lieu of Testimony<br>Ryan Traughber vs. Melanie D. Welker<br>Atty: Nate Alder | 020905597 | Third Judicial District Court, Salt Lake County, State of Utah |
| 08/02/07 | John MacDonald, husband and next friend of Catherine MacDonald, a legally-incapacitated individual, and John MacDonald, individually vs. Spectrum Health Hospitals d/b/a Spectrum Health-Butterworth Campus, a Michigan corporation, Wayne Vanderkolk, M.D., David Figg, M.D., Academic Surgical Associates PLLC, and Towers Surgeons PC, jointly and severally.<br>Atty: Norm Pylman | 05-07144-NH | Circuit Court, Kent County, State of Michigan |
| 08/07/07 | Preservation Depo in Lieu of Testimony<br>Leticia Trejo, as parent and next friend of Almir Trejo, a minor vs. Kathleen Franklin, C.N.M, Margaret Willett, C.N.M., Rocky Mountain Midwives, Pelham Staples, M.D., Paul Cohen, M.D., The Community Hospital Association, d/b/a Boulder Community Hospital and Renee Huber, R.N.<br>Atty: James Puga | 04CV2523 | United States District Court, For the District of Colorado, State of Colorado |
| 08/09/07 | Brad Geldnich, Heather Geldnich and Matthew Geldnich, minor, by his Guardian ad Litem, Attorney Gail Brown and Wea Insurance Corporation, vs. Midwest Medical Insurance Company, Angela Breckenridge, DO, and Wisconsin Patients Compensation Fund<br>Atty: Jerome Hierseman | 05-CV-099 | Circuit Court, Washington County, State of Wisconsin |

29

| Date | Caption | Case No. | Court |
|---|---|---|---|
| 08/11/07 | John MacDonald, husband and next friend of Catherine MacDonald, a legally-incapacitated individual, and John MacDonald, individually vs. Spectrum Health Hospitals d/b/a Spectrum Health-Butterworth Campus, a Michigan corporation, Wayne Vanderkolk, M.D., David Figg, M.D., Academic Surgical Associates PLLC, and Towers Surgeons PC, jointly and severally. Atty: Norm Pylman | 05-07144-NH | Circuit Court, Kent County, State of Michigan |
| 08/13/07 | Brenda Malone, formerly know as Brenda Chropowicz, as next friend of Kristy Chropowicz, a minor vs. Emil Eric Ebner, M.D., and Ella E.M. Brown Charitable Circle, d/b/a Oaklawn Hospital, Jointly and Severally. Atty: Saulis Polteraitis | 05-1285-NH | Circuit Court, Calhoun County, State of Michigan |
| 08/13/07 | Preservation Depo in Lieu of Testimony Eric Brandaw, et al. vs. The Ryland Group, Inc., d/b/a Ryland Homes, Inc., a Maryland corporation W.B.E. or Colorado, Inc., d/b/a Ranger American of Colorado, Inc., a Delaware corporation, etc. al. Academy Roofing, Inc., a Colorado corporation, Alliance Roofing, Inc. Atty: Ken Fredericksen | 2004CV767 | District Court, Douglas County, State of Colorado |
| 08/15/07 | Tonya Browning, as next friend of Brandi Browning, a minor, vs. The Detroit Medical Center, Harper-Hutzel Hospital f/k/a Hutzel Hospital, Kaimin A. Wei, M.D., Suzanne Hall, M.D., Lori Jeans Stack, M.D., Lisa Lynn Cardwell, M.D., Lanetta Andrea Coleman, M.D., Bradley Wayne Merrills, M.D., Kathy Y. Jones, M.D., Robert A. Elliot, M.D., and Lisa B. Bazzett, M.D., Jointly and Severally. Atty: Terry Dawes | 05-534324NH | Circuit Court, Wayne County, State of Michigan |

30

| Date | Case | Case Number | Court |
|---|---|---|---|
| 08/16/07 | Kathryn Salas vs. Tooele Hospital Corporation, dba Mountain West Medical Center, Merrill T. Syphus, M.D., Michael I. Munford, M.D., Danesh Rahimi, M.D., Rajesh Shaw, M.D., and Mark E. Stevens, M.D. Atty: Jackie Carmichael/Jeff Eisenberg | 050300340 | Third Judicial District Court, Tooele County, State of Utah |
| 08/17/07 | Lillian Colleen Biddulph and Howard L. Biddulph, vs. Terrell L. Sellers, M.D.; R. Richard Rasmussen, M.D.; Utah Valley Regional Medical Center, a dba of IHC Health Services Inc.; and IHC Health Services, Inc., a Utah corporation. Atty: Ralph Dewsnup/Ruth Lybbert | 040404076 | Fourth Judicial District Court, Utah County, State of Utah |
| 08/23/07 | Preservation Depo in Lieu of Testimony Guadalupe Azocar, Individually and as Next Friend of Guadalupe Azocar, Jr., a Minor and Ricardo Azocar, a Minor, vs Ford Motor Company and Bailey Ford, Inc., a Texas corporation Atty: Sue Lister | 2001-03-1322-G | In the District Court of Cameron County, Texas, 404ᵗʰ Judicial District |
| 08/24/07 | Tara Berendes and Josh Berendes vs. Geneva Rock Products, Inc.; Riley Transportation Consultants, Inc; Utah Department of Transportation, a subdivision of the State of Utah; and the Estate of Thad Goodman, by and thru its Personal Representative Frank R. Goodman. Atty: Rich Humpheries | 05CV00048J | United States District Court, Central Division, District of Utah, State of Utah |
| 10/15/07 | Michelle (Cooper) Murdoch, mother and next friend of Seth Cooper, a minor vs. Metropolitan Hospital aka Metro Health Hospital, Peter Kazckofsky, D.O. and Stephen C. Dalm, D.O., P.C., nka Complete Women's Care, P.C., Jointly and Severally. Atty: Norm Pylman | 0706828NH | Circuit Court, Kent County, State of Michigan |

31

| 10/16/07 | Martha Hall vs. Progressive Rehab Network LTD, a Michigan corporation, and Jackie Cummins, jointly and severally, Chattanooga Group, Inc., a foreign corporation, jointly and severally.<br>Atty: Christopher Keane | 07704501 | Circuit Court, Wayne County, State of Michigan |
| 10/18/07 | Toby Oshiro, by and through his Conservator and Guardian, Mary Oshiro, and Mary Oshiro individually vs. Denise Crute, M.D., Dexter Koons, M.D., and Parkview Medical Center, a Colorado non-profit corporation.<br>Atty: Patric LeHouillier | 2006CV430 | District Court, Pueblo County, State of Colorado |
| 10/19/07 | Kathleen Fleming and Paul Fleming vs. Northern Utah Healthcare Corporation, d/b/a St. Mark's Hospital<br>Atty: Clark Newhall | 020905019 | Third Judicial District Court, Salt Lake County, State of Utah |
| 10/24/07 | Harlan Nielson and Aliesha Nielson, individually and as the parents and natural guardians of Dalton L. Nielson, a minor child; and Dalton L. Nielson, a minor child vs. United States Sports Specialty Association (USSSA); USSSA-Utah; City of Lehi; Shane Marshall; Randy Johns; John Kurtz; and Thomas Matthew Dietz<br>Atty: Lynn Harris | 050400047 | Fourth Judicial District Court, Utah County, State of Utah |
| 10/30/07 | Gary Riedlinger as guardian of Edwina Riedlinger, an incapacitated individual, and Robert Riedlinger vs. Kizhakepat P. Karunakaran, M.D., K.P. Karunakaran, M.D., P.C., and Saint Mary's Hospital of Saginaw, Inc., jointly and severally.<br>Atty: Teresa Hohman | 0587702-NH2 | Circuit Court, Saginaw County, State of Michigan |

32

| Date | Case | Case No. | Court |
|---|---|---|---|
| 11/02/07 | Theresa Luing, as parent and next friend for Jordan Huang, a minor vs. David R. Clarke, M.D., Fresnius Medical Care Cardiovascular Resources, Inc., f/k/a Perfusion Services of Baxter Healthcare Corporation f/k/a Psicor, Dan Hydrick, Deb Wesbrook, Glenn R. Merritt, M.D., and John Armstrong, M.D.<br>Atty: James Puga | 2004CV2309 | District Court, City and County of Denver, State of Colorado |
| 11/05/07 | Alysa Tothill vs. Daniel A. Oliver, Transervice Logistics, Inc., Jay's Food, Inc., International Warehouse Logistics Association, and John Doe, whose true name is unknown<br>Atty: Jim Leventhal | 05C4363 | United States District Court, Northern District of Illinois, State of Illinois |
| 11/12/07 | Sharon L. Wallace vs. G. Marc Conner, D.P.M<br>Atty: James Puga | 05CV4130 | District Court, El Paso County, State of Colorado |
| 11/13/07 | Stephen E. Stone and Karen Stone vs. David P. Mulica, M.D.<br>Atty: Barry Tillis | 2006CV11218 | District Court, Denver County, State of Colorado |
| 11/15/07 | Mary M. Sanderson and George F. Sanderson vs. Markusson, Green & Jarvis, P.C.; Dennis H. Markusson, individually; James K. Green, individually; and William B. Stanton, individually<br>Atty: Mari Bush | The Matter of Arbitration | |
| 11/26/07 | Maggie L. Warner vs. RIC Asherman, individually; and Cody Laboratories, Inc., a Wyoming corporation.<br>Atty: Bryan Ulmer | 23401 | District Court, Park County, State of Wyoming |
| 12/06/07 | Jose Loredo, et al vs. Solvay American, Inc., et al<br>Atty: Richard Meyer | C05699R | Third Judicial District, Sweetwater County, State of Wyoming |

33

| | | | |
|---|---|---|---|
| 12/10/07 | Andrew J. Peterson and Marci Peterson vs. Reve Risner, the Utah Department of Transportation, and the State of Utah<br>Atty: Roger Christensen | 050918017 | Third Judicial District, Salt Lake County, State of Utah |

**2007 TRIAL TESTIMONIES OF HELEN M. WOODARD**

| | | | |
|---|---|---|---|
| 12/21/07 | Louise S. Munoz vs. Prosource of Denver, Inc., a Colorado Corporation<br>Atty: Barry Roseman | 06CV10774 | District Court, City and County of Denver, State of Colorado |
| 12/18/07 | Rachel Ann Mason vs. Brigham Young University, a Utah corporation<br>Atty: Wayne Turley | 06CV0082675 | United States District Court, District of Utah, State of Utah |
| 01/25/07 | Brooke Hammarstrom vs. Donald Joseph May, M.D., Alexander Philpott, M.D., Western Urologic Associates, P.C., James Randolph Hill, M.D., Marnie Lee Ceazan, M.D., Northern Medical Associates, P.C., and Rocky Mountain Lithotripter Limited Partnership<br>Atty: Penny Chlor | 3CV2908 | District Court, Adams County, State of Colorado |
| 02/26/07 | Craig Bush and Susan Bush, as parents And next friends of Bradford Bush, a minor vs. Robert J. Wester, M.D., Robert J. Wester, M.D., P.C., Karolyn Kabir, M.D., and HCA-Healthone LLC d/b/a Rose Medical Center f/k/a Columbia Healthone LLC<br>Atty: Jim Leventhal | 2005CV2509 | District Court, Denver County, State of Colorado |
| 03/05/07 | Amber E., as the mother and next of friend Kamerin E., a minor vs. Jacques Beveridge, M.D. d/b/a Popo Agie Women's Clinic and Lander Valley Medical Center, LLC a Delaware, LLC<br>Atty: John Hursh | 05CV1833 | United States District Court, District of Wyoming, State of Wyoming |
| 04/05/07 | Espra Andrus vs. Mark Russell Pulgham and Standard Plumbing Supply, Inc.<br>Atty: Elizabeth Bowman | 040904243 | Third Judicial District Court, |

34

04/19/07    Stoney (Floyd) Hardesty v. Edward Pino,       99CV348      District Court, La Plata County,
            M.D., et al                                                Colorado
            Atty: Tim Buxton

04/26/07    Kathryn Chandler-McPhail vs.                   04-CV-2679   District Court, El Paso County,
            James Duffey, M.D., Theodore Stringer, M.D.,                State of Colorado
            and Colorado Springs Orthopaedic Group, P.C.
            Atty: Joe Bennett

05/16/07    Jayson Vezzoso vs. Chateau Aspen               99CV78       Division 2, District Court,
            Condominium Association, a Colorado                         Pitkin County, State of Colorado
            Corporation, and McCartney Properties
            Management Company, a Colorado Corporation,
            and John Does 1 through 100, whose true names are unknown.
            Atty: Jim Leventhal/Daniel Lipman

05/17/07    Gerard Rademacher and Sarah Rademacher         2005CV587    District Court, Boulder County,
            vs. Bruce Katuna, M.D. and Longmont                         State of Colorado
            United Hospital
            Atty: Dan Gerash

06/19/07    Clyde Ragland vs. Shelter Mutual               06CV1210     District Court, Jefferson County,
            Insurance Company and Shelter General                       State of Colorado
            Insurance Company
            Atty: Kevin Flesh

06/19/07    Diana Hecht and Alfonso Hecht vs.              05CV1101     District Court, Pueblo County,
            Michael Strescino and Peter Strescino                       Division F, State of Colorado
            Atty: Mickey Smith

06/28/07    Cynthia Kaye Leopardi vs. Alice Schermerhorn   05CV682      District Court, Adams County,
            Atty: David Greene                                          State of Colorado

07/18/07    Moises Carranza-Reyes vs. Park County Board    05CV377      United States District Court,
            of County Commissioners; Fred Wegener,                      District of Colorado, State of
            individually and in his official capacity as                Colorado
            Sheriff of Park County, Colorado; Monte Gore,
            individually and in his official capacity as
            Captain of Park County Sheriff's Department and
            Vickie Paulsen, individually and in her official capacity as Registered Nurse for Park County.
            Atty: William Trine

35

11/07/07 Tom Bates and Michelle Entriken Bates, individually and as parents and next friends of Hayley Bates, a minor vs. Richard Meisel, M.D., Yen Tran, M.D., Margaret O'Hara, M.D., Scott Roberts, M.D., Maternal-Fetal Medicine, Inc., University of Kansas School of Medicine-Wichita Medical Practice Association, Maternal Fetal Associates of Kansas, Anupong Chotimongkol, M.D. and Dodge City Healthcare Group, L.P., d/b/a Western Plains Regional Hospital
Atty: Jim Leventhal
04CV5049
District Court, Sedgwick County, State of Kansas

11/08/07 Harlan Nielson and Aliesha Nielson, individually and as the parents and natural guardians of Dalton L. Nielson, a minor child; and Dalton L. Nielson, a minor child vs. United States Sports Specialty Association (USSSA); USSSA-Utah; City of Lehi; Shane Marshall; Randy Johns; John Kurtz; and Thomas Matthew Dietz
Atty: Lynn Harris
050400047
Fourth Judicial District Court, Utah County, State of Utah

11/29/07 Shaun Blake and Lisa Blake vs. Carber Huang, M.D.
Atty: Jeff Bogue
05CV2111
District Court, Jefferson County, State of Colorado

**2008 DEPOSITIONS OF HELEN M. WOODARD**

01/08/08 Emmanuel Boykins Harris, a minor, by and through his next friend, Sylvia Harris vs. Henry Ford Hospital and Henry Ford Health Systems
Atty: Brian McKeen
06602786NH
Circuit Court, Wayne County, State of Michigan

01/10/08 Joel Borunda, a minor, by and through his parent and natural guardian, Jessica Borunda, and Jessica Borunda vs. Anupong Chotimongkol, M.D. and Western Plains Medical Complex, Women's Center, Dodge City Medical Center, and Aye Win, M.D.
Atty: Jim Leventhal
04C70
District Court, Ford County, State of Kansas

36

| Date | Case | Case Number | Court |
|------|------|-------------|-------|
| 01/14/08 | Deno Ascone vs. Juan D. Lovato and Union Pacific Railroad Company<br>Atty: Doug Cannon | 050904696 | District Court, Third Judicial District Court, Salt Lake County, State of Utah |
| 01/18/08 | Angela Rodriguez vs. Thomas R. Drake, M.D., Michael J. McMillan, M.D., Helen Turner, R.N., Centura Health d/b/a Littleton Adventist Hospital, Inpatient Consultants of Colorado, P.C., and Emergency Room Physicians at Porter Hospital, P.C.<br>Atty: Jim Leventhal | 2004CV37766 | District Court, Arapahoe County, State of Colorado |
| 01/21/08 | Steven Baucom vs. Betty A. Wells<br>Atty: Robert Steiert | 07CV422 | District Court, Arapahoe County, State of Colorado |
| 01/22/08 | Carrie Smith, as next friend of Jordan Smith, a minor, vs. Lili Levy, M.D., Rainbow Pediatrics, P.C., Keith C. Wilkinson, M.D., and Fozia N. Saleem Rasheed, M.D. and William Beaumont Hospital, jointly and severally.<br>Atty: Teresa Hohman | 06073469NH | Circuit Court, Oakland County, State of Michigan |
| 01/29/08 | Booker Gregory, II, a minor by his next friend and mother, Nnenna Okey, and Nnenna Okey individually vs. Harper-Hutzel Hospital, a Michigan non-profit corporation, d/b/a DMC Hospital Partnership; Susan Berman, M.D., and Mark Redman, M.D., individually, jointly and severally.<br>Atty: Jesse Reiter | 06608775NH | Circuit Court, Wayne County, State of Michigan |
| 02/11/08 | Emmanuel Boykins Harris, a minor, by and through his next friend, Sylvia Harris vs. Henry Ford Hospital and Henry Ford Health Systems<br>Atty: Brian McKeen | 06602786NH | Circuit Court, Wayne County, State of Michigan |

37

| | | |
|---|---|---|
| 02/12/08 | James Armaly and D'Ane M. Armaly vs. Robert R. Johnson II, M.D., Jaliya Lokuketagoda, M.D., University Neurosurgical Associates, P.C. and Sinai-Grace Hospital, Jointly and Severally. Atty: Brian McKeen | 0550844NH | Circuit Court, Wayne County, State of Michigan |
| 03/17/08 | Penny Cline and Richard Cline, M.D., individually and as parents of Taylor Cline, a minor vs. Samuel Ellis, a minor; Greg Ellis M.D., and Leslie Ellis, parents of Samuel Ellis; and Does I-V Atty: Rhett Lunceford | 050902705 | Third Judicial District Court, Salt Lake County, State of Utah |
| 03/18/08 03/21/08 | Pablo Cabrales-Lozaro and Felipa Avila; Rogelio Chavez; Regulo Gonzalez-Cruz; Primitivo Arciniego and Maria Arciniego Navarrete; Luis M. Solis-Zepeda and Fatima Solis; Jaime B. Espara and Guadelope Esparza; Thomas Alvarez; Jose Reyes-Miranda; Virginia Seruty Company, Inc.; and Cambridge Integrated Service Group, Inc. vs. Bridgestone/Firestone North American Tire, LLC a/k/a and/or n/k/a Bridgestone Firestone North American Tire, LLC; Bridgestone Firestone North American Tire, LLC; The Firestone Tire and Rubber Company; Bridgestone/Firestone, LLC; Bridgestone/Firestone, Inc.; Bridgestone Americas Holding, Inc.; Bridgestone Corporation; Bridgestone/Firestone Canada, Inc., a/k/a Bridgestone/Firestone Canada Inc.; Aclaim Rent-a-Car, Inc., and Ford Motor Company Atty: Rhett Klok/Paul Komyatte | 05CV5469 | District Court, Denver County, State of Colorado |
| 03/26/08 | Carrie Smith, as next friend of Jordan Smith, a minor, vs. Lili Levy, M.D., Rainbow Pediatrics, P.C., Keith C. Wilkinson, M.D. and Fozia N. Saleem Rasheed, M.D. and William Beaumont Hospital, Jointly and severally. Atty: Teresa Hohman | 06073469NH | Circuit Court, Oakland County State of Michigan |

38

| Date | | |
|---|---|---|
| 03/31/08 | Naomi Gutowski, a next friend to Paige Gutowski, a minor, vs. Marvin Coy, D.O., Roger Shomo, D.O., Women's Center/OB Clinic, Krystyna Pasterska, M.D., Karl Joseph Komar, M.D., and Oakwood Hospital Corporation, jointly and severally. Atty: Brian McKeen | 07706641NH | Circuit Court, Wayne County, State of Michigan |
| 04/02/08 | Sandra Sue Wretling as next friend and guardian ad litem for Mikayle Wretling a minor vs. Clifford M. Gail, M.D., Gregory W. Hornig, M.D., Frederick K. Hall, D.O., William Braun, M.D., Jennifer A. Lowry, M.D., And The Children's Mercy Hospital Atty: Daniel Giroux | 0516CV25490 | Circuit Court, Jackson County, State of Missouri |
| 04/16/08 | David Mullins and Vanessa Mullins, individually and on behalf of the Bridgett Mullins, a minor child vs. McNeil Consumer & Specialty Pharmaceuticals, a Division of McNeil-PPC, Inc.; and Johnson and Johnson Atty: Bill Zook/Ted Lyon | 06-CV-00266PGC | United States District Court, District Of Utah, State of Utah |
| 04/18/08 | Larry Wagoner, an incompetent person, individually and by and through his conservator and guardian ad litem and next friend, Charilla Wagoner, and Charilla Wagoner, individually Atty: Rob Williams | 07CV244-J | United States District Court, District Of Wyoming, State of Wyoming |
| 04/30/08 | Erica Scanlon and Kelly Scanlon vs. David Peez, M.D., Diane Morfeld, CRNA, and Colorado Anesthesia Consultants, P.C. Atty: Natalie Brown | 07CV0013 | District Court, Denver County, State of Colorado |

39

| Date | Case | Court |
|---|---|---|
| 05/05/08 | Ella Turner vs. University of Utah Hospitals and Clinics, University of Utah and State of Utah<br>Atty: Matt Raty | 040917707 | Third Judicial District Court, Salt Lake County, State of Utah |
| 05/21/08 | Denise Staley and Leland Staley vs. Christopher Jolles, M.D., and Northern Utah Healthcare Corporation, d/b/a St. Mark's Hospital<br>Atty: David Cutt | 050916251 | Third Judicial District Court, Salt Lake County, State of Utah |
| 06/10/08 | Shawn M. Anderson, an individual, vs. Natural Selection Foods, LLC, a California limited liability company; Natural Selection Foods Manufacturing, LLC, a California limited liability company; Dole Food Company, Inc., a Delaware corporation; Harms at the Brickyard, Inc., a Utah corporation; Mission Organics, LLC; and John Does 1 through 20<br>Atty: Richard Burbidge | 070904323 | Third Judicial District Court, Salt Lake County, State of Utah |
| 07/01/08 | Mandy Jo Kerr vs. Mueeza Zafar, M.D., Wheatland Medical Clinic, Glenn L. Shurtz, M.D.<br>Atty: Brad Prochaska | 06CV4650 | Eighteenth Judicial District, Sedgwick County District Court, State Of Kansas |
| 07/21/08 | Toni Taylor, William Taylor, Tina Ruiz and Mark Ruiz vs. Ellis Ranch, Inc., a Colorado corporation, and Terry L. Ellis, individually<br>Atty: Bruce Kaye | 07CV800 | District Court, Larimer County, State of Colorado |
| 08/05/08 | Jeffrey J. Winowiecki and Pinnacol Assurance vs. Black Hills Bentonite, LLC<br>Atty: Roger Castle | 08CV53J | District of Wyoming, State of Wyoming |

40

| 08/20/08 | Vasilios Haralampopoulos, by his guardian John Haralampopoulos vs. Jason L Kelly, M.D.; Robert T. Rowland, M.D.; Mauricio L. Waintrub, M.D. Atty: Kristin White | 2006CV12898 | District Court, City and County of Denver, State of Colorado |
| 08/25/08 | Connor D. Lacy, by and through his parents and next friends, Jason Lacy and Wendie Razon, and Jason Lacy and Wendie Razon, individually vs. St. Luke's Hospital Association, et al. Atty: Marty Rosenburg | 162006CA0004644 | Circuit Court, Fourth Judicial Circuit, in and for Duval County, State of Florida |
| 08/26/08 | Vasilios Haralampopoulos, by his guardian John Haralampopoulos vs. Jason L Kelly, M.D.; Robert T. Rowland, M.D.; Mauricio L. Waintrub, M.D. Atty: Kristin White | 2006CV12898 | District Court, City and County of Denver, State of Colorado |
| 09/08/08 | Maralee McLean vs. Randolph Robinson, M.D., D.D.S., Park Meadows Cosmetic Surgery, P.C., Park Meadows Outpatient Surgery, L.L.C. Atty: Jim Leventhal | 06CV0432 | District Court, Arapahoe County, State of Colorado |
| 09/09/08 | James Russell Mecham and Lisa Mecham vs. IHC Health Services, Inc., dba Utah Valley Regional Medical Center; James A. Tatton, M.D., and Scott E. Bingham, M.D. Atty: Norm Younker | 070400856 | Fourth Judicial District Court, Utah County, State of Utah |
| 09/22/08 | Dominic Yeomans, a minor by and through his friend, Kathleen Yeomans vs. Henry Ford Health System, Clark P. Kirkman, M.D., and Anthony Lee Baisden, M.D. Atty: Craig Forhan | 07714840NH | Circuit Court, Wayne County, State of Michigan |
| 10/02/08 | Kimberly Zundel and Charles Zundel, Individually, and on behalf of their minor child Stephanie Zundel vs. Johnson and Johnson; McNeil Consumer Healthcare, a division of McNeil-PPC, Inc.; McNeil-PPC, Inc.; John Doe 1 through John Doe 50 (fictitious). Atty: Alan Anthony | L-6854-05 | Superior Court, Middlesex County, State of New Jersey |

41

| Date | Case | Case No. | Court |
|---|---|---|---|
| 10/07/08 | Zaria Platt-Parker, a minor by her next friend and mother, Donna Parker Morgan, vs. Henry Ford Medical Center-Fairlane, an assumed name of Henry Ford Health System, a Michigan non-profit corporation; St. Mary Hospital of Livonia, a Michigan non-profit corporation; Sylvia J. Simon-Jones, M.D.; Susan Neal, M.D.; Timothy A. Johnson, M.D.; Wendy Valhoff, CNM; and Lynn M. Rife, CNM; individually, jointly and severally. Atty: Jesse Reiter | 06-624891-NH | Circuit Court, Wayne County, State of Michigan |
| 10/10/08 | Lynda A. Howard vs. Eric Scott Brecher, M.D. and Randall H. Gehl, M.D. Atty: Andrew Brake | 07-CV-60 | District Court, Mesa County, State of Colorado |
| 10/16/08 | Debra Ricci and Floyd Ricci vs. Frank Schinco, M.D. and Covenant Healthcare System, jointly and severally. Atty: Brian McKeen | 07-66348-NH | Circuit Court, Saginaw County, State of Michigan |
| 10/24/08 | Matthew Pajak, a minor, by and through his parents and natural guardians, Betsy Pajak and Gregory Pajak, et. al, vs. Lakewood Hospital, et al. Atty: John Lancione | CV05564860 | Court of Common Pleas, Civil Division, Cuyahoga County, State of Ohio |
| 10/27/08 | Kaye Jensen vs. Martin D. Jordan Atty: Erik Ward | 070903892 | District Court, Second Judicial District, Weber County, State of Utah |
| 10/29/08 11/04/08 | Jeshua Jones, Jr., a minor, by and through his parents and next friends, Joshua Jones, Sr., and Lisa Jones, and Jeshua Jones, Sr., and Lisa Jones vs. Yvonne Edmonds and Wal-Mart Stores, Inc. Atty: Gordon Vaughan | 05CV4746 | District Court, El Paso County State of Colorado |
| 11/20/08 | Gaynell Travis-Pashon and Lester Pashon vs. Susan A. Sgambati, M.D. Atty: Shelley Don | 07CV4709 | District Court, Denver County, |

**2008 TRIAL TESTIMONIES OF HELEN M. WOODARD**

42

| | | | |
|---|---|---|---|
| 02/29/08 | Keith Jones vs. Bowie Industries, Inc., and Todd Christianson, individually and d/b/a Great Alaska Lawn and Landscaping, Inc.<br>Atty: Michael Flanigan | 3AN041095BCIV | Superior Court, Third Judicial District, State of Alaska |
| 03/12/08 | Beckie Grabau and Daniel Grabau vs. Target Corporation<br>Atty: Don Sisson | 06CV01308 | United States District Court, District of Colorado, State of Colorado |
| 03/19/08 | Tyler Keddington, a minor, through his guardians William and Janice Robertshaw, William and Janice Robertshaw, individually as surviving parents of Rebecca Keddington, Mark Meldrum, as parent and guardian of Todd Meldrum and Travis Meldrum, minors, Danny C. Purser, and Jennifer Keyte Wright vs. Michelin North American, Inc., a foreign corporation, Michelin Americas Research & Development Corporation, a foreign corporation, and Fast Tire & Auto, Inc., a Utah corporation.<br>Atty: Pam Thompson | 030402995 | Fourth Judicial District Court, Utah County, State of Utah |
| 04/07/08 | Clint Butterfield and Heidi Butterfield Individually, and on Behalf of their minor daughter, vs. L. Jeffery Chappell, M.D., Sevier Valley Hospital, IHC Health Services, Inc., and John Does, I-X<br>Atty: Allen Young | 020600390 | Sixth Judicial District Court, Sevier County, State of Utah |
| 04/16/08 | Kurt Rossmiller vs. Tai Chan Ngo<br>Atty: Paul Gordon | 2005-CV-1760 | District Court, City and County of Denver, State of Colorado |
| 05/16/08 | Irina Konstantinov, as Conservator for the estate of Vladimir Konstantinov, a mentally incapacitated person, and Sergei Mnatsakanov vs. Findlay Ford Lincoln Mercury<br>Atty: Richard Goodman | 04CV74928 | United States District Court, Eastern District of Michigan, Southern Division, State of Michigan |

43

| 06/09/08 | Margaret K. Danielson and Steven R. Danielson vs. Vernon L. Naake, M.D.<br>Atty: Pia Dean | 05CV1319 | District Court, Adams County, State of Colorado |
| 06/12/08 | Brad Geldnich, Heather Geldnich and Matthew Geldnich, minor, by his Guardian ad Litem, Attorney Gail Brown and Wea Insurance Corporation, vs. Midwest Medical Insurance Company, Angela Breckenridge, DO, and Wisconsin Patients Compensation Fund<br>Atty: Jerome Hierseman | 05-CV-099 | Circuit Court, Washington County, State of Wisconsin |
| 06/24/08<br>and<br>06/25/08 | Karen Kokins, an individual, and the City of Westminster, a Colorado municipality vs. Teleflex, Incorporated<br>Atty: Scott Larson and Roger Castle | 06-CV-01018 | United States District Court, District of Colorado, State of Colorado |
| 07/07/08 | Larry Wagoner, an incompetent person, individually and by and through his conservator and guardian ad litem and next friend, Charilla Wagoner, and Cahrilla Wagoner, individually<br>Atty: Rob Williams/Richard Meyer | 07CV244-J | United States District Court, District Of Wyoming, State of Wyoming |
| 10/15/08 | Jose G. Trujillo vs. Denver Zoological Foundation, Inc.<br>Atty: Sander Karp | 05CV00891TB | United States District Court, District of Colorado, State of Colorado |

## 2009 DEPOSITIONS OF HELEN M. WOODARD

| 01/14/09 | Kevin R. Anderson vs. City of Colorado Springs, dba Memorial Hospital<br>Atty: Peter Goldstein | 2008CV1040 | Division III, District Court, El Paso County, State of Colorado |
| 01/16/09 | May Sullivan vs. Front Range Otolaryngology and Facial Plastic Surgery, P.C., a Colorado corporation, PPG MOB Fund 1A, LLC and Medical Properties Management Company, LLC<br>Atty: Darin Locke | 2008CV776 | District Court, Boulder County, State of Colorado |

44

01/29/09    Arthur D. Fuller, as surviving spouse and as    CVPI0716090    District Court, 4th Judicial District,
            personal representative for an on behalf of                    ADA County, State of Idaho
            the estate of Ruby M. Fuller, deceased, vs.
            Thomas R. Huntington, M.D., FACS
            Atty: Alan Morton, Atty

02/11/09    Cynthia Cardenas, mother and next friend of    2006CV546      District Court, Adams County,
02/12/09    Isabele Perez vs. Vandna Jerath, M.D. and                     State of Colorado
            St. Anthony Hospital North
            Atty: Jim Leventhal

03/04/09    Kara Muller, by and through James Muller and    2007CV5613     District Court, City and County of
            Sherry Muller, as next friends, parents, and                  Denver, State of Colorado
            guardians vs. Varsity Spirit Corporation d/b/a
            Universal Cheerleading Association, Regis
            University Marcia Hoerl, Jeannie Balagna,
            Christina MacCarrone and Sandi Rosenau,
            jointly and severally
            Atty: Sam Stoorman

03/10/09    Mary K. Becker, individually, and as the       2:07CV311PGC   United States District Court, District
            guardian of David H. Becker, vs. Jason                        Of Utah, State of Utah
            Bateman, in an individual and official
            capacity, Edward L. Rhoades, in an official
            capacity, and Heber City Corporation.
            Atty: Steve Russell

03/11/09    Patricia S. Fletcher, a Utah resident          CV0701193      United States District Court,
            vs. U-Haul Company of Arizona, an Arizona                     District of Arizona, State of
            corporation d/b/a U-Haul Center Flagstaff, and                Arizona
            John Does 1-10
            Atty: Shawn Draney

**2009 TRIAL TESTIMONIES OF HELEN M. WOODARD**

01/08/09    John Hathaway vs. Heather Marie                 2007CV3061     Jefferson County, Division 11,
            Nasakaitis                                                     State of Colorado
            Atty: David Greene

45

| | | |
|---|---|---|
| 02/04/09 | Kimberly Zundel and Charles Zundel, Individually, and on behalf of their minor child Stephanie Zundel vs. Johnson and Johnson; McNeil Consumer Healthcare, a division of McNeil-PPC, Inc.; McNeil-PPC, Inc.; John Doe 1 through John Doe 50 (fictitious). Atty: Alan Anthony | L-6854-05 | Superior Court, Middlesex County, State of New Jersey |
| 02/20/09 | May Sullivan vs. Front Range Otolaryngology and Facial Plastic Surgery, P.C., a Colorado corporation, PPG MOB Fund 1A, LLC and Medical Properties Management Company, LLC Atty: Darin Locke | 2008CV776 | District Court, Boulder County, State of Colorado |
| 03/03/09 | Sharon Bethel, Individually and as Conservator and Guardian of David Bethel, an incapacitated person, vs. United States of America, et. al Atty: Natalie Brown | 05CV01336PSFBNB | United States District Court, District of Colorado, State of Colorado |

(Updated 03/19/09)