Exhibit E

# LONEPEAK

V A L U A T I O N   G R O U P

170 SOUTH MAIN STREET, SUITE 1075
SALT LAKE CITY, UTAH 84101
TELEPHONE:     (801) 708-7700
FACSIMILE:      (801) 708-7701
WEB ADDRESS:   WWW.LONEPEAKVALUATION.COM

March 31, 2009

Bret Hanna
Jones Waldo Holbrook & McDonough
170 South Main St., Suite 1500
Salt Lake City, UT 84101

Dear Mr. Hanna:

As you requested, I have calculated the present value of the economic damages in connection with the injury of Shannon Cavanaugh on December 8, 2006.

For the reasons described below, I have concluded the plaintiffs' total economic damages can be reasonably calculated to be within  a range of $1,834,024 to $1,933,292 as of March 31, 2009, detailed as follows:

|  | Summary – Scenario 1 | Summary – Scenario 2 | Table |
|---|---|---|---|
| Past Lost Earnings | $15,168 | $11,720 | Table 1 and Table 3 |
| Future Lost Earnings | 845,844 | 750,024 | Table 2 and Table 4 |
| Future Medical Expenses | 991,065 | 991,065 | Table 5 |
| Past Medical Expenses | 78,280 | 78,280 | Table 6 |
| Gratuitous Care | 2,936 | 2,936 | Table 7 |
| **Total Economic Damages** | **$1,933,292** | **$1,834,024** |  |

This calculation does not include general damages for pain and suffering or damage for loss of enjoyment of life.

I may modify or supplement my opinions in this report at a later date should additional relevant documents or information become available to me.

**Background**

This report is based on an assumption of liability.  I have done no work to determine liability and do not expect to do any such work.

It is my understanding that Ms. Cavanaugh was born on July 23, 1982 and was injured on December 8, 2006 at the age of 24.38.  At the time of her injury, Ms. Cavanaugh lived in Woods Cross, UT with her husband and daughter.

# LONEPEAK
V A L U A T I O N   G R O U P

On December 8, 2006, Ms. Cavanaugh was injured during a police-related incident. The plaintiffs allege that the city failed to protect Ms. Cavanaugh by providing proper training to the officer involved in the incident and that the actions of the defendant "were a proximate cause of severe injuries and damages by Plaintiffs"[1].

More specifically, the plaintiffs claim that if Ms. Cavanaugh had not been injured in this incident, she would have been able to return to full-time employment when her daughter entered preschool.[2]

## Overview of Conventional Method of Measuring Economic Damages

The conventional and accepted method for determining the economic loss resulting from a personal injury is to follow these steps:

- Measure the earnings that have been lost by Ms. Cavanaugh. This component of damages is measured by performing the following steps:

  - Determine the length of Ms. Cavanaugh's pre-incident worklife;
  - Determine the most reasonable career path upon which to estimate Ms. Cavanaugh's pre-incident earnings capacity;
  - Estimate the annual wages of Ms. Cavanaugh in the year after her injury;
  - Determine the pay changes that Ms. Cavanaugh would have received over her worklife;
  - Determine the fringe benefits that would have been earned by Ms. Cavanaugh.
  - Using the same steps as are used in measuring Ms. Cavanaugh's earnings capacity prior to the incident, I have measured her post incident earnings capacity.

- Determine the lost value of household services Ms. Cavanaugh would have provided had she not been injured;
- Determine the value of care gratuitously rendered on behalf of Ms. Cavanaugh as a result of the incident;
- Consider the impact of inflation on each of the above categories and convert all the above calculations to a present value amount.

---

[1] See Complaint p 6
[2] See Plaintiff Shannon Cavanaugh's Responses to First Set of Written Discovery from Defendants Daniel Davis and Woods Cross City and report of Helen Woodard, dated 03/19/2009



## Determination of Lost Earnings

### Determine the Length of Ms. Cavanaugh's Pre-Incident Worklife

The first step in measuring lost earnings is to determine the length of time Ms. Cavanaugh would have worked if not for her injury.

This step is more complex than merely assuming Ms. Cavanaugh would have worked until the age of 65, the normal age of retirement, or until 67, the current age at which social security benefits are paid.

The complexity lies in the fact that if Ms. Cavanaugh had not been injured she would still have faced the possibility of missing work at various times for four different reasons. The reasons are:

- First, she may have voluntarily withdrawn from the labor market, i.e. to attend school, for family contingencies, an early retirement, etc.
- Second, she may have involuntarily withdrawn from the labor market, i.e. she may have been laid off, etc.
- Third, she may have voluntarily or involuntarily worked part-time.
- Finally, before retirement Ms. Cavanaugh may have died for unrelated reasons.

In projecting Ms. Cavanaugh's lost earnings capacity, I have accounted for each of these possibilities using data sources generally relied upon by damage experts.

I have calculated Ms. Cavanaugh's expected work life using the "New Worklife Expectancy Tables Revised 2006". I performed work life calculations for a female with a high school diploma. Ms. Cavanaugh's projected work life is 27.52 years or until age 51.90.

### Determine the Most Reasonable Career Path Upon Which to Estimate Ms. Cavanaugh's Pre-Incident Earnings Capacity

It is my understanding that the plaintiff is entitled to recover the lost value of earnings capacity. Generally speaking, a person finds the job that maximizes their earnings capacity. Therefore, in most instances, the historical earnings are used to project lost earnings. However, earnings capacity can be different than an individual's actual historical earnings. Common examples of people whose actual earnings are different than their earning capacity are college students or the unemployed.

# LONEPEAK
VALUATION GROUP

According to the deposition testimony of Ms. Cavanaugh, she was planning to return to full-time employment by approximately fall of 2008 when her daughter entered preschool[3].

I have been asked to calculate two scenarios of Ms. Cavanaugh's lost earnings.  Scenario one assumes that Ms. Cavanaugh would have worked full time and would have continued to work part-time as a Specimen Collector for a drug testing company.  Scenario two assumes that Ms. Cavanaugh would have worked full time and would not have continued to work as a Specimen Collector.   I have subtracted the cost of child care from Ms. Cavanaugh's earnings in both scenarios.

I have assumed that as of September 1, 2008, Ms. Cavanaugh would have found a full-time job consistent with her past experience.  The following table outlines the average hourly and annual wages for jobs in which Ms. Cavanaugh had past work experience.

| Description | Average Hourly Wage | Annual Salary |
|---|---|---|
| Medical Assistants | $  10.04 | $20,883 |
| Office Clerks, General | 11.33 | 23,566 |
| Telemarketers | 10.42 | 21,674 |
| AVERAGE (2007 Dollars) | $  10.60 | $22,041 |
| **Inflation Adjustment to 2008 Dollars** | $  10.91 | $22,702 |

Ms. Cavanaugh stated that she intended to continue working in her current, part-time job in addition to any full-time work that she could find because of the flexibility and additional income.[4]

Additionally, I have included an offset for daycare expenses. I have assumed that she will need full-time daycare through age 6 and school age care through age 11 (See Exhibit 11 for more detail).

### Estimate the Annual Wages of Ms. Cavanaugh in the Year of Her Injury

At the time of her injury, Ms. Cavanaugh's hours working as a Specimen Collector would vary week to week. She was paid contingent on how many samples she collected.[5] Her pay ranges from $10 to $15 per test.[6]  She typically will collect 25 samples per month and will do large on-

---

[3] Deposition testimony of Shannon Cavanaugh October 8, 2008 p. 12-13
[4] Phone interview, March 20, 2009.
[5] See deposition of Shannon Cavanaugh, dated October 8, 2008; pp. 11-13.
[6] Phone interview, March 20, 2009.

# LONEPEAK
VALUATION GROUP

site jobs one or two quarters a year[7].  As such, I have assumed that Ms. Cavanaugh's part-time earnings in 2008 best estimate her future part-time earnings.

| Gross Earnings | Expenses | Total |
|----------------|----------|-------|
| $5,552 | $1690 | $3,862 |

**Determine the Pay Changes that Ms. Cavanaugh Would Have Received Over Her Worklife**

I have used two different growth rates to estimate Ms. Cavanaugh's earnings, one for her full-time position, and one for her part-time position.

Over the course of her worklife, the typical wage earner experiences somewhat predictable changes in pay.  The changes are generally a result of two factors:

- merit change, and
- inflation.

**Merit Change Full-Time Earnings**

Each year I have included a "merit change" in Ms. Cavanaugh's full-time income.  This represents the pay adjustments that employees receive due to an increased level of work skills or variances in the number of hours they work.

Ultimately, a typical wage earner's real salary begins to decline due to the work force paying smaller and smaller pay adjustments for each year of additional experience.  This can most easily be demonstrated by imagining the expected difference of abilities between a lawyer with two years work experience and a lawyer with twelve years of experience.  The difference in abilities is likely to be much larger than a lawyer with twenty years of experience and one with thirty years of service.  I have reflected the above by adjusting Ms. Cavanaugh's earnings each year under the column called "merit change".

My analysis calculates the merit change based on the historical experience of wage earners that are similar with respect to their levels of education, sex, and estimated years of experience.  The data gathered by the US Census Bureau, shows that as a typical wage earner gains experience, their merit changes decrease.  In other words, their growth in wages slows as they gain work experience.

I have determined the specific annual amounts of merit pay adjustments by analyzing data obtained from the Statistical Abstract of the United Sates (see Exhibit 5).

---

[7] These are jobs that may involved several tests in one day with a large employer.



**Impact of Inflation on Full-Time Earnings**

The change in pay due to inflation represents the increase in earnings that an employer pays to compensate an employee for inflation.  Thus, I have factored in a 3.00% annual growth rate to Ms. Cavanaugh's earnings, attributable to inflation, beginning from the date of this report and extending through her expected date of retirement.  This inflation rate is derived from the average historical consumer price index rate (see Exhibit 2).

Taking into account merit and inflation, the average annual change in pay over Ms. Cavanaugh's lost worklife for her full-time wages is 3.99%.

**Inflation of Part-Time Work**

Ms. Cavanaugh is an independent contractor working as a Specimen Collector.  I have assumed that her charge rates will increase with a rate consistent with the growth rate earnings in the home health care services, as provided by the Bureau of Labor Statistics. This growth rate is currently 3.4%.[8]

**Determination of Ms. Cavanaugh's Fringe Benefits**

Fringe benefits often represent a significant portion of an employee's compensation.  Certain benefits are required by law such as, social security, unemployment, Medicaid, etc.  Other benefits are offered voluntarily by the employer, including health insurance, dental insurance, pension plans, paid vacation days, paid holidays, etc.

Fringe benefits from employment that are lost due to injury or death typically represent an additional loss to the claimant.  Fringe benefit information is conventionally obtained directly from the claimant's employer, a union contract, or the Department of Labor and the U.S. Chamber of Commerce.

Lost fringe benefits may be computed as a percentage of annual lost earnings.[9]  This percentage is then applied uniformly to each year in which wages were lost.

Lost fringe benefits may also be computed by determining the value lost in the year of injury or death and then applying a rate of growth over each year of worklife expectancy or life expectancy, depending on the benefit provision.

---

[8] Source: Bureau of Labor Statistics; Employment, Hours and Earnings from the Current Employment Statistics Survey for the Home Health Care industry Average Hourly Earnings of Production Workers
[9] AICPA Consulting Services Practice Aid 98-2, p 7.11 based upon U.S. Chamber of Commerce, *Employee Benefits*.

# LONEPEAK
VALUATION GROUP

I have assumed that Ms. Cavanaugh would have benefits available to employees in either the Health Care and Social Assistance career field or the Support and Management Services career field, including payments for legally required benefits, medically related payments (including short term disability, long term disability, and insurance premiums), retirement and savings (including 401k and similar plans) and other miscellaneous benefits available to those working in these professions. According to the U.S. Chamber of Commerce, these benefits average a total of 35.20% of her annual salary (see Tables 1 and 2).

As Ms. Cavanaugh is retained as an independent contractor in her part-time position, she is responsible for the withholding of her own payroll taxes and pays for her own materials and fuel expenses. I have assumed that she has no fringe benefits for this position.

**Determination of the Value of Ms. Cavanaugh's Post-Incident Earnings Stream**

Next, I have calculated the amount of money Ms. Cavanaugh will likely earn despite the incident. It is important to note that Ms. Cavanaugh has returned to work in this position, and that her workload is similar to what she was carrying prior to the incident.

My analysis was performed by completing the exact same steps as I performed in measuring her pre-incident earnings. The steps are individually described in detail below:

**Determination of the Length of Ms. Cavanaugh's Worklife**

In projecting Ms. Cavanaugh's post-incident lost earnings capacity, I have again accounted for the possibility that Ms. Cavanaugh will still face the possibility of missing work due to voluntary withdrawal, involuntary withdrawal, part time, or unrelated injury or death.

In fact, it is not uncommon for a person that is injured to suffer a reduction in their expected work life. This may happen due to longer periods of unemployment and/or an inability to work as many hours in a week or for as long as a person without the injury. However, a shortened work life isn't reasonably expected, except for in certain injuries. Damage experts typically rely on the testimony of a medical/vocational expert to address whether the severity of the injury is one that will shorten the work life.

Because I am unaware of any such testimony, I have assumed that Ms. Cavanaugh's expected work life has not been shortened, beyond the time missed between the incident and re-entering the workforce. Thus, this factor is not different than as was discussed in the pre-incident calculation.

I have calculated Ms. Cavanaugh's expected work life using the "New Worklife Expectancy Tables Revised 2006". I performed work life calculations for a female with a high school diploma. Ms. Cavanaugh's projected work life is 27.52 years or until age 51.90.



**Determination of Ms. Cavanaugh's Earnings Capacity**

The following chart illustrates the work history of Ms. Cavanaugh since the incident:

| Year | Start Date | End Date | Employer | Title | Net Pay |
|------|-----------|----------|----------|-------|---------|
| 2007 | Approx. 5/1/2007 | 12/31/2007 | Blue Line Services | Specimen Collector | $ 1,760 |
| 2007 | Unknown | Unknown | Alan Thompson | Office Work | 975 |
| 2008 | 1/1/2008 | 12/31/2008 | Blue Line Services | Specimen Collector | $3,862 |

Helen Woodard, a vocational expert, has stated in her report that "her present work situation, where she is able to set her own hours and does not work full time is likely a better long term work situation for her,"[10] As such, in both scenarios I have assumed that Ms. Cavanaugh will work as a Specimen Collector through the end of her pre-incident worklife.

**Determine the Pay Changes that Ms. Cavanaugh Would Receive Over Her Worklife**

**Impact of Inflation on Part-Time Earnings**

I have made the same assumption regarding inflation that I have made in the calculation of Ms. Cavanaugh's pre-incident earnings. I have assumed that her rates would increase with a rate consistent with the growth rate earnings in the health care industry for education and health services, as provided by the Bureau of Labor Statistics. This 20-year average annual growth rate is 3.4%.[11]

**Determination of Ms. Cavanaugh's Fringe Benefits**

I calculated fringe benefits in the same manner as discussed above.  The calculations for post-incident fringe benefits are based upon her expected post-incident career path in her Specimen Collecting position. That is, I have assumed that she will have no fringe benefits, and will continue to be responsible for her own income withholdings, materials, and fuel expenses.

**Lost Household Services**

The plaintiffs have also lost the value of those household services that a person of Ms. Cavanaugh's age would have typically performed for a family such as hers.  These services include such things as helping around the house with organization and child care. The life care plan of Helen Woodard has included Ms. Cavanaugh's lost household services in her life care plan and they are included in the Future Medical Expenses.

---

[10] See report of Helen Woodard, dated March 19, 2009; pg 14
[11] Source: Bureau of Labor Statistics; Employment, Hours and Earnings from the Current Employment Statistics Survey for the Home Health Care Services Industry; Average Hourly Earnings of Production Workers



## Medical Expenses

### Past Medical Expenses

As a result of the incident, Ms. Cavanaugh incurred certain medical expenses. I have included the amount of such medical services in my damage calculation.

I have been provided with the amount of Ms. Cavanaugh's past medical expenses. The total billed amount as of February 23, 2009 is $78,280.[12]

### Future Medical Expenses

I calculated the present value of future medical services in two steps. The first step was to obtain the services that will be needed, the frequency they will be needed and their current cost, as provided in the life care plan from Helen Woodard. Next, I calculated the present value of the future medical costs by increasing the cost to account for inflation and decreasing the amount to convert it into its present value.

<u>Future Services Needed</u>
I have received a copy of the report prepared by Helen Woodard which assessed Ms. Cavanaugh's condition and provided a life care plan assessing future medical care requirements (see Exhibit 8).

<u>Future Services Needed</u>
Next, I have separated the costs of the future medical needs according to the age at which Ms. Cavanaugh will need the prescribed service and/or equipment.

Then I estimated the future costs of the needed services by inflating the cost today by the "Anticipated Medical Inflation Rate".

The "Anticipated Medical Inflation Rate" recognizes that different types of medical costs have experienced different amounts of inflation. I have used data from the Statistical Abstract of the United States (see Exhibit 6.4), which tracks the actual medical inflation rates since 1983. I estimated that medical costs would increase over the next twenty-five years at the same rate they have increased from 1983 to 2007. After the initial twenty-five year period, I have assumed that medical costs would increase at the rate of all consumer items.

---

[12] Per Medical Billing records, date of incident through 2/23/2009; billed amounts.

# LONEPEAK
V A L U A T I O N   G R O U P

I have calculated the "Anticipated Medical Inflation Rate" by first categorizing Ms. Cavanaugh's needed services and equipment into the same medical categories that are tracked by the Bureau of Labor.

In recent years, the Bureau has created categories of medical costs that are more refined than were available in the past.  The new categories allow for more specific measurement of historical inflation rates and their data was previously included in other larger categories.  However, the new categories do not have a long history.

Since it is generally preferable to use a long period of historical rates to project a long period of future rates, I have estimated the long term historical inflation rate of each of the new categories, based on historical data.  I was able to do this because the new categories are all subsets of previously larger categories.

I applied the medical inflation rates and discounted the future medical costs to arrive at the present value of all future medical expenses.

 The present value of future medical costs is best estimated as $991,065.


## Care Gratuitously Rendered

Gratuitous care is defined as unpaid care and assistance rendered by friends and family members.  The additional care rendered is required because of the injury.  As discussed in the AICPA consulting services practice aid, the following are conventionally acceptable bases for estimating the value of the lost hours:

- *Replacement* cost.  The loss is based on the cost to hire someone to perform the services the claimant can no longer perform.  The actual amounts spent during the past economic-loss period are combined with the amounts expected to be expended over the future economic loss period to determine the total loss of household services due to the injury.

- *Opportunity* cost.  An individual may voluntarily spend time performing household services, as opposed to obtaining outside employment on behalf of the decedent.  The time to perform the household services is considered a compensable opportunity cost, and an estimate is made of the dollar value associated with this opportunity cost. [13]

---

[13] AICPA Consulting Services Practice Aid 98-2, p 7.18

# LONEPEAK
V A L U A T I O N   G R O U P

I have estimated the value of the care gratuitously rendered using the replacement cost approach.  This approach is appropriate because the care provided was done so in a way that did not cause the providers to suffer a reduction in their own pay.

I estimated the replacement cost using an hourly rate of $6.62 for child care services.[14]  For medical related services, I used an hourly rate of $8.67,[15] the hourly rate paid to inexperienced nursing aides, orderlies, and attendants in the Salt Lake City area.

 During the 3.5 weeks following her surgery, Ms. Cavanaugh stayed with her mother. During this time, her mother provided nursing assistance and daycare services by caring for Ms. Cavanaugh's incision and medical needs and tending for her child. Ms. Cavanaugh received gratuitous care as follows:

| Number of Hours, per day | Rate | Number of Days | Total |
|---|---|---|---|
| 8 | $8.67 | 24 | $1,665 |
| 8 | $6.62 | 24 | 1,271 |
| TOTAL | | | $2,936 |

The total value of gratuitous care provided to Ms. Cavanaugh is $2,936 (Table 7).


## Conversion to Present Value

The economic damages calculated above represent the earnings that the estate of Ms. Cavanaugh has lost and will lose as a result of her injury.  It is appropriate to discount such benefits to an equivalent amount stated in today's dollars.  I have used a discount rate of 3.70%, based on the average one year T-Bill rate from 1926 through 2007 (Exhibit 1).

We have enclosed a copy of all supporting schedules used during the preparation of our report. If you have any questions please call me at (801) 321-6334.

Very truly yours,

Richard S. Hoffman CPA / ABV

---

[14] Source: Utah Occupational Report for Child Care Workers;
http://jobs.utah.gov/jsp/wi/utalmis/oidoreport.do?soccode=399011
[15] Source: Utah Occupational Report for Nursing Aides, Orderlies, and Attendants;
http://jobs.utah.gov/jsp/wi/utalmis/oidoreport.do?soccode=311012

# LONEPEAK
VALUATION GROUP

Table 1

*Lone Peak Valuation Group*
*Shannon Cavanaugh*
*Past Lost Earnings - Scenario 1*
*03/31/09*

Discount Rate = 3.70% (Exhibit 1)

Notes in Exhibit 7

| (A) Beginning Date | (B) End Date | (C) (A)-(B) Days | (D) See Note 1 Age | (E) See Note 2 Merit Increase | (F) See Note 3 CPI Increase | (G) Specimen Collector Earnings | (H) Full-time Earnings | (I) See Exhibit 9 Daycare Costs | (J) ([1+(E)+(F)] * Prior Yr. CNA Annual Earnings) Total Earnings See Note 4 | (K) Fringe Benefits 35.2% See Note 5 | (L) ([1+(E)+(F)] * Prior Yr. Annual Earnings) Mitigating Earnings See Note 6 | (M) Mitigating Fringe Benefits 0.0% See Note 5 | (N) (J)+(K)-(L)-(M) Total Lost Earnings | (O) See Note 7 Discount Period | (P) Present Value Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/08/06 | 12/31/06 | 24 | 24.4 | 0.00% | 3.00% | $238 | $0 | $0 | $238 | $0 | $0 | $0 | $238 | N/A | $238 |
| 01/01/07 | 12/31/07 | 365 | 25.4 | 0.00% | 3.00% | $3,706 | $0 | $0 | $3,706 | $0 | $2,735 | $0 | $971 | N/A | $971 |
| 01/01/08 | 12/31/08 | 366 | 26.4 | 2.86% | 3.00% | $3,862 | $7,583 | ($2,820) | $8,625 | $2,669 | $3,862 | $0 | $7,432 | N/A | $7,432 |
| 01/01/09 | 03/30/09 | 89 | 26.7 | 2.61% | 3.00% | $973 | $5,846 | ($1,378) | $5,442 | $2,058 | $973 | $0 | $6,526 | N/A | $6,526 |

Past Lost Earnings   $15,168

*Lone Peak Valuation Group*
*Shannon Cavanaugh*
*Past Lost Earnings - Scenario 2*
*03/31/09*

Table 3

Discount Rate = 3.70% (Exhibit 1)

Notes in Exhibit 7

| (A) Beginning Date | (B) End Date | (C) Days (A)-(B) | (D) Age See Note 1 | (E) Merit Increase See Note 2 | (F) CPI Increase See Note 3 | (G) Estimated Earnings | (H) Daycare Costs See Exhibit 9 | (I) Total Earnings ((1+(E+F)) * Prior Yr. CNA Annual Earnings) See Note 4 | (J) Fringe Benefits (G)* 35.2% See Note 5 | (K) Mitigating Earnings ((1+(E+F)) * Prior Yr. Annual Earnings) See Note 6 | (L) Mitigating Fringe Benefits (K)* 0.0% See Note 5 | (M) Total Lost Earnings (I)+(J)-(K)-(L) | (N) Discount Period See Note 7 | (O) Present Value Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/08/06 | 12/31/06 | 24 | 24.4 | 0.00% | 3.00% | $238 | $0 | $238 | $84 | $0 | $0 | $321 | N/A | $321 |
| 01/01/07 | 12/31/07 | 365 | 25.4 | 0.00% | 3.00% | $3,706 | $0 | $3,706 | $1,305 | $2,735 | $0 | $2,276 | N/A | $2,276 |
| 01/01/08 | 12/31/08 | 366 | 26.4 | 2.80% | 3.00% | $7,583 | ($2,820) | $4,763 | $2,669 | $3,862 | $0 | $3,570 | N/A | $3,570 |
| 01/01/09 | 03/30/09 | 89 | 26.7 | 2.61% | 3.00% | $5,846 | ($1,378) | $4,468 | $2,058 | $973 | $0 | $5,553 | N/A | $5,553 |

Past Lost Earnings $11,720

Lone Peak Valuation Group
Shannon Cavanaugh
Present Value of Future Lost Earnings - Scenario 1
03/31/09

Table 2

Discount Rate = 3.70% (Exhibit 1)

Notes in Exhibit 7

| (A) Beginning Date | (B) End Date | (C) Days [(A)-(B)] | (D) Age (See Note 1) | (E) Merit Increase (See Note 2) | (F) CPI Increase (See Note 3) | (G) Specimen Collector Earnings | (H) Full-time Earnings | (I) Daycare Costs (See Exhibit 9) | (J) Annual Earnings [(1+(E)+(F)] * Prior Yr. CMA Annual Earnings (See Note 4) | (K) Fringe Benefits 35.3% (See Note 5) | (L) Mitigating Earnings [(1+(E)+(F)] * Prior Yr. Annual Earnings (See Note 6) | (M) Mitigating Fringe Benefits 0.0% (See Note 5) | (N) Total Lost Earnings (J)+(K)-(L)-(M) | (O) Discount Period (See Note 7) | (P) Present Value Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 03/13/09 | 12/31/2009 | 276 | 27.4 | 2.61% | 3.00% | $3,018 | $18,129 | ($4,272) | $16,875 | $6,381 | $3,018 | $0 | 20,238 | 0.38 | $19,961 |
| 01/01/10 | 12/31/10 | 365 | 28.4 | 2.43% | 3.00% | $4,126 | $25,276 | ($5,911) | $23,491 | $8,897 | $4,126 | $0 | 28,262 | 1.25 | $27,007 |
| 01/01/11 | 12/31/11 | 365 | 29.4 | 2.26% | 3.00% | $4,265 | $26,604 | ($5,392) | $25,477 | $9,365 | $4,265 | $0 | 30,577 | 2.25 | $28,177 |
| 01/01/12 | 12/31/12 | 366 | 30.4 | 2.10% | 3.00% | $4,408 | $27,960 | ($3,983) | $28,385 | $9,842 | $4,408 | $0 | 33,819 | 3.25 | $30,052 |
| 01/01/13 | 12/31/13 | 365 | 31.4 | 1.94% | 3.00% | $4,556 | $29,342 | ($4,167) | $29,731 | $10,328 | $4,556 | $0 | 35,504 | 4.25 | $30,424 |
| 01/01/14 | 12/31/14 | 365 | 32.4 | 1.80% | 3.00% | $4,709 | $30,751 | ($4,360) | $31,101 | $10,824 | $4,709 | $0 | 37,216 | 5.25 | $30,753 |
| 01/01/15 | 12/31/15 | 365 | 33.4 | 1.67% | 3.00% | $4,868 | $32,186 | ($4,562) | $32,492 | $11,330 | $4,868 | $0 | 38,954 | 6.25 | $31,041 |
| 01/01/16 | 12/31/16 | 366 | 34.4 | 1.54% | 3.00% | $5,031 | $33,646 | ($4,772) | $33,905 | $11,844 | $5,031 | $0 | 40,717 | 7.25 | $31,288 |
| 01/01/17 | 12/31/17 | 365 | 35.4 | 1.41% | 3.00% | $5,200 | $35,131 | $0 | $39,915 | $12,366 | $5,200 | $0 | 47,081 | 8.25 | $34,868 |
| 01/01/18 | 12/31/18 | 365 | 36.4 | 1.29% | 3.00% | $5,375 | $36,640 | $0 | $41,972 | $12,897 | $5,375 | $0 | 49,526 | 9.25 | $35,398 |
| 01/01/19 | 12/31/19 | 365 | 37.4 | 1.18% | 3.00% | $5,556 | $38,171 | $0 | $43,727 | $13,436 | $5,556 | $0 | 51,607 | 10.25 | $35,561 |
| 01/01/20 | 12/31/20 | 366 | 38.4 | 1.07% | 3.00% | $5,742 | $39,724 | $0 | $45,467 | $13,983 | $5,742 | $0 | 53,707 | 11.25 | $35,688 |
| 01/01/21 | 12/31/21 | 365 | 39.4 | 0.96% | 3.00% | $5,935 | $41,298 | $0 | $47,233 | $14,537 | $5,935 | $0 | 55,835 | 12.25 | $35,778 |
| 01/01/22 | 12/31/22 | 365 | 40.4 | 0.86% | 3.00% | $6,135 | $42,891 | $0 | $49,026 | $15,098 | $6,135 | $0 | 57,989 | 13.25 | $35,832 |
| 01/01/23 | 12/31/23 | 365 | 41.4 | 0.76% | 3.00% | $6,341 | $44,502 | $0 | $50,844 | $15,665 | $6,341 | $0 | 60,167 | 14.25 | $35,852 |
| 01/01/24 | 12/31/24 | 366 | 42.4 | 0.66% | 3.00% | $6,554 | $46,130 | $0 | $52,684 | $16,238 | $6,554 | $0 | 62,368 | 15.25 | $35,837 |
| 01/01/25 | 12/31/25 | 365 | 43.4 | 0.56% | 3.00% | $6,775 | $47,773 | $0 | $54,547 | $16,816 | $6,775 | $0 | 64,589 | 16.25 | $35,789 |
| 01/01/26 | 12/31/26 | 365 | 44.4 | 0.47% | 3.00% | $7,002 | $49,428 | $0 | $56,430 | $17,399 | $7,002 | $0 | 66,837 | 17.25 | $35,708 |
| 01/01/27 | 12/31/27 | 365 | 45.4 | 0.37% | 3.00% | $7,238 | $51,094 | $0 | $58,332 | $17,989 | $7,238 | $0 | 69,080 | 18.25 | $35,595 |
| 01/01/28 | 12/31/28 | 366 | 46.4 | 0.28% | 3.00% | $7,481 | $52,769 | $0 | $60,250 | $18,575 | $7,481 | $0 | 71,344 | 19.25 | $35,450 |
| 01/01/29 | 12/31/29 | 365 | 47.4 | 0.19% | 3.00% | $7,732 | $54,451 | $0 | $62,183 | $19,167 | $7,732 | $0 | 73,618 | 20.25 | $35,275 |
| 01/01/30 | 12/31/30 | 365 | 48.4 | 0.10% | 3.00% | $7,992 | $56,136 | $0 | $64,128 | $19,760 | $7,992 | $0 | 75,896 | 21.25 | $35,069 |
| 01/01/31 | 12/31/31 | 365 | 49.4 | 0.00% | 3.00% | $8,261 | $57,823 | $0 | $66,083 | $20,354 | $8,261 | $0 | 78,176 | 22.25 | $34,833 |
| 01/01/32 | 12/31/32 | 366 | 50.4 | -0.05% | 3.00% | $8,539 | $59,507 | $0 | $68,046 | $20,946 | $8,539 | $0 | 80,454 | 23.25 | $34,569 |
| 01/01/33 | 12/31/33 | 365 | 51.4 | -0.18% | 3.00% | $8,826 | $61,186 | $0 | $70,012 | $21,538 | $8,826 | $0 | 82,729 | 24.25 | $34,276 |
| 01/01/34 | 06/04/34 | 167 | 51.9 | -0.18% | 3.00% | $4,186 | $28,867 | $0 | $33,052 | $10,161 | $4,186 | $0 | 39,028 | 24.99 | $15,763 |

Future Lost Earnings   $845,844

Lone Peak Valuation Group
Shannon Cavanaugh
Present Value of Future Lost Earnings - Scenario 2
03/31/09

Table 4

Discount Rate = 3.70% (Exhibit 1)

Notes in Exhibit 7

| (A) Beginning Date | (B) End Date | (C) Days (A)-(B) | (D) Age See Note 1 | (E) Merit Increase See Note 2 | (F) CPI Increase See Note 3 | (G) Full-time Earnings | (H) Daycare Costs See Exhibit 9 | (I) Annual Earnings [(1+[E]+[F]) * Prior Yr. CNA Annual Earnings] See Note 4 | (J) Fringe Benefits [G]* 35.2% See Note 5 | (K) Mitigating Earnings [(1+[E]+[F]) * Prior Yr. Annual Earnings] See Note 6 | (L) Mitigating Fringe Benefits [J]* 0.0% See Note 5 | (M) Total Lost Earnings ([I]+[J])-[K]-[L] | (N) Discount Period See Note 7 | (O) Present Value Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 03/31/09 | 12/31/2009 | 276 | 27.4 | 2.61% | 3.00% | $18,129 | ($4,272) | $13,857 | $6,381 | $3,018 | $0 | 17,220 | 0.38 | $16,984 |
| 01/01/10 | 12/31/10 | 365 | 28.4 | 2.43% | 3.00% | $25,276 | ($5,911) | $19,365 | $8,897 | $4,126 | $0 | 24,136 | 1.25 | $23,064 |
| 01/01/11 | 12/31/11 | 365 | 29.4 | 2.26% | 3.00% | $26,604 | ($5,392) | $21,212 | $9,365 | $4,265 | $0 | 26,312 | 2.25 | $24,247 |
| 01/01/12 | 12/31/12 | 366 | 30.4 | 2.10% | 3.00% | $27,960 | ($3,983) | $23,977 | $9,842 | $4,608 | $0 | 29,211 | 3.25 | $26,135 |
| 01/01/13 | 12/31/13 | 365 | 31.4 | 1.94% | 3.00% | $29,342 | ($4,167) | $25,175 | $10,328 | $4,556 | $0 | 30,947 | 4.25 | $26,519 |
| 01/01/14 | 12/31/14 | 365 | 32.4 | 1.80% | 3.00% | $30,751 | ($4,360) | $26,391 | $10,824 | $4,709 | $0 | 32,507 | 5.25 | $26,862 |
| 01/01/15 | 12/31/15 | 365 | 33.4 | 1.67% | 3.00% | $32,186 | ($4,562) | $27,625 | $11,330 | $4,868 | $0 | 34,087 | 6.25 | $27,162 |
| 01/01/16 | 12/31/16 | 366 | 34.4 | 1.54% | 3.00% | $33,646 | ($4,772) | $28,874 | $11,844 | $5,031 | $0 | 35,686 | 7.25 | $27,422 |
| 01/01/17 | 12/31/17 | 365 | 35.4 | 1.41% | 3.00% | $35,131 | ($416) | $34,715 | $12,366 | $5,200 | $0 | 41,881 | 8.25 | $31,034 |
| 01/01/18 | 12/31/18 | 365 | 36.4 | 1.29% | 3.00% | $36,640 | $0 | $36,640 | $12,897 | $5,375 | $0 | 44,162 | 9.25 | $31,557 |
| 01/01/19 | 12/31/19 | 365 | 37.4 | 1.18% | 3.00% | $38,171 | $0 | $38,171 | $13,436 | $5,556 | $0 | 46,051 | 10.25 | $31,733 |
| 01/01/20 | 12/31/20 | 366 | 38.4 | 1.07% | 3.00% | $39,724 | $0 | $39,724 | $13,983 | $5,742 | $0 | 47,965 | 11.25 | $31,872 |
| 01/01/21 | 12/31/21 | 365 | 39.4 | 0.96% | 3.00% | $41,298 | $0 | $41,298 | $14,537 | $5,935 | $0 | 49,899 | 12.25 | $31,975 |
| 01/01/22 | 12/31/22 | 365 | 40.4 | 0.86% | 3.00% | $42,891 | $0 | $42,891 | $15,098 | $6,135 | $0 | 51,854 | 13.25 | $32,042 |
| 01/01/23 | 12/31/23 | 365 | 41.4 | 0.76% | 3.00% | $44,502 | $0 | $44,502 | $15,665 | $6,341 | $0 | 53,826 | 14.25 | $32,073 |
| 01/01/24 | 12/31/24 | 366 | 42.4 | 0.66% | 3.00% | $46,130 | $0 | $46,130 | $16,238 | $6,554 | $0 | 55,814 | 15.25 | $32,071 |
| 01/01/25 | 12/31/25 | 365 | 43.4 | 0.56% | 3.00% | $47,773 | $0 | $47,773 | $16,816 | $6,775 | $0 | 57,814 | 16.25 | $32,035 |
| 01/01/26 | 12/31/26 | 365 | 44.4 | 0.47% | 3.00% | $49,428 | $0 | $49,428 | $17,399 | $7,002 | $0 | 59,824 | 17.25 | $31,966 |
| 01/01/27 | 12/31/27 | 365 | 45.4 | 0.37% | 3.00% | $51,094 | $0 | $51,094 | $17,985 | $7,238 | $0 | 61,842 | 18.25 | $31,865 |
| 01/01/28 | 12/31/28 | 366 | 46.4 | 0.28% | 3.00% | $52,769 | $0 | $52,769 | $18,575 | $7,481 | $0 | 63,863 | 19.25 | $31,733 |
| 01/01/29 | 12/31/29 | 365 | 47.4 | 0.19% | 3.00% | $54,451 | $0 | $54,451 | $19,167 | $7,732 | $0 | 65,885 | 20.25 | $31,570 |
| 01/01/30 | 12/31/30 | 365 | 48.4 | 0.10% | 3.00% | $56,136 | $0 | $56,136 | $19,760 | $7,992 | $0 | 67,904 | 21.25 | $31,376 |
| 01/01/31 | 12/31/31 | 365 | 49.4 | 0.00% | 3.00% | $57,823 | $0 | $57,823 | $20,354 | $8,261 | $0 | 69,915 | 22.25 | $31,153 |
| 01/01/32 | 12/31/32 | 366 | 50.4 | -0.09% | 3.00% | $59,507 | $0 | $59,507 | $20,946 | $8,539 | $0 | 71,915 | 23.25 | $30,900 |
| 01/01/33 | 12/31/33 | 365 | 51.4 | -0.18% | 3.00% | $61,186 | $0 | $61,186 | $21,538 | $8,826 | $0 | 73,898 | 24.25 | $30,620 |
| 01/01/34 | 06/16/34 | 167 | 51.9 | -0.18% | 3.00% | $28,867 | $0 | $28,867 | $10,161 | $4,186 | $0 | 34,842 | 24.99 | $14,054 |

Future Lost Earnings  $750,024

*Shannon Cavanaugh*
*Medical Expense Summary*
*3/31/2009*                                                                      **Table 5**

| Expense Category | Total Expense |
|---|---|
| Prescription | $494,695 |
| CPI Rate | $349,652 |
| Services by Other Med Prof | $93,787 |
| Non-prescription Med Eq | $19,034 |

**Total Future Medical Costs**          **$991,065**

**Lone Peak Valuation Group**
**Shannon Cavanaugh**
**Summary of Past Medical Expenses**
**03/31/09**                                                                                    **Table 6**

Past Medical Expenses, as of February 23, 2009:                    $78,279.67

Source: "Medical Billing Records Shannon Cavanaugh"

**Lone Peak Valuation Group**
**Shannon Cavanaugh**
**Gratuitous Care Calculation**
**03/31/09**                                                                              **Table 7**

Date of Incident:                        12/8/2006
Hospital Stay                            9 days
Discharge date                           12/17/2006

**Nursing Care**
8 Hours Care, daily                                                    8  (A)
Hourly rate, Nursing Care[1]                                      $8.67  (B)
24 Days                                                               24  (C)
TOTAL                                                         $1,664.64  (A)*(B)*(C)

Child Care
8 Hours Care, daily                                                    8  (D)
Hourly rate, Child Care, Utah[2]                                  $6.62  (E)
24 days                                                               24  (F)
TOTAL                                                         $1,271.04  (D)*(E)*(F)

Total Gratuitous Care, 3.5 weeks following surgery:              $2,936

1 - Source: Utah Occupational Report for Nursing Aides, Orderlies, and Attendants;
http://jobs.utah.gov/jsp/wi/utalmis/oidoreport.do?soccode=311012

2 - Source: Utah Occupational Report for Child Care Workers;
http://jobs.utah.gov/jsp/wi/utalmis/oidoreport.do?soccode=399011

# RICK S. HOFFMAN, CPA/ABV

Lone Peak Valuation Group
170 South Main Street, Suite 1075
Salt Lake City, Utah
Tel. (801) 321-6334
Fax. (801) 708-7701
Email: Rhoffman@lonepeakvaluation.com

Mr. Hoffman has over fifteen years of experience in public accounting and consulting. He has been primarily involved with calculating damages related to commercial litigation. He has also spent considerable time performing valuations inside and outside of the litigation arena, with particular emphasis in the valuation of intellectual property. Mr. Hoffman is a Certified Public Accountant, Accredited in Business Valuation and has over 140 hours of additional training in the areas of valuation, litigation, and lost profit calculations. He regularly teaches on the subject of damages and has testified in state court, Federal court, Arbitrations, acted as Special Master and has been a court appointed expert.

## EMPLOYMENT HISTORY

| | |
|---|---|
| April 2008 to Present | Partner<br>Lone Peak Valuation Group<br>Salt Lake City, UT<br>Litigation/Consulting Services |
| December 2000 to April 2008 | Managing Director<br>LECG, LLC<br>Salt Lake City, UT<br>Litigation/Consulting Services |
| September 1992 to November 2000 | Director<br>PricewaterhouseCoopers LLP<br>Salt Lake City, Utah<br>Litigation/Consulting Services |
| September 1989 to August 1992 | Sr. Associate<br>Arthur Andersen & CO |

## EDUCATION & CREDENTIALS

Certified Public Accountant, Accredited in Business Valuations
Adjunct Professor – University of Utah (2002)
Co-Instructor NACVA – Valuation of Intellectual Property Damages
Southwest Texas State University, San Marcos, Texas



BA Accounting, 1989 (Magna Cum Laude)

## PROFESSIONAL MEMBERSHIPS

American Institute of Certified Public Accountants
American Society of Appraisers (1999-2000)
Association of Investment Management Research (1998-2000)
Games Development Association – Patent Committee (2000-2001)
National Association of Certified Valuation Analysts (1999-present)
National Litigation Certification Board – NACVA (2000-2001)
National Litigation Review Board (2005 – 2006)
Board member of NACVA (2005 – 2006)
Management Advisory Council of LECG, LLC 2005
Editorial Advisory Board for National Litigation Consultants 2005-2006
Board member of Journal of Business Valuation (2006 – present)

## SPEECHES, ARTICLES, AND BOOKS

*"Financial Discovery"*, Utah Bar Association, August 2006

*"Improving the Rigor of Your Market Approach"*, National Litigation Consultants Review, Feature Article, February 2006

*"Keeping Track of Your Experience"*, National Litigation Consultants Review, Feature Article, November 2005

*"Valuing Intellectual Property and Other Intangible Assets"*, Business Valuation Resources, LLC, Telephone Conference, June 2005

*"Value of Intellectual Property Damage Calculation"*, National Association of Certified Valuation Analysts, Las Vegas, Nevada, November 2004

*"Value of Intellectual Property Damage Calculation"*, National Association of Certified Valuation Analysts, Salt Lake City, Utah, October 2004

*"Intellectual Property Damages: Guidelines and Analysis, 2004 Supplement"*, Wiley Publications, November 2004

*"Valuation in Context of a Merger"*, Kennesaw State University, February 2004.

*"Valuing Start Up Technology Companies"*, National Internal Revenue Service, September 2003

*"Corporate Analysis of Intellectual Property"*, Executive MBA Program, University of Utah, June 2003

LONEPEAK
V A L U A T I O N   G R O U P

*"Value of Intellectual Property"*, National Association of Certified Valuation Analysts, New York, New York, June 2003

*"Intellectual Property Damages: Guidelines and Analysis"*, Wiley Publications, November 2002

*"Valuing Patents that are Not Generating Sales"*, The RMA Journal, May 2002

*"An Introduction to Valuing Intellectual Property"*, The RMA Journal, May 2002

*"How Intellectual Property Influences Your Existing Loans"*, The RMA Journal, April 2002

*"Intellectual Property Valuation"*, American Institute of Certified Public Accountants, National Valuation Conference, December 2001

*"Calculating Intellectual Property Damages"*, National Association of Certified Valuation Analysts, Chicago, Illinois, December 2001

*"Calculating Intellectual Property Damages"*, National Association of Certified Valuation Analysts, Washington D.C., November 2001

*"Reasonable Royalty Calculation"*, Valuation Examiner, Summer 2001

*"Calculating Damages in Intellectual Property Cases"*, National Association of Certified Valuation Analysts, November 2001

*"Intellectual Property Section"*, Utah State Bar, September 2000

*"Calculating Intellectual Property Damages"*, National Association of Certified Valuation Analysts, Dallas, Texas, May 2000

*"Valuing Intellectual Property"*, Guest Lecturer, University of Utah, February 2000

*"Patent Damages"*, Utah Bar Association, April 1999

*"Performing Business Valuations"*, Guest Lecturer, University of Utah, October 1998 & February 1999

*"Maximizing the Value of Intellectual Property"*, Law and Economic Society, January 1999

*"Business Valuations"*, Utah Bar Association, July 1998

*"Calculating Personal Injury Damages"*, Young Lawyers Association, November 1997

*"Calculating Personal Injury Damages"*, Utah Bar Association, July 1997



## PRIOR TESTIMONY EXPERIENCE

**Caroderm vs. NuSkin**
Deposition and Trial
3rd District Court of Utah

**Allan Ray Thurston vs. Smith's Food & Drug Centers, Inc.**
Deposition
3rd District Court of Utah

**Sunnyside vs. First American Title Insurance Company**
Deposition and Trial
Federal Court, Utah

**SRECO Flexible, Inc. vs. Sewer Equipment**
Deposition and Trial
Federal Court, Utah

**Gold Cross Services, Inc. vs. West Valley City**
Deposition and Trial
3rd District Court of Utah

**Voitanik vs. Voitanik**
Deposition and Trial
3rd District Court of Utah

**Clearone vs. Lumberman's Casualty**
Deposition
Federal Court, Utah

**MicroAge vs. Access Systems**
Deposition
3rd District Court of Utah

**Ivan Radman vs. Flanders**
Trial
3rd District Court of Utah

**Canopy Corporation and David E. Jorgensen vs. Symantec Corporation**
Deposition and Trial
Federal Court, Utah

**Tademy vs. Union Pacific Railroad Corp.**
Deposition
3rd District Court of Utah

**Pisciotta vs. Pisciotta**
Deposition
Federal Court, Utah

**Egbert vs. Nissan of North America**
Deposition
3rd District Court of Utah

**Amanda Kropf vs. Michael Williams, M.D.**
Deposition
Federal Court, Utah



**Steven Sommer and Diana Sommer vs.**
**Steven Gange**
Deposition
3rd District Court of Utah

**Gorringe vs. G. Remington Brooks, M.D.**
Deposition
3rd District Court of Utah

**Ebbert vs. Harris Research**
Deposition
Federal Court, Utah

**Boyd vs. Durham, Jones, & Pinegar**
Trial
Federal Court, Utah

**Microsoft vs. MBC Enterprises**
Trial
Federal Court, Utah

**Vantage Controls vs. Lutron Electronics**
Deposition
Federal Court, Utah

**Help U Sell vs. RIS Montana,**
**Washington, et. al.**
Arbitration
Phoenix, Arizona

**Levi Foot vs. Mountainstar Healthcare**
Deposition
4th District Court of Utah

**Alejandro Castaneda and Alda Cortez**
**vs. USA**
Deposition
3rd District Court of Utah

**Graymount Western US, Inc. vs. Sunnyside**
**Cogeneration Associates**
Deposition
4th District Court of Utah

**Owner Operator Independent Drivers**
**Association, Inc. vs. CR England, Inc.**
Deposition and Trial
Federal Court, Utah

**Associated Food Stores, Inc. and Michael T.**
**Tremmayne vs. Marianne Furniss, Daniel**
**Wollschlager, and Janet Wollschlager**
Deposition
3rd District Court of Utah

**Steve Sommer vs. Steven Gange**
Trial
3rd District Court of Utah

**Ronald Russo vs. Ballard Medical and**
**Kimberly Clark**
Deposition and Trial
Federal Court, Utah

**Exotic Imports vs. Lamborghini**
Deposition
3rd District Court of Utah

**Hope Carlton Levin vs. Robert Levin**
Trial
3rd District Court of Utah

**LONEPEAK**
V A L U A T I O N   G R O U P

**Farm Bureau vs. American National Insurance, Co.**
Deposition
3rd District Court of Utah

**Felix Alba vs. Malvern Instruments, LTD**
Arbitration
3rd District Court of Utah

**SliceX, Inc. vs. Aeroflex Colorado Springs, Inc.**
Deposition
District Court of Utah, Central Division

**Monte Faulkner vs. Maclean Engineering and Marketing Company, LTD**
Deposition
Nevada District Court

**Coverstar, Inc. vs. Cooley, Inc.**
Deposition
3rd District Court of Utah

**Margaret A. Randall vs. Smith's Food & Drug Centers, Inc.**
Trial
Federal Court of Wyoming

**Hi-Tech vs. Bombardier**
Trial
Federal Court, Montana

**Cliff R. Morain vs. Espenschied Transportation and Jason E. Best**
Deposition

**SliceX, Inc. vs. Aeroflex Colorado Springs, Inc.**
Trial
Federal Court, Utah

**William Borghetti, et. al. vs. System and Computer Technology, Inc. et. al.**
Deposition
3rd District Court of Utah

**Engineered Structures vs. Merrik Young**
Deposition
3rd District Court of Utah

**Brenda Holt vs. Cameron S. Williams, M.D.**
Deposition
7th District Court of Utah

**Albion International, Inc. vs. Xanodyne Pharmaceutical Corporation**
Arbitration
Salt Lake City, Utah

**Taylor Electric vs. Copper Mountain**
Trial
3rd District Court, West Jordan



**Tony Bruderer vs. PacificCorp**
Deposition
District Court of Idaho

**Kuist vs. Richard Hodge**
Deposition
Superior Court of Los Angeles, California

**White Family Harmony Investment, LTD
vs. Transwestern West Valley, LLC**
Deposition
3rd District Court of Utah

**Hinkley Dodge vs. Chrysler Corporation**
Arbitration
Salt Lake City, Utah

**Portico Development vs. Bodell
Construction**
Trial
3rd District Court of Utah

**Eckardt vs. Gold Cross**
Deposition
3rd District Court of Utah

**Jerry D. Weeks and Robin Ambrose Weeks
vs. Mark F. Rogers and Amy Denton**
Trial
4th District Court of Utah

**Farm Bureau vs. American National
Insurance Company**
Trial
Federal Court, UT

**SunCrest vs. Micron**
Deposition
3rd District Court of Utah

**Columbia Sportswear North American, Inc.
vs. Cerf Brothers Bag Co.**
Deposition
District Court of Oregon

**Chad C. Beck vs. Allstate Insurance Company**
Arbitration
Salt Lake City, Utah

**Leon Ernest "Lonnie" Paulos vs. Jeanne
Anne Paulos**
Trial
3rd District Court of Utah

**Clearone vs. Wideband**
Deposition
Federal Court, Utah

**Burr vs. Eye Institute**
Deposition
3rd District Court of Utah

**ACTI vs. My Comfort**
Trial
3rd District Court of Utah

**Doctorman vs. Golub**
Deposition and Trial
3rd District Court of Utah

**Kulbir Walia vs. Harris Research, Inc.**
Trial
3rd District Court of Utah

**Wardell vs. Clyde**
Deposition
3rd District Court of Utah

**1-800-CONTACTS vs. LENS.COM**
Deposition
Federal Court, UT

**Donald and Tamaron Cole vs. Lynn Hines
And Swift Transportation Company, Inc.**
Deposition
3rd District Court of Utah

**Turner Gas Company vs. Mark A. Harris
and Kamps Company**
Deposition
3rd District Court of Utah

**ClearOne Communications, Inc. vs.
Andrew Chaing, Jun Yang, Lonny
Bowers, Wideband Solutions, Inc., and
Biamp Systems Corporation**
Trial
Federal Court, UT

**Praise – Kutchera vs. USANA**
Arbitration
Salt Lake City, UT

**East vs. West Jordan School District**
Arbitration
Salt Lake City, UT

**Tim Schmanski and Maria Schmanski,
individually and on behalf of their
minor children, Tori Schmanski and
Whitney Schmanski**
Deposition
4th District Court of Utah

**Marquardt vs. Marquardt**
Trial
3rd District Court of Utah



Rate Schedule:

Rick Hoffman: $320 per hour

Roger Smith: $250 per hour

Staff: $200 - $65 per hour



Exhibit 1

*Lone Peak Valuation Group*
**Shannon Cavanaugh**
**Discount Rate Calculation**
**03/31/09**                                                                                    **Exhibit 1**

|  |  |
|---|---|
| **Average** | **3.70%** |

The average discount rate is based on the US Treasury Bills Total returns from
the beginning of 1926 to the end of 2007.

Source:  SBBI 2008 Yearbook, Ibbotson Associates, Table C-6, Page 324-329.



Ibbotson® SBBI®
2008 Classic Yearbook

Market Results for
Stocks, Bonds, Bills, and Inflation
1926–2007

M🌑RNINGSTAR®

Appendix C

Table C-6 (page 1 of 6)
**U.S. Treasury Bills Total Returns**
Rates of Return for all holding periods
Percent per annum compounded annually



from 1926 to 2007

| To the end of | 1926 | 1927 | 1928 | 1929 | 1930 | 1931 | 1932 | 1933 | 1934 | 1935 | 1936 | 1937 | 1938 | 1939 | 1940 | 1941 | 1942 | 1943 | 1944 | 1945 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1926 | 3.3 | | | | | | | | | | | | | | | | | | | |
| 1927 | 3.2 | 3.1 | | | | | | | | | | | | | | | | | | |
| 1928 | 3.3 | 3.3 | 3.6 | | | | | | | | | | | | | | | | | |
| 1929 | 3.7 | 3.8 | 4.2 | 4.7 | | | | | | | | | | | | | | | | |
| 1930 | 3.4 | 3.5 | 3.6 | 3.6 | 2.4 | | | | | | | | | | | | | | | |
| 1931 | 3.0 | 3.0 | 2.9 | 2.7 | 1.7 | 1.1 | | | | | | | | | | | | | | |
| 1932 | 2.7 | 2.6 | 2.5 | 2.3 | 1.5 | 1.0 | 1.0 | | | | | | | | | | | | | |
| 1933 | 2.4 | 2.3 | 2.2 | 1.9 | 1.2 | 0.8 | 0.6 | 0.3 | | | | | | | | | | | | |
| 1934 | 2.2 | 2.0 | 1.9 | 1.6 | 1.0 | 0.6 | 0.5 | 0.2 | 0.2 | | | | | | | | | | | |
| 1935 | 2.0 | 1.8 | 1.7 | 1.4 | 0.8 | 0.5 | 0.4 | 0.2 | 0.2 | 0.2 | | | | | | | | | | |
| 1936 | 1.8 | 1.7 | 1.5 | 1.2 | 0.7 | 0.5 | 0.4 | 0.2 | 0.2 | 0.2 | 0.2 | | | | | | | | | |
| 1937 | 1.7 | 1.5 | 1.4 | 1.1 | 0.7 | 0.4 | 0.3 | 0.2 | 0.2 | 0.2 | 0.2 | 0.3 | | | | | | | | |
| 1938 | 1.5 | 1.4 | 1.2 | 1.0 | 0.6 | 0.4 | 0.3 | 0.2 | 0.2 | 0.1 | 0.1 | 0.1 | 0.0 | | | | | | | |
| 1939 | 1.4 | 1.3 | 1.1 | 0.9 | 0.6 | 0.3 | 0.3 | 0.2 | 0.1 | 0.1 | 0.1 | 0.1 | 0.0 | 0.0 | | | | | | |
| 1940 | 1.3 | 1.2 | 1.1 | 0.9 | 0.5 | 0.3 | 0.2 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.0 | 0.0 | 0.0 | | | | | |
| 1941 | 1.3 | 1.1 | 1.0 | 0.8 | 0.5 | 0.3 | 0.2 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.3 | | | | |
| 1942 | 1.2 | 1.1 | 0.9 | 0.8 | 0.5 | 0.3 | 0.2 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.2 | 0.2 | 0.3 | | | |
| 1943 | 1.2 | 1.0 | 0.9 | 0.7 | 0.4 | 0.3 | 0.2 | 0.2 | 0.2 | 0.1 | 0.1 | 0.1 | 0.2 | 0.2 | 0.3 | 0.3 | 0.3 | 0.3 | | |
| 1944 | 1.1 | 1.0 | 0.9 | 0.7 | 0.4 | 0.3 | 0.2 | 0.2 | 0.2 | 0.2 | 0.2 | 0.2 | 0.2 | 0.2 | 0.3 | 0.3 | 0.3 | 0.3 | 0.3 | |
| 1945 | 1.1 | 1.0 | 0.8 | 0.7 | 0.4 | 0.3 | 0.2 | 0.2 | 0.2 | 0.2 | 0.2 | 0.2 | 0.2 | 0.3 | 0.3 | 0.3 | 0.3 | 0.3 | 0.3 | 0.3 |
| 1946 | 1.0 | 0.9 | 0.8 | 0.7 | 0.4 | 0.3 | 0.3 | 0.3 | 0.2 | 0.2 | 0.2 | 0.2 | 0.2 | 0.2 | 0.3 | 0.3 | 0.4 | 0.4 | 0.4 | 0.4 |
| 1947 | 1.0 | 0.9 | 0.8 | 0.7 | 0.4 | 0.3 | 0.3 | 0.2 | 0.2 | 0.2 | 0.2 | 0.2 | 0.2 | 0.3 | 0.3 | 0.4 | 0.4 | 0.4 | 0.5 | 0.5 |
| 1948 | 1.0 | 0.9 | 0.8 | 0.7 | 0.4 | 0.3 | 0.3 | 0.3 | 0.3 | 0.3 | 0.3 | 0.3 | 0.3 | 0.4 | 0.4 | 0.5 | 0.5 | 0.6 | 0.6 | 0.6 |
| 1949 | 1.0 | 0.9 | 0.8 | 0.7 | 0.5 | 0.4 | 0.4 | 0.4 | 0.4 | 0.4 | 0.4 | 0.4 | 0.4 | 0.5 | 0.5 | 0.6 | 0.6 | 0.7 | 0.7 | 0.7 |
| 1950 | 1.0 | 0.9 | 0.8 | 0.7 | 0.5 | 0.4 | 0.4 | 0.4 | 0.4 | 0.4 | 0.4 | 0.4 | 0.5 | 0.5 | 0.6 | 0.6 | 0.7 | 0.7 | 0.8 | 0.8 |
| 1951 | 1.0 | 0.9 | 0.9 | 0.7 | 0.6 | 0.5 | 0.4 | 0.4 | 0.4 | 0.4 | 0.4 | 0.5 | 0.5 | 0.5 | 0.6 | 0.6 | 0.7 | 0.8 | 0.9 | 0.9 |
| 1952 | 1.1 | 1.0 | 0.9 | 0.8 | 0.6 | 0.5 | 0.5 | 0.5 | 0.5 | 0.5 | 0.5 | 0.6 | 0.6 | 0.6 | 0.7 | 0.7 | 0.8 | 0.9 | 1.0 | 1.0 |
| 1953 | 1.1 | 1.0 | 0.9 | 0.8 | 0.7 | 0.6 | 0.6 | 0.6 | 0.6 | 0.6 | 0.6 | 0.6 | 0.7 | 0.7 | 0.7 | 0.8 | 0.9 | 0.9 | 1.0 | 1.0 |
| 1954 | 1.1 | 1.0 | 0.9 | 0.8 | 0.7 | 0.6 | 0.6 | 0.6 | 0.6 | 0.6 | 0.6 | 0.7 | 0.7 | 0.7 | 0.8 | 0.8 | 0.9 | 1.0 | 1.0 | 1.1 |
| 1955 | 1.1 | 1.0 | 0.9 | 0.8 | 0.7 | 0.6 | 0.6 | 0.6 | 0.6 | 0.6 | 0.7 | 0.7 | 0.7 | 0.8 | 0.8 | 0.9 | 0.9 | 1.0 | 1.1 | 1.2 |
| 1956 | 1.1 | 1.1 | 1.0 | 0.9 | 0.8 | 0.7 | 0.7 | 0.7 | 0.7 | 0.7 | 0.7 | 0.8 | 0.8 | 0.8 | 0.9 | 0.9 | 1.0 | 1.1 | 1.2 | 1.3 |
| 1957 | 1.2 | 1.1 | 1.1 | 1.0 | 0.8 | 0.8 | 0.8 | 0.8 | 0.8 | 0.8 | 0.9 | 0.9 | 0.9 | 1.0 | 1.0 | 1.1 | 1.1 | 1.2 | 1.3 | 1.3 |
| 1958 | 1.2 | 1.1 | 1.1 | 1.0 | 0.9 | 0.8 | 0.8 | 0.8 | 0.8 | 0.9 | 0.9 | 0.9 | 1.0 | 1.0 | 1.1 | 1.1 | 1.2 | 1.3 | 1.3 | 1.4 |
| 1959 | 1.3 | 1.2 | 1.1 | 1.1 | 0.9 | 0.9 | 0.9 | 0.9 | 0.9 | 0.9 | 1.0 | 1.0 | 1.0 | 1.1 | 1.1 | 1.2 | 1.2 | 1.3 | 1.4 | 1.5 |
| 1960 | 1.3 | 1.2 | 1.2 | 1.1 | 1.0 | 1.0 | 1.0 | 1.0 | 1.0 | 1.0 | 1.0 | 1.1 | 1.1 | 1.2 | 1.2 | 1.3 | 1.3 | 1.4 | 1.4 | 1.5 |
| 1961 | 1.3 | 1.3 | 1.2 | 1.1 | 1.0 | 1.0 | 1.0 | 1.0 | 1.0 | 1.1 | 1.1 | 1.2 | 1.2 | 1.3 | 1.3 | 1.4 | 1.4 | 1.5 | 1.6 | 1.6 |
| 1962 | 1.4 | 1.3 | 1.3 | 1.2 | 1.1 | 1.0 | 1.0 | 1.0 | 1.1 | 1.1 | 1.2 | 1.2 | 1.3 | 1.3 | 1.4 | 1.4 | 1.5 | 1.6 | 1.6 | 1.7 |
| 1963 | 1.4 | 1.4 | 1.3 | 1.2 | 1.1 | 1.1 | 1.1 | 1.1 | 1.1 | 1.2 | 1.2 | 1.3 | 1.3 | 1.4 | 1.4 | 1.5 | 1.5 | 1.6 | 1.7 | 1.8 |
| 1964 | 1.5 | 1.4 | 1.4 | 1.3 | 1.2 | 1.2 | 1.2 | 1.2 | 1.2 | 1.2 | 1.3 | 1.3 | 1.4 | 1.4 | 1.5 | 1.5 | 1.6 | 1.7 | 1.8 | 1.9 |
| 1965 | 1.5 | 1.5 | 1.4 | 1.4 | 1.3 | 1.3 | 1.3 | 1.3 | 1.3 | 1.4 | 1.4 | 1.4 | 1.5 | 1.5 | 1.6 | 1.7 | 1.7 | 1.8 | 1.9 | 2.0 |
| 1966 | 1.6 | 1.6 | 1.5 | 1.5 | 1.4 | 1.3 | 1.4 | 1.4 | 1.4 | 1.4 | 1.5 | 1.6 | 1.6 | 1.7 | 1.7 | 1.8 | 1.9 | 2.0 | 2.0 | 2.1 |
| 1967 | 1.7 | 1.6 | 1.6 | 1.5 | 1.5 | 1.4 | 1.4 | 1.4 | 1.5 | 1.5 | 1.6 | 1.6 | 1.7 | 1.8 | 1.8 | 1.9 | 2.0 | 2.0 | 2.1 | 2.2 |
| 1968 | 1.7 | 1.7 | 1.7 | 1.6 | 1.5 | 1.5 | 1.5 | 1.6 | 1.6 | 1.6 | 1.7 | 1.7 | 1.8 | 1.8 | 1.9 | 2.0 | 2.0 | 2.1 | 2.2 | 2.3 |
| 1969 | 1.8 | 1.8 | 1.8 | 1.7 | 1.7 | 1.6 | 1.7 | 1.7 | 1.7 | 1.8 | 1.8 | 1.9 | 1.9 | 2.0 | 2.1 | 2.1 | 2.3 | 2.3 | 2.4 | 2.5 |
| 1970 | 2.0 | 1.9 | 1.9 | 1.9 | 1.8 | 1.8 | 1.8 | 1.8 | 1.8 | 1.9 | 1.9 | 2.0 | 2.1 | 2.1 | 2.2 | 2.3 | 2.3 | 2.4 | 2.5 | 2.6 |

Table C-6 (page 2 of 6)
### U.S. Treasury Bills Total Returns
Rates of Return for all holding periods
Percent per annum compounded annually



from 1926 to 2007

| To the end of | From the beginning of | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1926 | 1927 | 1928 | 1929 | 1930 | 1931 | 1932 | 1933 | 1934 | 1935 | 1936 | 1937 | 1938 | 1939 | 1940 | 1941 | 1942 | 1943 | 1944 | 1945 |
| 1971 | 2.0 | 2.0 | 1.9 | 1.9 | 1.8 | 1.8 | 1.9 | 1.9 | 1.9 | 2.0 | 2.0 | 2.1 | 2.1 | 2.2 | 2.3 | 2.3 | 2.4 | 2.5 | 2.6 | 2.6 |
| 1972 | 2.0 | 2.0 | 2.0 | 2.0 | 1.9 | 1.9 | 1.9 | 1.9 | 2.0 | 2.0 | 2.1 | 2.1 | 2.2 | 2.2 | 2.3 | 2.4 | 2.4 | 2.5 | 2.6 | 2.7 |
| 1973 | 2.1 | 2.1 | 2.1 | 2.1 | 2.0 | 2.0 | 2.0 | 2.0 | 2.1 | 2.1 | 2.2 | 2.2 | 2.3 | 2.4 | 2.4 | 2.5 | 2.6 | 2.7 | 2.7 | 2.8 |
| 1974 | 2.3 | 2.2 | 2.2 | 2.2 | 2.1 | 2.1 | 2.2 | 2.2 | 2.2 | 2.3 | 2.3 | 2.4 | 2.4 | 2.5 | 2.6 | 2.7 | 2.7 | 2.8 | 2.9 | 3.0 |
| 1975 | 2.3 | 2.3 | 2.3 | 2.3 | 2.2 | 2.2 | 2.2 | 2.3 | 2.3 | 2.4 | 2.4 | 2.5 | 2.5 | 2.6 | 2.7 | 2.8 | 2.8 | 2.9 | 3.0 | 3.1 |
| 1976 | 2.4 | 2.4 | 2.3 | 2.3 | 2.3 | 2.3 | 2.3 | 2.3 | 2.4 | 2.4 | 2.5 | 2.5 | 2.6 | 2.7 | 2.7 | 2.8 | 2.9 | 3.0 | 3.1 | 3.1 |
| 1977 | 2.4 | 2.4 | 2.4 | 2.4 | 2.3 | 2.3 | 2.4 | 2.4 | 2.4 | 2.5 | 2.5 | 2.6 | 2.7 | 2.7 | 2.8 | 2.9 | 3.0 | 3.0 | 3.1 | 3.2 |
| 1978 | 2.5 | 2.5 | 2.5 | 2.5 | 2.4 | 2.4 | 2.5 | 2.5 | 2.5 | 2.6 | 2.6 | 2.7 | 2.8 | 2.8 | 2.9 | 3.0 | 3.1 | 3.1 | 3.2 | 3.3 |
| 1979 | 2.7 | 2.6 | 2.6 | 2.6 | 2.6 | 2.6 | 2.6 | 2.7 | 2.7 | 2.8 | 2.8 | 2.9 | 2.9 | 3.0 | 3.1 | 3.2 | 3.3 | 3.3 | 3.4 | 3.5 |
| 1980 | 2.8 | 2.8 | 2.8 | 2.8 | 2.7 | 2.7 | 2.8 | 2.8 | 2.9 | 2.9 | 3.0 | 3.1 | 3.1 | 3.2 | 3.3 | 3.4 | 3.5 | 3.5 | 3.6 | 3.7 |
| 1981 | 3.0 | 3.0 | 3.0 | 3.0 | 3.0 | 3.0 | 3.0 | 3.1 | 3.1 | 3.2 | 3.2 | 3.3 | 3.4 | 3.5 | 3.5 | 3.6 | 3.7 | 3.8 | 3.9 | 4.0 |
| 1982 | 3.1 | 3.1 | 3.1 | 3.1 | 3.1 | 3.1 | 3.2 | 3.2 | 3.3 | 3.3 | 3.4 | 3.5 | 3.5 | 3.6 | 3.7 | 3.8 | 3.9 | 4.0 | 4.1 | 4.2 |
| 1983 | 3.2 | 3.2 | 3.2 | 3.2 | 3.2 | 3.2 | 3.3 | 3.3 | 3.4 | 3.4 | 3.5 | 3.6 | 3.6 | 3.7 | 3.8 | 3.9 | 4.0 | 4.1 | 4.2 | 4.3 |
| 1984 | 3.3 | 3.3 | 3.3 | 3.3 | 3.3 | 3.3 | 3.4 | 3.4 | 3.5 | 3.6 | 3.6 | 3.7 | 3.8 | 3.9 | 3.9 | 4.0 | 4.1 | 4.2 | 4.3 | 4.4 |
| 1985 | 3.4 | 3.4 | 3.4 | 3.4 | 3.4 | 3.4 | 3.5 | 3.5 | 3.6 | 3.6 | 3.7 | 3.8 | 3.9 | 3.9 | 4.0 | 4.1 | 4.2 | 4.3 | 4.4 | 4.5 |
| 1986 | 3.5 | 3.5 | 3.5 | 3.5 | 3.4 | 3.5 | 3.5 | 3.6 | 3.6 | 3.7 | 3.7 | 3.8 | 3.8 | 3.9 | 4.0 | 4.1 | 4.2 | 4.3 | 4.4 | 4.5 |
| 1987 | 3.5 | 3.5 | 3.5 | 3.5 | 3.5 | 3.5 | 3.5 | 3.6 | 3.7 | 3.7 | 3.8 | 3.9 | 3.9 | 4.0 | 4.1 | 4.1 | 4.2 | 4.3 | 4.4 | 4.5 |
| 1988 | 3.5 | 3.5 | 3.5 | 3.5 | 3.5 | 3.5 | 3.6 | 3.6 | 3.7 | 3.8 | 3.8 | 3.9 | 4.0 | 4.1 | 4.1 | 4.2 | 4.3 | 4.4 | 4.5 | 4.6 |
| 1989 | 3.6 | 3.6 | 3.6 | 3.6 | 3.6 | 3.6 | 3.7 | 3.7 | 3.8 | 3.8 | 3.9 | 4.0 | 4.1 | 4.1 | 4.2 | 4.3 | 4.4 | 4.5 | 4.5 | 4.6 |
| 1990 | 3.7 | 3.7 | 3.7 | 3.7 | 3.7 | 3.7 | 3.7 | 3.8 | 3.8 | 3.9 | 4.0 | 4.0 | 4.1 | 4.2 | 4.3 | 4.4 | 4.5 | 4.6 | 4.7 | 4.8 |
| 1991 | 3.7 | 3.7 | 3.7 | 3.7 | 3.7 | 3.7 | 3.8 | 3.8 | 3.9 | 3.9 | 4.0 | 4.1 | 4.2 | 4.2 | 4.3 | 4.4 | 4.5 | 4.6 | 4.7 | 4.8 |
| 1992 | 3.7 | 3.7 | 3.7 | 3.7 | 3.7 | 3.7 | 3.8 | 3.8 | 3.9 | 3.9 | 4.0 | 4.1 | 4.1 | 4.2 | 4.3 | 4.4 | 4.5 | 4.6 | 4.7 | 4.7 |
| 1993 | 3.7 | 3.7 | 3.7 | 3.7 | 3.7 | 3.7 | 3.8 | 3.8 | 3.9 | 3.9 | 4.0 | 4.1 | 4.1 | 4.2 | 4.3 | 4.4 | 4.4 | 4.5 | 4.6 | 4.7 |
| 1994 | 3.7 | 3.7 | 3.7 | 3.7 | 3.7 | 3.7 | 3.8 | 3.8 | 3.9 | 3.9 | 4.0 | 4.1 | 4.1 | 4.2 | 4.3 | 4.4 | 4.4 | 4.5 | 4.6 | 4.7 |
| 1995 | 3.7 | 3.7 | 3.7 | 3.7 | 3.7 | 3.7 | 3.8 | 3.8 | 3.9 | 3.9 | 4.0 | 4.1 | 4.1 | 4.2 | 4.3 | 4.4 | 4.5 | 4.5 | 4.5 | 4.7 |
| 1996 | 3.7 | 3.7 | 3.8 | 3.8 | 3.7 | 3.8 | 3.8 | 3.8 | 3.9 | 4.0 | 4.0 | 4.1 | 4.2 | 4.2 | 4.3 | 4.4 | 4.5 | 4.5 | 4.6 | 4.7 |
| 1997 | 3.8 | 3.8 | 3.8 | 3.8 | 3.8 | 3.8 | 3.8 | 3.8 | 3.9 | 4.0 | 4.0 | 4.1 | 4.2 | 4.3 | 4.3 | 4.4 | 4.5 | 4.6 | 4.6 | 4.7 |
| 1998 | 3.8 | 3.8 | 3.8 | 3.8 | 3.8 | 3.8 | 3.8 | 3.9 | 3.9 | 4.0 | 4.1 | 4.1 | 4.2 | 4.3 | 4.3 | 4.4 | 4.5 | 4.6 | 4.6 | 4.7 |
| 1999 | 3.8 | 3.8 | 3.8 | 3.8 | 3.8 | 3.8 | 3.9 | 3.9 | 4.0 | 4.0 | 4.1 | 4.1 | 4.2 | 4.3 | 4.3 | 4.4 | 4.5 | 4.6 | 4.6 | 4.7 |
| 2000 | 3.8 | 3.8 | 3.8 | 3.8 | 3.8 | 3.8 | 3.9 | 3.9 | 4.0 | 4.0 | 4.1 | 4.2 | 4.2 | 4.3 | 4.4 | 4.4 | 4.5 | 4.6 | 4.7 | 4.7 |
| 2001 | 3.8 | 3.8 | 3.8 | 3.8 | 3.8 | 3.8 | 3.9 | 3.9 | 4.0 | 4.0 | 4.1 | 4.2 | 4.2 | 4.3 | 4.4 | 4.4 | 4.5 | 4.6 | 4.6 | 4.7 |
| 2002 | 3.8 | 3.8 | 3.8 | 3.8 | 3.8 | 3.8 | 3.9 | 3.9 | 4.0 | 4.0 | 4.1 | 4.1 | 4.2 | 4.2 | 4.3 | 4.4 | 4.4 | 4.5 | 4.6 | 4.7 |
| 2003 | 3.7 | 3.8 | 3.8 | 3.8 | 3.8 | 3.8 | 3.9 | 3.9 | 3.9 | 4.0 | 4.0 | 4.1 | 4.1 | 4.2 | 4.3 | 4.3 | 4.4 | 4.5 | 4.5 | 4.6 |
| 2004 | 3.7 | 3.7 | 3.7 | 3.7 | 3.7 | 3.7 | 3.8 | 3.8 | 3.9 | 3.9 | 4.0 | 4.0 | 4.1 | 4.2 | 4.2 | 4.3 | 4.4 | 4.4 | 4.5 | 4.6 |
| 2005 | 3.7 | 3.7 | 3.7 | 3.7 | 3.7 | 3.7 | 3.8 | 3.8 | 3.9 | 3.9 | 4.0 | 4.0 | 4.1 | 4.1 | 4.2 | 4.3 | 4.3 | 4.4 | 4.5 | 4.5 |
| 2006 | 3.7 | 3.7 | 3.7 | 3.7 | 3.7 | 3.7 | 3.8 | 3.8 | 3.9 | 3.9 | 4.0 | 4.0 | 4.1 | 4.1 | 4.2 | 4.3 | 4.3 | 4.4 | 4.5 | 4.5 |
| 2007 | 3.7 | 3.7 | 3.7 | 3.7 | 3.7 | 3.8 | 3.8 | 3.8 | 3.9 | 3.9 | 4.0 | 4.0 | 4.1 | 4.2 | 4.2 | 4.3 | 4.3 | 4.4 | 4.5 | 4.5 |

Exhibit 2

*Shannon Cavanaugh*
*CPI Rate*
*03/31/09*                                                                    **Exhibit 2**

                                   **Average**            **3.00%**

The CPI Rate is based on the average inflation rate from the beginning of 1926
to the end of 2007.

Source:  SBBI 2008 Yearbook, Ibbotson Associates, Table C-7, Page 330-334.

Appendix C

Table C-7 (page 1 of 6)
**Inflation**
Rates of Return for all holding periods
Percent per annum compounded annually



from 1926 to 2007

| To the end of | From the beginning of | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1926 | 1927 | 1928 | 1929 | 1930 | 1931 | 1932 | 1933 | 1934 | 1935 | 1936 | 1937 | 1938 | 1939 | 1940 | 1941 | 1942 | 1943 | 1944 | 1945 |
| 1926 | −1.5 | | | | | | | | | | | | | | | | | | | |
| 1927 | −1.8 | −2.1 | | | | | | | | | | | | | | | | | | |
| 1928 | −1.5 | −1.5 | −1.0 | | | | | | | | | | | | | | | | | |
| 1929 | −1.1 | −1.0 | −0.4 | 0.2 | | | | | | | | | | | | | | | | |
| 1930 | −2.1 | −2.2 | −2.3 | −3.0 | −6.0 | | | | | | | | | | | | | | | |
| 1931 | −3.4 | −3.7 | −4.2 | −5.2 | −7.8 | −9.5 | | | | | | | | | | | | | | |
| 1932 | −4.4 | −4.9 | −5.4 | −6.5 | −8.6 | −9.9 | −10.3 | | | | | | | | | | | | | |
| 1933 | −3.8 | −4.1 | −4.5 | −5.1 | −6.4 | −6.6 | −5.0 | 0.5 | | | | | | | | | | | | |
| 1934 | −3.2 | −3.4 | −3.6 | −4.0 | −4.8 | −4.5 | −2.7 | 1.3 | 2.0 | | | | | | | | | | | |
| 1935 | −2.6 | −2.7 | −2.8 | −3.0 | −3.5 | −3.0 | −1.3 | 1.8 | 2.5 | 3.0 | | | | | | | | | | |
| 1936 | −2.2 | −2.3 | −2.3 | −2.5 | −2.9 | −2.3 | −0.8 | 1.7 | 2.1 | 2.1 | 1.2 | | | | | | | | | |
| 1937 | −1.8 | −1.8 | −1.8 | −1.9 | −2.1 | −1.6 | −0.2 | 2.0 | 2.3 | 2.4 | 2.2 | 3.1 | | | | | | | | |
| 1938 | −1.9 | −1.9 | −1.9 | −2.0 | −2.2 | −1.7 | −0.6 | 1.2 | 1.3 | 1.1 | 0.5 | 0.1 | −2.8 | | | | | | | |
| 1939 | −1.8 | −1.8 | −1.8 | −1.8 | −2.0 | −1.6 | −0.6 | 0.9 | 1.0 | 0.8 | 0.2 | −0.1 | −1.6 | −0.5 | | | | | | |
| 1940 | −1.6 | −1.6 | −1.6 | −1.6 | −1.8 | −1.3 | −0.4 | 0.9 | 1.0 | 0.8 | 0.4 | 0.2 | −0.8 | 0.2 | 1.0 | | | | | |
| 1941 | −0.9 | −0.9 | −0.8 | −0.8 | −0.9 | −0.4 | 0.6 | 1.9 | 2.0 | 2.0 | 1.9 | 2.0 | 1.7 | 3.3 | 5.2 | 9.7 | | | | |
| 1942 | −0.3 | −0.3 | −0.2 | −0.1 | −0.1 | 0.4 | 1.3 | 2.6 | 2.8 | 2.9 | 2.9 | 3.2 | 3.2 | 4.8 | 6.6 | 9.5 | 9.3 | | | |
| 1943 | −0.2 | −0.1 | 0.0 | 0.1 | 0.1 | 0.6 | 1.5 | 2.6 | 2.9 | 2.9 | 2.9 | 3.2 | 3.2 | 4.4 | 5.7 | 7.3 | 6.2 | 3.2 | | |
| 1944 | 0.0 | 0.0 | 0.2 | 0.2 | 0.2 | 0.7 | 1.5 | 2.6 | 2.8 | 2.9 | 2.8 | 3.1 | 3.0 | 4.1 | 5.0 | 6.0 | 4.8 | 2.6 | 2.1 | |
| 1945 | 0.1 | 0.2 | 0.3 | 0.4 | 0.4 | 0.8 | 1.6 | 2.6 | 2.7 | 2.8 | 2.8 | 3.0 | 2.9 | 3.8 | 4.5 | 5.2 | 4.2 | 2.5 | 2.2 | 2.3 |
| 1946 | 0.9 | 1.0 | 1.2 | 1.3 | 1.3 | 1.8 | 2.6 | 3.6 | 3.9 | 4.0 | 4.1 | 4.4 | 4.5 | 5.5 | 6.4 | 7.3 | 6.8 | 6.2 | 7.3 | 9.9 |
| 1947 | 1.2 | 1.4 | 1.5 | 1.7 | 1.7 | 2.2 | 3.0 | 4.0 | 4.2 | 4.4 | 4.5 | 4.8 | 5.0 | 5.9 | 6.7 | 7.5 | 7.2 | 6.8 | 7.7 | 9.8 |
| 1948 | 1.3 | 1.4 | 1.6 | 1.7 | 1.8 | 2.3 | 3.0 | 3.9 | 4.1 | 4.3 | 4.4 | 4.6 | 4.8 | 5.6 | 6.2 | 6.9 | 6.5 | 6.1 | 6.7 | 7.8 |
| 1949 | 1.2 | 1.3 | 1.4 | 1.5 | 1.6 | 2.0 | 2.7 | 3.5 | 3.7 | 3.8 | 3.9 | 4.1 | 4.2 | 4.9 | 5.4 | 5.9 | 5.5 | 4.9 | 5.2 | 5.8 |
| 1950 | 1.3 | 1.5 | 1.6 | 1.7 | 1.8 | 2.2 | 2.9 | 3.7 | 3.9 | 4.0 | 4.0 | 4.2 | 4.3 | 4.9 | 5.4 | 5.9 | 5.5 | 5.0 | 5.3 | 5.8 |
| 1951 | 1.5 | 1.6 | 1.8 | 1.9 | 2.0 | 2.4 | 3.0 | 3.8 | 4.0 | 4.1 | 4.1 | 4.3 | 4.4 | 5.0 | 5.5 | 5.9 | 5.5 | 5.1 | 5.4 | 5.8 |
| 1952 | 1.5 | 1.6 | 1.8 | 1.9 | 1.9 | 2.3 | 2.9 | 3.6 | 3.8 | 3.9 | 4.0 | 4.1 | 4.2 | 4.7 | 5.1 | 5.5 | 5.1 | 4.7 | 4.9 | 5.2 |
| 1953 | 1.5 | 1.6 | 1.7 | 1.8 | 1.9 | 2.2 | 2.8 | 3.5 | 3.6 | 3.7 | 3.8 | 3.9 | 4.0 | 4.4 | 4.8 | 5.1 | 4.7 | 4.3 | 4.4 | 4.7 |
| 1954 | 1.4 | 1.5 | 1.6 | 1.7 | 1.8 | 2.1 | 2.7 | 3.3 | 3.4 | 3.5 | 3.5 | 3.7 | 3.7 | 4.1 | 4.4 | 4.7 | 4.3 | 3.9 | 4.0 | 4.2 |
| 1955 | 1.4 | 1.5 | 1.6 | 1.7 | 1.7 | 2.1 | 2.6 | 3.2 | 3.3 | 3.4 | 3.4 | 3.5 | 3.5 | 3.9 | 4.2 | 4.4 | 4.0 | 3.6 | 3.7 | 3.8 |
| 1956 | 1.4 | 1.5 | 1.6 | 1.7 | 1.8 | 2.1 | 2.6 | 3.2 | 3.3 | 3.3 | 3.3 | 3.5 | 3.5 | 3.8 | 4.1 | 4.3 | 3.9 | 3.5 | 3.6 | 3.6 |
| 1957 | 1.5 | 1.5 | 1.7 | 1.8 | 1.8 | 2.1 | 2.6 | 3.2 | 3.3 | 3.3 | 3.3 | 3.4 | 3.5 | 3.8 | 4.0 | 4.2 | 3.9 | 3.5 | 3.6 | 3.7 |
| 1958 | 1.5 | 1.6 | 1.7 | 1.8 | 1.8 | 2.1 | 2.6 | 3.1 | 3.2 | 3.3 | 3.3 | 3.4 | 3.4 | 3.7 | 3.9 | 4.1 | 3.8 | 3.4 | 3.4 | 3.5 |
| 1959 | 1.5 | 1.6 | 1.7 | 1.8 | 1.8 | 2.1 | 2.5 | 3.0 | 3.1 | 3.2 | 3.2 | 3.3 | 3.3 | 3.6 | 3.8 | 3.9 | 3.6 | 3.3 | 3.3 | 3.4 |
| 1960 | 1.5 | 1.6 | 1.7 | 1.7 | 1.8 | 2.1 | 2.5 | 3.0 | 3.1 | 3.1 | 3.1 | 3.2 | 3.2 | 3.5 | 3.7 | 3.8 | 3.5 | 3.2 | 3.2 | 3.3 |
| 1961 | 1.4 | 1.5 | 1.6 | 1.7 | 1.8 | 2.0 | 2.4 | 2.9 | 3.0 | 3.0 | 3.0 | 3.1 | 3.1 | 3.4 | 3.5 | 3.7 | 3.4 | 3.0 | 3.1 | 3.1 |
| 1962 | 1.4 | 1.5 | 1.6 | 1.7 | 1.7 | 2.0 | 2.4 | 2.8 | 2.9 | 3.0 | 3.0 | 3.0 | 3.0 | 3.3 | 3.4 | 3.6 | 3.3 | 3.0 | 2.9 | 2.9 |
| 1963 | 1.4 | 1.5 | 1.6 | 1.7 | 1.7 | 2.0 | 2.4 | 2.8 | 2.9 | 2.9 | 2.9 | 3.0 | 3.0 | 3.2 | 3.4 | 3.5 | 3.2 | 2.9 | 2.9 | 2.9 |
| 1964 | 1.4 | 1.5 | 1.6 | 1.7 | 1.7 | 2.0 | 2.3 | 2.8 | 2.8 | 2.9 | 2.9 | 2.9 | 2.9 | 3.1 | 3.3 | 3.4 | 3.1 | 2.8 | 2.8 | 2.8 |
| 1965 | 1.4 | 1.5 | 1.6 | 1.7 | 1.7 | 2.0 | 2.3 | 2.7 | 2.8 | 2.8 | 2.8 | 2.9 | 2.9 | 3.1 | 3.2 | 3.3 | 3.1 | 2.8 | 2.8 | 2.8 |
| 1966 | 1.5 | 1.6 | 1.7 | 1.7 | 1.8 | 2.0 | 2.4 | 2.8 | 2.8 | 2.8 | 2.8 | 2.9 | 2.9 | 3.1 | 3.2 | 3.3 | 3.1 | 2.8 | 2.8 | 2.8 |
| 1967 | 1.5 | 1.6 | 1.7 | 1.8 | 1.8 | 2.0 | 2.4 | 2.8 | 2.8 | 2.8 | 2.8 | 2.9 | 2.9 | 3.1 | 3.2 | 3.3 | 3.1 | 2.9 | 2.9 | 2.9 |
| 1968 | 1.6 | 1.7 | 1.8 | 1.8 | 1.9 | 2.1 | 2.4 | 2.8 | 2.9 | 2.9 | 2.9 | 3.0 | 3.0 | 3.1 | 3.3 | 3.4 | 3.1 | 2.9 | 3.0 | 3.0 |
| 1969 | 1.7 | 1.8 | 1.9 | 1.9 | 2.0 | 2.2 | 2.5 | 2.9 | 3.0 | 3.0 | 3.0 | 3.0 | 3.0 | 3.2 | 3.4 | 3.5 | 3.2 | 3.0 | 3.1 | 3.1 |
| 1970 | 1.8 | 1.9 | 2.0 | 2.0 | 2.1 | 2.3 | 2.6 | 3.0 | 3.0 | 3.1 | 3.1 | 3.1 | 3.1 | 3.4 | 3.5 | 3.3 | 3.1 | 3.1 | 3.1 | |

Table C-7 (page 2 of 6)
**Inflation**
Rates of Return for all holding periods
Percent per annum compounded annually



from 1926 to 2007

| To the end of | From the beginning of 1926 | 1927 | 1928 | 1929 | 1930 | 1931 | 1932 | 1933 | 1934 | 1935 | 1936 | 1937 | 1938 | 1939 | 1940 | 1941 | 1942 | 1943 | 1944 | 1945 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1971 | 1.8 | 1.9 | 2.0 | 2.1 | 2.1 | 2.3 | 2.6 | 3.0 | 3.0 | 3.1 | 3.1 | 3.1 | 3.1 | 3.3 | 3.4 | 3.5 | 3.3 | 3.1 | 3.1 | 3.1 |
| 1972 | 1.9 | 1.9 | 2.0 | 2.1 | 2.1 | 2.3 | 2.6 | 3.0 | 3.1 | 3.1 | 3.1 | 3.1 | 3.1 | 3.3 | 3.4 | 3.5 | 3.3 | 3.1 | 3.1 | 3.2 |
| 1973 | 2.0 | 2.1 | 2.2 | 2.2 | 2.3 | 2.5 | 2.8 | 3.1 | 3.2 | 3.2 | 3.2 | 3.3 | 3.3 | 3.5 | 3.6 | 3.7 | 3.5 | 3.3 | 3.3 | 3.3 |
| 1974 | 2.2 | 2.3 | 2.4 | 2.4 | 2.5 | 2.7 | 3.0 | 3.3 | 3.4 | 3.4 | 3.4 | 3.5 | 3.5 | 3.7 | 3.8 | 3.9 | 3.7 | 3.6 | 3.6 | 3.6 |
| 1975 | 2.3 | 2.4 | 2.5 | 2.5 | 2.6 | 2.8 | 3.1 | 3.4 | 3.5 | 3.5 | 3.5 | 3.6 | 3.6 | 3.8 | 3.9 | 4.0 | 3.8 | 3.7 | 3.7 | 3.7 |
| 1976 | 2.3 | 2.4 | 2.5 | 2.6 | 2.6 | 2.8 | 3.1 | 3.4 | 3.5 | 3.6 | 3.6 | 3.6 | 3.6 | 3.8 | 3.9 | 4.0 | 3.9 | 3.7 | 3.7 | 3.8 |
| 1977 | 2.4 | 2.5 | 2.6 | 2.7 | 2.7 | 2.9 | 3.2 | 3.5 | 3.6 | 3.6 | 3.6 | 3.7 | 3.7 | 3.9 | 4.0 | 4.1 | 3.9 | 3.8 | 3.8 | 3.9 |
| 1978 | 2.5 | 2.6 | 2.7 | 2.7 | 2.8 | 3.0 | 3.3 | 3.6 | 3.7 | 3.7 | 3.8 | 3.8 | 3.8 | 4.0 | 4.1 | 4.2 | 4.1 | 3.9 | 4.0 | 4.0 |
| 1979 | 2.7 | 2.8 | 2.9 | 3.0 | 3.0 | 3.2 | 3.5 | 3.8 | 3.9 | 4.0 | 4.0 | 4.0 | 4.1 | 4.2 | 4.4 | 4.4 | 4.3 | 4.2 | 4.2 | 4.3 |
| 1980 | 2.9 | 3.0 | 3.1 | 3.2 | 3.2 | 3.4 | 3.7 | 4.0 | 4.1 | 4.1 | 4.2 | 4.2 | 4.2 | 4.4 | 4.5 | 4.6 | 4.5 | 4.4 | 4.4 | 4.5 |
| 1981 | 3.0 | 3.1 | 3.2 | 3.3 | 3.3 | 3.5 | 3.8 | 4.1 | 4.2 | 4.2 | 4.3 | 4.3 | 4.4 | 4.5 | 4.6 | 4.7 | 4.6 | 4.5 | 4.5 | 4.6 |
| 1982 | 3.0 | 3.1 | 3.2 | 3.3 | 3.3 | 3.5 | 3.8 | 4.1 | 4.2 | 4.2 | 4.2 | 4.3 | 4.3 | 4.5 | 4.6 | 4.7 | 4.6 | 4.5 | 4.5 | 4.6 |
| 1983 | 3.0 | 3.1 | 3.2 | 3.3 | 3.3 | 3.5 | 3.8 | 4.1 | 4.2 | 4.2 | 4.2 | 4.3 | 4.3 | 4.5 | 4.6 | 4.7 | 4.6 | 4.5 | 4.5 | 4.6 |
| 1984 | 3.0 | 3.1 | 3.2 | 3.3 | 3.4 | 3.5 | 3.8 | 4.1 | 4.2 | 4.2 | 4.2 | 4.3 | 4.3 | 4.5 | 4.6 | 4.7 | 4.5 | 4.4 | 4.5 | 4.5 |
| 1985 | 3.1 | 3.1 | 3.2 | 3.3 | 3.4 | 3.5 | 3.8 | 4.1 | 4.2 | 4.2 | 4.2 | 4.3 | 4.3 | 4.5 | 4.6 | 4.7 | 4.5 | 4.4 | 4.4 | 4.5 |
| 1986 | 3.0 | 3.1 | 3.2 | 3.3 | 3.3 | 3.5 | 3.8 | 4.0 | 4.1 | 4.1 | 4.2 | 4.2 | 4.2 | 4.4 | 4.5 | 4.6 | 4.5 | 4.4 | 4.4 | 4.4 |
| 1987 | 3.0 | 3.1 | 3.2 | 3.3 | 3.3 | 3.5 | 3.8 | 4.0 | 4.1 | 4.1 | 4.1 | 4.2 | 4.2 | 4.4 | 4.5 | 4.6 | 4.5 | 4.4 | 4.4 | 4.4 |
| 1988 | 3.1 | 3.1 | 3.2 | 3.3 | 3.4 | 3.5 | 3.8 | 4.0 | 4.1 | 4.1 | 4.2 | 4.2 | 4.3 | 4.4 | 4.5 | 4.6 | 4.5 | 4.4 | 4.4 | 4.4 |
| 1989 | 3.1 | 3.2 | 3.3 | 3.3 | 3.4 | 3.5 | 3.8 | 4.1 | 4.1 | 4.2 | 4.2 | 4.2 | 4.3 | 4.4 | 4.5 | 4.6 | 4.5 | 4.4 | 4.4 | 4.5 |
| 1990 | 3.1 | 3.2 | 3.3 | 3.4 | 3.4 | 3.6 | 3.8 | 4.1 | 4.2 | 4.2 | 4.2 | 4.2 | 4.3 | 4.4 | 4.5 | 4.6 | 4.5 | 4.4 | 4.4 | 4.5 |
| 1991 | 3.1 | 3.2 | 3.3 | 3.4 | 3.4 | 3.6 | 3.8 | 4.1 | 4.1 | 4.2 | 4.2 | 4.2 | 4.3 | 4.4 | 4.5 | 4.6 | 4.5 | 4.4 | 4.4 | 4.4 |
| 1992 | 3.1 | 3.2 | 3.3 | 3.4 | 3.4 | 3.6 | 3.8 | 4.1 | 4.1 | 4.2 | 4.2 | 4.2 | 4.2 | 4.4 | 4.5 | 4.5 | 4.4 | 4.3 | 4.4 | 4.4 |
| 1993 | 3.1 | 3.2 | 3.3 | 3.3 | 3.4 | 3.6 | 3.8 | 4.0 | 4.1 | 4.1 | 4.1 | 4.2 | 4.2 | 4.3 | 4.4 | 4.5 | 4.4 | 4.3 | 4.3 | 4.4 |
| 1994 | 3.1 | 3.2 | 3.3 | 3.3 | 3.4 | 3.5 | 3.8 | 4.0 | 4.1 | 4.1 | 4.1 | 4.1 | 4.2 | 4.3 | 4.4 | 4.5 | 4.4 | 4.3 | 4.3 | 4.3 |
| 1995 | 3.1 | 3.2 | 3.3 | 3.3 | 3.4 | 3.5 | 3.7 | 4.0 | 4.0 | 4.1 | 4.1 | 4.1 | 4.2 | 4.3 | 4.4 | 4.4 | 4.3 | 4.3 | 4.3 | 4.3 |
| 1996 | 3.1 | 3.2 | 3.3 | 3.3 | 3.4 | 3.5 | 3.7 | 4.0 | 4.1 | 4.1 | 4.1 | 4.1 | 4.1 | 4.3 | 4.4 | 4.4 | 4.3 | 4.2 | 4.3 | 4.3 |
| 1997 | 3.1 | 3.2 | 3.2 | 3.3 | 3.4 | 3.5 | 3.7 | 3.9 | 4.0 | 4.0 | 4.0 | 4.0 | 4.1 | 4.1 | 4.2 | 4.3 | 4.4 | 4.3 | 4.2 | 4.2 |
| 1998 | 3.1 | 3.1 | 3.2 | 3.3 | 3.3 | 3.5 | 3.7 | 3.9 | 4.0 | 4.0 | 4.0 | 4.0 | 4.0 | 4.2 | 4.3 | 4.3 | 4.2 | 4.1 | 4.1 | 4.2 |
| 1999 | 3.1 | 3.1 | 3.2 | 3.3 | 3.3 | 3.5 | 3.7 | 3.9 | 3.9 | 4.0 | 4.0 | 4.0 | 4.0 | 4.2 | 4.2 | 4.3 | 4.2 | 4.1 | 4.1 | 4.2 |
| 2000 | 3.1 | 3.1 | 3.2 | 3.3 | 3.3 | 3.5 | 3.7 | 3.9 | 3.9 | 4.0 | 4.0 | 4.0 | 4.0 | 4.1 | 4.2 | 4.3 | 4.2 | 4.1 | 4.1 | 4.2 |
| 2001 | 3.1 | 3.1 | 3.2 | 3.2 | 3.3 | 3.4 | 3.6 | 3.8 | 3.9 | 3.9 | 3.9 | 4.0 | 4.0 | 4.1 | 4.2 | 4.2 | 4.1 | 4.1 | 4.1 | 4.1 |
| 2002 | 3.0 | 3.1 | 3.2 | 3.2 | 3.3 | 3.4 | 3.6 | 3.8 | 3.9 | 3.9 | 3.9 | 3.9 | 4.0 | 4.0 | 4.1 | 4.2 | 4.2 | 4.1 | 4.0 | 4.1 |
| 2003 | 3.0 | 3.1 | 3.2 | 3.2 | 3.3 | 3.4 | 3.6 | 3.8 | 3.8 | 3.9 | 3.9 | 3.9 | 3.9 | 4.0 | 4.1 | 4.2 | 4.1 | 4.0 | 4.0 | 4.0 |
| 2004 | 3.0 | 3.1 | 3.2 | 3.2 | 3.3 | 3.4 | 3.6 | 3.8 | 3.8 | 3.9 | 3.9 | 3.9 | 3.9 | 4.0 | 4.1 | 4.1 | 4.1 | 4.0 | 4.0 | 4.0 |
| 2005 | 3.0 | 3.1 | 3.2 | 3.2 | 3.3 | 3.4 | 3.6 | 3.8 | 3.8 | 3.9 | 3.9 | 3.9 | 3.9 | 4.0 | 4.1 | 4.1 | 4.1 | 4.0 | 4.0 | 4.0 |
| 2006 | 3.0 | 3.1 | 3.2 | 3.2 | 3.3 | 3.4 | 3.6 | 3.8 | 3.8 | 3.8 | 3.8 | 3.9 | 3.9 | 4.0 | 4.1 | 4.1 | 4.0 | 4.0 | 4.0 | 4.0 |
| 2007 | 3.0 | 3.1 | 3.2 | 3.2 | 3.3 | 3.4 | 3.6 | 3.8 | 3.8 | 3.8 | 3.9 | 3.9 | 4.0 | 4.1 | 4.1 | 4.0 | 4.0 | 4.0 | 4.0 | 4.0 |

Exhibit 3

*Lone Peak Valuation Group*
**Shannon Cavanaugh**
**Calculation of Life Expectancy**
03/31/09                                                                                          **Exhibit 3**

Age at date of incident (DOI):                          z =           24.38

Age factors:                                            x =              24
                                                        y =              25

Life Expectancy                                         A =           57.60
                                                        B =           56.63

                    LE  =          A -          ((z - x)          *  (A - B))

          Life Expectancy =                  _____57.23_____        years

          **Total Life Expectancy =**            **81.61**            years

Source: Tables 1-9, Life Expectancy, from National Vital Statistics Reports, Vol 56, No 9, December 28, 2007

## Table 6. Life table for white females: United States, 2004

Click here for spreadsheet version

| Age | Probability of dying between ages x to x+1 $q(x)$ | Number surviving to age x $l(x)$ | Number dying between ages x to x+1 $d(x)$ | Person-years lived between ages x to x+1 $L(x)$ | Total number of person-years lived above age x $T(x)$ | Expectation of life at age x $e(x)$ |
|---|---|---|---|---|---|---|
| 0–1 | 0.005066 | 100,000 | 507 | 99,555 | 8,078,669 | 80.8 |
| 1–2 | 0.000416 | 99,493 | 41 | 99,473 | 7,979,115 | 80.2 |
| 2–3 | 0.000231 | 99,452 | 23 | 99,440 | 7,879,642 | 79.2 |
| 3–4 | 0.000175 | 99,429 | 17 | 99,420 | 7,780,202 | 78.2 |
| 4–5 | 0.000151 | 99,412 | 15 | 99,404 | 7,680,781 | 77.3 |
| 5–6 | 0.000133 | 99,397 | 13 | 99,390 | 7,581,377 | 76.3 |
| 6–7 | 0.000124 | 99,383 | 12 | 99,377 | 7,481,987 | 75.3 |
| 7–8 | 0.000117 | 99,371 | 12 | 99,365 | 7,382,610 | 74.3 |
| 8–9 | 0.000109 | 99,359 | 11 | 99,354 | 7,283,245 | 73.3 |
| 9–10 | 0.000099 | 99,349 | 10 | 99,344 | 7,183,891 | 72.3 |
| 10–11 | 0.000092 | 99,339 | 9 | 99,334 | 7,084,547 | 71.3 |
| 11–12 | 0.000096 | 99,330 | 10 | 99,325 | 6,985,213 | 70.3 |
| 12–13 | 0.000119 | 99,320 | 12 | 99,314 | 6,885,888 | 69.3 |
| 13–14 | 0.000167 | 99,308 | 17 | 99,300 | 6,786,574 | 68.3 |
| 14–15 | 0.000233 | 99,292 | 23 | 99,280 | 6,687,274 | 67.3 |
| 15–16 | 0.000309 | 99,268 | 31 | 99,253 | 6,587,994 | 66.4 |
| 16–17 | 0.000380 | 99,238 | 38 | 99,219 | 6,488,741 | 65.4 |
| 17–18 | 0.000431 | 99,200 | 43 | 99,179 | 6,389,522 | 64.4 |
| 18–19 | 0.000451 | 99,157 | 45 | 99,135 | 6,290,343 | 63.4 |
| 19–20 | 0.000449 | 99,113 | 44 | 99,090 | 6,191,208 | 62.5 |
| 20–21 | 0.000442 | 99,068 | 44 | 99,046 | 6,092,118 | 61.5 |
| 21–22 | 0.000441 | 99,024 | 44 | 99,003 | 5,993,072 | 60.5 |
| 22–23 | 0.000440 | 98,981 | 44 | 98,959 | 5,894,069 | 59.5 |
| 23–24 | 0.000443 | 98,937 | 44 | 98,915 | 5,795,110 | 58.6 |
| 24–25 | 0.000450 | 98,893 | 45 | 98,871 | 5,696,195 | 57.6 |
| 25–26 | 0.000459 | 98,849 | 45 | 98,826 | 5,597,324 | 56.6 |
| 26–27 | 0.000469 | 98,803 | 46 | 98,780 | 5,498,498 | 55.7 |
| 27–28 | 0.000484 | 98,757 | 48 | 98,733 | 5,399,717 | 54.7 |
| 28–29 | 0.000503 | 98,709 | 50 | 98,684 | 5,300,984 | 53.7 |
| 29–30 | 0.000527 | 98,660 | 52 | 98,634 | 5,202,300 | 52.7 |
| 30–31 | 0.000557 | 98,608 | 55 | 98,580 | 5,103,666 | 51.8 |
| 31–32 | 0.000593 | 98,553 | 58 | 98,524 | 5,005,086 | 50.8 |
| 32–33 | 0.000635 | 98,494 | 62 | 98,463 | 4,906,562 | 49.8 |
| 33–34 | 0.000684 | 98,432 | 67 | 98,398 | 4,808,099 | 48.8 |
| 34–35 | 0.000741 | 98,365 | 73 | 98,328 | 4,709,701 | 47.9 |
| 35–36 | 0.000806 | 98,292 | 79 | 98,252 | 4,611,373 | 46.9 |
| 36–37 | 0.000880 | 98,212 | 86 | 98,169 | 4,513,121 | 46.0 |
| 37–38 | 0.000971 | 98,126 | 95 | 98,078 | 4,414,951 | 45.0 |
| 38–39 | 0.001077 | 98,031 | 106 | 97,978 | 4,316,873 | 44.0 |
| 39–40 | 0.001191 | 97,925 | 117 | 97,867 | 4,218,895 | 43.1 |
| 40–41 | 0.001305 | 97,809 | 128 | 97,745 | 4,121,028 | 42.1 |
| 41–42 | 0.001420 | 97,681 | 139 | 97,612 | 4,023,284 | 41.2 |
| 42–43 | 0.001546 | 97,542 | 151 | 97,467 | 3,925,672 | 40.2 |
| 43–44 | 0.001690 | 97,391 | 165 | 97,309 | 3,828,205 | 39.3 |
| 44–45 | 0.001850 | 97,227 | 180 | 97,137 | 3,730,896 | 38.4 |
| 45–46 | 0.002029 | 97,047 | 197 | 96,948 | 3,633,759 | 37.4 |
| 46–47 | 0.002214 | 96,850 | 214 | 96,743 | 3,536,811 | 36.5 |
| 47–48 | 0.002393 | 96,636 | 231 | 96,520 | 3,440,068 | 35.6 |
| 48–49 | 0.002557 | 96,404 | 247 | 96,281 | 3,343,548 | 34.7 |
| 49–50 | 0.002718 | 96,158 | 261 | 96,027 | 3,247,267 | 33.8 |
| 50–51 | 0.002889 | 95,896 | 277 | 95,758 | 3,151,240 | 32.9 |
| 51–52 | 0.003091 | 95,619 | 296 | 95,472 | 3,055,482 | 32.0 |
| 52–53 | 0.003337 | 95,324 | 318 | 95,165 | 2,960,010 | 31.1 |
| 53–54 | 0.003639 | 95,006 | 346 | 94,833 | 2,864,845 | 30.2 |
| 54–55 | 0.003989 | 94,660 | 378 | 94,471 | 2,770,012 | 29.3 |
| 55–56 | 0.004374 | 94,282 | 412 | 94,076 | 2,675,541 | 28.4 |
| 56–57 | 0.004787 | 93,870 | 449 | 93,645 | 2,581,465 | 27.5 |
| 57–58 | 0.005243 | 93,421 | 490 | 93,176 | 2,487,820 | 26.6 |
| 58–59 | 0.005756 | 92,931 | 535 | 92,664 | 2,394,644 | 25.8 |
| 59–60 | 0.006338 | 92,396 | 586 | 92,103 | 2,301,980 | 24.9 |
| 60–61 | 0.007028 | 91,810 | 645 | 91,488 | 2,209,877 | 24.1 |
| 61–62 | 0.007803 | 91,165 | 711 | 90,810 | 2,118,389 | 23.2 |
| 62–63 | 0.008605 | 90,454 | 778 | 90,065 | 2,027,580 | 22.4 |
| 63–64 | 0.009386 | 89,676 | 842 | 89,255 | 1,937,515 | 21.6 |
| 64–65 | 0.010169 | 88,834 | 903 | 88,382 | 1,848,260 | 20.8 |

National Vital Statistics Reports, Vol. 56, No. 9, December 28, 2007   19

Table 6. Life table for white females: United States, 2004—Con.    Click here for spreadsheet version

| Age | Probability of dying between ages x to x+1 | Number surviving to age x | Number dying between ages x to x+1 | Person-years lived between ages x to x+1 | Total number of person-years lived above age x | Expectation of life at age x |
|---|---|---|---|---|---|---|
| | $q(x)$ | $l(x)$ | $d(x)$ | $L(x)$ | $T(x)$ | $e(x)$ |
| 65–66 | 0.011039 | 87,930 | 971 | 87,445 | 1,759,878 | 20.0 |
| 66–67 | 0.012065 | 86,960 | 1,049 | 86,435 | 1,672,433 | 19.2 |
| 67–68 | 0.013229 | 85,911 | 1,137 | 85,342 | 1,585,998 | 18.5 |
| 68–69 | 0.014540 | 84,774 | 1,233 | 84,158 | 1,500,655 | 17.7 |
| 69–70 | 0.015988 | 83,542 | 1,336 | 82,874 | 1,416,497 | 17.0 |
| 70–71 | 0.017535 | 82,206 | 1,442 | 81,485 | 1,333,624 | 16.2 |
| 71–72 | 0.019223 | 80,764 | 1,553 | 79,988 | 1,252,138 | 15.5 |
| 72–73 | 0.021123 | 79,212 | 1,673 | 78,375 | 1,172,150 | 14.8 |
| 73–74 | 0.023264 | 77,539 | 1,804 | 76,637 | 1,093,775 | 14.1 |
| 74–75 | 0.025619 | 75,735 | 1,940 | 74,765 | 1,017,138 | 13.4 |
| 75–76 | 0.027978 | 73,794 | 2,065 | 72,762 | 942,374 | 12.8 |
| 76–77 | 0.030458 | 71,730 | 2,185 | 70,637 | 869,612 | 12.1 |
| 77–78 | 0.033446 | 69,545 | 2,326 | 68,382 | 798,974 | 11.5 |
| 78–79 | 0.037165 | 67,219 | 2,498 | 65,970 | 730,592 | 10.9 |
| 79–80 | 0.041559 | 64,721 | 2,690 | 63,376 | 664,622 | 10.3 |
| 80–81 | 0.046299 | 62,031 | 2,872 | 60,595 | 601,246 | 9.7 |
| 81–82 | 0.051190 | 59,159 | 3,028 | 57,645 | 540,651 | 9.1 |
| 82–83 | 0.056564 | 56,131 | 3,175 | 54,543 | 483,006 | 8.6 |
| 83–84 | 0.062668 | 52,956 | 3,319 | 51,297 | 428,462 | 8.1 |
| 84–85 | 0.069752 | 49,637 | 3,462 | 47,906 | 377,166 | 7.6 |
| 85–86 | 0.077062 | 46,175 | 3,558 | 44,396 | 329,260 | 7.1 |
| 86–87 | 0.085061 | 42,617 | 3,625 | 40,804 | 284,864 | 6.7 |
| 87–88 | 0.093796 | 38,992 | 3,657 | 37,163 | 244,060 | 6.3 |
| 88–89 | 0.103316 | 35,334 | 3,651 | 33,509 | 206,897 | 5.9 |
| 89–90 | 0.113667 | 31,684 | 3,601 | 29,883 | 173,388 | 5.5 |
| 90–91 | 0.124894 | 28,082 | 3,507 | 26,329 | 143,505 | 5.1 |
| 91–92 | 0.137038 | 24,575 | 3,368 | 22,891 | 117,177 | 4.8 |
| 92–93 | 0.150136 | 21,207 | 3,184 | 19,615 | 94,285 | 4.4 |
| 93–94 | 0.164220 | 18,023 | 2,960 | 16,543 | 74,670 | 4.1 |
| 94–95 | 0.179312 | 15,064 | 2,701 | 13,713 | 58,127 | 3.9 |
| 95–96 | 0.195426 | 12,362 | 2,416 | 11,154 | 44,414 | 3.6 |
| 96–97 | 0.212566 | 9,946 | 2,114 | 8,889 | 33,259 | 3.3 |
| 97–98 | 0.230721 | 7,832 | 1,807 | 6,929 | 24,370 | 3.1 |
| 98–99 | 0.249870 | 6,025 | 1,506 | 5,272 | 17,441 | 2.9 |
| 99–100 | 0.269973 | 4,520 | 1,220 | 3,910 | 12,169 | 2.7 |
| 100 or over | 1.00000 | 3,299 | 3,299 | 8,259 | 8,259 | 2.5 |

Exhibit 4

*Shannon Cavanaugh*
*Pre - Incident Calculation of Work Life Expectancy*
*03/31/09*                                                                                   **Exhibit 4**

**Pre-Incident Work Life Expectancy**

Age at date of incident (DOI):                          z =              24.38

Age factors:                                            x =                 24
                                                        y =                 25

|                          |            | CPS | ACS | Average |
|--------------------------|------------|-----|-----|---------|
| WLE range:    note (1)   | A =        | 30.4 | 23.2 | 26.8 |
|                          | B =        | 29.8 | 27.6 | 28.7 |

WLE  =          A -              ((z - x)        *   (A - B))

WLE =                    27.52            years

Expected Age at Retirement                      51.90            years

Source:  The New Worklife Expectancy Tables, Revised 2002, Table 2, Page 42-43

Case 1:08-cv-00032-TC-BCW   Document 51-9   Filed 03/30/09   Page 45 of 85

## Table 7 Worklife Expectancies for Females, High School Graduate

Gender: Females                Education: High School Graduate

| Age | Current Population Survey | | | | | Education: High School Graduate | | American Community Survey | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Not Disabled | All Persons | All, Not Severe | All Disabled | Severely Disabled | Not Disabled | All Persons | Physical Only | Physical Severe | Cognit. Only | Cognit. Severe |
| 18 | 34.2 | 31.3 | 25.4 | 11.8 | 5.4 | 31.8 | 29.7 | 21.8 | 6.3 | 20.3 | 6.0 |
| 19 | 33.6 | 30.7 | 24.9 | 11.5 | 5.1 | 31.3 | 29.2 | 21.3 | 6.2 | 19.9 | 5.9 |
| 20 | 33.0 | 30.1 | 24.4 | 11.2 | 4.9 | 30.7 | 28.7 | 20.8 | 6.1 | 19.5 | 5.8 |
| 21 | 32.3 | 29.5 | 23.9 | 10.8 | 4.7 | 30.1 | 28.1 | 20.3 | 5.9 | 19.1 | 5.7 |
| 22 | 31.7 | 28.9 | 23.5 | 10.5 | 4.4 | 29.5 | 27.5 | 19.8 | 5.8 | 18.6 | 5.5 |
| 23 | 31.1 | 28.3 | 23.0 | 10.2 | 4.2 | 28.8 | 26.8 | 19.2 | 5.7 | 18.2 | 5.4 |
| 24 | 30.4 | 27.6 | 22.5 | 9.9 | 4.0 | 28.2 | 26.2 | 18.7 | 5.6 | 17.7 | 5.3 |
| 25 | 29.8 | 27.0 | 22.0 | 9.6 | 3.7 | 27.6 | 25.6 | 18.2 | 5.4 | 17.3 | 5.2 |
| 26 | 29.1 | 26.3 | 21.4 | 9.3 | 3.6 | 27.0 | 25.0 | 17.7 | 5.3 | 16.8 | 5.0 |
| 27 | 28.4 | 25.7 | 20.9 | 9.0 | 3.4 | 26.3 | 24.4 | 17.3 | 5.2 | 16.4 | 4.9 |
| 28 | 27.7 | 25.0 | 20.3 | 8.7 | 3.2 | 25.7 | 23.8 | 16.8 | 5.0 | 15.9 | 4.8 |
| 29 | 27.0 | 24.4 | 19.7 | 8.4 | 3.1 | 25.1 | 23.2 | 16.4 | 4.9 | 15.5 | 4.7 |
| 30 | 26.3 | 23.7 | 19.2 | 8.1 | 2.9 | 24.4 | 22.5 | 15.9 | 4.8 | 15.0 | 4.6 |
| 31 | 25.6 | 23.0 | 18.6 | 7.8 | 2.7 | 23.8 | 21.9 | 15.4 | 4.6 | 14.6 | 4.4 |
| 32 | 24.9 | 22.4 | 18.0 | 7.6 | 2.6 | 23.1 | 21.3 | 15.0 | 4.5 | 14.2 | 4.3 |
| 33 | 24.2 | 21.7 | 17.5 | 7.3 | 2.4 | 22.5 | 20.7 | 14.5 | 4.4 | 13.8 | 4.2 |
| 34 | 23.5 | 21.1 | 16.9 | 7.0 | 2.2 | 21.8 | 20.0 | 14.1 | 4.2 | 13.4 | 4.0 |
| 35 | 22.8 | 20.4 | 16.3 | 6.7 | 2.1 | 21.2 | 19.4 | 13.6 | 4.1 | 12.9 | 3.9 |
| 36 | 22.1 | 19.7 | 15.7 | 6.4 | 2.0 | 20.5 | 18.7 | 13.2 | 4.0 | 12.5 | 3.8 |
| 37 | 21.3 | 19.0 | 15.1 | 6.2 | 1.9 | 19.8 | 18.1 | 12.7 | 3.8 | 12.1 | 3.7 |
| 38 | 20.6 | 18.3 | 14.5 | 5.9 | 1.8 | 19.1 | 17.4 | 12.2 | 3.7 | 11.7 | 3.5 |
| 39 | 19.8 | 17.6 | 13.9 | 5.7 | 1.7 | 18.4 | 16.8 | 11.7 | 3.6 | 11.3 | 3.4 |
| 40 | 19.0 | 16.9 | 13.3 | 5.4 | 1.6 | 17.7 | 16.1 | 11.3 | 3.4 | 10.9 | 3.3 |
| 41 | 18.3 | 16.2 | 12.7 | 5.2 | 1.5 | 17.0 | 15.4 | 10.8 | 3.3 | 10.4 | 3.1 |
| 42 | 17.5 | 15.4 | 12.1 | 4.9 | 1.4 | 16.3 | 14.8 | 10.3 | 3.1 | 9.9 | 3.0 |
| 43 | 16.8 | 14.7 | 11.5 | 4.7 | 1.2 | 15.6 | 14.1 | 9.9 | 3.0 | 9.4 | 2.8 |
| 44 | 16.0 | 14.0 | 10.9 | 4.4 | 1.1 | 14.9 | 13.4 | 9.4 | 2.8 | 9.0 | 2.7 |
| 45 | 15.3 | 13.3 | 10.3 | 4.2 | 1.0 | 14.2 | 12.7 | 8.9 | 2.7 | 8.5 | 2.6 |

## Table 7 Worklife Expectancies for Females, High School Graduate

Gender: Females     Education: High School Graduate

| Age | Current Population Survey | | | | | American Community Survey | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Not Disabled | All Persons | Not Severe | All Disabled | Severely Disabled | Not Disabled | All Persons | Physical Only | Physical Severe | Cognit. Only | Cognit. Severe |
| 46 | 14.5 | 12.7 | 9.8 | 3.9 | 1.0 | 13.5 | 12.1 | 8.5 | 2.6 | 8.1 | 2.4 |
| 47 | 13.8 | 12.0 | 9.2 | 3.7 | 0.9 | 12.7 | 11.4 | 8.0 | 2.4 | 7.6 | 2.3 |
| 48 | 13.0 | 11.3 | 8.6 | 3.5 | 0.9 | 12.0 | 10.7 | 7.5 | 2.3 | 7.2 | 2.2 |
| 49 | 12.2 | 10.6 | 8.0 | 3.3 | 0.8 | 11.3 | 10.1 | 7.1 | 2.1 | 6.8 | 2.0 |
| 50 | 11.5 | 9.9 | 7.5 | 3.1 | 0.8 | 10.6 | 9.4 | 6.6 | 2.0 | 6.4 | 1.9 |
| 51 | 10.7 | 9.2 | 6.9 | 2.9 | 0.7 | 9.9 | 8.8 | 6.2 | 1.9 | 6.0 | 1.8 |
| 52 | 10.0 | 8.5 | 6.3 | 2.7 | 0.7 | 9.2 | 8.1 | 5.7 | 1.7 | 5.6 | 1.6 |
| 53 | 9.2 | 7.8 | 5.7 | 2.5 | 0.6 | 8.5 | 7.5 | 5.3 | 1.6 | 5.2 | 1.5 |
| 54 | 8.4 | 7.2 | 5.2 | 2.3 | 0.6 | 7.8 | 6.9 | 4.8 | 1.5 | 4.8 | 1.4 |
| 55 | 7.7 | 6.5 | 4.6 | 2.1 | 0.5 | 7.1 | 6.3 | 4.4 | 1.3 | 4.4 | 1.3 |
| 56 | 7.1 | 6.0 | 4.2 | 1.9 | 0.5 | 6.5 | 5.7 | 4.0 | 1.2 | 4.1 | 1.2 |
| 57 | 6.6 | 5.5 | 3.9 | 1.8 | 0.4 | 5.9 | 5.2 | 3.7 | 1.1 | 3.7 | 1.0 |
| 58 | 6.0 | 5.0 | 3.5 | 1.6 | 0.4 | 5.3 | 4.6 | 3.3 | 1.0 | 3.4 | 0.9 |
| 59 | 5.4 | 4.6 | 3.1 | 1.5 | 0.3 | 4.7 | 4.1 | 3.0 | 0.9 | 3.0 | 0.8 |
| 60 | 4.8 | 4.1 | 2.8 | 1.4 | 0.3 | 4.1 | 3.6 | 2.6 | 0.8 | 2.7 | 0.7 |
| 61 | 4.3 | 3.6 | 2.4 | 1.2 | 0.2 | 3.7 | 3.2 | 2.4 | 0.7 | 2.4 | 0.6 |
| 62 | 3.7 | 3.1 | 2.0 | 1.1 | 0.2 | 3.3 | 2.8 | 2.1 | 0.6 | 2.2 | 0.6 |
| 63 | 3.1 | 2.7 | 1.7 | 1.0 | 0.1 | 2.9 | 2.5 | 1.9 | 0.5 | 1.9 | 0.5 |
| 64 | 2.6 | 2.2 | 1.3 | 0.8 | 0.1 | 2.5 | 2.1 | 1.6 | 0.4 | 1.7 | 0.4 |
| 65 | 2.0 | 1.7 | 0.9 | 0.7 | 0.0 | 2.1 | 1.7 | 1.3 | 0.4 | 1.4 | 0.4 |
| 66 | 1.8 | 1.6 | 0.9 | 0.6 | 0.0 | 1.9 | 1.6 | 1.2 | 0.3 | 1.3 | 0.3 |
| 67 | 1.7 | 1.4 | 0.8 | 0.6 | 0.0 | 1.7 | 1.4 | 1.1 | 0.3 | 1.2 | 0.3 |
| 68 | 1.5 | 1.3 | 0.7 | 0.5 | 0.0 | 1.5 | 1.2 | 1.0 | 0.3 | 1.0 | 0.2 |
| 69 | 1.4 | 1.2 | 0.6 | 0.5 | 0.0 | 1.3 | 1.0 | 0.8 | 0.2 | 0.9 | 0.2 |
| 70 | 1.2 | 1.0 | 0.6 | 0.4 | 0.0 | 1.1 | 0.8 | 0.7 | 0.2 | 0.7 | 0.2 |
| 71 | 1.1 | 0.9 | 0.5 | 0.4 | 0.0 | 0.9 | 0.8 | 0.6 | 0.2 | 0.7 | 0.2 |
| 72 | 0.9 | 0.8 | 0.4 | 0.3 | 0.0 | 0.8 | 0.7 | 0.5 | 0.1 | 0.6 | 0.1 |
| 73 | 0.8 | 0.6 | 0.4 | 0.3 | 0.0 | 0.7 | 0.6 | 0.5 | 0.1 | 0.5 | 0.1 |
| 74 | 0.6 | 0.5 | 0.3 | 0.2 | 0.0 | 0.6 | 0.5 | 0.4 | 0.1 | 0.4 | 0.1 |
| 75 | 0.4 | 0.4 | 0.2 | 0.2 | 0.0 | 0.5 | 0.4 | 0.3 | 0.1 | 0.3 | 0.1 |

Case 1:08-cv-00032-TC-BCW   Document 51-9   Filed 03/30/09   Page 46 of 85

Exhibit 5

Shannon Cavanaugh
*Calculation of Merit Increases*
*03/31/09*                                    Exhibit 5

| Age | Merit Change % |
|-----|----------------|
| 18 | 0.000% |
| 19 | 4.744% |
| 20 | 4.378% |
| 21 | 4.050% |
| 22 | 3.754% |
| 23 | 3.484% |
| 24 | 3.237% |
| 25 | 3.011% |
| 26 | 2.801% |
| 27 | 2.607% |
| 28 | 2.425% |
| 29 | 2.255% |
| 30 | 2.095% |
| 31 | 1.945% |
| 32 | 1.802% |
| 33 | 1.666% |
| 34 | 1.537% |
| 35 | 1.413% |
| 36 | 1.294% |
| 37 | 1.180% |
| 38 | 1.069% |
| 39 | 0.962% |
| 40 | 0.858% |
| 41 | 0.757% |
| 42 | 0.658% |
| 43 | 0.561% |
| 44 | 0.465% |
| 45 | 0.371% |
| 46 | 0.278% |
| 47 | 0.186% |
| 48 | 0.095% |
| 49 | 0.004% |
| 50 | -0.087% |
| 51 | -0.178% |
| 52 | -0.269% |
| 53 | -0.362% |
| 54 | -0.455% |
| 55 | -0.549% |
| 56 | -0.645% |
| 57 | -0.742% |
| 58 | -0.842% |
| 59 | -0.943% |
| 60 | -1.048% |
| 61 | -1.156% |
| 62 | -1.267% |
| 63 | -1.383% |
| 64 | -1.502% |
| 65 | -1.627% |
| 66 | -1.758% |
| 67 | -1.895% |
| 68 | -2.039% |
| 69 | -2.191% |
| 70 | -2.353% |
| 71 | -2.524% |
| 72 | -2.708% |
| 73 | -2.904% |
| 74 | -3.116% |
| 75 | -3.345% |

Note: Taken from Statistical Abstract of the United Sates, derived
from Current Population Survey, Total Money in Earnings in May 2007
(published May, 2008)

Exhibit 6

Shannon Cavanaugh
*Itemized Medical Expenses - sorted by Report Page*
3/31/2009

Exhibit 6.1

| Item Number | Report Page | Expense Description | Start Age | End Age | Average Current Year Cost | Net Discount Factor | PV | Inflation Category | Inflation Rate | PV as a % of Total |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | Headache Specialist | 26 | 81 | 425 | 63.177904 | 26,851 | Physicians | 4.73% | 2.7093% |
| 2 | 1 | Chiropractor - year 1 | 26 | 26 | 840 | 1.000000 | 840 | Services by Other Med Prof | 3.62% | 0.0848% |
| 3 | 1 | Chiropractor - year 2 and beyond | 27 | 81 | 370 | 50.642724 | 18,738 | Services by Other Med Prof | 3.62% | 1.8907% |
| 4 | 1 | Psychiatry Initial Evaluation | 26 | 26 | 190 | 1.000000 | 190 | Physicians | 4.73% | 0.0192% |
| 5 | 1 | Psychiatry Sessions | TBD | TBD | | | | Physicians | 4.73% | #VALUE! |
| 6 | 2 | Imitrex and Topamax | 26 | 81 | 6,649 | 74.401428 | 494,695 | Prescription | 5.59% | 49.9155% |
| 7 | 2 | Psychological Counseling - initial evaluation | 26 | 26 | 203 | 1.000000 | 203 | Services by Other Med Prof | 3.62% | 0.0204% |
| 8 | 2 | Psychological Counseling - Sessions first 2 yea | 27 | 27 | 2,500 | 0.999074 | 2,498 | Services by Other Med Prof | 3.62% | 0.2520% |
| 9 | 2 | Psychological Counseling - year 3 and beyond | 29 | 81 | 1,470 | 48.645315 | 71,509 | Services by Other Med Prof | 3.62% | 7.2153% |
| 10 | 2 | Case Management Services | 26 | 81 | 688 | 45.866423 | 31,533 | CPI Rate | 3.00% | 3.1817% |
| 11 | 3 | Neurophsychological Evaluation - years 1 and | 26 | 26 | 2,750 | 1.000000 | 2,750 | Physicians | 4.73% | 0.2775% |
| 12 | 3 | Neurophsychological Evaluation - Age 55 to 6 | 55 | 65 | 309 | 13.286184 | 4,107 | Physicians | 4.73% | 0.4144% |
| 13 | 3 | Vocational Rehabilitation | 26 | 35 | 400 | 9.686921 | 3,875 | CPI Rate | 3.00% | 0.3910% |
| 14 | 3 | Childcare Services or Preschool - through age | 26 | 27 | 8,112 | 1.747216 | 14,173 | CPI Rate | 3.00% | 1.4301% |
| 15 | 3 | Organizational Services | 26 | 81 | 250 | 45.866423 | 11,467 | CPI Rate | 3.00% | 1.1570% |
| 16 | 4 | Massage Therapy Sessions | 26 | 26 | 5,200 | 1.000000 | 5,200 | CPI Rate | 3.00% | 0.5247% |
| 17 | 4 | Specialized Pillow | 26 | 81 | 55 | 42.772875 | 2,353 | Non-prescription Med Eq | 2.58% | 0.2374% |
| 18 | 4 | Memory foam or other Comfortable Mattress | 26 | 81 | 390 | 42.772875 | 16,681 | Non-prescription Med Eq | 2.58% | 1.6832% |
| 19 | 4 | Organizational / Memory Tools | 26 | 81 | 250 | 46.110777 | 11,528 | CPI Rate | 3.00% | 1.1632% |
| 20 | 4 | GPS System | 26 | 81 | 95 | 46.110777 | 4,381 | CPI Rate | 3.00% | 0.4420% |
| 21 | 5 | House Cleaning Services | 26 | 81 | 4,940 | 45.866423 | 226,580 | CPI Rate | 3.00% | 22.8623% |
| 22 | 5 | Nanny / Child Care Services | 26 | 28 | 14,976 | 2.732092 | 40,916 | CPI Rate | 3.00% | 4.1285% |

Total PV of Future Medical Expenses   $   991,065

Shannon Cavanaugh
Medical Discount Factor Tables
3/31/2009

Exhibit 6.2

## PrescriptionTM

Discount Rate = 3.70%
CPI = 3.00%
Prescription Inflation = 5.59%

| Age | Year | Discount Period | Net Discount Rate | Net Discount Factor |
|---|---|---|---|---|
| 26 | 2009 | 0.18 | 0.00% | 1.00000 |
| 27 | 2010 | 1.25 | -1.79% | 1.02283 |
| 28 | 2011 | 2.25 | -1.79% | 1.04148 |
| 29 | 2012 | 3.25 | -1.79% | 1.06046 |
| 30 | 2013 | 4.25 | -1.79% | 1.07978 |
| 31 | 2014 | 5.25 | -1.79% | 1.09946 |
| 32 | 2015 | 6.25 | -1.79% | 1.11950 |
| 33 | 2016 | 7.25 | -1.79% | 1.13991 |
| 34 | 2017 | 8.25 | -1.79% | 1.16068 |
| 35 | 2018 | 9.25 | -1.79% | 1.18184 |
| 36 | 2019 | 10.25 | -1.79% | 1.20338 |
| 37 | 2020 | 11.25 | -1.79% | 1.22531 |
| 38 | 2021 | 12.25 | -1.79% | 1.24764 |
| 39 | 2022 | 13.25 | -1.79% | 1.27038 |
| 40 | 2023 | 14.25 | -1.79% | 1.29353 |
| 41 | 2024 | 15.25 | -1.79% | 1.31711 |
| 42 | 2025 | 16.25 | -1.79% | 1.34111 |
| 43 | 2026 | 17.25 | -1.79% | 1.36556 |
| 44 | 2027 | 18.25 | -1.79% | 1.39044 |
| 45 | 2028 | 19.25 | -1.79% | 1.41579 |
| 46 | 2029 | 20.25 | -1.79% | 1.44159 |
| 47 | 2030 | 21.25 | -1.79% | 1.46786 |
| 48 | 2031 | 22.25 | -1.79% | 1.49462 |
| 49 | 2032 | 23.25 | -1.79% | 1.52186 |
| 50 | 2033 | 24.25 | -1.79% | 1.54959 |
| 51 | 2034 | 25.25 | -1.79% | 1.57784 |
| 52 | 2035 | 26.25 | 0.68% | 1.56719 |
| 53 | 2036 | 27.25 | 0.68% | 1.55661 |
| 54 | 2037 | 28.25 | 0.68% | 1.54610 |
| 55 | 2038 | 29.25 | 0.68% | 1.53556 |
| 56 | 2039 | 30.25 | 0.68% | 1.52530 |
| 57 | 2040 | 31.25 | 0.68% | 1.51550 |
| 58 | 2041 | 32.25 | 0.68% | 1.50947 |
| 59 | 2042 | 33.25 | 0.68% | 1.49462 |
| 60 | 2043 | 34.25 | 0.68% | 1.48453 |
| 61 | 2044 | 35.25 | 0.68% | 1.47451 |
| 62 | 2045 | 36.25 | 0.68% | 1.46455 |
| 63 | 2046 | 37.25 | 0.68% | 1.45467 |
| 64 | 2047 | 38.25 | 0.68% | 1.44485 |
| 65 | 2048 | 39.25 | 0.68% | 1.43509 |
| 66 | 2049 | 40.25 | 0.68% | 1.42541 |
| 67 | 2050 | 41.25 | 0.68% | 1.41579 |
| 68 | 2051 | 42.25 | 0.68% | 1.40623 |
| 69 | 2052 | 43.25 | 0.68% | 1.39674 |
| 70 | 2053 | 44.25 | 0.68% | 1.38731 |
| 71 | 2054 | 45.25 | 0.68% | 1.37794 |
| 72 | 2055 | 46.25 | 0.68% | 1.36864 |
| 73 | 2056 | 47.25 | 0.68% | 1.35940 |
| 74 | 2057 | 48.25 | 0.68% | 1.35023 |
| 75 | 2058 | 49.25 | 0.68% | 1.34111 |
| 76 | 2059 | 50.25 | 0.68% | 1.33206 |
| 77 | 2060 | 51.25 | 0.68% | 1.32307 |
| 78 | 2061 | 52.25 | 0.68% | 1.31414 |
| 79 | 2062 | 53.25 | 0.68% | 1.30527 |
| 80 | 2063 | 54.25 | 0.68% | 1.29645 |
| 81 | 2064 | 54.84 | 0.68% | 0.21303 |

## NPNonRxTM

Discount Rate = 3.70%
CPI = 3.00%
Nonprescription Med Equip = 2.58%

| Age | Year | Discount Period | Net Discount Rate | Net Discount Factor |
|---|---|---|---|---|
| 26 | 2009 | 0.18 | 0.00% | 1.00000 |
| 27 | 2010 | 1.25 | 1.09% | 0.98653 |
| 28 | 2011 | 2.25 | 1.09% | 0.97588 |
| 29 | 2012 | 3.25 | 1.09% | 0.96535 |
| 30 | 2013 | 4.25 | 1.09% | 0.95493 |
| 31 | 2014 | 5.25 | 1.09% | 0.94463 |
| 32 | 2015 | 6.25 | 1.09% | 0.93443 |
| 33 | 2016 | 7.25 | 1.09% | 0.92435 |
| 34 | 2017 | 8.25 | 1.09% | 0.91437 |
| 35 | 2018 | 9.25 | 1.09% | 0.90450 |
| 36 | 2019 | 10.25 | 1.09% | 0.89474 |
| 37 | 2020 | 11.25 | 1.09% | 0.88508 |
| 38 | 2021 | 12.25 | 1.09% | 0.87553 |
| 39 | 2022 | 13.25 | 1.09% | 0.86608 |
| 40 | 2023 | 14.25 | 1.09% | 0.85674 |
| 41 | 2024 | 15.25 | 1.09% | 0.84749 |
| 42 | 2025 | 16.25 | 1.09% | 0.83834 |
| 43 | 2026 | 17.25 | 1.09% | 0.82930 |
| 44 | 2027 | 18.25 | 1.09% | 0.82035 |
| 45 | 2028 | 19.25 | 1.09% | 0.81149 |
| 46 | 2029 | 20.25 | 1.09% | 0.80274 |
| 47 | 2030 | 21.25 | 1.09% | 0.79407 |
| 48 | 2031 | 22.25 | 1.09% | 0.78550 |
| 49 | 2032 | 23.25 | 1.09% | 0.77702 |
| 50 | 2033 | 24.25 | 1.09% | 0.76864 |
| 51 | 2034 | 25.25 | 1.09% | 0.76034 |
| 52 | 2035 | 26.25 | 0.68% | 0.75521 |
| 53 | 2036 | 27.25 | 0.68% | 0.75011 |
| 54 | 2037 | 28.25 | 0.68% | 0.74504 |
| 55 | 2038 | 29.25 | 0.68% | 0.74000 |
| 56 | 2039 | 30.25 | 0.68% | 0.73503 |
| 57 | 2040 | 31.25 | 0.68% | 0.73006 |
| 58 | 2041 | 32.25 | 0.68% | 0.72514 |
| 59 | 2042 | 33.25 | 0.68% | 0.72024 |
| 60 | 2043 | 34.25 | 0.68% | 0.71538 |
| 61 | 2044 | 35.25 | 0.68% | 0.71055 |
| 62 | 2045 | 36.25 | 0.68% | 0.70575 |
| 63 | 2046 | 37.25 | 0.68% | 0.70099 |
| 64 | 2047 | 38.25 | 0.68% | 0.69626 |
| 65 | 2048 | 39.25 | 0.68% | 0.69156 |
| 66 | 2049 | 40.25 | 0.68% | 0.68689 |
| 67 | 2050 | 41.25 | 0.68% | 0.68225 |
| 68 | 2051 | 42.25 | 0.68% | 0.67765 |
| 69 | 2052 | 43.25 | 0.68% | 0.67307 |
| 70 | 2053 | 44.25 | 0.68% | 0.66853 |
| 71 | 2054 | 45.25 | 0.68% | 0.66402 |
| 72 | 2055 | 46.25 | 0.68% | 0.65953 |
| 73 | 2056 | 47.25 | 0.68% | 0.65508 |
| 74 | 2057 | 48.25 | 0.68% | 0.65066 |
| 75 | 2058 | 49.25 | 0.68% | 0.64627 |
| 76 | 2059 | 50.25 | 0.68% | 0.64191 |
| 77 | 2060 | 51.25 | 0.68% | 0.63757 |
| 78 | 2061 | 52.25 | 0.68% | 0.63327 |
| 79 | 2062 | 53.25 | 0.68% | 0.62899 |
| 80 | 2063 | 54.25 | 0.68% | 0.62475 |
| 81 | 2064 | 54.84 | 0.68% | 0.10106 |

## OtherMedProfTM

Discount Rate = 3.70%
CPI = 3.00%
Services by Other Med Prof = 3.62%

| Age | Year | Discount Period | Net Discount Rate | Net Discount Factor |
|---|---|---|---|---|
| 26 | 2009 | 0.18 | 0.00% | 1.00000 |
| 27 | 2010 | 1.25 | 0.07% | 0.99907 |
| 28 | 2011 | 2.25 | 0.07% | 0.99833 |
| 29 | 2012 | 3.25 | 0.07% | 0.99759 |
| 30 | 2013 | 4.25 | 0.07% | 0.99686 |
| 31 | 2014 | 5.25 | 0.07% | 0.99612 |
| 32 | 2015 | 6.25 | 0.07% | 0.99539 |
| 33 | 2016 | 7.25 | 0.07% | 0.99466 |
| 34 | 2017 | 8.25 | 0.07% | 0.99393 |
| 35 | 2018 | 9.25 | 0.07% | 0.99320 |
| 36 | 2019 | 10.25 | 0.07% | 0.99270 |
| 37 | 2020 | 11.25 | 0.07% | 0.99197 |
| 38 | 2021 | 12.25 | 0.07% | 0.99243 |
| 39 | 2022 | 13.25 | 0.07% | 0.99170 |
| 40 | 2023 | 14.25 | 0.07% | 0.99097 |
| 41 | 2024 | 15.25 | 0.07% | 0.99023 |
| 42 | 2025 | 16.25 | 0.07% | 0.98950 |
| 43 | 2026 | 17.25 | 0.07% | 0.98876 |
| 44 | 2027 | 18.25 | 0.07% | 0.98803 |
| 45 | 2028 | 19.25 | 0.07% | 0.98730 |
| 46 | 2029 | 20.25 | 0.07% | 0.98657 |
| 47 | 2030 | 21.25 | 0.07% | 0.98584 |
| 48 | 2031 | 22.25 | 0.07% | 0.98511 |
| 49 | 2032 | 23.25 | 0.07% | 0.98438 |
| 50 | 2033 | 24.25 | 0.07% | 0.98385 |
| 51 | 2034 | 25.25 | 0.07% | 0.98292 |
| 52 | 2035 | 26.25 | 0.68% | 0.98219 |
| 53 | 2036 | 27.25 | 0.68% | 0.98146 |
| 54 | 2037 | 28.25 | 0.68% | 0.97684 |
| 55 | 2038 | 29.25 | 0.68% | 0.97605 |
| 56 | 2039 | 30.25 | 0.68% | 0.97531 |
| 57 | 2040 | 31.25 | 0.68% | 0.96826 |
| 58 | 2041 | 32.25 | 0.68% | 0.96523 |
| 59 | 2042 | 33.25 | 0.68% | 0.96172 |
| 60 | 2043 | 34.25 | 0.68% | 0.95523 |
| 61 | 2044 | 35.25 | 0.68% | 0.94878 |
| 62 | 2045 | 36.25 | 0.68% | 0.94365 |
| 63 | 2046 | 37.25 | 0.68% | 0.94238 |
| 64 | 2047 | 38.25 | 0.68% | 0.93602 |
| 65 | 2048 | 39.25 | 0.68% | 0.93270 |
| 66 | 2049 | 40.25 | 0.68% | 0.93242 |
| 67 | 2050 | 41.25 | 0.68% | 0.91719 |
| 68 | 2051 | 42.25 | 0.68% | 0.91100 |
| 69 | 2052 | 43.25 | 0.68% | 0.90485 |
| 70 | 2053 | 44.25 | 0.68% | 0.89874 |
| 71 | 2054 | 45.25 | 0.68% | 0.89267 |
| 72 | 2055 | 46.25 | 0.68% | 0.88665 |
| 73 | 2056 | 47.25 | 0.68% | 0.88066 |
| 74 | 2057 | 48.25 | 0.68% | 0.83472 |
| 75 | 2058 | 49.25 | 0.68% | 0.86881 |
| 76 | 2059 | 50.25 | 0.68% | 0.86295 |
| 77 | 2060 | 51.25 | 0.68% | 0.85712 |
| 78 | 2061 | 52.25 | 0.68% | 0.85134 |
| 79 | 2062 | 53.25 | 0.68% | 0.84559 |
| 80 | 2063 | 54.25 | 0.68% | 0.83988 |
| 81 | 2064 | 54.84 | 0.68% | 0.13251 |

Exhibit 6.2

CRTTHI
Discount Rate = 3.70%
CPIx 3.00%
CPIx 3.00%

| Age | Year | Discount Period | Net Present Value Rate | Net Present Value Factor |
|---|---|---|---|---|
| 26 | 2009 | 0.38 | 0.00% | 1.00000 |
| 27 | 2010 | 1.25 | 0.68% | 0.99157 |
| 28 | 2011 | 2.25 | 0.68% | 0.98488 |
| 29 | 2012 | 3.25 | 0.68% | 0.97823 |
| 30 | 2013 | 4.25 | 0.68% | 0.97162 |
| 31 | 2014 | 5.25 | 0.68% | 0.96507 |
| 32 | 2015 | 6.25 | 0.68% | 0.95855 |
| 33 | 2016 | 7.25 | 0.68% | 0.95208 |
| 34 | 2017 | 8.25 | 0.68% | 0.94566 |
| 35 | 2018 | 9.25 | 0.68% | 0.93927 |
| 36 | 2019 | 10.25 | 0.68% | 0.93293 |
| 37 | 2020 | 11.25 | 0.68% | 0.92663 |
| 38 | 2021 | 12.25 | 0.68% | 0.92038 |
| 39 | 2022 | 13.25 | 0.68% | 0.91417 |
| 40 | 2023 | 14.25 | 0.68% | 0.90799 |
| 41 | 2024 | 15.25 | 0.68% | 0.90187 |
| 42 | 2025 | 16.25 | 0.68% | 0.89578 |
| 43 | 2026 | 17.25 | 0.68% | 0.88973 |
| 44 | 2027 | 18.25 | 0.68% | 0.88372 |
| 45 | 2028 | 19.25 | 0.68% | 0.87776 |
| 46 | 2029 | 20.25 | 0.68% | 0.87183 |
| 47 | 2030 | 21.25 | 0.68% | 0.86595 |
| 48 | 2031 | 22.25 | 0.68% | 0.86010 |
| 49 | 2032 | 23.25 | 0.68% | 0.85430 |
| 50 | 2033 | 24.25 | 0.68% | 0.84853 |
| 51 | 2034 | 25.25 | 0.68% | 0.84280 |
| 52 | 2035 | 26.25 | 0.68% | 0.83711 |
| 53 | 2036 | 27.25 | 0.68% | 0.83146 |
| 54 | 2037 | 28.25 | 0.68% | 0.82585 |
| 55 | 2038 | 29.25 | 0.68% | 0.82028 |
| 56 | 2039 | 30.25 | 0.68% | 0.81474 |
| 57 | 2040 | 31.25 | 0.68% | 0.80924 |
| 58 | 2041 | 32.25 | 0.68% | 0.80378 |
| 59 | 2042 | 33.25 | 0.68% | 0.79835 |
| 60 | 2043 | 34.25 | 0.68% | 0.79296 |
| 61 | 2044 | 35.25 | 0.68% | 0.78761 |
| 62 | 2045 | 36.25 | 0.68% | 0.78229 |
| 63 | 2046 | 37.25 | 0.68% | 0.77700 |
| 64 | 2047 | 38.25 | 0.68% | 0.77177 |
| 65 | 2048 | 39.25 | 0.68% | 0.76656 |
| 66 | 2049 | 40.25 | 0.68% | 0.76138 |
| 67 | 2050 | 41.25 | 0.68% | 0.75624 |
| 68 | 2051 | 42.25 | 0.68% | 0.75114 |
| 69 | 2052 | 43.25 | 0.68% | 0.74607 |
| 70 | 2053 | 44.25 | 0.68% | 0.74103 |
| 71 | 2054 | 45.25 | 0.68% | 0.73603 |
| 72 | 2055 | 46.25 | 0.68% | 0.73106 |
| 73 | 2056 | 47.25 | 0.68% | 0.72613 |
| 74 | 2057 | 48.25 | 0.68% | 0.72123 |
| 75 | 2058 | 49.25 | 0.68% | 0.71636 |
| 76 | 2059 | 50.25 | 0.68% | 0.71152 |
| 77 | 2060 | 51.25 | 0.68% | 0.70672 |
| 78 | 2061 | 52.25 | 0.68% | 0.70195 |
| 79 | 2062 | 53.25 | 0.68% | 0.69721 |
| 80 | 2063 | 54.25 | 0.68% | 0.69250 |
| 81 | 2064 | 54.84 | 0.68% | 0.11379 |

Shannon Cavanaugh
*Inflation Rates*
3/31/2009

Exhibit 6.4

| Year | Prescription Drugs | CAGR | Nonprescrip medical equipment | | Services by Other Medical Professionals | CAGR |
|---|---|---|---|---|---|---|
| 1983 | 100.10 | N/A | 100.4 | N/A | | |
| 1984 | 109.70 | 9.59% | 105.1 | 4.68% | | |
| 1985 | 120.10 | 9.54% | 109.6 | 4.48% | | |
| 1986 | 130.40 | 9.21% | 115 | 4.63% | | |
| 1987 | 140.80 | 8.90% | 119.6 | 4.47% | 102.40 | N/A |
| 1988 | 152.00 | 8.71% | 123.9 | 4.30% | 108.30 | 5.76% |
| 1989 | 165.20 | 8.71% | 131.1 | 4.55% | 114.20 | 5.60% |
| 1990 | 181.70 | 8.89% | 138 | 4.65% | 120.20 | 5.49% |
| 1991 | 199.70 | 9.02% | 145 | 4.70% | 126.60 | 5.45% |
| 1992 | 214.70 | 8.85% | 150.9 | 4.63% | 131.70 | 5.16% |
| 1993 | 223.00 | 8.34% | 155.9 | 4.50% | 135.90 | 4.83% |
| 1994 | 230.60 | 7.88% | 160 | 4.33% | 141.30 | 4.71% |
| 1995 | 235.00 | 7.37% | 166.3 | 4.29% | 143.90 | 4.34% |
| 1996 | 242.90 | 7.06% | 169.1 | 4.09% | 146.60 | 4.07% |
| 1997 | 249.30 | 6.73% | 171.5 | 3.90% | 151.80 | 4.02% |
| 1998 | 258.60 | 6.53% | 174.9 | 3.77% | 155.40 | 3.86% |
| 1999 | 273.40 | 6.48% | 176.7 | 3.60% | 158.70 | 3.72% |
| 2000 | 285.40 | 6.36% | 178.1 | 3.43% | 161.90 | 3.59% |
| 2001 | 300.90 | 6.31% | 178.2 | 3.24% | 167.30 | 3.57% |
| 2002 | 316.50 | 6.25% | 177.5 | 3.04% | 171.80 | 3.51% |
| 2003 | 326.30 | 6.09% | 178.1 | 2.91% | 177.10 | 3.48% |
| 2004 | 337.10 | 5.95% | 179.7 | 2.81% | 181.90 | 3.44% |
| 2005 | 349.00 | 5.84% | 180.6 | 2.70% | 186.80 | 3.40% |
| 2006 | 363.90 | 5.77% | 183.2 | 2.65% | 192.20 | 3.37% |
| 2007 | 369.16 | 5.59% | 185.065 | 2.58% | 197.41 | 3.34% |
| CAGR | | 5.59% | | 2.58% | | 3.34% |

Adjustment Factor    1.086

Adjusted Rate    3.62%

Exhibit 7

Lone Peak Valuation Group
Shannon Cavanaugh
Notes and Comments
3/31/2009 — Exhibit 7

**Present Value of Future Lost Earnings - Scenario 1 and Past Lost Earnings - Scenario 1 Notes**

Notes:
(1) The age represents age as of the end date.
(2) The merit increase represents the portion of earnings growth attributable to increases in seniority, promotions, etc.
The amount is calculated from the Statistical Abstract of the US.
(3) The CPI increase represents the portion of earnings growth attributable to inflation.
(4) See page 6 of report
(5) The benefits percentage is based on the US Chamber of Commerce cost of total benefits for Health Care and Social Assistance Group:

| Pre-Incident | Post Incident | Benefits | Pre-Incident | Post Incident | Benefits | Pre-Incident | Post Incident | Benefits |
|---|---|---|---|---|---|---|---|---|
| | | Total Benefits | x | | LTD or Wage Continuation | | | Cash Balance or Other Hybrid Plan |
| x | | Legally-Required | x | | Medical Insurance Premiums | x | | 401 K and similar |
| | | Payments for Holidays | x | | Dental Insurance Premiums | x | | Profit-Sharing |
| | | Paid Breaks, etc. | | | Vision Care | | | Stock Bonus/ESOP |
| | | Sick Leave Pay | x | | Retiree Medical Insurance Premiums | | | |
| x | | Payments for Vacations | | | Prescription Drug Coverage | x | | Other |
| x | | Paid Time Off | | | Other | | | Administration Costs |
| x | | Family and Medical Leave Pay | x | | Administration Costs | | | Severance Pay |
| x | | Other | x | | Life Insurance and Death | | | Child Care |
| x | | STD, Sickness or Accident Insurance | x | | Defined Benefit Pension Plan | x | | Employee Education Expenditures |
| | | | | | | | | Discounts |

(6) AVERAGE of 39.6%-1.6% and 32.4%
(7) The benefits percentage is based on the US Chamber of Commerce cost of total benefits for Support & Management Services (Management Companies &Adminstrative Support):

| Pre-Incident | Post Incident | and Medical Leave Pay | Pre-Incident | Post Incident | Family and Medical Leave Pay | Pre-Incident | Post Incident | Family and Medical Leave Pay |
|---|---|---|---|---|---|---|---|---|
| | | Total Benefits | | | LTD or Wage Continuation | | | Cash Balance or Other Hybrid Plan |
| x | | Legally-Required | x | | Medical Insurance Premiums | x | | 401 K and similar |
| | | Payments for Holidays | x | | Dental Insurance Premiums | | | Profit-Sharing |
| | | Paid Breaks, etc. | | | Vision Care | | | Stock Bonus/ESOP |
| | | Sick Leave Pay | | | Retiree Medical Insurance Premiums | | | |
| x | | Payments for Vacations | | | Prescription Drug Coverage | | | Other |
| x | | Paid Time Off | | | Other | x | | Administration Costs |
| | | Family and Medical Leave Pay | | | Administration Costs | | | Severance Pay |
| x | | Other | x | | Life Insurance and Death | | | Child Care |
| x | | STD, Sickness or Accident Insurance | | | Defined Benefit Pension Plan | x | | Employee Education Expenditures |
| | | | | | | | | Discounts |

Taken from the 2007 Employee Benefit Study.
(6) Discount period represents the midpoint of year 1, calculated as follows:

| Report Date | | 03/31/09 | Report Date | 03/31/09 | Report Date | 03/31/09 |
|---|---|---|---|---|---|---|
| Date at End of Year 1 | | 12/31/09 | Date at End of Year 2 | 12/31/10 | Date at End of Last Year | 06/16/34 |
| Days Until the End of Year 1 | | 276 | Days Until the End of Year 2 | 641 | Days Until the End of Last Year | 9,209 |
| Days Until Midpoint of Year 1 | | 138 | Days Until Midpoint of Year 2 | 458 | Days Until Midpoint of Last Year | 9,127 |
| Discount Period: | | 0.38 | Discount Period: | 1.25 | Discount Period: | 24.99 |

Tables 1 -2

Notes:
Source: Bureau of Labor Statistics; Employment, Hours, and Earnings from the Current Employment Statistics Survey for Home Health Care Services; Health Care Industry; Average Hourly Earnings of Production Workers

| Year | Annual |
|---|---|
| 1991 | 7.6% |
| 1992 | 6.6% |
| 1993 | 4.1% |
| 1994 | 2.5% |
| 1995 | 2.2% |
| 1996 | 2.6% |
| 1997 | 1.5% |
| 1998 | 1.2% |
| 1999 | 4.5% |
| 2000 | 3.4% |
| 2001 | 2.5% |
| 2002 | 1.4% |
| 2003 | 2.4% |
| 2004 | 5.3% |
| 2005 | 1.0% |
| 2006 | 2.5% |
| 2007 | 4.7% |
| 2008 | 5.0% |
| AVERAGE | 3.4% |

Source: Consumer Price Index, All Urban Consumers; U.S. City Average; Child Care and Nursery School, Percent Change 1999 - 2008

| Year | Annual |
|---|---|
| 2001 | 5.0% |
| 2002 | 5.1% |
| 2003 | 4.5% |
| 2004 | 3.8% |
| 2005 | 4.4% |
| 2006 | 5.4% |
| 2007 | 4.3% |
| 2008 | 4.5% |
| AVERAGE | 4.6% |

Exhibit 10
(1) Source: http://www.naccrra.org/docs/reports/price_report/Price_Report_2008_apdv05.pdf; data in 2008$

# EMPLOYEE BENEFITS STUDY



## 2007



RESEARCH AND ANALYSIS CENTER

U.S. CHAMBER OF COMMERCE

# HIGHLIGHTS OF FINDINGS

## TABLE 1
Employee Benefits by All Industry Groups

| Type of Benefit | Percentage of Payroll % | | | Cents Per Hour ¢ | | | Annual Dollars Per Employee $ | | |
|---|---|---|---|---|---|---|---|---|---|
| | Total, All Companies | Total, Manufacturing | Total, Non-Manufacturing | Total, All Companies | Total, Manufacturing | Total, Non-Manufacturing | Total, All Companies | Total, Manufacturing | Total, Non-Manufacturing |
| Total Number of Companies | 453 | 140 | 313 | 453 | 140 | 313 | 453 | 140 | 313 |
| Total Number of Full-Time Equivalent Employees | 389,180 | 74,193 | 314,987 | 389,180 | 74,193 | 314,987 | 389,180 | 74,193 | 314,987 |
| Total Benefits | 42.7% | 43.2% | 42.7% | 1,036.7¢ | 1,067.1¢ | 1,029.6¢ | $21,527 | $22,457 | $21,308 |
| Legally Required Payments | 9.5 | 10.4 | 9.2 | 224.1 | 251.2 | 217.7 | 4,663 | 5,321 | 4,509 |
| Federally Required Payroll Taxes | 7.4 | 7.5 | 7.4 | 180.8 | 192.4 | 178.0 | 3,754 | 4,051 | 3,685 |
| Unemployment Compensation | 0.5 | 0.9 | 0.4 | 12.1 | 21.5 | 9.9 | 252 | 449 | 206 |
| Workers' Compensation Insurance | 1.4 | 2.0 | 1.3 | 28.2 | 36.8 | 26.2 | 596 | 811 | 546 |
| Other | 0.1 | 0.1 | 0.1 | 3.0 | 0.5 | 3.5 | 61 | 10 | 73 |
| Payments for Time Not Worked | 9.8 | 9.3 | 9.9 | 228.2 | 232.2 | 227.3 | 4,734 | 4,884 | 4,699 |
| Payments for Holidays | 2.6 | 3.2 | 2.4 | 61.9 | 86.1 | 56.3 | 1,285 | 1,813 | 1,161 |
| Paid Time Off | 1.0 | 1.9 | 0.8 | 30.5 | 45.5 | 27.0 | 629 | 946 | 555 |
| Payments for Vacations | 3.2 | 3.0 | 3.3 | 75.1 | 78.8 | 74.2 | 1,558 | 1,663 | 1,533 |
| Sick Leave Pay | 1.3 | 0.3 | 1.5 | 27.2 | 7.0 | 32.0 | 567 | 151 | 665 |
| Paid Breaks | 0.9 | 0.7 | 0.9 | 15.1 | 11.9 | 15.8 | 314 | 250 | 330 |
| Family & Medical Leave Pay | 0.2 | 0.0 | 0.2 | 3.9 | 0.2 | 4.8 | 81 | 4 | 99 |
| Other | 0.6 | 0.1 | 0.8 | 14.4 | 2.7 | 17.2 | 300 | 56 | 357 |
| Medically Related Payments | 12.1 | 15.0 | 11.4 | 293.6 | 343.9 | 281.8 | 6,101 | 7,242 | 5,832 |
| STD, Sickness or Accident Insurance | 0.2 | 0.4 | 0.2 | 6.4 | 7.7 | 6.1 | 132 | 163 | 125 |
| LTD or Wage Continuation | 0.2 | 0.1 | 0.2 | 5.6 | 4.2 | 5.9 | 116 | 88 | 122 |
| Medical Insurance Premiums | 9.0 | 10.9 | 8.6 | 204.7 | 234.8 | 197.6 | 4,256 | 4,958 | 4,090 |
| Dental Insurance Premiums | 0.4 | 0.7 | 0.3 | 11.8 | 19.5 | 10.0 | 245 | 409 | 207 |
| Vision Care | 0.0 | 0.0 | 0.0 | 0.6 | 1.6 | 0.3 | 12 | 34 | 7 |
| Retiree Medical Insurance Premiums | 1.3 | 1.0 | 1.3 | 39.0 | 35.8 | 39.8 | 810 | 744 | 825 |
| Life Insurance & Death | 0.3 | 0.4 | 0.3 | 6.4 | 9.2 | 5.7 | 132 | 193 | 118 |
| Prescription Drug Coverage | 0.4 | 1.1 | 0.2 | 10.9 | 27.5 | 7.0 | 228 | 575 | 146 |
| Administration Costs | 0.1 | 0.1 | 0.1 | 3.3 | 2.6 | 3.5 | 68 | 56 | 71 |
| Other | 0.2 | 0.1 | 0.2 | 4.9 | 1.1 | 5.8 | 101 | 24 | 119 |
| Retirement & Savings | 10.4 | 7.4 | 11.1 | 268.5 | 206.6 | 283.1 | 5,567 | 4,319 | 5,861 |
| 401(K) & Similar | 2.2 | 3.1 | 1.9 | 65.4 | 81.5 | 61.6 | 1,355 | 1,702 | 1,274 |
| Defined Benefit Pension Plan | 4.6 | 2.9 | 4.9 | 120.8 | 91.9 | 127.7 | 2,500 | 1,915 | 2,638 |
| Cash Balance or Other Hybrid Plan | 0.0 | 0.0 | 0.0 | 1.0 | 0.0 | 1.3 | 19 | 1 | 24 |
| Administration Costs | 0.2 | 0.2 | 0.3 | 4.5 | 4.2 | 4.5 | 93 | 87 | 94 |
| Profit Sharing | 1.1 | 1.0 | 1.1 | 38.3 | 25.1 | 41.3 | 797 | 528 | 860 |
| Stock Bonus/ESOP | 2.1 | 0.2 | 2.5 | 32.8 | 3.8 | 39.6 | 683 | 81 | 825 |
| Other | 0.2 | 0.0 | 0.3 | 5.7 | 0.2 | 7.0 | 119 | 4 | 147 |
| Miscellaneous Benefits | 1.0 | 1.1 | 1.0 | 22.3 | 33.2 | 19.8 | 462 | 691 | 408 |
| Severance Pay | 0.2 | 0.6 | 0.1 | 5.6 | 16.7 | 3.0 | 115 | 348 | 60 |
| Child Care | 0.0 | 0.0 | 0.0 | 0.1 | 0.0 | 0.1 | 1 | 0 | 1 |
| Employee Education Expenditures | 0.1 | 0.2 | 0.1 | 4.3 | 7.2 | 3.6 | 88 | 150 | 74 |
| Discounts | 0.1 | 0.2 | 0.1 | 3.2 | 8.2 | 2.1 | 67 | 170 | 43 |
| Other | 0.6 | 0.0 | 0.7 | 9.2 | 1.0 | 11.1 | 190 | 22 | 230 |

*Journal of Forensic Economics* 15(3), 2002, pp. 295-301
©2004 by the National Association of Forensic Economics

# Patton-Nelson Personal Consumption Tables 2000-2001: Updated and Revised

Michael R. Ruble, Robert T. Patton, and David M. Nelson[*]

The Patton-Nelson Personal Consumption Tables were last updated in the Winter 2000 issue of the *Journal of Forensic Economics* using 1997-98 consumption data. Since these tables are widely used by forensic economists and by Lawyers and Judges Publishing Co., it is appropriate to provide consumption percentages based on 2000-01 data. Included in this paper are some revisions as suggested by Bell and Taub (2002).

Bell and Taub provide an alternative approach for allocating certain adult-only expenditures such as alcohol and tobacco which is conceptually appealing and has been added to the consumption model originally suggested by Patton-Nelson (1991). Bell and Taub's approach uses the average number of adults in the household, which can be derived from the reported Bureau of Labor Statistics (BLS) Consumer Expenditure Data by subtracting the reported average number of children, 18 or less, in the household from the household size. For example, if the average number of children for a three-person family is 1.2 then the average number of adults is 1.8. This change increases allocated consumption expenditures from the original Patton-Nelson model for an average adult when the average number of adults is less than 2 and decreases it when it is more than 2. This method was used for expenditures for alcohol, tobacco, life insurance and transportation.

In addition, Bell and Taub provide detailed arguments regarding "utilities and housekeeping supplies" while Patton-Nelson assumes that only 50% are indivisible. It is not possible to determine the exact amount of indivisible expenses in the category. However, Bell and Taub's reasoning is compelling, but with many of the costs in this category, family size will have an impact. Therefore 25% of these costs were considered divisible across the members of the household. This reduces the direct personal consumption costs of one adult. All other expenditure categories were afforded the treatment as discussed in Patton and Nelson (1991) in determining allocation to household members.

In determining the economic loss to the estate in a wrongful death claim, the forensic economist must adjust future wage loss for that portion of earnings that would have been consumed by the decedent. "Therefore, any factor or percentage, which is used in this estimation process must necessarily relate to the earnings stream and family size of the decedent" (Ruble, Patton & Nelson, 2001, p. 175). This percentage is applied to total family income to arrive at the amount of the consumption adjustment. Finally the consumption adjustment is subtracted from the future wage loss to arrive at the net economic loss to the estate.

---

[*]Respectively, Department of Accounting, College of Business, Lynnwood Center, Central Washington University, Lynnwood, WA; Financial & Economic Consultant, Bellingham, WA; Department of Economics, College of Business and Economics, Western Washington University, Bellingham, WA.

JOURNAL OF FORENSIC ECONOMICS

Table 1 (cont'd)
Summary of BLS Consumer Expenditure Survey

Exhibit 8



1435 Reed Street
Lakewood, CO 80214
(303) 236-3700 Voice/TDD
(303) 237-3705 Fax

**Helen M. Woodard, M.A.**
Rehabilitation Counselor

**ReEntry** Rehabilitation Services, Inc.

March 19, 2009

RE:   SHANNON KAY CAVANAUGH

Shannon was referred for a rehabilitation evaluation, needs
assessment and preparation of a life care plan.  She was seen at
home with her husband and in the ReEntry Sandy, Utah office for an
interview and testing, and her medical records were reviewed. Dr.
Cory Frogley, Dr. Erin Bigler, and Dr. George Zinkhan provided
information by telephone.  Dr. Dan George provided information in
written form.   Additional care providers were contacted for
information and additional contacts were made regarding services
and costs.  Labor market information was obtained as part of this
assessment.

HISTORY

Shannon is a twenty-six year old married woman who lives in Woods
Cross, Utah with her husband, Brad Cavanaugh, and their daughter,
Keirah, four years of age. Shannon was born in Layton, Utah in 1982
and graduated from Davis High School in 2000. She attended Davis
Applied Technology College (DATC) in 1999 while still in high
school and completed a certified nursing assistant (CNA) course. In
2000, Shannon also completed courses in medical anatomy and
physiology at DATC.

From 1999 to 2001, Shannon worked for Bountiful House as a CNA. She
left in 2001 and started working at Heritage Place, still working
as a CNA. Shannon remained at Heritage Place until 2002, and then
started working at ABI Consulting (a drug testing company). Shannon
was employed at ABI until 2003, when the company was sold. She then
started working at Discover Card in the retention department and
did inbound and outbound calling. Shannon remained at Discover
until 2005. In 2005, Shannon started working at Blue Line Services,
another drug testing company where she is presently employed.
Shannon works as a drug specimen collector. Shannon performs on-
site drug collections, pre-employment screening, random drug
testing, and reasonable suspicion drug screening. Shannon is an
independent contractor for Blue Line Services and her work hours

Page Two
**Shannon Kay Cavanaugh**
March 19, 2009

vary from week to week. Shannon was off work from December 2006
through April 2007 because of the injury she sustained on December
9, 2006. Shannon reports that since the taser incident, she has
worked fewer hours and less consistently.

On December 9, 2006, Shannon and her husband had a conflict at
their home. Shannon left the house and walked to a park nearby.
Brad stayed at home with their daughter.  Shannon does not have any
recollection of the incident, but understands that while she was
gone, Brad called the police, as he was afraid for her safety.
When Shannon returned home from the park,  she was tasered by a
policeman and fell backward and hit her head. She was treated at
the scene by paramedics and was transported by ambulance to
Lakeview Hospital for care. Shannon was treated at Lakeview and
then was transferred to the University of Utah on December 9, 2006
for inpatient care. Shannon underwent a surgical procedure on
December 14, 2006 and she was discharged home on December 16, 2006.
Shannon presently sees a chiropractor and a headache specialist for
follow-up care.

MEDICAL RECORDS REVIEW

On December 9, 2006, Dr. Matthew Feil stated that Shannon arrived
via ambulance at Lakeview Hospital after she had been tasered by
police at her home. Dr. Feil reported that Shannon had been having
suicidal thoughts and anxiety. She was intoxicated, agitated,
uncooperative, and hostile. Shannon had apparent trauma and slurred
speech and reported that she had a headache. Shannon was intubated
with an endotracheal tube, her c-spine was immobilized, an IV was
started and medication was administered. Testing was ordered. Dr.
Feil assessed Shannon with a traumatic epidural hematoma without
loss of consciousness, alcohol intoxication, a scalp laceration,
and a skull fracture. Shannon was transferred to the University of
Utah for further care.

On December 9, 2006, Dr. Janet Lee stated in a University of Utah
emergency department report that Shannon arrived via ambulance
after she was tasered by police outside her home and fell and hit
her head.  A CT scan showed a left epidural hematoma, a right
sylvian  fissure  subarachnoid  hemorrhage,  a  left  frontal
intraparenchymal hemorrhage, and a left temporal contusion. The CT
scan also showed a small focus of pneumocephali with a right-sided
skull base fracture. Dr. Lee stated that Shannon needed to remain
in a cervical collar and have ongoing neurological examinations.
Shannon was placed on IV medication.

Page Three
**Shannon Kay Cavanaugh**
March 19, 2009

Dr. Benjamin Curtis stated in a University of Utah Admission note on December 9, 2006 that Shannon had an epidural/subdural hematoma, a positive midline shift, and a laceration to the posterior scalp that was cleaned and closed with staples.

Dr. Daniel Fults stated in a neurosurgery note on December 9, 2006 that Shannon had declining levels of consciousness at the scene of the accident and was transported for emergency care. Shannon was examined in the surgical intensive care unit and Dr. Fults stated Shannon was intubated and mechanically ventilated and she had swelling and a contusion in her occipital region. Dr. Fults' impression was an intracerebral and epidural hematoma consequent to fall. Dr. Fults recommended Shannon be monitored in the surgical ICU for neurological changes.

On December 11, 2006, a psychiatric evaluation was done on Shannon at the University of Utah with illegible handwriting and an illegible signature.

Dr. Brian Miller stated on December 11, 2006 in an ear, nose, and throat consultation that Shannon reported right hearing loss with a crunching type of tinnitus. Dr. Miller assessed a right temporal bone fracture without a conductive hearing loss on exam and recommended a hearing test to evaluate subjective hearing loss.

On December 14, 2006, Dr. Fults performed a right temporal craniotomy for evacuation of an epidural hematoma. Shannon's post-operative diagnosis was a right temporal epidural hematoma. Dr. Fults noted that Shannon had been observed for the past few days and continued to have a headache. A repeat CT scan showed an increase in the right temporal epidural hematoma and midline shift and surgery was performed to resolve this issue.

Dr. Fults stated in a discharge summary on December 16, 2006 that Shannon's principal diagnosis was an epidural hematoma. Shannon had a craniotomy and was transferred to the neurosurgery floor. She received daily physical and occupational therapy. Dr. Fults discharged Shannon home with medication and instructions for follow-up care.

An emergency room record from University of Utah with an illegible signature stated that Shannon was seen on December 20, 2006 for a headache. She was diagnosed with acute cephalgia status post subdural hematoma. She was given IV medication for pain. Shannon was discharged home with care instructions and medication prescriptions.

Page Four
**Shannon Kay Cavanaugh**
March 19, 2009

On December 27, 2006, Dr. Todd Ashby stated that he removed staples
from Shannon's craniotomy procedure.

Dr. Fults stated on January 8, 2007 that Shannon was seen for a
post-operative visit. Dr. Fults noted that Shannon had a
ligamentous injury subsequent to the fall that affected her
cervical spine demonstrated by T2 signals in the posterior cervical
musculature and interspinous ligaments as seen on an MRI scan.
Shannon reported that she was having headaches and dizziness, as
well as intermittent pain in her lower back that radiated into her
buttocks on the right side. Shannon also reported that she had
moderate neck stiffness. Dr. Fults recommended outpatient physical
therapy to increase her neck mobility and upper body strength, as
well as focusing on her lower spine.

Dr. Cory Frogley, chiropractor, stated in an initial exam on
January 9, 2007 that Shannon reported neck and back pain and
moderate headaches that occurred frequently. Shannon reported that
her neck pain restricted her movement and the pain radiated into
the posterior right cervical area, the posterior right upper
shoulder, the right deltoid area, and the right medial upper
thoracic region. Her neck pain increased with coughing, looking
down or up, stress, and repetitious movements. Shannon's back pain
was intermittent and increased with fatigue. Dr. Frogley diagnosed
Shannon with a neck sprain, neuralgia, neuritis, unspecified
radiculitis, a thoracic sprain, lumbago, and lumbar facet syndrome.

On January 10, 2007, Dr. Frogley performed a detailed single system
musculoskeletal examination and did an adjustment with some
improvement and motion in Shannon's mis-alignment at L5. Shannon
received chiropractic care from January 10, 2007 through December
13, 2007.

On February 1, 2007, Dr. Frank Warren III stated in a letter that
he had evaluated Shannon for her right temporal bone fractures.
Shannon reported that she had vertigo with distinct spinning and
this occurred with or without movement. Shannon also reported she
had some high pitched tinnitus in both ears but no distinct hearing
loss. Dr. Warren felt that Shannon's vertigo was possibly explained
by benign positional vertigo. Dr. Warren recommended that Shannon
see him as needed.

Dr. Fults stated on February 12, 2007, that Shannon had headaches
that were episodic and had characteristics of migraines. Dr. Fults'
impressions of Shannon were headaches, probably related to migraine
syndrome rather than consequent to her head injury, ligamentous

03/19/2009 13:25 IFAX slcfax1@joneswaldo.comm                    → transfer          ☑ 006/021
MAR-19-2009(THU) 14:11    ReEntry Rehabilitation        (FAX)303 237 3705           P.006/021

Page Five
**Shannon Kay Cavanaugh**
March 19, 2009

injury of the cervical spine consequent to the fall, and low back
pain consequent to the fall. Dr. Fults prescribed medication and
stated he would see Shannon as needed.

On May 3, 2007, Dr. Kevin Call stated that Shannon was evaluated
for her headaches.   Shannon reported that she had developed
headaches since her injury on December 9, 2006. Shannon's headaches
began in the occiput or base of the skull and radiated through the
retro-orbital area bilaterally, greater on the right than the left.
Shannon stated she had aura, with visual changes (seeing black
dots) in the upper right quadrant of her vision, for up to 30
minutes prior to headache onset. She became nauseated and vomited,
and experienced photophobia, phonophobia, and diplopia with the
headaches.  She reported becoming irritable when she got a headache
and she was intolerant to cold temperatures.  Shannon also reported
paroxysms of a swimming sensation in her head once to twice a month
but not necessarily with motion. Dr. Call stated that Shannon had
a history of headaches that began her junior year of high school
and were occipital in nature and were likely tension headaches. Dr.
Call stated that Shannon had a traumatic brain injury with an
epidural bleed in December of 2006 and noted that Shannon's
headache symptoms met the classifications for migraine headaches.
Dr. Call prescribed medication to treat the headaches and establish
appropriate sleep patterns. Dr. Call stated that Shannon's epidural
bleed would be managed by Dr. Fults.

Dr. Call reported in a medical record on October 18, 2007 that
Shannon was seen for follow-up regarding her headaches. Shannon
reported that her new medication decreased her headache intensity
but she continued to have frequent headaches. She had a headache
one to two times a week which lasted most or all day.  The headache
pain was a pressure sensation with a left-sided throbbing
component. Shannon reported occasional nausea, light and sound
sensitivity,   scotomata,   temperature   intolerance,   difficulty
sleeping, and muscle aches. Dr. Call assessed continuing headaches
and discussed the possibility of increasing medication or trying
other medications. He recommended follow-up care.

On October 7, 2008, a note from Community Chiropractic and Wellness
Group with no signature stated that Shannon reported neck pain,
headaches, and lower back pain. Her headaches and neck pain
occurred at least twice a week. Shannon was diagnosed with cervical
segment dysfunction, laxity of ligaments, thoracic segment
dysfunction, lumbar segment dysfunction, sacral segment

Page Six
**Shannon Kay Cavanaugh**
March 19, 2009

dysfunction, and hypolordosis. Shannon received chiropractic care
from October 7, 2008 through February 11, 2009.

On November 11, 2008, Dr. James Snyder and Dr. Erin Bigler stated
in a neuropsychological evaluation that Shannon reported daily
headaches, reduced concentration and motivation, memory difficulty,
irregular bowels, and intermittent depression since she sustained
the moderate traumatic brain injury on December 9, 2006. Dr. Snyder
and Dr. Bigler performed a records review and administered
neuropsychological testing, and it was their impression that
Shannon sustained a moderate traumatic brain injury with positive
neuro-imaging findings indicative of structural brain damage.

On July 10, 2008, Dr. George Zinkhan stated that Shannon was seen
for follow-up regarding her headaches. Shannon reported that the
frequency of her headaches increased to three to five times a week.
Shannon reported that she had been training for a marathon and
after she finished running, she developed a migraine headache about
an hour and a half later. Shannon stated that her migraines began
at the back of her skull on the left side and radiated bilaterally
to the retroorbital area. She had nausea, vomiting, photophobia,
and phonophobia with her headaches, as well as an aura of upper
quadrant black dots in her vision that occurred thirty minutes
prior to her headache onset. Shannon stated that she woke
frequently during the night and was concerned her migraine
medication was making her irritable. Dr. Zinkhan assessed migraine
headaches that were poorly controlled. He prescribed medication for
Shannon, adjusted her current medication, and advised her about
establishing good sleep habits.

PROVIDER/EMPLOYMENT CONTACTS

Dr. Cory Frogley stated in a telephone conversation on February 23,
2009 that Shannon was being seen for injuries she sustained in the
taser incident. Dr. Frogley was treating Shannon for neck and back
pain, and headaches. Shannon was seen originally three times a week
for eight to twelve weeks, and then the frequency of sessions was
reduced. Dr. Frogley stated that Shannon had not been seen recently
and he would need to re-evaluate her to make recommendations for
care.

On February 24, 2009, Dr. Bigler stated in a telephone conversation
that Shannon underwent a full neuropsychological evaluation with
testing in November of 2008. Shannon had difficulties with visual
memory problems. Shannon sustained a significant traumatic brain
injury in December of 2006.

Page Seven
Shannon Kay Cavanaugh
March 19, 2009

She has recovered well in many areas, but temporal lobe injuries tend to cause more emotional difficulties than cognitive difficulties and this is the area where Shannon is having the most difficulty. She reports headaches, reduced concentration, motivation, and memory, as well as depression. These difficulties are all likely related to her traumatic brain injury. Shannon's headaches are especially debilitating. Shannon's condition is likely permanent and as she ages emotional issues (including motivation and depression) will increase. Shannon needs psychiatric care with medication management and psychological counseling with a clinical psychologist or a neuropsychologist. Shannon will initially need these services to establish therapeutic goals and then she will likely need ongoing services to life to maintain her condition. Shannon will need to have 1 to 2 neuropsychological evaluations over the next 1 to 2 years to evaluate her recovery. She will then benefit from a neuropsychological evaluation done later in life as she is more likely to develop dementia and post-traumatic epilepsy because of the brain injury. Shannon will likely need a job that uses her established skills. If her job changes or she needs to move into a new vocation, she will need skills training and vocational rehabilitation services.

Ms. Kate Webb, Shannon's supervisor at Blue Line Services, stated in a phone call on March 5, 2009 that Shannon is a contracted employee. Shannon is responsible for having client paper work filled out, going to test sites and collecting urine samples from clients, and then shipping the samples for testing. Her job requires both sitting and standing. Shannon works on average 5 to 10 hours per week, but the hours increase when Blue Line Services is busy. She makes $300 to $500 per month (she is paid per test), but if she works more, she will make more money. Ms. Webb stated that since the taser incident in December of 2006, Shannon is often unable to go collect drug samples when called becasue of her severe headaches. Ms. Webb stated this happens on a monthly basis. Ms. Webb also reports that she has to remind Shannon about her work schedule and the hours she is scheduled to work because she often forgets.

On March 10, 2009, Dr. Dan George, chiropractor, stated in a letter that Shannon presented to his office on October 7, 2008 with neck pain and associated headaches, and lower back pain that began following a taser incident on December 9, 2006. Shannon reported that she had sustained a brain injury from the taser incident, but Dr. George stated he has not treated Shannon for this. Dr. George stated that Shannon has undergone a conservative course of

Page Eight
**Shannon Kay Cavanaugh**
March 19, 2009

chiropractic care for the treatment of the strain/sprain that is complicated by laxity of ligaments, hypolordosis of the cervical spine, cephalgia, and cervical segmental dysfunction. Shannon's current treatment plan is a chiropractic visit one time per month, and this should be continued for 12 months. Dr. George recommended that Shannon be seen as needed for increased episodes of pain caused by her normal activities, that will be brought on by the accelerated degenerative changes caused by the traumatic injury. Dr. George stated that any future care would be considered palliative in helping Shannon deal with the pain and discomfort that affect her standard of living. Due to the excessive motion in Shannon's neck caused by the taser incident, Shannon should avoid any activities that cause a strain in the cervical region of her spine. These activities may include and are not limited to wearing helmets, riding roller coasters, snowboarding, etc. Dr. George states that in his professional opinion, Shannon's injuries are permanent in nature.

On March 10, 2009, Dr. Zinkhan stated in a telephone conversation that he follows Shannon for her migraine headaches that started after a December 9, 2006 taser incident. Shannon needs to be seen every 6 months to year for follow-up care to life and her medications (Topamax and Imitrex) are life-long needs. Dr. Zinkhan stated that Shannon's migraine headaches are a chronic condition.

CONTACTS

On March 10, 2009, Ms. Suzanne Brown, Shannon's mother-in-law, stated in a telephone conversation that since the taser incident, Shannon has a shorter attention span and is restless. She often has headaches, and when visiting she often rests. If the headache is severe, Shannon goes home. Ms. Brown stated that Shannon has left various parties and social functions to go home due to her headaches and she always has her medications with her. Ms. Brown stated that Shannon asks for help often in taking care of her daughter due to her headaches and she has not been able to work as much since the taser incident.

On March 10, 2009, Ms. Jane Bodily, Shannon's sister, stated in a telephone conversation that Shannon's personality is different since the taser incident. She is more irritable and her irritability increases in social situations. Shannon's headaches are severe and she has one constantly. The family is often helping take care of Shannon's daughter when she has severe headaches.

Page Nine
Shannon Kay Cavanaugh
March 19, 2009

Shannon is more forgetful since the taser incident. She has difficulties remembering time and often does not arrive on time to events or work. She also has difficulties multi-tasking and when she is overwhelmed, she becomes frustrated. Ms. Bodily stated that before the taser incident, Shannon was able to function well. Since the incident, she has difficulties functioning in daily activities, taking care of her daughter, and completing her job.

Ms. Amy Weruli, Shannon's friend, stated in a telephone conversation on March 10, 2009 that since the taser incident, Shannon has constant and severe headaches. Shannon needs medications to control the headache so she is able to function on a daily basis.

CURRENT STATUS

Shannon states that before the accident, she did not have headaches, but since the accident, she has a headache every day and experiences a migraine at least twice a week. Shannon reports she has pain over her scar on her head when she brushes her hair. Shannon sees a chiropractor and a headache specialist, and a massage therapist for treatment of injuries related to the accident. Prior to the accident, Shannon reports that she slept well. Now, she has insomnia and her headaches wake her up one to two times a week. She sleeps on a special pillow that supports her head and states she needs to nap during the day but usually cannot do this because she is taking care of her daughter.

Shannon reports that before the accident, she was able to drive or ride in a car without difficulties. Since the accident, she has difficulties while driving or riding in a car. She cannot sit for very long at a time and she needs to walk around and stretch. Shannon states she now has problems focusing while driving and she often forgets where she parks her car in the parking lot. She now uses a cell-phone with a GPS system to aid her.

Prior to the accident, Shannon performed all of the basic cooking and cleaning tasks around her home, as well as performing organizing tasks. She also was able to do yard work. Since the accident, Shannon states that she has trouble starting tasks. The household tasks are overwhelming, and the up and down movements of cleaning (mopping, dusting, bending, scrubbing, etc.) cause increased headaches. Shannon still does some yard work, but she reports the tasks take longer to complete.

03/19/2009 13:25 IFAX slcfax1@joneswaldo.comn          + transfer          011/021
MAR-19-2009(THU) 14:13    ReEntry Rehabilitation     (FAX)303 237 3705     P 011/021

Page Ten
Shannon Kay Cavanaugh
March 19, 2009

Shannon exercised often before the accident. She participated in sports and enjoyed jogging outdoors or running on a treadmill. She went to the gym often and lifted weights regularly. Since the accident, Shannon reports that exercising triggers her migraines. When she runs, she gets headaches and so she does not go to the gym very often.

Before the accident, Shannon reports that she had good relationships with family members and friends. She went tent camping, snow skiing, boating, and water skiing. She enjoyed going on vacations and she and her family members and friends went to amusement parks. Shannon states that she went to friends' houses to visit and spend an evening out. Since the accident, she does not travel anywhere without bringing her medications. She has not gone camping, boating, or water/snow skiing since the accident. When she does go to an amusement park, she rides the kiddie rides.

Shannon and her husband had planned to have another child, but have put this off since her accident.

VOCATIONAL TESTING

The following are tests Shannon was given and the scores she attained. The achievement test results are reported as grade levels, and the aptitude testing is reported as percentile levels, where the norm group used for comparison is given. The score is then read as a ranking out of 100, where Shannon's percentile rank can be read, "scored higher than 'X' out of 100" in this norm group with "1" being the lowest rank and "99" being the highest rank.

Achievement Testing

Tests of Adult Basic Education
    Reading                              11.1 grade level
    Mathematics Computation               7.5 grade level
    Spelling                             10.8 grade level

03/19/2009 13:25 IFAX slcfax1@joneswaldo.comn          → transfer        ☑ 012/021
MAR-19-2009(THU) 14:13    ReEntry Rehabilitation      (FAX)303 237 3705    P.012/021

Page Eleven
Shannon Kay Cavanaugh
March 19, 2009

## Aptitude Testing

The Bennett Mechanical Comprehension Test measures the ability to perceive and understand the relationship of physical forces and mechanical elements in practical situations.

Scores By Industry
Manufacturing/Production
    Percentile Rank                                    20

Flanagan Industrial Test - Coordination is a test of an individual's speed and accuracy in following a path with a pencil.

Entering First Year Students at One University
    Percentile Rank                                    52

The PTI Oral Directions Test assesses an individual's ability to follow instructions presented orally.

Inspectors at a Southern Bearings Manufacturer
    Percentile Rank                                    85

The Revised Minnesota Paper Form Board Test measures the capacity to visualize how two-dimensional objects would look if they were fitted together.

Vocational Rehabilitation Clients - Various Occupations
A Western Center
    Percentile Rank                                    90

The SRA Nonverbal Form measures general abstract reasoning ability. It requires the individual taking the test to decide which one picture in a group of five pictures does not belong. No reading is required.

Industrial Norms
    Percentile Rank                                    31

The SRA Verbal Form measures the ability to accurately complete questions and problems of varying kinds.

Secretaries
    Percentile Rank                                    35

03/19/2009 13:25 IFAX slcfax1@joneswaldo.comn          → transfer          013/021
MAR-19-2009(THU) 14:13   ReEntry Rehabilitation      (FAX)303 237 3705       P.013/021

Page Twelve
Shannon Kay Cavanaugh
March 19, 2009

**Dexterity**

The Bennett Hand-Tool Dexterity Test assesses proficiency in using common hand tools, including a screwdriver, wrenches, and an adjustable wrench.

      Employees and Applicants in a Manufacturing Company
              Percentile Rank                          65

The Crawford Small Parts Dexterity Test is a performance test designed to measure fine eye-hand coordination and consists of two parts. Tweezers are used to place pins/collars in the first section of the test, and a small screwdriver is used to place small headless screws in the second section.

      FEMALE NORM GROUP
      Assembly Job
          Percentile Ranks
                Pins/Collars                           64
                Screws                                 43

The Minnesota Rate of Manipulation is a test of manual dexterity. The test involves doing a variety of different movements using one hand or both hands to manipulate small round objects.

      The Turning Test
          Percentile Rank                              85
      The One-Hand Turning and Placing Test
          Percentile Rank (Right)                      77
          Percentile Rank (Left)                       80
      Two Hand Turning and Placing Test
          Percentile Rank                              40
      Placing Test
          Percentile Rank (Right)                      93
          Percentile Rank (Left)                       90
      Displacing Test
          Percentile Rank (Right)                      98
          Percentile Rank (Left)                       98

03/19/2009 13:26 IFAX slcfax1@joneswaldo.comn                    → transfer           ☑014/021
MAR-19-2009(THU) 14:13    ReEntry Rehabilitation        (FAX)303 237 3705          P.014/021

Page Thirteen
**Shannon Kay Cavanaugh**
March 19, 2009

The Purdue Pegboard measures fine finger dexterity.   Small pegs,
brads and collars are placed in the pegboard.

General Industrial
    Percentile Ranks
        Right                           10
        Left                            40
        Both                            17
        Total                           19
        Assembly                        26

CONCLUSIONS

Shannon sustained a brain injury when she was tasered in front of
her home and fell, hitting her head.   She was hospitalized for
treatment of a subdural hematoma, which required surgery. Since her
release from the hospital, she has had severe headaches which occur
frequently, and for which she takes migraine medication. She also
has chronic neck and upper back pain which is treated by the
chiropractor.   These problems interfere with her ability to care
for her child, and to do her usual household tasks.   The headaches
are a particular problem in this area, and she calls on her family
to help with child care on a frequent basis, so that she can try to
manage her headache pain.  We have recommended in the attached life
care plan that Shannon address these issues by having some paid
assistance with child care, and by having regular help with the
heavier housework. In addition, because organization is problematic
for her, it will also likely be useful for her to have periodic
help with household organization.

Shannon is also having substantial difficulty in returning to her
usual social and recreational activities, although she is
attempting to get back to the things she used to do. She does leave
family gatherings due to increased headache pain and other pain,
and she is not able to do the more physically demanding things she
did prior to the injury.

Shannon has returned to the work she was doing at the time of the
injury, and she is able to set her own hours. She and her
supervisor note that Shannon is working fewer hours now.   Shannon
has indicated that increasing her hours by much at this point is
not practical because she has such severe headaches which are not
controlled with her medications. She had expected to eventually be
able to work full time, but since the injury, this does not seem
realistic. Shannon would likely have difficulty in being at work
and remaining at work through the severe headaches, and this lack

Case 1:08-cv-00032-TC-BCW   Document 51-9   Filed 03/30/09   Page 74 of 85
03/19/2009 13:25 IFAX slcfax:1@joneswaldo.comm                → transfer          ☑ 015/021
MAR-19-2009(THU) 14:14    ReEntry Rehabilitation          (FAX)303 237 3705        P. 015/021

Page Fourteen
Shannon Kay Cavanaugh
March 19, 2009

of reliability is likely to create significant problems for her in
a full time work environment.  Her present work situation, where
she is able to set her own hours and does not work full time is
likely a better long term work situation for her.

Most employers do not provide sick leave to part time employees,
and employers who do provide sick leave to full time employees
allow about five to twelve days a year for this unscheduled leave.
For the most part, they require employees to work the hours they
are scheduled to work, be productive during that time, and not
leave work due to health problems. Shannon is likely to have
significant difficulty in doing this.

In addition to the problems posed by the headaches, Shannon also
has difficulties due to the neck and upper back problems she has
had since the taser incident. These problems are likely to restrict
her from doing work where she sits for extended periods of time to
do computer or paper work, or doing work where she does repetitive
reaching  or  lifting.    These  difficulties  are  likely  to
significantly reduce the types of work she is able to do.   The
other difficulties associated with the brain injury, which are
primarily visual memory difficulties, and emotional difficulties,
also pose additional issues in employment in the longer term.
These are characterized by Dr. Bigler as problems with depression
and motivation. These generally make initiating tasks and following
through with them to completion more effortful and problematic, and
so impact the kinds of work Shannon is likely to be able to do in
the future.

These problems also create significant difficulties for her in
managing her childcare responsibilities, and in keeping up with her
usual household tasks.  We have provided in the life care plan for
services to help her in this regard.   Costs are for services
provided through an agency, and so include the costs of recruiting,
hiring, screening, and doing payroll.

Shannon will benefit by having case management services to help her
deal with problems with medical and care provider billings, make
sure she follows through with recommended treatment, and helps her
to arrange for appropriate services. The life care plan provides
for the costs of these services.

The life care plan was prepared after contacts with Shannon and her
husband, various other individuals who know her, current providers,
and with Dr. Bigler, the neuropsychologist.  Costs are for the Salt
Lake City and surrounding area and are in today's costs with no

Page Fifteen
**Shannon Kay Cavanaugh**
March 19, 2009

regard for inflation.  If additional information is received, or if
Shannon's circumstances change substantially, the report and life
care plan may be supplemented.  In addition, follow up contacts may
yield additional information which may require a supplemental
report.

She spends considerable time over the course of a month resting
during headaches and trying to sleep so that they will be gone when
she awakens.  This creates problems for her in child care.

If you have questions, please call.

Respectfully submitted,

Helen M. Woodard, M.A.
Rehabilitation Counselor

Stephanie Birely, B.S.
Rehabilitation Counselor

Original: Kathleen McDonald, Attorney

03/19/2009 13:25 IFAX slcfax1@joneswaldo.com                → transfer          ☒017/021
MAR-19-2009(THU) 14:14     ReEntry Rehabilitation          (FAX)303 237 3705     P.017/021

PRELIMINARY LIFE CARE PLAN
SHANNON CAVANAUGH
March 19, 2009

MEDICAL CARE

Headache Specialist
    $250 to $300 per visit
    1 to 2 times a year, to life
        Annual Total: $250 to $600

Chiropractor
    $50 to $90 per visit
    1 visit per month, for 12 months
        Total: $600 to $1,080

    then 4 to 6 visits per year as needed
        Annual Total: $200 to $540

    Per Dr. George, after 12 months of chiropractic visits, Shannon will need to be
    seen on an as needed basis for episodes of pain. This will be a lifelong or
    indefinite need.

Psychiatry Initial Evaluation
    $175 to $205
        One Time Cost: $175 to $205

Psychiatry Sessions: $150 to $170
    Frequency and duration to be determined after initial evaluation.

03/19/2009 13:26 IFAX slcfax1@joneswaldo.comn          → transfer          ☐018/021
MAR-19-2009(THU) 14:14    ReEntry Rehabilitation          (FAX)303 237 3705          P 018/021

Page Two
Shannon Cavanaugh Life Care Plan
March 19, 2009

MEDICATIONS AND SUPPLIES

Prescription Medications
    Imitrex
    Topamax
        Annual Total: $6,210 to $7,098, to life

COUNSELING

Psychological Counseling Evaluation: $185 to $220
    One Time Cost: $185 to $220

Psychological Counseling Sessions
    $110 to $135 per hour
    24 to 36 hours per year for 1 to 2 years
        Annual Total: $2,640 to $4,860

then 12 sessions per year, on average, thereafter
        Annual Total: 1,320 to $1,620

CASE MANAGEMENT SERVICES/ADVOCACY

$75 to $100 per hour
5 to 10 hours per year, to life
    Annual Total: $375 to $1,000, to life

03/19/2009 13:26 IFAX slcfax10joneswaldo.com                              009/021
MAR-19-2009(THU) 14:14    ReEntry Rehabilitation          (FAX)303 237 3705         P.019/021

Page Three
Shannon Cavanaugh Life Care Plan
March 19, 2009

EVALUATIONS

Neuropsychological Evaluation: $1,300 to $2,100
    1 to 2 evaluations over the next 1 to 2 years
        One Time Total: $1,300 to $4,200

Per Dr. Bigler, as Shannon ages she will be more likely to develop dementia and post
traumatic epilepsy. She will need to have a neuropsychological evaluation to establish
a baseline, between age 55 and 65.
        One Time Cost: $1,300 to $2,100

VOCATIONAL REHABILITATION

Vocational Rehabilitation, including assessment and counseling
    1 to 2 times over next 5 to 15 years
        $2,000 to $3,000 each episode

Child Care Services or Preschool (through age 5)
    $10 to $12 per hour
    12 to 16 hours per week
        Annual Total: $6,240 to $9,984, duration depending on number of children

Organizational Services
    Annual Total: $200 to $300 per year, to life

03/19/2009 13:28 IFAX slcfax1@joneswaldo.comn → transfer ☑020/021
MAR-19-2009(THU) 14:15    ReEntry Rehabilitation            (FAX)303 237 3705        P.020/021

Page Four
**Shannon Cavanaugh Life Care Plan**
March 19, 2009

## THERAPIES

Massage Therapy Sessions
$75 to $125
1 time per week for next 12 months
Annual Total: $3,900 to $6,500

Then reevaluation and additional sessions on an as-needed basis

## EQUIPMENT

| Equipment | Cost | Replacement (to life Unless otherwise noted) |
|---|---|---|
| Specialized Pillow | $50 to $85 | Every 1 to 2 years |
| Memory Foam or Other Comfortable Mattress | $1,100 to $2,800 | Every 10 years |
| Organizational/Memory Tools (Calendars, notepads, etc.) | $200 to $300 | Annually |
| GPS System | $200 to $450 | Every 3 to 5 years |

03/19/2009 13:26 IFAX slcfax1@joneswaldo.comn                    → transfer          ☑021/021
MAR-19-2009(THU) 14:15    ReEntry Rehabilitation        (FAX)303 237 3705          P.021/021

Page Five
**Shannon Cavanaugh Life Care Plan**
March 19, 2009

REPLACEMENT SERVICES

House Cleaning Services
    $35 to $40 per hour, 2 to 3 hours per week, to life
        Annual Total: $3,640 to $6,240

Nanny/Child Care Services
    $12 to $18 per hour
    6 to 8 hours, 2 to 3 times per week through youngest child's age 6 (start of full-time school)
        Annual Total: $7,488 to $22,464

Exhibit 9

*Lone Peak Valuation Group*
**Shannon Cavanaugh**
**Estimated Daycare Costs**
03/31/09                                                                                               Exhibit 9

Growth Rate of child care[1]:                                          4.63%
Shannon returns to work full-time:                                8/1/2008
Keirah's 12th birthday:                                                 1/27/2017

| Year | Age of Child as of August each year | Annual Cost For Care[2] | Months of Required Care[3] | Total | PV Period | PV |
|---|---|---|---|---|---|---|
| 2008 | 3.5 | $6,768 | 5 | $2,820 | 0.00 | $2,820 |
| 2009 | 4.5 | 5,650 | 12 | 5,650 | 0.38 | 5,572 |
| 2010 | 5.5 | 5,911 | 12 | 5,911 | 1.25 | 5,649 |
| 2011 | 6.5 | 3,807 | 12 | 5,392 | 2.25 | 4,969 |
| 2012 | 7.5 | 3,983 | 12 | 3,983 | 3.25 | 3,539 |
| 2013 | 8.5 | 4,167 | 12 | 4,167 | 4.25 | 3,571 |
| 2014 | 9.5 | 4,360 | 12 | 4,360 | 5.25 | 3,603 |
| 2015 | 10.5 | 4,562 | 12 | 4,562 | 6.25 | 3,635 |
| 2016 | 11.5 | 4,772 | 12 | 4,772 | 7.25 | 3,667 |
| 2017 | 12.0 | 4,993 | 1 | 416 | 8.25 | 308 |
| | | | | $42,033 | | $37,333 |

1 - See Exhibit 7

2 - Source: Ibid, Table 5: Average Monthly Child Care Center Prices and Median Monthly Housing Costs by State

3 - Assumes full-time care to 7/31/2011 and School-Age care after 8/1/2011

Exhibit 10



PARENTS AND THE HIGH PRICE OF CHILD CARE

2008 Update



naccrra
National Association of Child Care
Resource & Referral Agencies

## Detail Table 5. Average Monthly Child Care Center Prices and Median Monthly Housing Costs by State

| State | Average Child Care Prices | | | | Median Housing Costs** | |
|---|---|---|---|---|---|---|
| | Infant | 4-year-old | School-Age | Two Children* | Rent | Mortgage |
| North Carolina | $650 | $563 | NA | $1,213 | $656 | $1,144 |
| North Dakota | $547 | $479 | NA | $1,026 | $497 | $1,043 |
| Ohio | $553 | $449 | $405 | $1,002 | $627 | $1,216 |
| Oklahoma | $518 | $440 | $326 | $958 | $580 | $971 |
| Oregon | $749 | $540 | $295 | $1,289 | $714 | $1,412 |
| Pennsylvania | $933 | $567 | NA | $1,500 | $664 | $1,271 |
| Rhode Island | $789 | $650 | $585 | $1,439 | $840 | $1,707 |
| South Carolina | $503 | $455 | $208 | $958 | $640 | $1,055 |
| South Dakota | $624 | $520 | $416 | $1,144 | $522 | $1,076 |
| Tennessee | $514 | $453 | $285 | $967 | $613 | $1,072 |
| Texas | $620 | $483 | $340 | $1,103 | $711 | $1,309 |
| Utah | $564 | $450 | $277 | $1,014 | $697 | $1,294 |
| Vermont | $623 | $588 | $564 | $1,211 | $716 | $1,342 |
| Virginia | $758 | $598 | $282 | $1,356 | $846 | $1,540 |
| Washington | $1,000 | $734 | $420 | $1,734 | $779 | $1,573 |
| West Virginia | $500 | $380 | $360 | $880 | $499 | $853 |
| Wisconsin | $1,029 | $877 | $622 | $1,906 | $658 | $1,338 |
| Wyoming | $597 | $521 | $253 | $1,118 | $601 | $1,059 |

NA: Not available

*One infant and one 4-year-old child

**American Community Survey 2006, U.S. Census